IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYRON WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 04-11 Erie |
| v. | ) | |
| | ) | JUDGE McLAUGHLIN |
| JOHN J. LAMANNA, et al., | ) | MAGISTRATE JUDGE BAXTER |
| | ) | |
| Defendants. | ) | *(Electronic Filing)* |

## O R D E R

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion to Dismiss heretofore filed by Defendants, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Second Amended Complaint heretofore filed by Plaintiff is hereby dismissed, with prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  All parties of record