# ATTACHMENT A

```
   BOPUK    540*23 *          SENTENCE MONITORING            *    01-30-2006
   PAGE 001          *          COMPUTATION DATA             *    15:06:17
                                 AS OF 01-30-2006

   REGNO..: 05967-084 NAME: WARD, MYRON ARVEL


   FBI NO............: 134665NA6            DATE OF BIRTH: 07-07-1970
   ARS1..............: PET/A-DES
   UNIT..............: UNIT 1               QUARTERS.....: M02-023U
   DETAINERS.........: NO                   NOTIFICATIONS: NO

   PRE-RELEASE PREPARATION DATE: 01-10-2018

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
   THE INMATE IS PROJECTED FOR RELEASE:  07-10-2018 VIA GCT REL

   -----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------


   COURT OF JURISDICTION...........: VIRGINIA, WESTERN DISTRICT
   DOCKET NUMBER...................: 3:97CR50040-016
   JUDGE...........................: MOON
   DATE SENTENCED/PROBATION IMPOSED: 01-15-1999
   DATE COMMITTED..................: 04-26-1999
   HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
   NON-COMMITTED.: $400.00        $00.00           $6,000.00       $00.00

   RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

   -------------------------CURRENT OBLIGATION NO: 010 --------------------------

   OFFENSE CODE....:  391
   OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE COCAINE BASE
            21:841(A)(1)&2 POSS W/INTENT TO DIST COCAINE BASE, AKA "CRACK"
            21:844(A)&2 AID & ABET IN THE POSS OF PHENCYCLIDINE, AKA "PCP"
            21:844(A)&2 AID & ABET IN THE POSS OF MARIJUANA

    SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:   292 MONTHS
    TERM OF SUPERVISION.............:     5 YEARS
    DATE OF OFFENSE.................: 03-26-1997




   G0002       MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23  *          SENTENCE MONITORING          *     01-30-2006
   PAGE 002 OF 002 *           COMPUTATION DATA            *     15:06:17
                                AS OF 01-30-2006

REGNO..: 05967-084 NAME: WARD, MYRON ARVEL


------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 04-24-2001 AT LOR AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-15-1999
TOTAL TERM IN EFFECT............:   292 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    24 YEARS      4 MONTHS
EARLIEST DATE OF OFFENSE........: 03-26-1997

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     03-26-1997    01-14-1999

TOTAL PRIOR CREDIT TIME.........: 660
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1109
TOTAL GCT EARNED................: 392
STATUTORY RELEASE DATE PROJECTED: 07-10-2018
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-23-2021


PROJECTED SATISFACTION DATE.....: 07-10-2018
PROJECTED SATISFACTION METHOD...: GCT REL










S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```