# ATTACHMENT B

```
   BOPUK   531.01 *                INMATE HISTORY                  *      01-30-2006
PAGE 001            *                  ADM-REL                     *       15:05:54
       REG NO..: 05967-084 NAME....: WARD, MYRON ARVEL
       CATEGORY: ARS         FUNCTION: PRT         FORMAT:
    FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP   DATE/TIME

    PET    A-DES      DESIGNATED, AT ASSIGNED FACIL  05-20-2004 1442 CURRENT
    PET    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  05-20-2004 0749 05-20-2004 1442

    PET    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-24-2003 1033 05-20-2004 0749

    B09    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-24-2003 1033 10-24-2003 1033

    B09    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-24-2003 0950 10-24-2003 1033

    PEM    HLD REMOVE HOLDOVER REMOVED               10-24-2003 0950 10-24-2003 0950

    PEM    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  10-22-2003 1442 10-24-2003 0950

    B15    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-22-2003 1442 10-22-2003 1442

    B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-22-2003 0655 10-22-2003 1442

    PHL    HLD REMOVE HOLDOVER REMOVED               10-22-2003 0655 10-22-2003 0655

    PHL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  10-20-2003 1800 10-22-2003 0655

    A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-20-2003 1800 10-20-2003 1800

    A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-20-2003 1010 10-20-2003 1800

    LEW    HLD REMOVE HOLDOVER REMOVED               10-20-2003 1010 10-20-2003 1010

    LEW    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  10-17-2003 1304 10-20-2003 1010

    S42    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-17-2003 1304 10-17-2003 1304

    S42    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-17-2003 0925 10-17-2003 1304

    MCK    TRANSFER   TRANSFER                       10-17-2003 0925 10-17-2003 0925

    MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  07-20-2001 0845 10-17-2003 0925

    S13    RELEASE    RELEASED FROM IN-TRANSIT FACL  07-20-2001 0845 07-20-2001 0845

    S13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-20-2001 0518 07-20-2001 0845

    LEW    HLD REMOVE HOLDOVER REMOVED               07-20-2001 0518 07-20-2001 0518

    LEW    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  07-13-2001 1836 07-20-2001 0518

    S13    RELEASE    RELEASED FROM IN-TRANSIT FACL  07-13-2001 1836 07-13-2001 1836

    S13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-13-2001 0900 07-13-2001 1836

    LOR    TRANSFER   TRANSFER                       07-13-2001 0900 07-13-2001 0900

    LOR    A-DES      DESIGNATED, AT ASSIGNED FACIL  01-05-2001 0845 07-13-2001 0900

    S14    RELEASE    RELEASED FROM IN-TRANSIT FACL  01-05-2001 0845 01-05-2001 0845

    S14    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-05-2001 0545 01-05-2001 0845
```

```
LEW   HLD REMOVE  HOLDOVER REMOVED                   01-05-2001 0545 01-05-2001 0545

LEW   A-BOP HLD   HOLDOVER FOR INST TO INST TRF      01-02-2001 2101 01-05-2001 0545

6-H   RELEASE     RELEASED FROM IN-TRANSIT FACL      01-02-2001 2101 01-02-2001 2101

6-H   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL     01-02-2001 1023 01-02-2001 2101

CUM   TRANSFER    TRANSFER                           01-02-2001 1023 01-02-2001 1023

CUM   A-DES       DESIGNATED, AT ASSIGNED FACIL      04-26-1999 1902 01-02-2001 1023

A01   RELEASE     RELEASED FROM IN-TRANSIT FACL      04-26-1999 1902 04-26-1999 1902

A01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL     04-26-1999 0825 04-26-1999 1902

OKL   HLD REMOVE  HOLDOVER REMOVED                   04-26-1999 0725 04-26-1999 0725

OKL   A-HLD       HOLDOVER, TEMPORARILY HOUSED       04-05-1999 1515 04-26-1999 0725

2-D   RELEASE     RELEASED FROM IN-TRANSIT FACL      04-05-1999 1615 04-05-1999 1615

2-D   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL     03-16-1999 1140 04-05-1999 1615



G0002       MORE PAGES TO FOLLOW . . .




  BOPUK   531.01 *              INMATE HISTORY                *      01-30-2006
PAGE 002 OF 002 *                 ADM-REL                     *      15:05:54

     REG NO..: 05967-084 NAME....: WARD, MYRON ARVEL
     CATEGORY: ARS         FUNCTION: PRT         FORMAT:

  FCL   ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP   DATE/TIME

  CRL   ADMIN REL  ADMINISTRATIVE RELEASE         03-16-1999 1140 03-16-1999 1140

  CRL   A-ADMIN    ADMINISTRATIVE ADMISSION       03-16-1999 1134 03-16-1999 1140
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```