# ATTACHMENT
# D
# PART 1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/4/04 0940 | S= Complains of "sinus congestion" x5 days, reports having this problem x3 years. [illegible] "[illegible] on me especially at night". [illegible] negative for [illegible] |
| | O= [illegible], T= 98.1; [illegible]; [illegible] |
| | NAD |
| | ? prominent [illegible] both nasal cavity left more than the right; [illegible] nasal mucosa, [illegible] |
| | A= Hypertrophied [illegible] |
| | P= [illegible] |
| | = [illegible] |
| | = Cont. [illegible] |
| | = [illegible] / Nasal spray [illegible] |
| | = [illegible] |

E. Panaguiton
Mid-Level Practitioner
Petersburg, Virginia

7

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 12/30/05 0638 | INMATE REQUEST FOR TRIAGE SERVICES |
| | Instructions for inmate: Write name, number, unit, and work assignment at bottom of page. COMPLETE ITEMS 1-6. |
| | S: 1. WHAT IS YOUR PROBLEM? Follow-up for Acute Sinusitus (was told to come back 5 days before med. runs out |
| | 2. HISTORY OF MEDICAL PROBLEMS? (CHECK) ( ) DIABETES ( ) HYPERTENSION |
| | ( ) CARDIAC DISEASE ( ) IMMUNOCOMPROMISED ( ) ASTHMA |
| | 3. HISTORY OF MENTAL HEALTH PROBLEMS? ( ) YES (X) NO |
| | 4. HOW LONG HAVE YOU HAD THIS PROBLEM? DAYS___ MONTHS___ YEARS 3 |
| | 5. ARE YOU ON ANY MEDICATION(S)? (X) Yes ( ) No. If yes, list names of medications. |
| | Fluinsolide, Antibiotics |
| | 6. SIGNATURE: Myron Ward (Myron Ward) DATE: 12/30/05 |
| | (DO NOT WRITE BELOW THIS LINE) / TO BE COMPLETED BY TRIAGE PERSONNEL |
| | O: V/S (IF INDICATED) B/P: 115/60 P: 67/m R: TEMP: 98.3°F |
| | A: [illegible] Sinus Congestion |
| | P: APPOINTMENT DATE/TIME: 1/5/06 1000 [illegible] WITH: [illegible] |
| | TRIAGE PERSONNEL / PRIMARY CARE PROVIDER SIGNATURE/NAME STAMP: E. Panaguiton Mid-Level Practitioner FCC Petersburg, Virginia |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|
| | |

Health Services Unit
FCC Petersburg, Virginia

Ward, Myron 05967-084

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11/21/05 | S) Pt is 35 y/o [illegible] NKDA / chronic sinusitis |
| 0900 hrs | on/off x 3 1/2 years, sometimes better |
| | sometimes worse |
| | O) BP 123/75 HR 70 RR 12 [illegible] |
| | [illegible] |
| | Exam [illegible] mild [illegible] on palpation |
| | on right maxillary [illegible] poor |
| | nasal [illegible] and [illegible] |
| | A) Chronic sinusitis |
| | P) ① Bactrim DS po bid x 40 days / VS |
| | ② Contact Dr. [illegible] |
| | ③ Flunisolide nasal spray 2 puffs each nostril |
| | bid x 30 days #1 refill VS |
| | ④ Pt educated about [illegible] |
| | reconsider [illegible] / X-ray done today possible |
| | sinusitis in right maxillary sinus / understood, |
| | [illegible] / continue other OTC meds as directed |
| | ⑤ RTC as needed |
| | [signature] MD |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

[handwritten name]
05967-084
Health Services Unit-LOW
FCC Petersburg, Virginia

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PREVIOUS EDITION IS USABLE

**MEDICAL RECORD**

AUTHORIZED FOR LOCAL REPRODUCTION

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 11/18/05 | INMATE REQUEST FOR TRIAGE SERVICES |
| 0625hrs | Instructions for inmate: Write name, number, unit, and work assignment at bottom of page. COMPLETE ITEMS 1-6. |
| | S: 1. WHAT IS YOUR PROBLEM? Nasel swelling/sinus |
| | 2. HISTORY OF MEDICAL PROBLEMS? (CHECK) (_) DIABETES (_) HYPERTENSION (_) CARDIAC DISEASE (_) IMMUNOCOMPROMISED (_) ASTHMA |
| | 3. HISTORY OF MENTAL HEALTH PROBLEMS? (_) YES (X) NO |
| | 4. HOW LONG HAVE YOU HAD THIS PROBLEM? DAYS___ MONTHS___ YEARS 3 |
| | 5. ARE YOU ON ANY MEDICATION(S)? (X) Yes (_) No. If yes, list names of medications. Fluinsolide c saline nose spray |
| | 6. SIGNATURE: Myron Ward DATE: 11/18/05 |
| | (DO NOT WRITE BELOW THIS LINE) / TO BE COMPLETED BY TRIAGE PERSONNEL |
| | DATE / TIME: 11/18/05 |
| | O: V/S (IF INDICATED) B/P: 121/93 P: 69 R: 14 TEMP: 97.6 |
| | Genl → Pt ambulatory / NAD / [illegible] x3 |
| | Exam shows nasal [illegible] hyper/[illegible] / sinus clear to illumination / No headache |
| | A: Sinus / Rhinitis |
| | P: APPOINTMENT DATE/TIME: 11/21/05 WITH: 0900 h |
| | TRIAGE PERSONNEL / PRIMARY CARE PROVIDER SIGNATURE/NAME STAMP: [signature] |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. | WARD NO.

