# ATTACHMENT D
# PART 2

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**9-20-01 / 1245** Intake screening: ⊖ suicidal thoughts ; ⊖ IVDA ⊖ inf dis ⊖ STD's ⊖ meds. Legally blind ® eye ; hx hemorrhoids. (Lundberg RN)

Cheryl Lundberg, RN

---

**9/6/01 / 0730**
S: I am "6 hemorrhoids - off & on x yrs
O: ® ext hemorrhoid ⊖ active bleeding ⊖ Thrombosis
A: see above
P: Dibucaine Oint Appl prn #1 tube
Hemorrhoidal Suppository insert ; pr after BM #16 w/2
fld & fld & files Understand
RTC prn

Reviewed by D. Olson, MD
Date:

C. Todd Montgomery
AHSA/SMLP

---

**10/12/01 / 0706**
S: Requests surgery for hemorrhoids. Flare up q.o.
O: Small hemorrhoidal tag s̄ edema or erythema.
"I don't have it now, but it comes back in the evening".
A: Hemorrhoids ; no indication for surgery.
P: ① Pt. education on ↑ water & fiber
② Dibucaine ointment after BM          (Cont'd →)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 05967-084     WARD NO.

Ward, Myron

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|----------------------------------------------------------------------------|

③ Hemorrhoidal Suppository i after BM # 1 Box

④ RTC PRN

Date: 10/12/01

C.D. Menon, HSA MLP

Reviewed by D. Olson, MD

BP-S659.60 **MEDICAL SUMMARY**    **FEDERAL PRISONER/ALIEN**    TRANSIT CDFRM    12.
MAY 99
**U.S. DEPARTMENT OF JUSTICE**    **FEDERAL BUREAU OF PRISONS**

| TB Clearance Yes ✓ No __ | Name | Prisoner/Alien Reg.# 05967-084 | D.O.B 7/7/70 |
|---|---|---|---|
| 1. PPD Completed: 2/22/01 Date | Ward Myron | | |
| Results: 0 mm | Departed From FCI Loretto | Date Departed 7/10/01 | |
| 2. CXR Completed: ___ Date | Destination FCI McKean | Reason for Transfer non medical | |
| Results: ___ | Dist. Name | Dist.# | Date in Custody __ /__ /__ |
| 3. Health Authority Clearance: Cleared | | | |
| Golda PAC 7/10/01 Sign Date | Current 1. Healthy Male 4. ___ Medical 2. ___ 5. ___ Problems 3. ___ 6. ___ | | |
| Note: Dates listed above must be within one year of this transfer. | | | |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority Golda  Golda PAC | Phone Number 814-472-4140 | Date Signed 7/10/01 |
|---|---|---|

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

This form may be replicated via WP)  SIMILAR TO(USM 553)

USP Lewisburg
Inmate Received, this date _7/13/01_
Medical History Reviewed
Evidence of lice                          Yes / No
Suicidal Thoughts                         Yes / No
Recent Assault, Trauma or Abuse           Yes / No
Signs and Symptoms of Infect Dse          Yes / No
Allergies to Medications                  Yes / No
Medications                               Yes / No

_Jane Okoth,  MLP_

FCI/FPC McKean
Inmate Received this date _7-20-01_
Medical History (BP-360) Reviewed
Evidence Body Lice: Yes/No
Medications:  Yes/No - Given _____

Cheryl Lundberg, RN

O.K. For Transfer                 _7/20/01_
USP Lewisburg
Medications   Yes _____   No ✓

_Jane Okoth,  MLP_

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 5/9/01 CONT. | FU prn SHU Rds Daily |

Traci L. Tyger, PA-C
Physician Assistant-Cert.

| 6/12/01 08:15 | (SHU) |

S) Pt seen c/o scalp pruritus & lesions/sores
   Onset a wk/last week. Denies past occurrence

O) 30 yo B/M. man. seen in SHU cell
   man scalp
   Hair black, texture is coarse. Dry
   scalp inspected c noted excoriations
   mild flaking of scalp

A) Seborrheic Dermatitis

P) (1)(Rx) Selenium Sulfide 2.5% lotion
       shampoo in tx/use ≤5 min. wkl. Repeat x 2 wk.
   (2) Pt Education: On no/ scratching as
       this is cause of his "sores". Also BD
       on & shampooing to BOP maximum as
       coarse hair/dry.

Traci L. Tyger, PA-C
Physician Assistant-Cert.

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

3/22/01
0930

S: Pt here per request c/o facial & back breakout. Reports pruritus [?] breakout. Now states cleared & pruritus gone.

O: 30 y.o. BM A&Ox4, cooperative

Skin: face: clear [?]

[illegible] non-inflamed closed comedones
Back: clear [?]

A/P: Skin clear now. Discussed no clinical findings [?] Pt. May want to purchase Clearasil to avoid breakouts in future as prevention.

*(signature)*

Traci L. Tyger, PA-C
Physician Assistant-Cert.

5/9/01
812

SHC

S: Pt c/o [?] itchy eyes. Given Stat antihistamines by provider at [?] this [?] & AIDE.

O: NAD. Seen in SHC [?]

eyes: sclera [?] noted [?] vascularity. Clear coryza. No thick discharge noted.

A: Suspect ocular irritation [?] allergies

P: Compress x10. (Rx) Artificial tears #1 instill 1-2 gtts in eye as needed [?]

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| Wald Milon | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART /SERVICE | SSN/IDENTIFICATION NO. 059107-084 | DATE OF BIRTH 7/7/70 |

FCI LORETTO
Health Services Dept

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 2/23/01 1330 | S: R here for hemorrhoid medication x 2⁵-3y r in severity 1 1/2 months ago. Reports only occas blood. Does not use regularly OTC meds. Reports swelling/irritation of hemorrhoids after each BM - requiring 1 in 1 3h post BM. O: 30 40 BM NAD, ambulatory BP 116/70 P 100, regular afeb Basline 99 6.1 > 14.0 < 245 42.9 rectal = no external hemorrhoids visualize ⊕ Tenderness @ papillae & outer sphincter. No blood. No clots. If defers insertion/exam of internal rectal canal A: External hemorrhoids by Hx P: Rx Anusol suppositories #12 refill insert 1 rectally after BMs prn x 2 weeks Rx Dibucaine oint. L #1 Apply prn AD after AM/PM BM Recommend keeping BMs regular, soft c ↑ H₂O, while maintain ↑ of roughage/fiber ↓ of refined sweets AVOID STRAINING RTC PRN |

Traci L. Tyger, PA-C
Physician Assistant-Cert.

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1/5/01 1850 | **ADMINISTRATIVE NOTE:** MEDICAL RECORD REVIEWED THIS DATE: 1/5/01 _____ McEmt/P _____ <br> John McMullen <br> EMT/Paramedic |
| 1-18-01 | S: 30 y/o ♂ here for c/o fungus on toes. Reports toe has looked this way for several months. Denies known injury to toe. |
| BP 110/70 | |
| weight 157 lbs | O: NAD, AMB <br> BP & weight stable |
| Nt error | ⓁFoot: #1 Great toe c̄ sign of old contusion c̄ under nail of hemorrhage + discoloration — nail is brittle but regrowth at nail bed noted no interdigital maceration or signs of fungus <br> Ⓡfoot: Other nails clean and grooming with good hygiene. No callous, rashes or other. <br> A: old contused toenail now brittle & weak <br> P: will take time for regrowth. Advised nail may fall off & not to be alarmed. Discussed signs of fungus & to report. <br> _____ Traci Tyger _____ <br> **Traci L. Tyger, PA-C** <br> **Physician Assistant-Cert.** |
| 1-25-01 | Good Service PE & Clearance. <br> _____ Traci Tyger _____ <br> Traci L. Tyger, PA-C <br> Physician Assistant-Cert. |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

Narb, Myron
    05967-084
    FCI LORETTO
    Health Services Dept

| RECORDS MAINTAINED AT: ▶ | |
|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE     **STANDARD FORM 600** (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

BP-S659.60 **MEDICAL SUMMARY**    **FEDERAL PRISONER/ALIEN**    **TRANSIT** CDFRM
MAY 99
**U.S. DEPARTMENT OF JUSTICE**    **FEDERAL BUREAU OF PRISONS**

TB Clearance Yes ✓ No __

1. PPD Completed: **3-23-00**
   Date

Results: ∅ mm

2. CXR Completed: _____
   Date

Results: _____

3. Health Authority

Clearance: *Cleared*

*A Smith BSU 12/28/00*
Sign        Date

Note:
Dates listed above must be within one year of this transfer.