Ward, Myron #05967-084

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4/19/05 1030 | S= [illegible] ... awaiting to see ENT |
| | O= [illegible] T=97 [illegible] BP=102/[illegible] |
| | PR=68 [illegible] NAD |
| | [illegible] |
| | Throat - NAD |
| | A= [illegible] |
| | P= [illegible] |
| 4-21-05 | [illegible] nasal spray [illegible] daily x 30 days |
| | [illegible] fluid. |
| 6/29/05 1525 | admin entry |
| | ENT consult reviewed. x-ray sinus done in January normal. Treat symptomatically. Inmate hasn't signed up for sick call since. |
| | K. L. Laybourn, MD FCC Petersburg, Virginia |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Ward, Myron
05967-087

REGISTER NO. | WARD NO.

Health Services Unit-LOW
FCC Petersburg, Virginia

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6/12/05 | Admin Note:- Refill meds |
| 1000 | 1) flunisolide Nasal Spray - 2 puffs each nostril |
| | 2x daily x 30 days [signature] Richard S. Forth, ARN |

STANDARD FORM 600 (REV. 6-97) BACK

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/28/05 0835 | S: [illegible] of meds for chronic [illegible]. He was seen by Dermatologist & was prescribed c̄ Hydrocortisone [illegible]. |
| | [illegible]. 1/28/05 |
| T=97.4 | |
| BP 101/69 | [signature] |
| PR-75 | |
| 1/28/05 0915 | S) 34 y/o B/M ambulatory, NT in acute distress |
| | BP=89/60 PR 60 T 97.0 |
| | [illegible] |
| | A: Hemorrhoids |
| | P: [illegible] 1% ointment Apply to affected area 2x day |
| | X 15 days |
| | Patient advised on action & [illegible] |
| | [illegible] [signature] |
| 02/09/05 1300 | S) 34 yr old male H/O chronic sinusitis x 2 yrs, Requesting renew on Flunisolide |
| | O) Alert & oriented x3. NAD. Stable gait |
| BP 113/64 | Nares patent ⊕ mild maxillary sinus tenderness |
| P 74 | with palpation. Pharynx — normal. |
| temp 97.1 | A) Chronic Rhinitis |
| | P) Renew meds as — |
| | 1) Flunisolide 25mcg — 2 puffs in each nostril 2x daily X3 |
| | 2) Pt pending ENT evaluation |
| | 3) R/H as needed [signature] |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11/23/04 1020 | S: pt came due to recall [illegible] of ENT. due to chronic swelling of turbinates. pt claimed also that his [illegible] medication |
| | O: BP 112/78 P: 69 T: 98 |
| | Nose: swollen turbinate in both nostrils - no gross exudate are noted. |
| | A: Chronic swollen turbinates |
| | P: ① Normal nasal saline spray - use as directed [illegible] x 60 days [illegible] |
| | ② Nasolide nasal spray [illegible] in each nostril 2 puffs BID x 60 days [illegible] |
| | ③ defer back to ENT for [illegible] |
| | ④ [illegible] to use medications as prescribed. |
| | ⑤ F/U PRN. |
| | A. Zayas, MLP FCC Petersburg-Low |
| | [illegible] |
| 11/30/04 1125 | Admin Note:- Reg'd meds |
| | 1) Dibucaine ointment ———— RSF [illegible] RICHARD S FORTH, ARNP |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Ward, [illegible]
05967-084

FCC Petersburg Low

| REGISTER NO. | WARD NO. |
|---|---|
| | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
**Medical Record**

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 5/22/04 12:30pm | S= Here for dressing change, had lymph node from right side of the neck removed 2 days ago. |
| | O= [illegible] T=97.6°F; BP=110/80; PR=72/min. NAD |
| | I noticed 2 cm post-op incision on the right side of the neck, no noticeable sutures, no sign of infection, no swelling, not tender. |
| | A= [illegible] Lymph Node removal, right side neck. |
| | P= dressing done. - pt educated on proper care of area. - f/c prn |
| | [signature] |
| 6/9/04 1300hr | ADM. Entry See Surgical Consult |
| | [signature] Luis A Nepomuceno MLP |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
| | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Ward, Myron
05967084

Health Services Unit-Low
FCC Petersburg, VA

REGISTER NO. | WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/15/04 1230 | S: pt. request medication for athlete feet. |
| | O: Bp 110/59 P 58 T 97.4 |
| | Feet: Scaly lesion noted in skin in right foot. no open lesion, [illegible] |
| | A: Tinea pedis |
| | P: ① Miconazole Cream apply bid in both feet x 30 days x [illegible] ② [illegible] in frequency and use of miconazole ③ Ply PAW |
| | A. [illegible], PA. |
| 8/24/04 1050h | S= [illegible] nasal spray, no new complaint |
| | O= Ambulatory, T=97.8°F; BP=122/60; [illegible] |
| | NAD- [illegible] nasal discharge |
| | Heart [illegible] WNL |
| | A= [illegible] |
| | P= Normal saline nasal spray [illegible] 2-3x daily x 10 days |
| | = Fluticasone nasal spray [illegible] x 30 days. |
| | = pt. educated on [illegible] |
| | E. Panagoiton, MLP FCC [illegible] |

STANDARD FORM 600 (REV. 6-97) BACK

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 5-20-04 | Continued |
| 2000 | P (6) Educated on above plan of care, including med dosing side effects. |
| | (7) Verbalized his understanding |
| | (8) Sent back to his unit |
| | V. Pegram RN / V. Pegram, R.N. FCC Petersburg-LOW |
| | [illegible] 5/21/04 K.A. Laybourn, M.D. |