| Name | Prisoner/Alien Reg.# | D.O.B. |
|------|------|------|
| Ward Myron | 05967-084 | 7/7/70 |

| Departed From | Date Departed |
|------|------|
| FCI Cum | 1-2-01 |

| Destination | Reason for Transfer |
|------|------|
| LOR | non-medical |

| Dist. Name | Dist.# | Date in Custody __/__/__ |
|------|------|------|

Current    1. NONE        4. _____
Medical    2. _____     5. _____
Problems   3. _____     6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|------|------|------|------|------|
| | | | **Medication Required For Care En Route** | |
| | | | NONE | |

Additional Comments - Blood and Body Fluid Precautions
**NKDA**

**Special Needs Affecting Transportation**

| | | If no, why not? |
|------|------|------|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority | Phone Number | Date Signed |
|------|------|------|
| *A Smith BSU*  *Alison Smith, RN*  FCI Cumberland | 301-784-1000 | 12/28/00 |

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution
This form may be replicated via WP)  **SIMILAR TO (USM 553)**    ⊕    Replaces BP-S659 of Mar 99

USP Lewisburg
Inmate Received, this date          1-2-01
Medical History Reviewed          (Yes) No
Evidence of lice                          Yes  No
Suicidal Thoughts                       Yes  No
Recent Assault, Trauma or Abuse   Yes  No
Signs and Symptoms of Infect Dse   Yes  No
Allergies to Medications              Yes  No
Medications                              Yes  No
Jodie L. Frasch, RN     *Y Frasch RN*

1/5/00                              O.K. For Transfer
                                        USP Lewisburg
                                        Medications    Yes ____ No ✓  *Luis Ramirez Ph*
                                                        Luis Ramirez, P.A.

1/5/01   *Fairfax H*
         *Received/Reviewed*
         *CHM*
         *NKDA*
         *& meds*
         *Ø lice*
         *Ø S/S*   *Luis Sigu*

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

12/2/00    Sick call

1015    S: Cb hemorrhoids, itching, feeling, rectal swelling discomfort c̄ BM, complaint all red blood in toilet p̄ BM x 2-3 days - has ↑ amt meat in diet hoping to avoid constipation.

O: VS - not indicated.

abd: soft NT ⊕ BS ⊕ masses ⊕ organomegaly
rectal: large ext hemorrhoid @ 6 O'clock, smaller hemorrhoid @ 12 O'clock, nl rectal tone, prostate nl sz, ⊕ lesions, yellow positive

A: ext hemorrhoids

P: ① metamucil - mix 1 packet in 8 oz H₂O q day #3
② hemorrhoidal ointment apply rectally BID x 7 days ... #458 ...
③ dilucaine ointment apply p̄ BM ... #1
③ ed: ↑ fiber diet, ↑ fluids, meds, rectal hygiene, f/u prn s/s worsen / persist

④ idle today

RX (s) Filled
See Medication List

Russell L. Byrd, RPh.
FCI CUMBERLAND

Virginia Sisler NP

GARY L REYNOLDS, MD
FCI CUMBERLAND

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Ward, Myan
05967-084

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------|

06-24-99    SICK CALL (cont)

O:  Vitals not indicated

HEENT: markedly edematous nasal mucosa
         ē rhinorrhea

A  "allergic" rhinitis (most likely due to cell environment

P  meds: 1) CTM 4mg ī tab at bedtime ō q from SureMed
education: continue CTM with "allergy tablets"
         from Commissary

F/U  As needed    Reynolds

Gary I Reynolds, MD
FCI CUMBERLAND

4/21/00    Sick Call
1000

S/ C/O (R) eye irritant and (L) eye problems see
spots for sometime — tells (R) eye blind at birth

O/ VS are not indicated

   (R) eye: mild erythema at lateral conjuncti
   (L) eye = 20/20 Snellen test., unable to see fundi

A/ (R) eye irritation
   (L) eye strain.

P/ - artificial tear: ii drops qid in (R) eye x 1 wk
   - Reschedule to see optometrist ( No show for appoin
on 6/9(99.)
   - I/M educated about his problem ō the tx

Becky Robinette, Pharm Tech.
FCI Cumberland
                BR  4/24/00

RX (s) Filled
See Medication List

Thao Nguyen, PA
FCI Cumberland

Russell L. Byrd, RPh.
FCI CUMBERLAND

Gary I Reynolds, MD
FCI CUMBERLAND

05967-084
WARD, MYRON)

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|---------------------------------------------------------------------------|
| (cont'd) | A - ? eye strain |
| 5-25-88 | P - ① Optometry consult |
| 1045 | ② Pt educated r: tx plan w/ call-out |
| | *Richard Klimkiewicz, PA-C* |
| | *FCI CUMBERLAND* |
| 6-15-99 | Sick Call |
| 1135 | S - pt c/o sore throat × 3 days - bothers him mostly when he's inside c̄ air conditioning, feels raw in AM, says unit is too cold |
| | O - BP - 104/70    P - 48    R - 14    T - 97⁸ |
| | HEENT - normal |
| | Heart - bradycardic, slightly irregular rhythm |
| | Lungs - clear ⓑ |
| | A - Sore throat - ? temperature sensitivity |
| | P - ① FC ASA 325 mg po q6h #9 - from SickBed |
| | ② Pt educated r: rest, warm drinks, hydration |
| | *Richard Klimkiewicz, PA-C* |
| | *FCI CUMBERLAND* |
| 6-24-99 | 1000 SICK CALL |
| | S: Concerns "cold symptoms" improved since signing up for this appointment two days ago |
| | (OVER)  *Reynolds*  GARY I REYNOLDS, MD |
| | *FCI CUMBERLAND* |

| HOSPITAL OR MEDICAL FACILITY **FCI CUMBERLAND** | STATUS | DEPART./SERVICE **FCI CUMBERLAND** | RECORDS MAINTAINED AT |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. 05967-084 | WARD NO. |

*Ward, Myron*

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

STANDARD FORM 545 (rev. 10–75)
545–108

## LABORATORY REPORT DISPLAY

ID: Ward Myron
12-03-03 10:39AM

CLARITY: _____
COLOR: YELLOW

MULTISTIX 10 SG

GLU    NEGATIVE
BIL    NEGATIVE
KET    NEGATIVE
SG     1.025
BLO    NEGATIVE
PH     6.5
PRO    NEGATIVE
URO    0.2 E.U./dL
NIT    NEGATIVE
LEU    NEGATIVE

RESULTS
YELLO
1.025
0.2
NEG
NEG
NEG
NEG
NEG
6.5

NEG

NEG

Ward Myron
1-05967-084

ABOVE PROTECTIVE STRIP — PLACE TOP OF OR 3D REPORT HERE AND SUCCEEDING ONES ON LINES TO THE RIGHT

PRESSURE MUST BE APPLIED TO ATTACH LABORATORY REPORT

Vmo
12/15/03

MD DATE
12-3-03

MISCELLANEOUS
STANDARD FORM 557 (Rev. 3-77)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45-505
557–107

PATIENT'S MED. RECORD

**INSTRUCTIONS:** This form may be used to display laboratory reports as a flow sheet to be read as a progressive table. If so, a separate sheet should be used for each type of report form. When assorted report forms are mounted on the display sheet, both test names and results should always be visible.

ENTER IN SPACE BELOW: PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

Ward, Myron
05967-084

FORMS DISPLAYED ON THIS SHEET ARE ( *Check one* )

| MOUNTED ON STRIPS 1 THROUGH 7 | MOUNTED ON STRIPS 1, 3, 5, AND 7 |
|---|---|
| ☐ CHEMISTRY I (SF 546) | ☐ PARASITOLOGY (SF 552) |
| ☐ CHEMISTRY II (SF 547) | ☐ IMMUNOHEMATOLOGY (SF 556) |
| ☐ CHEMISTRY III (SF 548) | ☐ ASSORTED FORMS |
| ☐ HEMATOLOGY (SF 549) | ☐ OTHER ( *Specify* ) |
| ☐ URINALYSIS (SF 550) | MOUNTED ON STRIPS 1, 4, AND 7 |
| ☐ SEROLOGY (SF 551) | ☐ MICROBIOLOGY I (SF 553) |
| ☐ SPINAL FLUID (SF 555) | ☐ MICROBIOLOGY II (SF 554) |
| | ☐ MISCELLANEOUS (SF 557) |
| | ☐ ASSORTED FORMS |