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5-12-04 | Seen by optometry |
| 0830 | Rx |
| | KAL MD |
| | K.A. Laybourn, M.D. |
| 5-20-04 | S- Inmate returns from outside medical trip. Underwent |
| 2000 | lymph node biopsy today. Reports that biopsy area is |
| | sore but he is not in severe pain. Denies difficulty |
| | swallowing/breathing |
| | O- 33 y.o. ambulatory B/M in NAD. Dressing dry/intact to |
| | right side of neck. No paperwork seen from outside hospital |
| | BP 108/57 - 61 - 98° - 18. |
| | A- alteration in comfort/skin integrity r/t biopsy |
| | P- ① Dr. Allan notified |
| | ② Tylenol #3 - Take one or two tablets three times daily |
| | as needed for pain x 4 days. |
| | ③ Keep dressing in place, clean/dry and change in 2 days. |
| | (Pass written 5-22-04 for dressing change) |
| | ④ F/U c̄ surgeon next visit (Consult written) |
| | ⑤ Notify medical dept immediately for any severe pain or |
| | bleeding not controlled c̄ pressure x 5 minutes. |
| | (Continued) |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

Ward, Myers
05967-084

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER



| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5/5/04 1300 | admin Entry nonformulary for humabid was denied by Clinical director. [signature] K.A. Laybourn, M.D. |
| 5/11/04 1040 | PHYSICAL EXAMINATION COMPLETED for hi-cp. A. Zavala, P.A. FCI Petersburg, VA [signature] |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 04/13/04 0940 | S) 33 y/o B/M requesting Dibucaine ointment for hemorrhoids. No other complaint voiced. |
| | BP: 87/55 PR = 66/min T = 97.2 |
| | O) non-bleeding external mass between 5th + 6th o'clock, no thrombosed vein no bleeding |
| | A) Hemorrhoids |
| | P) Dibucaine 1% Apply to affected area 3x daily as needed x 15 days REF 2 |
| | Patient advised on action + side effects of meds |
| | F/U on regular S/C |
| | JOSEPH M. FAJARDO PHYSICIAN ASSISTANT |
| 4/26/04 | S: pt. request refill of flunisolide [illegible] by ENT [illegible] & [illegible]. |
| | O: [illegible] 98/[illegible] P. 53 T 97 |
| | See [illegible] ENT - 3/10/04 |
| | A: [illegible] |
| | P: ① flunisolide nasal spray 2 puffs BID in each nostril x 90 days x 2 refills |
| | ② [illegible] in frequency and use of flunisolide |
| | ③ [illegible] PRN |
| | A. Z[illegible], P.A. FC[illegible] [illegible], VA |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
| | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|
| | |

Ward, Myron
05967-084

Health Services Unit-LOW
FCC Petersburg, Virginia

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
**Medical Record**

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/29/04 1030hrs | [illegible] understands [illegible] (5) RTC as needed |
| 2/8/04 0930 | S: pt c/o nasal congestion [illegible] [illegible] one year. pt claimed [illegible] clear [illegible] discharge. O: BP: 128/56 P: 68. Nose: [illegible] swollen turbinate of left [illegible]. Slight swelling turbinate of right [illegible] unable to examine nose [illegible] unable to examine [illegible] swollen turbinates. A: R/O nasal polyps (2) chronic nasal [illegible]. P: (1) [illegible] nasal spray 2 puffs [illegible] x 60 days x 1 refill (2) [illegible] and use of [illegible] (3) referral to ENT [illegible] (4) [illegible] |
| | A. [illegible] FCI [illegible] |
| 3/10/04 1400h | ADM - Entry. See ENT Consult. Pt under [illegible] meds. M (1) Saline NASAL spray [illegible] x 10 days. Nonform (2) Humidified [illegible] x 10 days |
| 3/12/04 1000 | Non Form. Spoke with Dr [illegible] 3/12/04 E.A. Laybourn, M.D. [illegible] |

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/14/04 | Surgery Clinic: |
| 1345 | Seen for evaluation of lymphadenopathy, [illegible] of the neck |
| | For cervical lymph node biopsy to r/o lymphoma |
| | Joseph M. Fajardo, M.L.P. |
| | [illegible] 1-14-04 [illegible] Laybourn, M.D. [illegible] Officer [illegible] Petersburg, Virginia |
| 1/29/04 1030h | S → Pt is 33 y/o / NKDA / Problem with nose stuffing up on/off x 1 year. |
| | O → BP 110/70 HR 74 RR 14 Temp 97.4 |
| | [illegible] Pt [illegible] / NAD [illegible] |
| | [illegible] NASAL TURBINATES [illegible] |
| | [illegible] / no sign of septal deviation or [illegible] / Ears clear / [illegible] clear |
| | A → Chronic Rhinitis |
| | Rx (1) Diphenhydramine 50 mg po daily at bedtime on Pill Line |
| | (2) NASAL SALINE spray ii puffs to each nostril x 10 days |
| | (3) Write Sinus order |
| | (4) Pt educated about CALL PRN / [illegible] |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| Health Services Unit-LOW FCC Petersburg, Virginia | | | |
| SPONSOR'S | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Ward, Myron
05967-084

| REGISTER NO. | WARD NO. |
|---|---|
| | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10/27/03 | continuation: |
| 1005 | Pt advised on action side effects [illegible] |
| | [illegible] on regular S/C |
| | J. Fajardo, [illegible] FCC [illegible] |
| 12/3/03 0930 | Routine TB done today |
| | E. Paneguiton, MLP FCC Pet[illegible] |
| 12/29/03 0925 | S= Complains of nasal congestion x 5 days |
| | O= Ambulatory, T= 97.1°F; BP= 123/63 |
| | PR= 88/min, NAD |
| | congested nasal mucosa, throat, [illegible] |
| | Heart & lungs - WNL |
| | A= Upper respiratory infection |
| | Rx= Actifed 1 tab BID daily PO x 5 days |
| | Acetaminophen 325mg 2 tab 4x daily prn |
| | for pain x 5 day |
| | Pt educated on increase fluids |
| | F/u prn |
| | E. Paneguiton, MLP FCC Petersburg, Va |
| 1/8/04 1430 | S= Requesting refill of Dibucaine reports swollen |
| | [illegible] hemorrhoids, no bleeding, [illegible] |
| | O= Ambulatory, T=97.3°F; BP= 102/57; PR=84/min |
| | NAD |
| | noticed swollen external hemorrhoid, no |
| | thrombosis, not tender, no blood. |
| | A= External hemorrhoid |
| | Rx= Dibucaine oint. [illegible] x 30 days prn. |
| | Pt educated on [illegible] |
| | F/u prn. E. Paneguiton, MLP [illegible] Va |