PRESCRIBE BY GSA/ICMR
FIRMR (41-CFR) 201-45, 505

LABORATORY REPORT
DISPLAY

STANDARD FORM 545 (rev. 10–75)
545–108

## LABORATORY REPORT DISPLAY

| TEST(S) | | |
|---|---|---|
| SPECIMEN TAKEN | | |
| DATE | TIME | A.M. / P.M. |
| RESULTS | REQUESTED | (X) |
| | ROUTINE | |
| Yell CLR | COLOR | |
| 1.025 | SPECIFIC GRAVITY | |
| 0.2 | UROBILINOGEN | |
| NEG | OCCULT BLOOD | |
| NEG | BILE | |
| NEG | KETONES | |
| NEG | GLUCOSE | |
| NEG | PROTEIN | |
| 6.5 | pH | |
| | MICROSCOPIC | |
| NEG | WBC | |
| | RBC | |
| | EPITH CELLS | |
| | WBC | C A S T S |
| | RBC | |
| | HYALINE | |
| | GRANULAR | |
| | BACTERIA | |
| | CRYSTALS | |
| | MUCUS | |
| NEG | NITRITE | |
| | | |
| | BENCE-JONES PROTEIN | |
| | HEMOSIDERIN | |
| | HCG | |

**URINALYSIS**          550–107
Standard Form 550 (Rev. 4–77)
General Services Administration and Interagency
Committee on Medical Records FIRMR (41 CFR) 201–45.505

Handwritten in remarks/ID area: WARD  05967-084

REPORTED BY: _Sue_
TECH: 57-99
MD DATE: _Sue_ 5/7/84
LAB ID NO: 57-99 Aud

URINALYSIS
URGENCY: STAT / PRE-OP / TODAY / ROUTINE
PATIENT STATUS: NP / BED / OUTPATIENT / DOM / AMB
SPECIMEN SOURCE: ROUTINE / OTHER (Specify)
SPECIMEN/LAB RPT NO

② 

**PATIENTS MED. RECORD**

IOVE PROTECTIVE STRIP — PLACE TOP OF 2D REPORT ON THIS LINE — RIGHT MARGIN ON BASE LINE

↑ ALIGN ALL LABORATORY REPORTS ALONG THIS BASE LINE

**INSTRUCTIONS:** This form may be used to display laboratory reports as a flow sheet to be read as a progressive table. If so, a separate sheet should be used for each type of report form. When assorted report forms are mounted on the display sheet, both test names and results should always be visible.

ENTER IN SPACE BELOW: PATIENT IDENTIFICATION — TREATING FACILITY — WARD NO. — DATE

Wardi Myron
05967-084

| FORMS DISPLAYED ON THIS SHEET ARE (Check one) | |
|---|---|
| MOUNTED ON STRIPS 1 THROUGH 7 | MOUNTED ON STRIPS 1, 3, 5, AND 7 |
| ☐ CHEMISTRY I (SF 546) | ☐ PARASITOLOGY (SF 552) |
| ☐ CHEMISTRY II (SF 547) | ☐ IMMUNOHEMATOLOGY (SF 551) |
| ☐ CHEMISTRY III (SF 548) | ☐ ASSORTED FORMS |
| ☐ HEMATOLOGY (SF 549) | ☐ OTHER (Specify) |
| ☐ URINALYSIS (SF 550) | MOUNTED ON STRIPS 1, 4, AND 7 |
| ☐ SEROLOGY (SF 551) | ☐ MICROBIOLOGY I (SF 553) |
| ☐ SPINAL FLUID (SF 555) | ☐ MICROBIOLOGY II (SF 554) |
| | ☐ MISCELLANEOUS (SF 557) |
| | ☐ ASSORTED FORMS |

PRESCRIBE BY GSA/ICMR
FIRMR (41–CFR) 201–45, 505

**LABORATORY REPORT DISPLAY**

S-4-04
IN

Southside Regional Medical Center
801 South Adams
Petersburg VA, 23803

NAME:WARD,MYRON                    DOCTOR:              LOC:REF  Room:REF
HOSP ACCT #:CL6200176           MED REC#:070713930      ADMIT DATE:05/12/04 15:46
                                  05967-084

================================================================================
Accession #:133-0585                         Collected Date/Time:05/12/04 09:35

                              Rout
================================================================================
Test Name          Results    Init     Reference Range        Units
================================================================================

### HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| WHITE BLOOD CELL | 5.27 | | 3.20-9.80 | X10*9/L |
| RED CELL COUNT | 4.79 | | 4.40-5.70 | X10*12/L |
| HEMOGLOBIN | 14.6 | | 14.0-18.0 | G/DL |
| HEMATOCRIT | 43.9 | | 39.0-49.0 | % |
| MCV | 91.6 | | 80.0-98.0 | FL |
| MCH | 30.5 | | 27.0-31.0 | PG |
| MCHC | 33.3 | | 33.0-37.0 | % |
| RDW | 12.1 | | 11.5-14.5 | % |
| PLATELETS | 193 | | 150-450 | K/UL |
| MEAN PLT VOL | 10.1 | | 7.4-10.4 | FL |

### AUTO DIFFERENTIAL

| | | | | |
|---|---|---|---|---|
| GRANULOCYTE % | 47.5 | | 42.2-75.2 | % |
| LYMPHOCYTES | 43.8 | | 20.5-51.1 | % |
| MONOCYTES | 7.4 | | 1.7-9.3 | % |
| EOSINOPHIL % | 0.9 | | 0.0-10.0 | % |
| BASOPHIL % | 0.4 | | 0.0-0.8 | % |
| GRAN.ABSOLUTE | 2.5 | | 2.0-8.6 | K/UL |
| ABSOLUTE LYMPH | 2.3 | | 0.6-4.2 | K/UL |
| MONO ABSOLUTE | 0.4 | | 0.0-0.9 | K/UL |
| ABSOLUTE EOS | 0.1 | | 0.0-0.7 | K/UL |
| ABSOLUTE BASO | 0.0 | | 0.0-0.2 | K/UL |

### COAGULATION STUDIES

05/12/04
K.A. Laybourn M.D.

| | | | | |
|---|---|---|---|---|
| PROTHROMBIN TIME | 11.4 | | 9.8-12.3 | SECONDS |

    RECOMMENDED INR VALUES: PREVENTION/TREATMENT OF
    DVT/PREVENTION OF STROKE/SYSTEMIC EMBOLISM = 2.0 TO 3.0
    RECURRENT MI/MECHANICAL VALVES = 2.5 TO 3.5
    INCREASED RISK OF BLEEDING IS ASSOCIATED WITH INR'S OF 5.0
    AND HIGHER.

| | | | | |
|---|---|---|---|---|
| INR   Therapy | 1.0 | | | |
| APTT | 32.4 | | 24.0-35.0 | SECONDS |

            *** See Next Page for Additional Results ***
Rpt Comment:

================================================================================
WARD,MYRON                                        PAGE:  1
LABORATORY REPORT                                 05/12/04 18:01
================================================================================

Southside Regional Medical Center
801 South Adams
Petersburg VA, 23803

NAME:WARD,MYRON              DOCTOR:              LOC:REF   Room:REF
HOSP ACCT #:CL6200176        MED REC#:07071970        ADMIT DATE:05/12/04 15:46

=========================================================================
Accession #:133-0585                        Collected Date/Time:05/12/04 09:35

                              Rout
=========================================================================
Test Name          Results    Init    Reference Range     Units
=========================================================================

                          CHEMISTRY

GLUCOSE                81                  70-110          MG/DL
BUN                    18                   5-25           MG/DL
CREATININE            1.1                 0.5-1.4          MG/DL
SODIUM                139                 135-153          MMOL/L
POTASSIUM             4.1                 3.5-5.3          MMOL/L
CHLORIDE              105                 102-112          MMOL/L
CO2                   32  H                24-31           MMOL/L
CALCIUM               9.5                 8.7-10.7         MG/DL
TOTAL PROTEIN         7.0                  6.0-8.0         G/DL
ALBUMIN               4.2                  3.5-5.0         G/DL
ALK PHOSPHATASE        65                  37-107          IU/L
SGOT/AST               21                   8-42           IU/L
SGPT/ALT               17                   0-55           IU/L
BILIRUBIN, TOTAL      0.7                 0.3-1.2          MG/DL
CALCULATED OSMO       279                 275-295          MOSM/L
ANION GAP             6.6  L             10.0-20.0         MMOL/L
GLOBULIN              2.8                  2.2-4.0         G/DL
A/G RATIO             1.5                 1.0-20.0

K.A. Laybourn, M.D.