NSN 7540-00-634-4176

600-108

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10-24-03 15[18] | Transferred from McKean – no physical necessary. |
| | M.B. Radford MRAS |
| | M.B. RADFORD. MRAS FCC PETERSBURG, VA |
| 10/27/03 1005 | S: sinus congestion, chronic |
| | (+) stuffy nose (+) scratchy throat (+) dry cough |
| | O) 33 y/o BIM, A&O in no acute distress |
| O requests dibucaine for irritation + pain in rectal | BP= 109/68 PR= 77/m T= 97.4 |
| | Nose: congested nasal mucosa, (+) clear mucus d/c |
| | Throat: clear (-) exudate |
| | Chest/Lungs: clear BS ø rales |
| | Heart: RRR ø murmur |
| | RECTAL EXAM: (+) slight redness + swelling around rectal area with small polyp at about 900 o'clock. |
| | A) Rhinitis, chronic |
| | Hemorrhoids |
| | P: Increase fluid intake |
| | Gargle c salt + water |
| | Chlorpheniramine 4mg i tab 3x daily prn for sinus congestion |
| | Nasalide nasal spray ii spray in each nostril 2x daily x 15 days |
| | Dibucaine ointment 1% use as directed x 14 days |

continued.

J. Fajardo, MLP

FCC P[illegible]

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

Health Services Unit-Low
FCC Petersburg, Virginia

RECORDS MAINTAINED AT:

PATIENT'S NAME *(Last, First, Middle initial)*: Ward, Myron

SEX:

RELATIONSHIP TO SPONSOR:

STATUS:

RANK/GRADE:

SPONSOR'S NAME:

ORGANIZATION:

DEPART./SERVICE:

SSN/IDENTIFICATION NO.: 05967-084

DATE OF

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD

# CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/24/03 | RECEIVED AT FCC PETERSBURG LOW, VIRGINIA |
| 1:05pm | Intake screening completed |
| | Present Medical Compliants (Yes) No |
| | If yes specify Hx of Episcleritis, Hemmhoids |
| | Place in: Chronic care clinic: NO |
| | PPD status: 2/12/03 0 X 0mm If positive, date of last chest X-ray: |
| | Medications Allergies: Yes (No) |
| | If yes specify |
| | Current Medications: NONE |
| | If yes, specify medications issued or prescribed: |
| | |
| | |
| | Sick call and pill line procedures explained: (Yes) No |
| | Have you have thoughts of harming yourself Yes (No) |
| | Referral to pschycology Yes (No) |
| | Have you tested positive for HIV? Yes (No) |
| | Do you have Hepatitis B? Yes (No) |
| | Have you come in contact with anyone with hepatitis B? Yes (No) |
| | Evidence of scabies or lice? Yes (No) |
| | Do you need information on a living will? Yes (No) |
| | Do you need information on advance directives? Yes (No) |
| | F. Bailey, RN / F. Bailey, RN |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FCC Petersburg Low, Virginia | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | F. Bailey, RN, PHS |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|
| | |

Ward, Myron
05967-084

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

Health Services Unit-Low
FCC Petersburg, Virginia

SF 600 (Face)

SN 7540-00-634-4176

600-108

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/22/03 | Medical intake screening at FCC Petersburg Med |
| 1730 | History of medication allergies: (NO) YES |
| | History of suicidal ideation: (NO) YES |
| | Referred to Psychology: (NO) YES |
| | Lice/Scabies inspection completed: (YES) |
| | History of infectious disease: TB, HIV or Hepatitis: (NO) Yes |
| | History of contact with a HBV person: (NO) YES |
| | PPD given: (NO) YES 2/12/03 0mm |
| | Labs requested: (NONE) CBC RPR UA |
| | Patient with living will: (NO) YES |
| | Do you need information on Advanced Directives: (NO) YES |
| | Sick-call, Pill-line and Callout procedures explained: NO (YES) |
| | Chronic care clinic referrals: Ø hemrhoids |
| | |
| | Current medical complaints: Ø |
| | |
| | |
| | Current medications: Ø |
| | |
| | |
| | 10/23/03 |
| | M.D. |
| | Officer |

Caruccio
FCC Petersburg, PEM

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: FCC PETERSBURG,PEM

PATIENT'S NAME (Last, First, Middle Initial) | SEX

SPONSOR | STATUS | RANK/GRADE

ORGANIZATION

ID/IDENTIFICATION NO. | DATE OF BIRTH

WARD
MYRON ARVEL 05967-084
B/M/O/07-07-1970
HT/509 WT/155 HR/BK EY/BN
CUSTODY/IN

FCC Pem

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

(This form may be replicated via WP)

BP-A659.060
MAY 99

# MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

TB Clearance Yes [X] No [ ]

1. PPD Completed: 02/12/03 (Date)
Results: 0 mm

2. CXR Completed: ______ (Date)
Results: ______

3. Health Authority
Clearance: OK FOR TRANSFER
D. Rice [signature] (sign) 10/21/03 (Date)

Note:
Date listed above must be within one year of this transfer.

| Name | Prisoner/Alien Reg.# | D.O.B. |
|---|---|---|
| Ward, Myron | 05967-084 | 07/07/70 |

| Departed From | Date Departed |
|---|---|
| FDC PHILADELPHIA | 10/22/03 |

| Destination | Reason for Transfer |
|---|---|
| PET | Non Medical |

| Dist. Name | Dist. # | Date in Custody |
|---|---|---|
| | | |

Current Medical Problems
1. Care Level 1
2.
3.
4.
5.
6.