*** "FCI (LOW)" - Doctor Report ***
Rpt Comment:
=========================================================================
WARD,MYRON                                        PAGE:   2
LABORATORY REPORT                                 05/12/04 18:01
=========================================================================

# FEDERAL MEDICAL CENTER CLINICAL LABORATORY

Laboratory Supervisor:
Bob Latina

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Page: 1 of 1
Printed: 12/08/2003 @ 15:18

=========================================================

## FINAL REPORT
### *** SENSITIVE - LIMITED OFFICIAL USE ***

=========================================================

Name: WARD, MYRON                    Lab #: 040361                ID: 05967-084

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|------------------------|

## HEMATOLOGY

**CBC w/DIFF**

| Test | Result | | Reference Range/Units |
|------|--------|--|------------------------|
| WBC | 5.7 | | 4.0 - 11.0 10^3/uL |
| RBC | 4.94 | | 4.50 - 5.50 10^6/uL |
| Hgb | 14.7 | | 14.0 - 17.0 g/dL |
| Hematocrit | 44.4 | | 42.0 - 50.0 % |
| MCV | 89.8 | | 80.0 - 100.0 fL |
| MCH | 29.8 | | 25.4 - 34.6 pg |
| MCHC | 33.1 | | 31.0 - 37.0 g/dL |
| RDW | 12.1 | | 11.0 - 15.0 % |
| Platelets | 191 | | 125 - 400 10^3/uL |
| MPV | 8.3 | | 7.0 - 11.0 fL |
| Neutrophils % | 53.8 | | 40.0 - 75.0 % |
| Lymphocytes % | 38.9 | | 15.0 - 45.0 % |
| Monocytes % | 6.3 | | 6.0 - 15.0 % |
| Eosinophils % | 0.8 | | 0.0 - 7.0 % |
| Basophils % | 0.2 | | 0.0 - 2.0 % |
| Neutrophils # | 3.1 | | 1.5 - 7.1 10^3/uL |
| Lymphocytes # | 2.2 | | 0.9 - 3.3 10^3/uL |
| Monocytes # | 0.4 | | 0.3 - 1.1 10^3/uL |
| Eosinophils # | 0.0 | | 0.0 - 0.7 10^3/uL |
| Basophils # | 0.0 | | 0.0 - 0.2 10^3/uL |

## SEROLOGY

| Test | Result | | Reference Range/Units |
|------|--------|--|------------------------|
| RPR | Nonreactive | | Nonreactive |

*[signature]*
12/15/03
[illegible] Layboum
Medical Officer
FCC Petersburg, Virginia

**Legend**
High = HI   Low = LO   Critical = CR   Abnormal = AB

ID: 05967-084
Name: WARD, MYRON
Ordered By: LAYBOUM
Collected: 12/03/03 @ 10:00

DOB: 07/07/1970   Age: 33yr   Sex: M
Lab Accn: 040361

Reviewed_____

Location: Petersburg Low

```
                    U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
                         LABORATORY,  1900 W. SUNSHINE
                          SPRINGFIELD,  MISSOURI  65808
                            (417) 862-7041, EXT. 454
```

```
===============================  F I N A L   R E P O R T  ===============================
Register Number: 05967-084
Name          : WARD,..........                 Age               : 99
Location      : FCI CUMBERLAND                   Sex               : M
Physician     : HOWARD, MD                       Accession Number: 2888
Collection Date: 05/07/1999                      "X" if Complete :  [X]
Collection Time: 10:00
Tests  | Glucose; RPR
Ordered|
========================================================================================
```

| Test Name | Result | Flag | Reference Range | | | Tech |
|-----------|--------|------|-----------------|---|---|------|
| Collection Cmt. | Admission & Orientation | | | | | |
| Glucose | 63 | LO | mg/dL | 70 | – 110 | SY TE |
| RPR | Non-Reactive | | | NR | | MB JD |

```
              -- End of Laboratory Report --
```

Name      : WARD,..........
Register# : 05967-084
Printed   : 05/10/1999 @ 14:00

Doctor   : HOWARD, MD
Location : FCI CUMBERLAND
           ..........
Sensitive L.O.U.

**LABORATORY REPORT**

21502078 AREA/ROUTE/STO   MAIL
FCI - CUMBERLAND
14601 BURBIGE ROAD — SE
CUMBERLAND, MD 21502



**SmithKline Beecham**
Clinical Laboratories

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| WARD, NONAME | 05967 084 | | | | HOWARD |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0482757 | KP351605P | | 05071999 10 | 05071999 | 05101999 | 3:04PM |

REMARKS

EASTERN TIME

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: NG

CBC (INCLUDES DIFF/PLT)                                                                 KP

| TEST | IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|
| WHITE BLOOD CELL COUNT | 6.1 | THOUS/MCL | 3.8-10.8 |
| RED BLOOD CELL COUNT | 4.65 | MILL/MCL | 4.40-5.20 |
| HEMOGLOBIN | 14.0 | G/DL | 13.8-15.6 |
| HEMATOCRIT | 42.9 | % | 41.0-46.0 |
| MCV | 92.2 | FL | 80.0-100.0 |
| MCH | 30.1 | PG | 27.0-33.0 |
| MCHC | 32.6 | G/DL | 32.0-36.0 |
| RDW | 12.9 | % | 9.0-15.0 |
| PLATELET COUNT | 215 | THOUS/MCL | 130-400 |
| ABSOLUTE NEUTROPHILS | 3233 | CELLS/MCL | 1500-7800 |
| NEUTROPHILS | 53 | % | |
| ABSOLUTE LYMPHOCYTES | 2379 | CELLS/MCL | 850-4100 |
| LYMPHOCYTES | 39 | % | |
| ABSOLUTE MONOCYTES | 427 | CELLS/MCL | 200-1100 |
| MONOCYTES | 7 | % | |
| ABSOLUTE EOSINOPHILS | 61 | CELLS/MCL | 50-550 |
| EOSINOPHILS | 1 | % | |
| ABSOLUTE BASOPHILS | 0 | CELLS/MCL | 0-200 |
| BASOPHILS | 0 | % | |

>> END OF REPORT - WARD, NONAME KP351605P <<

**SOUTHSIDE REGIONAL MEDICAL CTR**
801 SOUTH ADAMS STREET
PETERSBURG, VA 23803

| | | |
|---|---|---|
| **Name: WARD , MYRON A** | | **Exam: SURGICALS** |
| Room: SOP - | **DOB:** 07/07/1970 | **Adm Dr:** RAYUDU, JUJJAVARAPU |
| MR#: 511619 | **Age:** 33 Y | **Ord Dr:** RAYUDU, JUJJAVARAPU |
| Pat#: 6621854 | **Sex:** M | **Transcribed:** 05/21/2004 13:30:49 |
| Req#: 2224491-1 | **Ack:** | **Dictated:** 05/21/2004 09:37:00 |

**\*\*\* Final \*\*\***
**PATHOLOGY REPORT**

**S04-02485**

| | |
|---|---|
| **FINAL DIAGNOSIS:** | **Cervical lymph node: benign hyperplastic lymph node with mild dermatopathic changes** |
| **CLINICAL HISTORY:** | |
| **PREOP DIAGNOSIS:** | Cervical lymphopathy |
| **POSTOP DIAGNOSIS:** | None given |
| **GROSS DESCRIPTION:** | The specimen is labeled "cervical lymph node-right" in fixative is a 9 x 8 x 4 mm pink lymph node, bisected.  T1  bts |
| **MICROSCOPIC INTERPRETATION:** | This lymph node is relatively small and contains benign hyperplastic variably sized follicular centers, some with a dung bell configuration scattered about the cortex.  Some pigment is noted in some macrophages with in the finesses. |

Electronically signed by **BRAD SIEGMUND MD at 05/21/2004 13:37:58**

K.A. Leyts   M.D.