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments
BLOOD AND BODY FLUID PRECAUTIONS

**Transportation**

| Question | Answer | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | [X] Yes [ ] No | If no, why not? |
| Is prisoner medically able to travel by airplane? | [X] Yes [ ] No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | [X] Yes [ ] No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status: | [ ] Yes [X] No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | [ ] Yes [X] No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority | Phone Number | Date Signed |
|---|---|---|
| [signature] D. Rice | (215) 521-4000 | 10/21/03 |

This form was electronically produced by Elite Federal Forms, Inc.

BP-A659.060
MAY 99

# MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

TB Clearance Yes [X] No [ ]

1. PPD Completed: 02/12/03 (Date)
Results: 0 mm

2. CXR Completed: ______ (Date)
Results: ______

3. Health Authority
Clearance: OK FOR TRANSFER
D. Rice [signature] 10/21/03
sign Date

Note:
Date listed above must be within one year of this transfer.

| Name | Prisoner/Alien Req.# | D.O.B. |
|---|---|---|
| Ward, Myron | 05967-084 | 07/07/70 |

| Departed From | Date Departed |
|---|---|
| FDC PHILADELPHIA | 10/22/03 |

| Destination | Reason for Transfer |
|---|---|
| PET | Non Medical |

| Dist. Name | Dist. # | Date in Custody |
|---|---|---|
| | | |

Current Medical Problems
1. Care Level 1
2.
3.
4.
5.
6.

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments
BLOOD AND BODY FLUID PRECAUTIONS

**Transportation**

| Question | Answer | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | [X] Yes [ ] No | If no, why not? |
| Is prisoner medically able to travel by airplane? | [X] Yes [ ] No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | [X] Yes [ ] No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status: | [ ] Yes [X] No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | [ ] Yes [X] No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority | Phone Number | Date Signed |
|---|---|---|
| [signature] D. Rice | (215) 521-4000 | 10/21/03 |

This form was electronically produced by Elite Federal Forms, Inc.

BP-S659.60 MEDICAL SUMMARY FEDERAL PRISONER/ALIEN TRANSIT CDFRM
MAY 99
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

TB Clearance Yes ✓ No
1. PPD Completed: 2-12-03 Date
Results: 0x0 mm
2. CXR Completed: ______ Date
Results: ______
3. Health Authority Clearance: OK
Sign [signature] Date 10/16/03

Note: Dates listed above must be within one year of this transfer.

| Name | Prisoner/Alien Reg# | D.O.B. |
|---|---|---|
| Ward Myron | 05967-087 | 7/2/20 |
| Departed From: McKean | Date Departed: 10-17-03 | |
| Destination: Pet | Reason for Transfer: Non Medical | |
| Dist. Name | Dist.# | Date in Custody __/__/__ |

Current Medical Problems
1. H/O Epicondylitis
2. Hemorrhoids
3.
4.
5.
6.

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | None | |

Additional Comments - Blood and Body Fluid Precautions

**Special Needs Affecting Transportation**

| Question | Answer | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | __ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority | Phone Number | Date Signed |
|---|---|---|
| D. Olson, MD Clinical Director [signature] | | 10/16/03 |

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

(This form may be replicated via WP) SIMILAR TO (USM 553) PRINTED ON RECYCLED PAPER Replaces BP-S659 of '



USP Lewisburg

Inmate Received, this date 10/17/03 110 pm

| | | |
|---|---|---|
| Medical History Reviewed | Yes | No |
| Evidence of lice | Yes | No |
| Suicidal Thoughts | Yes | No |
| Recent Assault, Trauma or Abuse | Yes | No |
| Signs and Symptoms of Infect Dse | Yes | No |
| Allergies to Medications | Yes | No |
| Medications | Yes | No |

2:15pm

Ferdinand Alama, P.A.

10/20/03

O.K. FOR TRANSFER
USP LEWISBURG
MEDICATIONS YES ____ NO ✓

Ferdinand Alama, P.A.

10/20/03

W. Coyner, RN
Clinical Nurse

FCI Petersburg, PEA

OK for transfer

RECEIVED AT F.C.I. PETERSBURG, VA
NOT FULLY EVALUATED
OK FOR TRANSFER.

10/20/03 at 1130

MEDICAL RECORD

AUTHORIZED FOR LOCAL REPRODUCTION

# CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/20/03 | RECEIVED AT FDC PHILADELPHIA ON THIS DATE: |
| 1815 | PAIN: (0) 1 2 3 4 5 |
| | ☒ NO MEDICATIONS REQUIRED ☐ MEDICATIONS REQURED (SEE BELOW) |
| | ① Oriented to sick call. |
| | [signature] |
| | C. Kane, NP<br>FDC Philadelphia |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FDC PHILADELPHIA | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (for typed or written entries, give: Name-last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade)

REGISTER NO. | WARD NO.