BP-S622.060
AUG 96    **RADIOLOGIC CONSULTATION REQUEST/REPORT**    CDFRM

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| Patient Identification<br>Name, Register Number, Institution | Age | Sex | EXAMINATION REQUESTED |
|---|---|---|---|
| **Ward, Myron** | 35 | M | |
| **05967-084** | Pregnant | | **Sinuses 3v min (70220)** |
| **FCC - Petersburg  (LOW)** | ___Yes    X _No | | |

| Specific reason(s) for request (Complaints and findings) | Requested by | Date Requested |
|---|---|---|
| **Headaches.** | **Luis A. Negron, PA** | **11-21-05** |

| Date of examination | Date of Report | Date of Transcription | Film # |
|---|---|---|---|
| **11-21-05** | **11-27-05** | | |

Radiologic Report

**Exam:  Paranasal sinuses**

**Conclusion:   Normal sinuses.**

**Findings:  The paranasal sinuses are well developed and aerated without air/fluid levels, masses, or bone destruction.**

| Signature | Location of Radiologic Facility |
|---|---|
| *William B. Olson, md*<br>William B. Olson, M.D. | **DBI Radiology, Inc.**<br>Franklin, Virginia 23851-1205 |

Original - Medical Record; Copy - Physician; Copy - Radiology
(This form may be replicated via WP)

BP-S622.060    **RADIOLOGIC CONSULTATION REQUEST/REPORT**  CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| Patient Identification<br>Name, Register Number, Institution | Age<br><br>35 | Sex<br><br>M | EXAMINATION REQUESTED |
|---|---|---|---|
| Ward, Myron | Pregnant<br><br>___Yes   **X** No | | Sinuses 3v min (70220) |
| 05967-084 | | | |
| FCC - Petersburg  (LOW) | Requested by<br><br>Luis A. Negron, PA | | Date Requested<br><br>11-21-05 |

Specific reason(s) for request (Complaints and findings)

    Headaches.

| Date of examination<br><br>11-21-05 | Date of Report<br><br>11-27-05 | Date of Transcription | Film # |
|---|---|---|---|

Radiologic Report

**Exam:  Paranasal sinuses**

**Conclusion:   Normal sinuses.**

**Findings:  The paranasal sinuses are well developed and aerated without air/fluid levels,**
             **masses, or bone destruction.**

*[signature]*
11-29-05
R. L. Laybourn, MD
FCC Petersburg, Virginia

| Signature<br><br>*William B. Olson, md*<br>William B. Olson, M.D. | Location of Radiologic Facility<br><br>**DBI Radiology, Inc.**<br>Franklin, Virginia 23851-1205 |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology
(This form may be replicated via WP)

BP-S622.060     **RADIOLOGIC CONSULTATION REQUEST/REPORT**   CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| Patient Identification<br>Name, Register Number, Institution<br><br>**Ward, Myron**<br><br>**05967-084**<br><br>**FCC - Petersburg  (LOW)** | Age<br><br>**33** | Sex<br><br>**M** | EXAMINATION REQUESTED<br><br>**Sinuses 3v min (70220)** | |
|---|---|---|---|---|
| | Pregnant<br><br>____Yes   **X**__No | | | |
| | Requested by<br><br>**Luis A. Negron, PA** | | | Date Requested<br><br>**1-29-04** |

Specific reason(s) for request (Complaints and findings)

   **Nasal discomfort.**

| Date of examination<br><br>**3-3-04** | Date of Report<br><br>**3-7-04** | Date of Transcription | Film # |
|---|---|---|---|

Radiologic Report

**Exam:  Paranasal sinuses**

**Conclusion:   Normal sinuses.**

**Findings:  The paranasal sinuses are well developed and aerated without air/fluid levels,
masses, or bone destruction.  The nasal septum is midline.**

*K.A. Laybourn, M.D.*

| Signature<br><br>*William B. Olson, md*<br>**William B. Olson, M.D.** | Location of Radiologic Facility<br><br>**DBI Radiology, Inc.**<br>Franklin, Virginia 23851-1205 |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology

(This form may be replicated via WP)

Facility:

Medication Administration Record

Month/Year:

| | Order Date | Exp. Date | RX # | | | | |
|---|---|---|---|---|---|---|---|

Order Date 1-24-04
Exp. Date 2-24-04
RX # 0-24-04

Ward, Myron Ave-I
0546 7-084
Take I cap at bedtime
Diphenhydramine 50mg (Caps?)

Days: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Documentation Codes:  H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

Pill Line#:

DOB:
Unit:

HT:    WT:

Pt. Name:

Allergies:

Registration #:

Diagnosis:

Physician:

Facility:

**Medication Administration Record**

Month/Year:

| Order Date | 1-29-04 |
| Exp. Date | 2-4-04 |
| RX # | |

Take one capsule at bed time

Diphenhydramine 50mg cp

VR VR VR

Exp
2-4-04

| Order Date | |
| Exp. Date | |
| RX # | |

| Order Date | |
| Exp. Date | |
| RX # | |

| Order Date | |
| Exp. Date | |
| RX # | |

| Order Date | |
| Exp. Date | |
| RX # | |

| Order Date | |
| Exp. Date | |
| RX # | |

| Order Date | |
| Exp. Date | |
| RX # | |

Documentation Codes:    **H - Hold**    **R - Refused**    **DC - Discontinued Order**    **S - Self Administered**    **NS - No Show**    **O - Other**

DOB:    HT:    WT:    Allergies:    Diagnosis:

Unit:

Pill Line#:    Pt. Name: Ward, Myron    Registration #: 05967-084    Physician: FCC Petersburg, Virginia

Health Services Unit-Low

Facility:

## Medication Administration Record

Month/Year:

Prescriptions

Ord.Date WARD, MYRON ARVEL
05/21/04 05967-084
K. LAVACOMBE
TAKE TAKE 1 OR 2 TABLES BY MOUTH
EVERY 4 HOURS (Refills)
TAKE TAKE 1 OR 2 TABLES BY MOUTH
DAILY AS NEEDED FOR PAIN FOR 4
DAYS

RX #
40598
ACETAMINOPHEN/CODEINE 300MG/30MG TAB #24

C 8670

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

WARD, MYRON ARVEL
05967-084
PETERSBURG HOUSING - M02-070
05/21/2004

F/0 v
✗ ✗ NS
Egg
5/5/04

**Health Services Unit-Low
FCC Petersburg, Virginia**

Documentation Codes:   **H** - Hold   **R** - Refused   **DC** - Disc   Administered   **NS** - No Show   **O** - Other

Pill Line#:

Unit:                HT:              WT:              Diagnosis:

DOB:

Pt. Name:                                              Physician:

BOP 31-DAY MAR                        TRAK4 W5PPQdF

NSN 7540-00-634-4176

| MEDICAL RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4-26-99 1750 | RECEIVED AT CUMBERLAND c̄ following meds: Colace 100 mg po bid, #5 given to pt _(signature)_ Richard Klimkiewicz, PA-C FCI CUMBERLAND |
| 4-27-99 0830 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS — Jody Rouzer RN FCI Cumberland — Rouzer, RN |
| 4-28-99 0820 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS — Jody Rouzer RN FCI Cumberland — Rouzer, RN |
| 4-29-99 0900 | S: "I'm requesting colace 100 mg Bid that he recieved from transfer" O= NO v/s indicated, I/M chart pulled, Medication given for constipation A= ? chronic constipation problem P= MD advised to evaluate I/M during rounds Alison Smith, RN FCI Cumberland ASmith B8U |
| 04-29-99 | 1652 Admin Note — inmate advised that he must undergo rectal exam prior to receiving long term colace inmate declined no further eval will be pursued. |
| 4/30/99 0810 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS — Dawn Williams, RN FCI Cumberland _(signature)_ Reynolds |
| 5-1-99 00 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS — Kimberlee Alt RN FCI CUMBERLAND — KAlt B7U   GARY I REYNOLDS, MD FCI CUMBERLAND |
| 5-2-99 0803 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS — Kimberlee Alt, RN FCI CUMBERLAND — KAlt B8U |
| 5-3-99 00 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS — Kimberlee Alt, RN FCI CUMBERLAND — KAlt B8U |

| HOSPITAL OR MEDICAL FACILITY FCI CUMBERLAND | STATUS | DEPART/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Ward, Myron

REGISTER NO. 05767-084          WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|
| 5.4.99 0840 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS — Kimberlee Ait, RN  FCI CUMBERLAND   Kait BSN |
| 5-5-99 0800 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS — Jody Rouzer RN  FCI Cumberland   Rouzer, RN error |
| 5-5-99 0800 | S: "My asthma feels like it's flaring up." |
|  | O: No dyspnea noted. No accessory muscle use noted. |
|  | ng A: Asthma exacerbation/in acute distress at this time |
|  | ng P: Will refer to Dr. Reynolds |
|  | Dawn Williams, RN  FCI Cumberland |
| 5/6/99 0810 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Dawn Williams, RN  FCI Cumberland |
| 5.7.99 08 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Kimberlee Ait, RN  FCI CUMBERLAND   Kait BSN |
| 5-8.99 08 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Kimberlee Ait, RN  FCI CUMBERLAND   Kait BSN |
| 5.9.99 08 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Kimberlee Ait, RN  FCI CUMBERLAND   Kait BSN |
| 5.10.99 08 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Kimberlee Ait, RN  FCI CUMBERLAND   Kait BSN |
| 5-11-99 09w | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Jody Rouzer RN  FCI Cumberland   Rouzer, RN |
| 5.12.99 0700 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Dawn Williams, RN  FCI Cumberland |
| 5.13.99 0920 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Dawn Williams, RN  FCI Cumberland |
| 5.14.99 0920 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Dawn Williams, RN  FCI Cumberland |
| 5.15.99 08 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Kimberlee Ait, RN  FCI CUMBERLAND   Kait BSN |
| 5.16.99 0825 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Kimberlee Ait, RN  FCI CUMBERLAND   Kait BSN |
| 5-17-99 930 | SPECIAL HOUSING ROUNDS NO MEDICAL/DENTAL COMPLAINTS  Alison Smith RN  FCI Cumberland   A Smith RN |
| 5.18.99 08 | out of SHU   Kait BSN |
| | |
| 5-25-99 | Sick Call |
| 1045 | S: of eye problem c R eye vision - sees spots at times, has been doing |
|  | a lot of reading, legally blind in R eye since birth |
|  | O - Vitals not indicated |
|  | Eyes - PERRLA/EOMI, R eye fundus benign, R eye c cloudy |
|  | vitreous - unable to visualize fundus |
|  | Snellen - OS 20/20  OD - Finger counting  (cont'd) |

USM
NKDA
3B

# U.S. DEPARTMENT OF JUSTICE

**TB Clearance Yes** ✓ **No** ___

1) PPD Completed: 3-19-99
   _____ Date

Results : 0 mm @ CVRS

2.) CXR Completed: _____
   Date

Results: _____

3.) Health Authority

Clearance:

*Karen Funkhouser*  LPN
Sign      Date

Note: 4-5-99
Dates listed above must be within one year of this transfer.