Ward, Myron
05967-084

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/CMR
FIRMR (41 CFR) 20-9.202-1

BP-S659.60 **MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAY 99

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

TB Clearance Yes ✓ No

1. PPD Completed: 2-12-03 Date

Results: 0x0 mm

2. CXR Completed: ______ Date

Results: ______

3. Health Authority Clearance: OK

Sign [signature] Date 10/16/03

Note: Dates listed above must be within one year of this transfer.

| Name | Prisoner/Alien Reg# | D.O.B. |
|---|---|---|
| Ward Myron | 05967-084 | 7/2/20 |
| **Departed From** | **Date Departed** | |
| McKean | 10-17-03 | |
| **Destination** | **Reason for Transfer** | |
| Pet | Non Medical | |
| **Dist. Name** | **Dist.#** | **Date in Custody** |
| | | __/__/__ |

Current Medical Problems

1. H/O Epistaxis
2. Hemorrhoids
3. ______
4. ______
5. ______
6. ______

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | None | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

**Special Needs Affecting Transportation**

| Question | Yes / No | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equi |

| Sign and Print Name - Certifying Health Authority | Phone Number | Date |
|---|---|---|
| [signature] | | 10/1 |

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring In

This form may be replicated via WP) SIMILAR TO(USM 553) Replaces BP-S6

HOLDOVER

10/20/03
1815

RECEIVED AT FDC PHILADELPHIA
BP-149 REVIEWED
NO MAJOR MEDICAL COMPLAINT
WILL CONTINUE ABOVE RECOMMENDATIONS

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| 10-7-03 1110hr | No show Sick Call appt. Rhinitis? [signature] PA-C |
| | Robert E. Piotrowski, PA-C<br>FCI McKean |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

PATIENT'S IDENTIFICATION: (*For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.*)

REGISTER NO. 05967-084

WARD NO.

Ward, Myron

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8/5/03 0730 | (S) c/o itching in both eyes, intermittent, esp in evenings + upon arising x 2 weeks. "sleepers" in side of eyes. (+) recent Hx episcleritis. "These symptoms are different" out of Nasalide. it has helped c̄ nasal soreness.<br>(O) NAD T=97.1°F<br>HEENT: (+) lazy eye, right side<br>Conjunctiva - pink sclera - white<br>Turbinates: pale + 3.5/4 bilat<br>(A) allergy eyes; Rhinitis<br>(P) *1. Vaso Clear 1-2 drops OU QID prn #1 NR.<br>2. IM Ed: use of drops.<br>3. IM understands Tx plan. RTC prn.<br>*4. Nasalide 2 sprays each nostril BID. #1 Rx 1<br>S Lab Steven Labrozzi, PA-C Physician Assistant<br>8/5/03 Reviewed By: V. Geza, PharmD (Pharm D) |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7-3-03 | S: C/o ongoing problem c nasal & sinus. My nose is sore and |
| 1055 | it stays clogged, can't breathe out of nose, Seeks Tx. |
| | O: NAD. Temp. 97.7 Eyes + ears are clear, TM's intact. Nose: |
| | tender to manipulation bil. c erythema and mucus (viscous) bil. |
| | o/p: mucus membranes pink + moist s exudate or cobblestoning. Neck: |
| | supple c a few shotty lymph nodes, R neck. ⊕ halitosis |
| | A: Chronic sinusitis |
| | P: Nasalide spray, 2 sprays per nostril b.i.d. # 1 OK |
| | Benadryl, 25 mg. ii tabs po b.i.d. # 20 OK. Pt education re: |
| | nasal hygiene. RTC p.r.n. Pt understands. B. Saylor NP-C |
| | BONNIE SAYLOR, CN-P<br>CERTIFIED NURSE PRACTITIONER |
| | REVIEWED BY: [signature] 7/3/03<br>H. BEAM, MD<br>FCI MCKEAN |
| 7/28/03<br>1330 | Inmate Rec'd 7 pg Medical Records [signature] HIT |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT<br>FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 05767-084

WARD NO.

Ward, Myron

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6/11/03 1230 | Inmate Rec'd 6 pp. Medical Records [signature] HIT T. Petruzzi, HIT |
| 6/11/03 1100 | Adm Note (See Dr Howard consult) Rx (1) Pred Forte ī gtt OD QID x 1 wk → ī gtt OD TID x 3 days → ī gtt OD BID x 3 days → ī gtt OD HS x 3 days Sched F/U appt [signature] 6/11/03 Reviewed By: [signature] PharmD V. Geza, PharmD D. Olson, MD Clinical Director |
| 6-17-03 0830 | S: C/o "Chronic sinus problem." "Nose is always stuffy and sore." Seeks tx. Requests Actifed, states cold pills "don't work - they only make me sleepy." O: NAD. T = 98.4. Eyes + ears: clear, TMs intact. Nose: c̄ erythema + rhinorrhea R > L. Tender to touch @ outer nares. O/P: mm's pink & moist. Neck: supple s̄ adenopathy. A: Allergic rhinitis P: I/M to take CTM's as prescribed & use nasal spray. RTC p̄ completion of PredForte Rx for F/U. Pt education re: warm steam mist c̄ shower + hot tea to break up congestion, ↑ fluids. RTC prn. I/M understands. B. Saylor NP-C BONNIE SAYLOR, CRNP CERTIFIED NURSE PRACTITIONER |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 5/30/03 | (S) c/o irritated red right eye x 1 day. started last night |
| 1125 | c̄ Foreign Body Sensation. Reddened eye noted today. |
| | Works in high dust area (UNICOR) NO PAIN. |
| | (O) AGENT: slight erythema of bulbar conjunctivae |
| | ⊖ abrasions seen upon fluorescein staining. |
| | (A) Rt. Conjunctivitis. |
| | (P) 1. Gentamicin Ophthalmic Drops 2 drops OD QID #1 NR. |
| | 2. IM Ed: Conjunctivitis, Hand washing, Use of meds. |
| | 3. IM understands Tx plan. RTC prn. |
| | 5/30/03 Reviewed By: [signature] V. Geza, PharmD [signature] Steven Labrozzi, PA-C Physician Assistant |
| 6/2/03 | Inmate Rec'd 3pp. Medical Records [signature] HIT |
| 0730 | T. Petruzzi, HIT |
| 6-5-03 | S: C/o Reddness in (R) eye c̄ pressure and "slight headache on that |
| 0715 | site." Denies pain, itching, Denies blurring, Δ in vision. ⊖ discharge |
| | O: NAD: OS: WNL. OD: c̄ mild injection of conjunctivae |
| | A: Conjunctivitis - (R) eye |
| | P: Continue meds as prescribed, warm compresses p.r.n. - Consult c̄ Dr. Olson |
| | - Consult c̄ optometrist. Pt. education: frequent hand-washing, cool |
| | compresses, avoid touching eyes. RTC immediately if Δ in vision or |
| | condition or p.r.n. Pt understands. [signature] NPC |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. | WARD NO.