(NKDA)

**Name:** Myron A. Ward    **Prisoner/Alien SS#** 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

**Reg. #** : 05962-084    **D.O.B.:** 7/7/70

**Departed From:** Rockbridge Co.    **Date Departed:** 4-5-99

**Destination:** Airlift    **Reason for Transfer:** USM

**Dist.Name:** _____ **Dist.#:** _____ **Date in Custody:** 3/11/99

**Current Medical Problems**

1. Constipation    4. _____
2. _____     5. _____
3. _____     6. _____

## Medication Required For Care En Route

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | |
|---|---|---|---|---|
| Colace | 100mg | PO | Give 1 Bid @ 0800 + 2000    (14 Dent) | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Additional Comments:**    See attached health appraisal

## Special Needs Affecting Transportation

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓Yes ☐No | If no, Why not? |
| Is prisoner medically able to travel by airplane? | ✓Yes ☐No | If no, Why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓Yes ☐No | If no, Why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ☐Yes ✓No | If yes, state reason: |
| Does prisoner require any medical equipment while in transport status? | ☐Yes ✓No | If yes, what equipment? |

**Sign and Print Name – Certifying Health Authority:**

*Karen Funkhouser LPN*

**Phone Number:** 540-464-1188

**Date Signed** 4-5-99

Federal Transfer Center
Oklahoma City, OK                APR 05 1999
Date_____

| | | | |
|---|---|---|---|
| Medication: | ✓ Yes | _____ No | |
| Hot Meds: | _____ Yes | ✓ No | |
| Meds Issued: | _____ Yes | ✓ No | |
| Lice Seen: | _____ Yes | ✓ No | |

MEDICATION TIMES:
once daily = 6:00 a.m.
2 x daily = 6:00 a.m. & 3:30 p.m.
3 x daily = 6:00 a.m., 11:30 a.m., 3:30 p.m.
4 x daily = 6:00 a.m., 11:30 a.m., 3:30 p.m., 8:30 p.m.
Cleared Pharmacy for Transfer
FTC, Oklahoma City, OK          APR 23 1999

Signature & Stamp

Todd Genzer
Clinical Nurse
FTC, Oklahoma City, OK

BP-S619.060   **IMMUNIZATION RECORD**   CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
| 6/2/00 | Connaught | V044AA | 2/02 | R deltoid | Su m | JW Whelan | FCI Cum |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|-----------------------|-----------|--------------|---------|
| | Negative | ppd | on 3-18-98 | per | USM | Sue Amtower, MLT, ASCP FCI CUMBERLAND | | | Sue Amtower, M FCI CUMBERLAN |
| 3-21-00 | Parkdale | D1449P | 4-28-00 | R FA | 0.1cc | | 3-23-00 | 0 x 0 mm | |
| 2/20/01 | Conn | C0519AA | 2-1-02 | R FA | 0cc ID | in FCI CCR | 2/22/01 | 0 mm | null |
| 2-6-02 | Aventis | C0858AA | 1-8-04 | LFA | 0.1cc | Lundberg McLead | 2.8.02 | 0x0 | Lundberg |
| 2/10/03 | Parkedale | 00272P | 10/03 | L FA | 0.1cc | | 2.12.03 | 0x0 | Wilson A |
| 2-2-04 | Parkedale | 45256200 | 04/04 | LFA | 0.1ml ID | FCC Put Low | 2-4-04 | 0x0 | V Pagan R |
| 2/9/05 | Aventis | C1621AA | 11/05 | LFA | 0.1ml/ID | F Bailey RN FCC Pet-Charnburg low | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Patient Identification
(Name, Reg #)                              (This form may be replicated via WP)

Ward, Myron
05967-084

BP-S620.060  **PATIENT PROBLEM LIST** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | PROBLEM LIST | | |
|---|---|---|---|
| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
| 2/23/01 | Hemorrhoids | | |
| 6/11/03 | Epididmitis | | |
| 12/15/03 | Care Level F | | |
| 1/26/05 | care level I | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No Known Drug Allergies )

NKDA   1-05-01  12/3/03 bn

Patient Identification
(Name, Reg #, DOB)                    (This form may be replicated via WP)

Ward, Myron
05967-084
DOB  7/7/70



Ord.Date 02/13/03
Exp.Date 05/13/03
WARD, MYRON ARVEL
05967-084
S. LABROZZI
(3)Refills
TAKE ONE TABLET FOUR TIMES DAILY
AS NEEDED FOR FOR FOOT PAIN
Rx # 142966
IBUPROFEN 400 MG TAB                    #30

Ord.Date 03/28/03
Exp.Date 05/26/03
WARD, MYRON ARVEL
05967-084
S. LABROZZI
(1)Refills
APPLY TO AFFECTED AREA 2-4 TIMES
DAILY AS NEEDED **EXTERNAL USE
ONLY**
Rx # 145432
DIBUCAINE OINTMENT 1% GM                #1

Ord.Date 04/14/03
Exp.Date 07/12/03
WARD, MYRON ARVEL
05967-084
S. LABROZZI
(5)Refills
TAKE ONE TABLET THREE TIMES DAILY
AS NEEDED FOR NASAL SYMPTOMS
Rx # 146390
CHLORPHENIRAMINE 4 MG TAB              #21

Ord.Date 04/14/03
Exp.Date 07/12/03
WARD, MYRON ARVEL
05967-084
S. LABROZZI
(3)Refills
INHALE 2 PUFFS IN EACH NOSTRIL 4
TIMES A DAY AND AS NEEDED
Rx # 146391
SALINE NASAL SPRAY                      #1

Ord.Date 06/11/03
Exp.Date 06/30/03
WARD, MYRON ARVEL
05967-084
D. OLSON
(0)Refills
INSTILL 1 DROP FOUR TIMES DAILY IN
THE RIGHT EYE FOR 1 WEEK, THREE
TIMES DAILY FOR 3 DAYS, TWICE DAILY
FOR 3 DAYS, AT BEDTIME FOR 3 DAYS
Rx # 149603
PREDNISOLONE ACETATE OPHTH SUS 1% ML    #1

Ord.Date 07/03/03
Exp.Date 09/01/03
WARD, MYRON ARVEL
05967-084
B. SAYLOR
(0)Refills
2 SQUIRTS IN EACH NOSTRIL TWICE
DAILY
Rx # 150947
FLUNISOLIDE NASAL SPRAY 0.025% ML       #1

Ord.Date 07/03/03
Exp.Date 07/17/03
WARD, MYRON ARVEL
05967-084
B. SAYLOR
(0)Refills
TAKE ONE CAPSULE TWICE DAILY
**MAY CAUSE DROWSINESS**
Rx # 150948
DIPHENHYDRAMINE 25 MG CAP               #20

Ord.Date 05/01/03
Exp.Date 05/20/03
WARD, MYRON ARVEL
05967-084
B. SAYLOR
(0)Refills
TAKE ONE CAPSULE TWICE DAILY FOR
14 DAYS
Rx # 147397
AMOXICILLIN 500 MG CAP                  #28

Ord.Date 05/29/03
Exp.Date 06/17/03
WARD, MYRON ARVEL
05967-084
B. SAYLOR
(0)Refills
TAKE ONE TABLET TWICE DAILY
Rx # 148906
TRIPROL/PSEUDO 2.5/60MG TAB             #15