Ward, Myron
03967-084

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5-1-03 1100 | S: My nose is irritated and causing alot of discomfort. I have a cough at night. The medication I was given didn't work. Problem x 6 mos. "getting progressively worse." O: Temp 98.3, Eyes & ears: clear, TM's intact. Nasal: c swollen, ... appearance, tender to palpation in frontal, nasal area. M.m's c erythema ... rhinorrhea bil. O/P: mms pink & moist. Neck: supple s adenopathy. A: sinusitis c PND. P: Amoxicillin, 500 mg, † tab po BID x 14 days #28 OK. - H2O - salt gargles TID. Warm compresses to face TID. RTC x 10 days for f/u or prn. Pt. understands. B Saylor NP-C. D/c nasal spray - causes burning. |
| 5/1/03 | V. Geza, Pharm. Otto Geza, PharmD. RPh Chief Pharmacist — BONNIE SAYLOR, NP FCI MCKEAN |
| 5-29-03 0848 | S: c/o congestion and swelling in nose. Can't breathe out of (L) nostril, at night "Both are clogged." Problem since last Sept. Requests relief. Also c/o cough at night. O: NAD. T: 97. ENT: c erythema & congestion of nares bil L > R. A: R/o allergy c congestion & cough components - PND. P: Actifed, † tab po b.i.d. #15 OK. Hot Na H2O gargles in P.M. Pt. education re: post nasal drip, RTC prn. Pt. understands. B Saylor NP |
| | 5/29/03 Reviewed By: V. Geza, Pharm. V. Geza, PharmD — BONNIE SAYLOR, NP FCI MCKEAN |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3/28/03 | (S) IM requests more Dibucaine for hemorrhoids |
| 0600 | (O) Deferred } see problem list, see 11/5 5/3/02 11/30/01 etc. |
| | (A) Hemorrhoids |
| | (P) 1. Dibucaine 1% Ointment apply AA 2-4 times daily prn. #1 Rx1 |
| | 2. FU prn via S/C |
| | S Labrozzi Steven Labrozzi, PA-C Physician Assistant |
| 4/14/03 | (S) c/o dry irritated nostrils. |
| 0800 | coughing at night. |
| | awakens c nasal congestion. when IM goes outside, nose opens up + there is some runny discharge. |
| | → an ongoing problem for 6-7 months. |
| | REVIEWED BY: [signature] 3/28/03 H. BEAM, MD FCI McKEAN |
| | (O) NAD T = 98.2° |
| | HEENT: ⊖ tenderness to palp F/M sinuses |
| | TMs pearly gray |
| | Turbinates +3.5/4 bilat edematous / erythematous |
| | Oropharynx: s̄ exudates |
| | NECK: 2 palpable lymph nodes < 1cm rt anterior cervical chain. |
| | LUNGS: CTA |
| | (A) Rhinitis |
| | Dry Nasal Mucosa |
| | (P) ~~1. CTM 4mg i po TID prn nasal symptoms. #21 Rx5~~ |
| | 2. Saline Nasal Spray 2 sprays each nostril QID + prn. #1 Rx3 |
| 4/14/03 | 3. IMEd: use of meds. IM understands Tx plan. |
| [signature] Pharm | 4. RTC prn |
| Nolette Goza, PharmD. RPh Chief Pharmacist | S Labrozzi Steven Labrozzi, PA-C Physician Assistant |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. | WARD NO.

Ward, Myron 05967-084

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11/23/02 1450 | (S) c/o "rash all over back & the medication given doesn't seem to be working." rash x > 1 year. used to itch, but no longer itches when Lidex used (since use of Lidex) Selsun "did not work" |
| | (O) ⊖ erythema ⊖ edema ⊖ lesions ⊖ pustules. ⊕ prominent skin pores with surrounding darkened skin. ⊕ isolated sites of acne. ⊖ hypopigmentation on posterior torso } Posterior Torso |
| | ⊕ hypopigmentation on anterior torso (≈ 3 mottle to quarter sized lesion). |
| | (A) Posterior Torso (Site of IM's complaint): Normal skin |
| | Anterior Torso: Tinea Versicolor |
| | (P) 1) No further treatment needed of posterior torso |
| | 2) Keep anterior torso under surveillance. If lesions ↑ or if Sx develop, RTC via S/C. |
| | 3) IM understands |
| | [signature] Steven Labrozzi, PA-C Physician Assistant |
| | Reviewed by D. Olson, MD Date: 11/26/02 |
| 2/13/03 1005 | (S) C/o feet aching x 6 months. Cramping. PAIN ↓ p̄ removal of BOP boots + p̄ foot massage. PAIN: soreness/cramping +7 or +8/10 constant, but waxes + wanes. PAIN ↑ c̄ walking, being in Boots, standing. PAIN virtually goes away when laying down, out of BOP boots, + in slippers. Left Foot Pain > Right Pain. Left: Cramps Rt: no cramps |
| | (O) Feet: ⊖ lesions, ⊖ erythema ⊕ tenderness to palpation of arches ⊕ tenderness to palp base of left 5th toe. |
| | (A) Foot Pain (2° Boots) |
| | (P) 1. Ibuprofen 400mg T po QID prn foot pain #30 Rx3 |
| | 2. Arch supports |
| | 3. IM understands Tx plan |
| | [signature] Steven Labrozzi, PA-C Physician Assistant |