Ord.Date 05/30/03
Exp.Date 06/18/03
WARD, MYRON ARVEL
05967-084
S. LABROZZI
(0)Refills
INSTILL 2 DROPS IN THE RIGHT EYE
FOUR TIMES DAILY
Rx # 149013
GENTAMICIN OPHTHALMIC SOLUTION 3 MG/ML ML    #1

Ord.Date 08/05/03
Exp.Date 09/03/03
WARD, MYRON ARVEL
05967-084
S. LABROZZI
(0)Refills
INSTILL 1 TO 2 DROPS IN BOTH EYES
FOUR TIMES DAILY AS NEEDED
Rx # 152560
VASO CLEAR A EYE DROPS   DROP           #1

Ord.Date 08/05/03
Exp.Date 11/02/03
WARD, MYRON ARVEL
05967-084
S. LABROZZI
(1)Refills
USE 2 SPRAYS IN EACH NOSTRIL
TWICE DAILY
Rx # 152561
FLUNISOLIDE NASAL SPRAY 0.025% ML       #1

**FCI MCKEAN PHARMACY**
119288        C. MONTGOM        09/06/01
WARD, MYRON ARVEL        05967-084
MCKEAN HOUSING FACILITY - C03-106U
APPLY TO AFFECTED AREA AS
NEEDED **EXTERNAL USE ONLY**

DIBUCAINE OINTMENT 1% GM        #1
(0)Refills    09/06/2001    DAO    RxExp 10/06/01

**FCI MCKEAN PHARMACY**
119289        C. MONTGOM        09/06/01
WARD, MYRON ARVEL        05967-08
MCKEAN HOUSING FACILITY - C03-106U
INSERT 1 SUPPOSITORY RECTALLY
AFTER EACH BOWEL MOVEMENT

HYDROCORTISONE ACETAT 25 MG EA    #1
(0)Refills    09/06/2001    DAO    RxExp 09/25

**FCI MCKEAN PHARMACY**
120809        D. OLSON        10/12/01
WARD, MYRON ARVEL        05967-084
MCKEAN HOUSING FACILITY - C03-106U
APPLY TO RECTAL AREA AFTER
BOWEL MOVEMENT **EXTERNAL USE
ONLY** (C.D. MENON)

DIBUCAINE OINTMENT 1% GM        #1
(0)Refills    10/12/2001    DAO    RxExp 11/10/01

**FCI MCKEAN PHARMACY**
120810        D. OLSON        10/12/01
WARD, MYRON ARVEL
MCKEAN HOUSING FACILITY - C03-106U
INSERT 1 SUPPOSITORY RECTALLY
AFTER BOWEL MOVEMENT (C.D.
MENON)

HYDROCORTISONE ACETAT 25 MG EA    #12
(0)Refills    10/12/2001    DAO    RxExp 10/26/0

**FCI MCKEAN PHARMACY**
121382        G. FAIRBANKS        10/23/01
WARD, MYRON ARVEL        05967-084
MCKEAN HOUSING FACILITY - C03-106U
TAKE TWO TABLETS EVERY EIGHT
HOURS AS NEEDED

ACETAMINOPHEN 500 MG CAPL        #20
(0)Refills    10/23/2001    DAO    RxExp 10/27/01
CAUTION: Federal law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**
121383        G. FAIRBANKS        10
WARD, MYRON ARVEL        0596
MCKEAN HOUSING FACILITY - C03-
APPLY, LEAVE ON 10 MINUTES, TH
RINSE.  USE TWICE A WEEK

SELENIUM SULFIDE LOTION 2.5% ML
(1)Refills    10/23/2001    DAO    RxExp 12

**FCI MCKEAN PHARMACY**
123814        D. OLSON        12/20
WARD, MYRON ARVEL        05967-
MCKEAN HOUSING FACILITY - C03-10
APPLY AFTER EACH BOWEL
MOVEMENT **EXTERNAL USE ONLY*
(BONNIE SAYLOR NP)

DIBUCAINE OINTMENT 1% GM
(0)Refills    12/20/2001    DAO    RxExp 01/18

**FCI MCKEAN PHARMACY**
123815        D. OLSON        12/2
WARD, MYRON ARVEL        05967
MCKEAN HOUSING FACILITY - C03-1
INSERT 1 SUPPOSITORY RECTALLY
AFTER EACH BOWEL MOVEMENT
(BONNIE SAYLOR NP)

HYDROCORTISONE ACETATE 25 MG EA
(1)Refills    12/20/2001    DAO    RxExp 01/06
CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**
123816        D. OLSON        12/20/
WARD, MYRON ARVEL        05967-0
MCKEAN HOUSING FACILITY - C03-106
DISSOLVE 1 TABLESPOONFUL IN A
GLASS OF WATER EACH EVENING AN
DRINK (BONNIE SAYLOR NP)

PSYLLIUM HYDROPHILIC MUCILLOID        GM    #
(0)Refills    12/20/2001    DAO    RxExp 01/18/
CAUTION: Federal/State law prohibits transfer

**FCI MCKEAN PHARMACY**
128785        B. SAYLOR,NP        04/12/02
WARD, MYRON ARVEL        05967
MCKEAN HOUSING FACILITY - C03-1
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONL

MICONAZOLE CREAM 2% GM        #1
(2)Refills    04/12/2002    CDM    RxExp 07/10/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**
130864        B. SAYLOR        05/31/02
WARD, MYRON ARVEL        05967-084
MCKEAN HOUSING FACILITY - C03-106U
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

CLOTRIMAZOLE 1% CRM        #
(2)Refills    05/31/2002    CDM    RxExp 08/28/0
CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**
130865        B. SAYLOR        05/31/0
WARD, MYRON ARVEL        05967-08
MCKEAN HOUSING FACILITY - C03-106
APPLY TO AFFECTED AREA AFTER
EACH BOWEL MOVEMENT **EXTERNA
USE ONLY**

DIBUCAINE OINTMENT 1% GM        #
(3)Refills    05/31/2002    CDM    RxExp 08/18/
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**
130866        B. SAYLOR        05/31/02
WARD, MYRON ARVEL        05967-084
MCKEAN HOUSING FACILITY - C03-106U
INSERT 1 SUPPOSITORY RECTALLY
AFTER EACH PAINFUL BOWEL
MOVEMENT

HYDROCORTISONE ACETAT 25 MG EA    #1
(1)Refills    05/31/2002    CDM    RxExp 06/29/0
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**
134307        G. FAIRBANKS        08/16/0
WARD, MYRON ARVEL        05967-08
MCKEAN HOUSING FACILITY - C03-106U
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

FLUOCINONIDE 0.05% CRM        #1
(2)Refills    08/16/2002    CDM    RxExp 11/13/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Ord.Date
11/06/02
Exp.Date
01/04/03
Rx #
138397

WARD, MYRON ARVEL
05967-084        S. LABRO
(1)Refills
APPLY TO AFFECTED AREA AFTER
EACH BOWEL MOVEMENT

DIBUCAINE OINTMENT 1% GM        #1

FEDERAL CORRECTIONAL COMPLEX
LOW



Ord.Date WARD, MYRON ARVEL          J. FAJARDO
04/13/04 05967-084              (2)Refills
Exp.Date APPLY TO AFFECTED AREA THREE
06/11/04 TIMES A DAY

Rx #
82212      DIBUCAINE OINTMENT 1% GM          #1

Ord.Date WARD, MYRON ARVEL          A. ZAYAS
04/26/04 05967-084              (2)Refills
Exp.Date USE 2 PUFFS IN EACH NOSTRIL
07/24/04 TWICE DAILY

Rx #
82978      FLUNISOLIDE 25 MCG          #1

Ord.Date WARD, MYRON ARVEL          E. LAYBOURNE
05/21/04 05967-084              (0)Refills
Exp.Date TAKE 1 OR 2 TABLETS THREE TIMES
05/24/04 DAILY AS NEEDED FOR PAIN FOR 4
         DAYS

Rx #
600983     ACETAMINOPHEN/CODEINE 300MG/30MG TAB     #24

Ord.Date WARD, MYRON ARVEL          A. ZAYAS
07/15/04 05967-084              (1)Refills
Exp.Date APPLY TWICE DAILY TO BOTH FEET
08/13/04 FOR 30 DAYS

Rx #
87351      MICONAZOLE CREAM 2% CR          #1

Ord.Date WARD, MYRON ARVEL          E. PANAGUITON
08/24/04 05967-084              (0)Refills
Exp.Date USE IN NOSTRILS 2 TO 3 TIMES A
09/02/04 DAY