[signature] Violette Gozza, PharmD, RPh Chief Pharmacist

FPI. LEX. Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/16/02 0850 | S: c/o rash on chest + back, off + on, x last 1 year. States no relief from AF cream |
| | O: Sl. erythematous + hyperpigmented small maculopapular lesions noted on entire back + chest. Ø pustules. Ø d/c |
| | A: Dermatitis |
| | P: Hidex cream #1 apply to aa bid x 2R Pt educ. Use top. cream as directed. Skin care discussed. RTC prn. Pt understands |
| | Gracia Fairbanks PA |
| | Reviewed by D. Olson, MD Date: 8/16/02 — GRACIA FAIRBANKS Physician Assistant |
| error-sl- 11/5 11/6/02 | Ⓢ I/M requests refill of Dibucaine for hemorrhoids |
| 11/5/02 | Ⓞ Deferred: see problem list } see also 5/31/02, 12-20-01, 10-12-01, 9-6-01 |
| | Ⓐ Hemorrhoids: see problem list |
| 1700 | Ⓟ 1. Dibucaine Ointment 1% apply to affected area after BMs. #1 Rx1 |
| | 2. f/c prn |
| 11/6/02 | V Geza PharmD. — Violette Geza, PharmD. RPh Chief Pharmacist — S. Labrozzi — Steven Labrozzi, PA-C Physician Assistant — Reviewed by D. Olson, MD Date: 11/6/02 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

Ward, Myron
05967-084

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 20 Dec 01 1140 | (cont.) Rectally p̄ each b.m. #7. Rx1, Metamucil, 1 tbsp. in 8 ounces of $H_2O$ q̄ pm. #1, Rx |
| | Pt. education: bowel movements. RTC as needed or when bleeding for observation. |
| | Lab: CBC. Pt. understands. Bonnie Saylor NP |
| | BONNIE SAYLOR, NP FCI MCKEAN |
| | Reviewed by D. Olson, MD Date: 12/21/01 |
| 11 Apr 02 1215 | S: C/o rash on back × 1 year. "It itches sometimes." Would like some cream |
| | O: NAD. Diffuse, hyperpigmented rash across back. |
| | A: tinea versicolor |
| | P: Miconazole #1, apply to AA's bid Rx2. Pt. education re: skin care. |
| | RTC PRN. Pt. understands. ——— B. Saylor, NP |
| | Reviewed by D. Olson, MD Date 4/11/02 BONNIE SAYLOR, NP FCI MCKEAN |
| 31 May 02 0730 | S: C/o continued rash on back - cream not helping. Also requests tx for hemorrhoid pain. |
| | O: NAD. Hyperpigmented rash across upper + mid back. Rectal deferred. |
| | A: tinea; h/o hemorrhoids |
| | P: Mycelex #1, apply to AA bid. Rx2. |
| | Dibucaine ointment #1, apply ā + p̄ q̄ BM Rx3 |
| | HC Supp #10, insert p̄ q̄ painful BM. Rx1. Pt education re: |
| | Skin Care. RTC PRN. Pt. understands. ——— B. Saylor NP |
| | BONNIE SAYLOR, NP FCI MCKEAN |
| | Reviewed by D. Olson, MD Date 5/31/02 |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/23/01 | S: c/o soreness in mid back from doing |
| 1325 | pull-ups. also c/o rash on back & chest |
| | O: (+) tenderness mid back on palp. ⊖ edema, |
| | erythema, ecchymosis. |
| | hypopigmented annular patches noted on |
| | back & mid chest |
| | A: Tinea versicolor. Muscle strain mid back |
| | P: Tylenol 500mg #20 ii Q8h prn x 0R |
| | Selenium sulfide lotion #1 apply, leave |
| | on 10min & rinse x 1R. Use biweekly |
| | Pt educ. Take / use meds as directed. RTC |
| | prn. Pt understands |
| | Gracia Fairbanks PA |
| | Reviewed by D. Olson, MD Date 10/24/01 Gracia Fairbanks, MLP |
| 20 Dec 01 | S: C/o bleeding hemorrhoids. Afraid he "will get sickle-cell anemia from |
| 1140 | bleeding so much." Pt. states the hemorrhoids "only come out @ night." |
| | O: NAD. No evidence of external or internal hemorrhoids visable or palpable. No |
| | evidence of bleeding. |
| | A: hemorrhoids? |
| | P: Dibucaine, #1, apply to AA ̄p̄ q BM. Hydrocortisone Acetate, 25 mg., Insert; supp (cont) |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 05967-084

WARD NO.

Ward, Myron
05967-084

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

10/15/01 FOOD HANDLER PHYSICAL

1100 S: Changes in physical health: (—)

O: Cough? (—) Fever? (—) Night Sweats? (—)

Skin rash/lesion? (—) Hands? (—)

Temp: 96.1°F B/P: 122/74 Pulse: 78 Resp: 18 Weight: 157#

Throat: clear wnl? (yes) other:

Respiratory: LSC wnl? (yes) other:

Cardiac: $S_1S_2$ wnl? (yes) other:

PPD date: 2/01 positive/(negative)

CXR date: N/A positive/negative

Other: (tattoos, evidence of IVDA) (—)

A: (EHM?) other:

P: 1) OK for Food Service? (yes) no

2) If not OK, schedule for MD evaluation (reason):

3) Pt. Education: handwashing } Voiced hygiene } understanding

S. Rimer

Reviewed by D. Olson, MD
Date: 10/15/01

Sandra L. Rimer, RN

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI McKean | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) Ward, Myron | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 05967-084 | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)