Rx #
89248      SALINE NASAL SPRAY          #1

Ord.Date WARD, MYRON ARVEL          E. PANAGUITON
8/24/04 05967-084              (0)Refills
Exp.Date USE IN NOSTRILS DAILY AS
9/22/04 DIRECTED

x #
9249       FLUNISOLIDE 25 MCG          #1

Ord.Date WARD, MYRON ARVEL          A. ZAYAS
11/22/04 05967-084              (1)Refills
Exp.Date USE AS DIRECTED
01/20/05

Rx #
93932      SALINE NASAL SPRAY          #1

Ord.Date WARD, MYRON ARVEL          A. ZAYAS
11/22/04 05967-084              (1)Refills
Exp.Date 2 PUFFS IN EACH NOSTRIL TWICE
01/20/05 DAILY

Rx #
93931      FLUNISOLIDE 25 MCG          #1

Ord.Date WARD, MYRON ARVEL          R. FORTH
11/30/04 05967-084              (0)Refills
Exp.Date USE AS DIRECTED
12/29/04

Rx #
94324      DIBUCAINE OINTMENT 1% GM          #1

Ord.Date WARD, MYRON ARVEL          E. PANAGUITON
04/21/05 05967-084              (0)Refills      11:30
Exp.Date INHALE 1 SPRAY TO EACH NOSTRIL
05/20/05 ONCE DAILY FOR 30 DAYS

Rx #
00233      FLUNISOLIDE NASAL SPRAY 0.25MG/ML     #1



Ord.Date WARD, MYRON ARVEL          J. FAJARDO
01/28/05 05967-084              (0)Refills
Exp.Date APPLY TO AFFECTED AREA TWICE
02/26/05 DAILY

Rx #
97036      DIBUCAINE OINTMENT 1% GM          #1

Ord.Date WARD, MYRON ARVEL          R. FORTH
02/09/05 05967-084              (0)Refills
Exp.Date 2 PUFFS EACH NOSTRIL TWICE DAILY
03/10/05

Rx #
97414      FLUNISOLIDE 25 MCG          #1

Ord.Date WARD, MYRON ARVEL          R. FORTH
08/12/05 05967-084              (0)Refills
Exp.Date 2 SPRAYS TWICE DAILY
09/10/05

Rx #
101939     FLUNISOLIDE NASAL (NASALIDE) 0.025% SOL     #1

Ord.Date WARD, MYRON ARVEL          L. NEGRON
11/21/05 05967-084              (0)Refills
Exp.Date TAKE ONE TABLET TWICE DAILY
11/04/06

Rx #
103752     SULFAMETHOXAZOLE/TRIMETH 800MG/160MG TAB     #90

Ord.Date WARD, MYRON ARVEL          L. NEGRON
11/21/05 05967-084              (1)Refills
Exp.Date 2 SPRAYS TWICE DAILY
01/19/06

Rx #
103753     FLUNISOLIDE NASAL (NASALIDE) 0.025% SOL     #1

Continuation of SF (take out one line) (specify type of examination data)

(Sign and date)

| Ord.Date 10/02/00 | WARD, MYRON ARVEL    G. REYNO |
| Exp.Date 10/04/00 | 05967-084 |
| | DRINK 1 PACKET MIXED IN 8 OUNCES OF WATER DAILY |
| Rx # 69513 | PSYLLIUM HYDROPHILIC M 3.7 GM UD #3 |

| Ord.Date 10/02/00 | WARD, MYRON ARVEL    G. REYNO |
| Exp.Date 10/08/00 | 05967-084 |
| | APPLY RECTALLY TWICE DAILY FOR 7 DAYS |
| Rx # 69514 | HEMORRHOIDAL OINTMENT  GM    #30 |

(Continue on reverse side)

IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Ward, Myron

REGISTER NO.
05967-084

WARD NO.

REPORT ON _____ OR CONTINUATION OF _____

Medical Record

STANDARD FORM 507 (REV. 7-91)
Prescribed by GSA/ICMR. FIRMR (41 CFR) 201-9.202-1
*U.S.GPO:1997-426-836.69075

Place medication label here.

Place medication label here.

Place medication label here.

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189    405-682-4075

RX36964    DR.HUBER                    04/06/99
WARD, MYRON *3B
05967084                          05967-084
TAKE ONE CAPSULE TWICE A DAY

Kent Officer, Rph
Federal Transfer Center, OK

**DOCUSATE SOD 100MG CAP    # 14**
KW   3  REFILL(S)    EXPIRES: 05/05/99

## Medication Sheet—Health Services Unit

ieral Transfer Center
iahoma City, OK

Inmate Name: _____
Inmate Number: _____

# MEDICATION SHEET
## FCC, PETERSBURG, VA - LOW

Ord.Date WARD, MYRON ARVEL          J. FAJARDO 7:00
10/27/03 05967-084              (0)Refills      11:3
Exp.Date USE 2 PUFFS IN EACH NOSTRIL
11/10/03 TWICE DAILY

Rx #
71543    FLUNISOLIDE 25 MCG              #1 20:0

Ord.Date WARD, MYRON ARVEL          J. FAJARDO 7:00
10/27/03 05967-084              (0)Refills      11:3
Exp.Date AS DIRECTED
11/10/03

Rx #
71544    DIBUCAINE OINTMENT 1% GM        #1 20:0

Ord.Date WARD, MYRON ARVEL          J. FAJARDO 7:00
10/27/03 05967-084              (0)Refills      11:3
Exp.Date TAKE ONE TABLET 3 TIMES A DAY
10/31/03

Rx #
71542    CHLORPHENIRAMINE 4 MG          #15 20:0

Ord.Date WARD, MYRON ARVEL          R. FARGUITOR 7:00
12/29/03 05967-084              (0)Refills      11:3
Exp.Date TAKE ONE TABLET 3 TIMES A DAY
01/02/04

Rx #
75174    .                              #15 20:0

Ord.Date WARD, MYRON ARVEL          R. FARGUITOR 7:00
12/29/03 05967-084              (0)Refills      11:3
Exp.Date TAKE TWO TABLETS 4 TIMES A DAY    15:0
01/02/04

Rx #
75175    ACETAMINOPHEN 325 MG TAB       #40 20:0

Ord.Date WARD, MYRON ARVEL          R. FARGUITOR
01/03/04 05967-084              (0)Refills
Exp.Date AS DIRECTED
01/07/04

Rx #
76239    DIBUCAINE OINTMENT 1% GM        #1

Ord.Date WARD, MYRON ARVEL          L. NEGRON
01/29/04 05967-084              (0)Refills      11:3
Exp.Date TAKE ONE CAPSULE EACH DAY AT
02/04/04 BEDTIME

Rx #
77431    DIPHENHYDRAMINE 50 MG CAP       #7

Ord.Date WARD, MYRON ARVEL          L. NEGRON 7:00
01/29/04 05967-084              (0)Refills      11:3
Exp.Date USE 2 PUFFS THREE TIMES DAILY IN
02/07/04 EACH NOSTRIL

Rx #
77432    SALINE NASAL SPRAY             #1 20:0

Ord.Date WARD, MYRON ARVEL          A. ZAYAS 7:00
02/10/04 05967-084              (1)Refills
Exp.Date USE 2 PUFFS TWICE DAILY IN EACH
04/09/04 NOSTRIL

Rx #
78124    FLUNISOLIDE 25 MCG             #1 20:0

Ord.Date WARD, MYRON ARVEL          L. NEGRON 7:00
03/11/04 05967-084              (0)Refills      11:3
Exp.Date USE 2 PUFFS IN EACH NOSTRIL 3
06/08/04 TIMES A DAY

Rx #
80224    SALINE NASAL SPRAY             #1 20:0

Ord.Date  WARD, MYRON ARVEL          T. TYGER
02/24/01  05967-084
          INSERT ONE SUPPOSITORY RECTALLY
          TWICE DAILY IF NEEDED

Rx #
4499      HYDROCORTISONE ACET  25 MG EA  #12

Ord.Date  WARD, MYRON ARVEL          T. TYGER
05/10/01  05967-084
          INSTILL 1 - 2 DROPS IN BOTH EYES
          FOUR TIMES DAILY IF NEEDED

Rx #
6149      TEARS, ARTIFICIAL  ML              #1

Ord.Date  WARD, MYRON ARVEL          T. TYGER
02/24/01  05967-084
          APPLY TO AFFECTED AREA 3 - 4 TIMES
          DAILY IF NEEDED

Rx #
4500      DIBUCAINE OINTMENT 1% GM          #1

Ord.Date  WARD, MYRON ARVEL          T. TYGER
06/12/01  05967-084
          MASSAGE SMALL AMOUNT ON SCALP
          FOR 5 MINUTES, RINSE

Rx #
6837      SELENIUM SULFIDE LOTION 2.5% ML  #1