# ATTACHMENT D

# PART 3

# REPORT OF MEDICAL EXAMINATION

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| Ward Myron | | 05967-084 |

| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
|---|---|---|
| 8906 Ascot Ln, Apt 11, Laurel, Md 20708 | bienniel | 12/3/03 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|
| Male | Black | MILITARY / CIVILIAN | | |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| 7/7/80 | Washington, D.C. | Mae Daniels - mother Same (301) 669-9352 |

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 16. OTHER INFORMATION |
|---|---|
| FCC Pet-Low | |

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |
|---|---|---|
| | | |

## CLINICAL EVALUATION

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary)

| | Check each item in appropriate column, enter "NE" if not evaluated.) | NOR-MAL | ABNOR-MAL |
|---|---|---|---|
| 18. | HEAD, FACE, NECK AND SCALP | ✓ | |
| 19. | NOSE | | |
| 20. | SINUSES | | |
| 21. | MOUTH AND THROAT | | |
| 22. | EARS—GENERAL (INTERNAL CANALS) (Auditory acuity under items 70 and 71) | | |
| 23. | DRUMS (Perforation) | | |
| 24. | EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | | |
| 25. | OPHTHALMOSCOPIC | | |
| 26. | PUPILS (Equality and reaction) | | ✓ |
| 27. | OCULAR MOTILITY (Associated parallel movements nystagmus) | | |
| 28. | LUNGS AND CHEST (Include breasts) | | |
| 29. | HEART (Thrust, size, rhythm, sounds) | | |
| 30. | VASCULAR SYSTEM (Varicosities, etc.) | | |
| 31. | ABDOMEN AND VISCERA (Include hernia) | | |
| 32. | ANUS AND RECTUM (Hemorrhoids, Fistulas) (Prostate, if indicated) | | |
| 33. | ENDOCRINE SYSTEM | | |
| 34. | G-U SYSTEM | | |
| 35. | UPPER EXTREMITIES (Strength, range of motion) | | |
| 36. | FEET | | |
| 37. | LOWER EXTREMITIES (Except feet) (Strength, range of motion) | | |
| 38. | SPINE, OTHER MUSCULOSKELETAL | | |
| 39. | IDENTIFYING BODY MARKS, SCARS, TATTOOS | | |
| 40. | SKIN, LYMPHATICS | | |
| 41. | NEUROLOGIC (Equilibrium tests under item 72) | | |
| 42. | PSYCHIATRIC (Specify any personality deviation) | | |
| 43. | PELVIC (Females only) (Check how done) | | |
| | VAGINAL ___ RECTAL | | |

Notes handwritten:
— palpable mass on the posterlateral aspect of the neck, (R), 0.5 cm x 0.5 cm # 2, movable, 0 tender.

— (R) eye - medially deviates - see back.
sluggishly reacts to light (R).

regular rate & rhythm.

serosanginal hemorrhaid

good ROM.

(Continue in item 73)

| 44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.) | REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES |
|---|---|

R I G H T

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

L E F T

## LABORATORY FINDINGS

| 45. URINALYSIS: A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|
| B. ALBUMIN | D. MICROSCOPIC | |
| C. SUGAR | | |
| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |

NSN 7540-00-634-4038
88-124

Standard Form 88 (Rev. 3-89)
General Services Administration
Interagency Comm. on Medical Records
FIRMR (41CFR) 201-45.505

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | | | | 56. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 5'9 | 149 | Black | Brown | ✓ SLENDER | ☐ MEDIUM | ☐ HEAVY | ☐ OBESE | 98.8 |

| 57. | BLOOD PRESSURE (Arm at heart level) | | | | | 58. | PULSE (Arm at heart level) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 126 | B. RECUMBENT | SYS. | C. STANDING (5 min.) | SYS. | A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
| | DIAS. 50 | | DIAS. | | DIAS. | 62 | | | | |

| 59. | DISTANT VISION | | 60. | REFRACTION | | | 61. | NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 200 | CORR. TO 20/ | | BY | S. | CX | | | CORR. TO | | BY |
| LEFT 20/ 30 | CORR. TO 20/ | | BY | S. | CX | | | CORR. TO | | BY |

| 62. HETEROPHORIA (Specify distance) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ES* | EX* | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD | |

| 63. | ACCOMMODATION | 64. COLOR VISION (Test used and result) | 65. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | Ishihara's test passed | | CORRECTED |

| 66. FIELD OF VISION | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|
| | | | |

| 70. | HEARING | | 71. | | AUDIOMETER | | | | | | | 72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| RIGHT WV | /15 SV | /15 | RIGHT | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| LEFT WV | /15 SV | /15 | LEFT | ✓ | ✓ | ✓ | ✓ | ✗10 | ✓ | ✓ | ✗5 | |

**73 NOTES** (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

- Denies htn/Hepatitis/ syphilis
- no suicide ideas
- Denies IV drug use.
- Claims that he never had any right eye problem - denies
Ⓡ eye injury, Dx to have epicleritis 9/03.
Rejects palpable mass on the right side of neck x1yr, Ⓐ
tender in size, ⓝ tender.   (Use additional sheets if necessary)

**74. SUMMARY OF DEFECTS AND DIAGNOSES** (List diagnoses with item numbers)

- h/o Epicleritis Ⓡ eye
- Error if Refraction
- Lymphadenopathy, Ⓡ side neck.

**75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED** (Specify)

Surgery, Optometrist.

| 76. | A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |
| | | | | | | |

**77. EXAMINEE** (Check)

A. ✓ IS QUALIFIED FOR    regular quarter / restricted duty

B. ☐ IS NOT QUALIFIED FOR

| | B. PHYSICAL CATEGORY | | |
|---|---|---|---|
| A | B | C | E |

**78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

| 79. TYPED OR PRINTED NAME OF PHYSICIAN ____ion, MLP Petersburg, Va | SIGNATURE |
|---|---|
| 80. TYPED OR PRINTED NAME OF PHYSICIAN    Dr. K. Laybourn    Medical Officer | SIGNATURE |
| 81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) ____ Virginia | SIGNATURE |

| 82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|
| | | |

*U.S. GPO: 1993-342-199/60122    SF 88 (Rev. 3-89) PAGE :

# REPORT OF MEDICAL EXAMINATION

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|---|
| Ward - Myron | | | 05967-084 |

**4. HOME ADDRESS** (Number, street or RFD, city or town, State and ZIP Code)

**5. PURPOSE OF EXAMINATION**
FOOD HANDLERS' PHYSICAL

**6. DATE OF EXAMINATION**
1-25-01

| 7. SEX M | 8. RACE B | 9. TOTAL YEARS GOVERNMENT SERVICE | | 10. AGENCY FCI Loretto | 11. ORGANIZATION UNIT HSU |
|---|---|---|---|---|---|
| | | MILITARY | CIVILIAN | | |

**12. DATE OF BIRTH** 7/7/70   **13. PLACE OF BIRTH**

**14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN**

**15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS**   FCI LORETTO

**16. OTHER INFORMATION**

**17. RATING OR SPECIALTY**

| | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |
|---|---|---|

## CLINICAL EVALUATION

(Check each item in appropriate column, enter "NE" if not evaluated)

| | NORMAL | ABNORMAL |
|---|---|---|
| 18. HEAD, FACE, NECK AND SCALP | ✓ | |
| 19. NOSE | ✓ | |
| 20. SINUSES | ✓ | |
| 21. MOUTH AND THROAT | ✓ | |
| 22. EARS—GENERAL (Internal canals) (Auditory acuity under items 70 and 71) | ✓ | |
| 23. DRUMS (Perforations) | ✓ | |
| 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 61) | ✓ | |
| 25. OPHTHALMOSCOPIC | | |
| 26. PUPILS (Equality and reaction) | ✓ | |
| 27. OCULAR MOTILITY (Associated parallel movements nystagmus) | ✓ | |
| 28. LUNGS AND CHEST (Include breasts) | ✓ | |
| 29. HEART (Thrust, size, rhythm, sounds) | ✓ | |
| 30. VASCULAR SYSTEM (Varicosities, etc.) | ✓ | |
| 31. ABDOMEN AND VISCERA (Include hernia) | ✓ | |
| 32. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Prostate, if indicated) | | |
| 33. ENDOCRINE SYSTEM | | |
| 34. G-U SYSTEM | | |
| 35. UPPER EXTREMITIES (Strength, range of motion) | ✓ | |
| 36. FEET | | |
| 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | ✓ | |
| 38. SPINE, OTHER MUSCULOSKELETAL | | |
| 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | | |
| 40. SKIN, LYMPHATICS | ✓ | |
| 41. NEUROLOGIC (Equilibrium tests under item 72) | ✓ | |
| 42. PSYCHIATRIC (Specify any personality deviation) | | |
| 43. PELVIC (Females only) (Check how done)  ☐ VAGINAL  ☐ RECTAL | N/A | |

**NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary)

The following is a **FOOD HANDLERS' PHYSICAL** which determines if and inmate is medically cleared, free of infectious disease, and is able to work in Food Service. It determines if the inmate is free from: Acute or chronic inflammatory conditions of the respiratory system; Acute or chronic infectious skin diseases; Acute or chronic intestinal infection and/or communicable disease.

TMs intact
Legally Blind ® (+) glasses
PERRLA
Gums intact
CTA
RRRJM/o/r
Good Pulses No varicosities
NABSX4 Quads No MTT/O

FROM Strength +5/5

FROM Strength +5/5

Moles, Tattoos
Sensations intact ↑↓extremities

(Continue in item 73)

**44. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| | RIGHT | | | | | | | | | | | | | | | | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | |

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

## LABORATORY FINDINGS

| 45. URINALYSIS: A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|
| B. ALBUMIN | D. MICROSCOPIC | |
| C. SUGAR | | |
| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |

N/A

SN 7540-00-634-4038
J-124

Standard Form 88 (Rev. 3-89)
General Services Administration
Interagency Comm. on Medical Records
FIRMR (41CFR) 201-45.505

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | 56. TEMPERATURE |
|---|---|---|---|---|---|
| | | | | ☐ SLENDER  ☐ MEDIUM  ☐ HEAVY  ☐ OBESE | |

| 57. BLOOD PRESSURE (Arm at heart level) | | | | 58. PULSE (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 115  DIAS. 80 | B. RECUMBENT | SYS.  DIAS. | C. STANDING (5 min.) | SYS.  DIAS. | A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |

*(NIA written diagonally across this section)*

| 59. DISTANT VISION | | | 60. REFRACTION | | | 61. NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ | CORR. TO 20/ | BY | S. | CX | | CORR. TO | BY |
| LEFT 20/ | CORR. TO 20/ | BY | S. | CX | | CORR. TO | BY |

| 62. HETEROPHORIA | | | | | | | | |
|---|---|---|---|---|---|---|---|
| ES* | EX* | R.H. | L.H. | PRISM DIV. | PRISM CONV.  CT | PC | PD |

| 63. ACCOMMODATION | | 64. COLOR VISION (Test used and result) | 65. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | | | CORRECTED |

| 66. FIELD OF VISION | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|

| 70. HEARING | | | 71. AUDIOMETER | | | | | | | | 72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
| RIGHT WV | /15 SV | /15 | RIGHT | | | | | | | | |
| LEFT WV | /15 SV | /15 | LEFT | | | | | | | | |

**73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY**

PPD Status:

    Date: 3-21-00      Results: 0 mm

CXR: (If applicable)

    Date: _____      Results: _____

RPR Status:

    Date: 5-10-99      Results: NR
                *(Use additional sheets if necessary)*

**74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)**

The patient is able to work in Food Service:    Yes X      No _____

The inmate received patient education and was advised to keep hands clean at all times while handling food, wear protective gloves when handling food, wash hands after using restroom and to report any suspicious rash or skin lesions, fever, night sweats or productive coughing to Health Services Staff . The patient voiced understanding of above instructions.

| 75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify) | 76. A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |
| | | | | | | |

| 77. EXAMINEE (Check) | |
|---|---|
| A. ☑ IS QUALIFIED FOR | FOOD SERVICE |
| B. ☐ IS NOT QUALIFIED FOR | |

**B. PHYSICAL CATEGORY**

| 78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER | A | B | C | D |
|---|---|---|---|---|
| | | | | |

| 79. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| Latimer PA-S | Latimer PA-S |
| 80. TYPED OR PRINTED NAME OF PHYSICIAN  Traci L. Tyger  Physician Assistant-Cert. PA-C | SIGNATURE  Traci L. Tyger PA-C |
| 81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
| 82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE | NUMBER OF ATTACHED SHEETS |

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 5/7/99 |
|---|---|---|

**1. LAST NAME–FIRST NAME–MIDDLE NAME**
Ward, Myron

**2. IDENTIFICATION NUMBER**
05967-081

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** *(Number, street or RFD, city or town, state and ZIP code)*
12,207 Bushey Dr.
Wheaton, MD
20902

**5. EMERGENCY CONTACT** *(Name and address of contact)*
May Daniels
7686 Fountain Blue Pr.
New Carrollton, MD 20784

**6. DATE OF BIRTH**
7/1/70

**7. AGE**
28

**8. SEX**
☐ FEMALE  ☒ MALE

**9. RELATIONSHIP OF CONTACT**
mother

**10. PLACE OF BIRTH**
Washington, D.C.

**11. RACE**
☐ WHITE  ☒ BLACK  ☐ AMERICAN INDIAN/ALASKA NATIVE  ☐ HISPANIC WHITE  ☐ HISPANIC BLACK  ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY**
Bop
FCI Cumberland

**12b. ORGANIZATION UNIT**
Health Services

**13. TOTAL YEARS GOVERNMENT SERVICE**
a. MILITARY       b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
FCI CUMBERLAND

**15. RATING OR SPECIALTY OF EXAMINER**
RN

**16. PURPOSE OF EXAMINATION**
intake physical

### 17. CLINICAL EVALUATION

| NORMAL | *(Check each item in appropriate column, enter "NE" if not evaluated.)* | ABNORMAL | NORMAL | *(Check each item in appropriate column, enter "NE" if not evaluated.)* | ABNORMAL |
|---|---|---|---|---|---|
| X | A. HEAD, FACE, NECK AND SCALP | | NE | O. PROSTATE *(Over 40 or clinically indicated)* | |
| X | B. EARS-GENERAL *(INTERNAL CANALS)* *(Auditory acuity under items 39 and 40)* | | X | P. TESTICULAR | |
| X | C. DRUMS *(Perforation)* | | X | Q. ANUS AND RECTUM *(Hemorrhoids, Fistulae) (Hemocult Results)* | |
| X | D. NOSE | | X | R. ENDOCRINE SYSTEM | |
| X | E. SINUSES | | X | S. G-U SYSTEM | |
| X | F. MOUTH AND THROAT | | X | T. UPPER EXTREMITIES *(Strength, range of motion)* | |
| X | G. EYES-GENERAL *(Visual acuity and refraction under items 28, 29, and 36)* | | X | U. FEET | |
| | H. OPHTHALMOSCOPIC | | X | V. LOWER EXTREMITIES *(Except feet) (Strength, range of motion)* | |
| X | I. PUPILS *(Equality and reaction)* | | X | W. SPINE, OTHER MUSCULOSKELETAL | |
| X | J. OCULAR MOTILITY *(Associated parallel movements nystagmus)* | | X | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| X | K. LUNGS AND CHEST | | X | Y. SKIN, LYMPHATICS | |
| X | L. HEART *(Thrust, size, rhythm, sounds)* | | X | Z. NEUROLOGIC *(Equilibrium tests under item 41)* | |
| X | M. VASCULAR SYSTEM *(Varicosities, etc.)* | | X | AA. PSYCHIATRIC *(Specify any personality deviation)* | |
| X | N. ABDOMEN AND VISCERA *(Include hernia)* | | X | BB. BREASTS | |
| | | | N/A | CC. PELVIC *(Females only)* | |

**NOTES:** *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)*

**18. DENTAL** *(Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)*

|  |  |  |  |  |
|---|---|---|---|---|
| 0 / 1  2  3  0 / 32  31  30  0 | Restorable Teeth | Non-restorable teeth / 32  31  30 / | X 1  2  3  X / 32  31  30  X | Missing Teeth |
| X  X  X 1  2  3 / 32  31  30 | Replaced by Dentures | X 1  2  3 / 32  31  30 | Fixed Partial Dentures | |

RIGHT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

LEFT

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

### 19. TEST RESULTS  *(Copies of results are preferred as attachments)*

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD *(Place, date, film number and result)* |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY *(Specify test used and results)* | D. EKG | E. BLOOD TYPE AND RH FACTOR  |  F. OTHER TESTS |

NSN 7540-00-634-4038
88-126

STANDARD FORM 88 (Rev. 10-94)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

NAME: *Ward, Nyron*

IDENTIFICATION NUMBER: 0567-084

NO. OF SHEETS ATTACHED

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 5'10½ | 167 lb | black | brown | ☒ SLENDER | ☐ MEDIUM | ☐ HEAVY | ☐ OBESE | 97.3 |

### 26. BLOOD PRESSURE (Arm at heart level)

| A. SITTING | B. RECUMBENT | C. STANDING (5 mins.) | | |
|---|---|---|---|---|
| SYS. 118 | SYS. | SYS. | | |
| DIAS. 76 | DIAS. | DIAS. | | |

### 27. PULSE (Arm at heart level)

| A. SITTING | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |
|---|---|---|---|---|
| 84 | | | | |

### 28. DISTANT VISION / 29. REFRACTION / 30. NEAR VISION

| | 28. DISTANT VISION | | | 29. REFRACTION | | | 30. NEAR VISION | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ | Legally blind | CORR. TO 20/ | BY | S. | CX | | CORR. TO | BY |
| LEFT 20/ 20 | | CORR. TO 20/ | BY | S. | CX | | CORR. TO | BY |

### 31. HETEROPHORIA (Specify distance)

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|

### 32. ACCOMMODATION / 33. COLOR VISION / 34. DEPTH PERCEPTION

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | |
|---|---|---|---|---|
| RIGHT | LEFT | | UNCORRECTED | |
| | | | CORRECTED | |

### 35. FIELD OF VISION / 36. NIGHT VISION / 37. RED LENS TEST / 38. INTRAOCULAR TENSION

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT | LEFT | | | RIGHT | LEFT |

### 39. HEARING / 40. AUDIOMETER / 41. PSYCHOLOGICAL AND PSYCHOMOTOR

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | | |
| RIGHT WV | /15 SV | /15 | RIGHT | | | | | | | | | |
| LEFT WV | /15 SV | /15 | LEFT | | | | | | | | | |

### 42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

HOSP ___⊘___   PSY HX ___⊘___

ALLERGY ___⊘___   PMH ___⊘___

DRUG HX _see below_   PSH ⊘

MEDICATION ___⊘___   ALCOHOL HX _see below_

OTHER: SPECIFY ___⊘___

*(Use additional sheets if necessary)*

### 43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

drug hx → 12 yrs used PCP fairly heavily

alcohol → used heavily along with PCP

### 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

| 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|
| P | U | L | H | E | S |

### 46. EXAMINEE (Check)

A. ☒ IS QUALIFIED FOR   **Work**

B. ☐ IS NOT QUALIFIED FOR

### 45B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|

### 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

48. TYPED OR PRINTED NAME OF PHYSICIAN ~~or nurse~~
*Dawn Williams RN*   SIGNATURE: *(signature)*

49. TYPED OR PRINTED NAME OF PHYSICIAN   HOWARD, MD   SIGNATURE: *(signature)*
CLINICAL DIRECTOR
FCI CUMBERLAND

50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which)   SIGNATURE

51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY   SIGNATURE

*U.S. Government Printing Office: 1997 - 418-149/40131

STANDARD FORM 88 (Rev. 10-94) BACK



U.S. Department of Justice

Federal Bureau of Prisons

Federal Detention Center

P.O. Box 572
Philadelphia, Pennsylvania 19105

It is important that the BOP screen each newly committed inmate for communicable diseases. Each inmate is required to answer the following questions:

Es importante quel BOP examine a todos los reclusos y reclusas para las enfermedades contagiosas. Es requerido que cada reclusos y reclusas contesten las siguientes preguntas:

1. Do you have a cough? Yes/No: _____
   If Yes;
   - How long have you had this cough? About 1 yr
   - Does anything come up with this cough? No
   - Does your chest hurt with this cough? Sometimes

1. ¿Tiene usted tos? Si/No _____
   Si usted marca si
   - ¿Cuánto tiempo ha tenido la tos?_____
   - ¿Cuando tose algo sale con la tos?_____
   - ¿Su pecho duele con la tos?   _____

2. Have any of the following symptoms been present for at least three (3) weeks (circle yes or no)?
   - fever                           Yes/No
   - chills                          Yes/No
   - night sweats                    Yes/No
   - easy fatigability               Yes/No
   - loss in appetite                Yes/No
   - more than ten (10) pounds weight loss Yes/No

2. ¿Algunos de los siguientes sintomas han sido presentado en las últimas tres semanas (marca si o no)?
   - fiebre                          Si/No
   - escalofrío                      Si/No
   - sudor de noche                  Si/No
   - se cansa fácil                  Si/No
   - pérdida de apetito              Si/No
   - ha perdido mas de diez libras   Si/No

I certify that the above answers are correct

Yo certifico que mis respuestas arribas estan correctas

Myron Ward           10/21/03
_____
Inmate                          Date

_____
Reclusa/Recluso              Fecha

05967-084
_____
Register Number

_____
Numero de Registro

U.S. Department of Justice
Federal Bureau Of Prisons

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| | |
|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME | REGISTER NUMBER |
| 3. PURPOSE OF EXAMINATION | 4. DATE |
| 6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND | (ment arises) |

B/M/O/ 12
HT/509   WT/155   HR/BK   EY/BN
CUSTODY/IN

*ICC Pem*

WARD
  MYRON ARVEL        05967-084
B/M/O/07-07-1970
HT/509   WT/155   HR/BK   EY/BN
CUSTODY/IN

**7. HAVE YOU EVER (Please check each item)**

| YES | NO | (Check each item) |
|---|---|---|
| | | Lived with anyone who had tuberculosis |
| | | Coughed up blood |
| | | Bled excessively after injury or tooth extraction |
| | | Attempted suicide |
| | | Been a sleepwalker |

**8. DO YOU (Please check each item)**

| YES | NO | (Check each item) |
|---|---|---|
| | X | Wear glasses or contact lenses |
| X | | Have vision in both eyes *legally blind R eye* |
| | | Wear a hearing aid |
| | | Stutter or stammer habitually |
| | | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)**

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Scarlet fever | | | | Adverse reaction to serum drug | | | | Epilepsy or fits |
| | | | Rheumatic fever | | | | or medicine | | | | Car, train, sea or air sickness |
| | | | Swollen or painful joints | | | | Broken bones | | | | Frequent trouble sleeping |
| | | | Frequent or severe headache | | | | Tumor, growth, cyst, cancer | | | | Depression or excessive worry |
| X | | | Dizziness or fainting spells | | | | Rupture/hernia | | | | Loss of memory or amnesia |
| X | | | Eye trouble | | | | Piles or rectal disease | | | | Nervous trouble of any sort |
| X | | | Ear, nose, or throat trouble | | | | Frequent or painful urination | | | | Periods of unconsciousness |
| | X | | Hearing loss | | | | Bed wetting since age 12 | | | | Have you ever had |
| | X | | Chronic or frequent colds | | | | Kidney stone or blood in urine | | | | homosexual contact? |
| | X | | Severe tooth or gum trouble | | | | Sugar or albumin in urine | | | | Been exposed to AIDS |
| X | | | Sinusitis | | | | VD—Syphilis, gonorrhea, etc. | | | | Alcohol Use (Excessive) |
| | X | | Hay Fever | | | | Recent gain or loss of weight | | | | Drug Use/Addiction |
| | X | | Head injury | | | | Arthritis, Rheumatism, or Bursitis | | | | Marijuana |
| | | | Skin diseases | | | | Bone, joint or other deformity | | | | Cocaine |
| | | | Thyroid trouble | | | | Lameness | | | | Heroin |
| | | | Tuberculosis | | | | Loss of finger or toe | | | | L.S.D. |
| X | | | Asthma | | | | Painful or "Trick" shoulder or elbow | | | | Amphetamines |
| X | | | Shortness of breath | | | | Recurrent back pain | | | | Others: (Specify) |
| X | X | | Pain or pressure in chest | | | | "Trick" or locked knee | | | | |
| X | | | Chronic cough | | | | Foot trouble | | | | Alcohol or drug |
| | | | Palpitation or pounding heart | | | | Neuritis | | | | Withdrawal Problems |
| | | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| | | | High or low blood pressure | | | | | | | | |
| | | | Cramps in your legs | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

**11. WHAT IS YOUR USUAL OCCUPATION?**

*Clerical Work*

**12. ARE YOU (Check one)**
☑ Right handed   ☐ Left handed

USP LVN

BP-360(60)
JANUARY 1986
PRINTED ON RECYCLED PAPER

CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | | C. Inability to assume certain positions. | | | |
| | | D. Other medical reasons (If yes, give reasons.) | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details). | | | |
| | | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for un-fitness or unsuitability.) |
| | | 16. Have you had, or have you been advised to have, any opera-tions? (If yes, describe and give age at which occured.) | | | |
| | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE)

ϕ hospitalization

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE

SIGNATURE *Myron Ward*

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____

OTHER _____ *Bus.*

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL·STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM-ITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____ *Denies*

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES _____ NO _✓_

WHAT ARRANGEMENTS HAVE BEEN MADE *N/A*

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION _✓_ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____ *N/A*

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

1) legally blind to ℗ eye — since birth

2) sinus #28.

3) sinus.  ⟩ steroid nose spray

4) "coughs alot" from sinus drainage.

5) Chronic — sinus drainage-

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER L. Casuccio, R.N. | DATE 10/22/03 | SIGNATURE *Casuccio* | NUMBER OF ATTACHED SHEETS |

REVERSE

U.S. Department of Justice

Federal Bureau Of Prisons

**MEDICAL HISTORY REPORT**

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| WARD, MYRON | 05967-084 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| A+O | 10/20/03 | Health Services Unit FDC Philadelphia |

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

"FAIR"

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
|  | X | Lived with anyone who had tuberculosis |
| X |  | Coughed up blood |
| X |  | Bled excessively after injury or tooth extraction |
| X |  | Attempted suicide |
| X |  | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| X | X | Wear glasses or contact lenses |
|  | X | Have vision in both eyes |
|  | X | Wear a hearing aid |
|  | X | Stutter or stammer habitually |
|  | X | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | X |  | Scarlet fever |  | X |  | Adverse reaction to serum drug or medicine |  | X |  | Epilepsy or fits |
|  | X |  | Rheumatic fever |  |  |  |  |  | X |  | Car, train, sea or air sickness |
|  | X |  | Swollen or painful joints |  | X |  | Broken bones |  | X |  | Frequent trouble sleeping |
|  | X |  | Frequent or severe headache |  | X |  | Tumor, growth, cyst, cancer |  | X |  | Depression or excessive worry |
|  | X |  | Dizziness or fainting spells |  | X |  | Rupture/hernia |  | X |  | Loss of memory or amnesia |
| X |  |  | Eye trouble |  | X |  | Piles or rectal disease |  | X |  | Nervous trouble of any sort |
| X |  |  | Ear, nose, or throat trouble |  | X |  | Frequent or painful urination |  | X |  | Periods of unconsciousness |
|  | X |  | Hearing loss |  | X |  | Bed wetting since age 12 | X |  |  | Have you ever had homosexual contact? |
|  | X |  | Chronic or frequent colds |  | X |  | Kidney stone or blood in urine |  |  |  | |
|  | X |  | Severe tooth or gum trouble |  | X |  | Sugar or albumin in urine |  | X |  | Been exposed to AIDS |
| X |  |  | Sinusitis |  | X |  | VD—Syphilis, gonorrhea, etc. |  | X |  | Alcohol Use (Excessive) |
|  | X |  | Hay Fever |  | X |  | Recent gain or loss of weight |  | X |  | Drug Use/Addiction |
|  | X |  | Head injury |  | X |  | Arthritis, Rheumatism, or Bursitis |  | X |  | Marijuana |
|  | X |  | Skin diseases |  | X |  | Bone, joint or other deformity |  | X |  | Cocaine |
|  | X |  | Thyroid trouble |  | X |  | Lameness |  | X |  | Heroin |
|  | X |  | Tuberculosis |  | X |  | Loss of finger or toe |  | X |  | L.S.D. |
|  | X |  | Asthma |  | X |  | Painful or "Trick" shoulder or elbow |  | X |  | Amphetamines |
| X |  |  | Shortness of breath |  | X |  | Recurrent back pain |  |  |  | Others: (Specify) |
|  |  |  | Pain or pressure in chest |  | X |  | "Trick" or locked knee |  |  |  | |
| X |  |  | Chronic cough |  | X |  | Foot trouble |  |  |  | Alcohol or drug Withdrawal Problems |
|  | X |  | Palpitation or pounding heart |  | X |  | Neuritis | X |  |  | |
|  | X |  | Heart trouble |  | X |  | Paralysis (include infantile) |  |  |  | |
|  | X |  | High or low blood pressure |  |  |  | |  |  |  | |
|  | X |  | Cramps in your legs |  |  |  | | | | | **10. FEMALES ONLY HAVE YOU EVER** |
|  | X |  | Frequent indigestion |  |  |  | |  |  |  | Been treated for a female disorder |
|  | X |  | Stomach, liver, or intestinal trouble |  |  |  | |  |  |  | Had a change in menstrual pattern |
|  | X |  | Gall bladder trouble or gallstones |  |  |  | |  |  |  | ARE YOU PREGNANT |
|  | X |  | Jaundice or hepatitis |  |  |  | |  |  |  | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
|  | ☒ Right handed   ☐ Left handed |

USP LVN

**CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW**

| YES | NO | | YES | NO | |
|-----|-----|-----|-----|-----|-----|
| | X | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | X | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | X | B. Inability to perform certain motions. | | X | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | X | C. Inability to assume certain positions. | | | |
| | | D. Other medical reasons (If yes, give reasons.) | | | |
| | X | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | X | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | X | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | X | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| | X | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | X | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

**EXPLANATION: (#13-22 ABOVE)**

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|-----|-----|
| Myron Ward | Myron Way |

**INTAKE SCREENING:**

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES _____ NO _____

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION _____ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

1) Legally blind ® eye -
2) Hx: Sinusitis,
3) Occasional SOB c nighttime cough.

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|-----|-----|-----|-----|
| | | | |

REVERSE

**MEDICAL HISTORY REPORT**

```
57-084
8/M/0/07-07-1970
HT/510   WT/150   HR/BN   EY/BK
CUSTODY/IN
```

(___ MEDICALLY CONFIDENTIAL USE ONLY
(TO UNAUTHORIZED PERSONS)

2. REGISTER NUMBER

05967-084

...TION    5. EXAMINING FACILITY

**FCI CUMBERLAND**

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | X | Lived with anyone who had tuberculosis |
| | X | Coughed up blood |
| X | | Bled excessively after injury or tooth extraction |
| X | | Attempted suicide |
| X | | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| X | | Wear glasses or contact lenses |
| X | | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | Scarlet fever | | X | | Adverse reaction to serum drug or medicine | | X | | Epilepsy or fits |
| X | | | Rheumatic fever | X | | | | | X | | Car, train, sea or air sickness |
| | X | | Swollen or painful joints | | X | | Broken bones | | X | | Frequent trouble sleeping |
| X | | | Frequent or severe headache | X | | | Tumor, growth, cyst, cancer | | X | | Depression or excessive worry |
| | X | | Dizziness or fainting spells | | X | | Rupture/hernia | | X | | Loss of memory or amnesia |
| X | | | Eye trouble | | X | | Piles or rectal disease | | X | | Nervous trouble of any sort |
| | X | | Ear, nose, or throat trouble | | X | | Frequent or painful urination | | X | | Periods of unconsciousness |
| X | | | Hearing loss | | X | | Bed wetting since age 12 | | X | | Have you ever had homosexual contact? |
| X | | | Chronic or frequent colds | | X | | Kidney stone or blood in urine | | | | |
| X | | | Severe tooth or gum trouble | | X | | Sugar or albumin in urine | | X | | Been exposed to AIDS |
| X | | | Sinusitis | | X | | VD—Syphilis, gonorrhea, etc. | X | | | Alcohol Use (Excessive) |
| X | | | Hay Fever | | X | | Recent gain or loss of weight | X | | | Drug Use/Addiction |
| X | | | Head injury | | X | | Arthritis, Rheumatism, or Bursitis | | | | Marijuana |
| X | | | Skin diseases | X | | | Bone, joint or other deformity | | | | Cocaine |
| X | | | Thyroid trouble | X | | | Lameness | | | | Heroin |
| X | | | Tuberculosis | | X | | Loss of finger or toe | | | | L.S.D. |
| X | | | Asthma | X | | | Painful or "Trick" shoulder or elbow | | | | Amphetamines |
| X | | | Shortness of breath | X | | | Recurrent back pain | | | | Others: (Specify) |
| X | | | Pain or pressure in chest | X | | | "Trick" or locked knee | X | | | PCP |
| X | | | Chronic cough | X | | | Foot trouble | | | | |
| X | | | Palpitation or pounding heart | X | | | Neuritis | | | | Alcohol or drug |
| X | | | Heart trouble | X | | | Paralysis (include infantile) | | | | Withdrawal Problems |
| X | | | High or low blood pressure | | | | | | | | |
| X | | | Cramps in your legs | | | | | | | | |
| X | | | Frequent indigestion | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| X | | | Stomach, liver, or intestinal trouble | | | | | | | | Been treated for a female disorder |
| X | | | Gall bladder trouble or gallstones | | | | | | | | Had a change in menstrual pattern |
| X | | | Jaundice or hepatitis | | | | | | | | ARE YOU PREGNANT |
| | | | | | | | | | | | SUSPECT YOU ARE PREGNANT |

**11. WHAT IS YOUR USUAL OCCUPATION?**

Clerk Typist

**12. ARE YOU** *(Check one)*

☐ Right handed   ☐ Left handed

USP LVN

Previous editions not usable

BP-360(60)
JANUARY 1986

| | | CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW | | | |
|---|---|---|---|---|---|
| YES | NO | | YES | NO | |
| | X | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | X | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | X | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | X | C. Inability to assume certain positions. | | X | |
| | X | D. Other medical reasons *(If yes, give reasons.)* | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejection.)* |
| | X | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | | X | |
| | X | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | X | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.)* |
| | X | 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occurred.)* | | | |
| | X | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | X | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* |

EXPLANATION: (#13–22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE<br>WARD, MYRON | SIGNATURE  *Myron Ward* |
|---|---|

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT ____ TRANSFER ____ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____ N _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF   YES ____   NO ____

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK ____ RESTRICTED _____

GENERAL POPULATION ____ YES ____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

Have you ever been exposed to TB ___ No
Hepatitis ___ No ___ Syphilis ___ No ___ AIDS ___ No
Homosexual Activity ___ No ___ Seizures ___ No
Asthma ___ No ___ Any current meds ___ Yes
Any drug allergies ___ No
Sick call explained ___ Yes
Pill line explained ___ Yes

Colace 100mg BID. # ✓

| TYPED OR PRINTED NAME OF EXAMINER<br>VICKIE JEANRONGO, PA<br>ECI CUMBERLAND | DATE<br>4/21/99 | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

REVERSE

BP-S360.060 MEDICAL HIST( _EPORT CDFRM                                    MAY 1994
U.S. DEPARTMENT OF JUSTICE                            FEDERAL BUREAU OF PRISONS

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| WARD, Myron - Arvel | |

| 3. PURPOSE OF EXAMINATION<br>Intake Screening | 4. DATE OF EXAMINATION<br>4-5-99 | 5. EXAMINING FACILITY<br>Federal Transfer Center, Oklahoma City, OK |
|---|---|---|

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint arises)

**7. HAVE YOU EVER (Please check each item)**

| YES | NO | (Check each item) |
|---|---|---|
| | X | Lived with anyone who had tuberculosis |
| | X | Coughed up blood |
| | X | Bled excessively after injury or tooth extraction |
| | X | Attempted suicide |
| | X | Been a sleepwalker |

**8. DO YOU (Please check each item)**

| YES | NO | (Check each item) |
|---|---|---|
| | X | Wear glasses or contact lenses |
| | X | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)**

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | Scarlet fever | | X | | Adverse reaction to | | X | | Epilepsy or fits |
| | X | | Rheumatic fever | | X | | drug or medicine | | | | Car, train, sea or air sickness |
| X | | | Swollen or painful | | X | | Broken bones | | X | | Frequent trouble sleeping |
| X | | | joints | | X | | Tumor, growth, cyst, cancer | X | | | Depression or excessive worry |
| | X | | Frequent or severe | | X | | Rupture/hernia | X | | | Loss if memory or amnesia |
| X | | | headache | | X | | Piles or rectal disease | X | | | Nervous trouble of any sort |
| | X | | Dizziness or fainting | | | | Frequent or | | X | | Periods of unconsciousness |
| | X | | spells | | X | | painful urination | X | | | Have you ever had |
| X | | | Eye trouble | | X | | Bed wetting since age 12 | X | | | homosexual contact? |
| | X | | Ear, nose, throat trouble | | X | | Kidney stone or | X | | | Been exposed to AIDS |
| | X | | Hearing loss | | X | | blood in urine | X | | | Alcohol Use (Excessive) |
| X | | | Chronic, frequent colds | | X | | Sugar, albumin in urine | X | | | Drug Use/Addiction |
| | X | | Sever tooth, gum trouble | X | | | VD-Syphilis, gonorrhea, | | | | Marijuana |
| | X | | Sinusitis | | | | etc. | | | | Cocaine |
| X | | | Hay Fever | | X | | Recent gain or loss of | | X | | Heroin |
| | X | | Head injury | | X | | weight | | X | | L.S.D. |
| X | | | Skin diseases | | X | | Arthritis, Rheumatism, | | X | | Amphetamines |
| | X | | Thyroid trouble | | X | | or Bursitis | | X | | Others: (Specify) |
| | X | | Tuberculosis | | X | | Bone, joint or | | | | PCP |
| X | | | Asthma | | X | | other deformity | | X | | Alcohol or drug |
| | X | | Shortness of breath | | X | | Lameness | | X | | Withdrawal Problems |

(This form may be replicated via WP)                    This form replaces BP-360(60) dated January 1986.

| | | | | |
|---|---|---|---|---|
| X | Pain, pressure in chest | X | Loss of finger or toe | |
| X | Chronic cough | X | Painful or "Trick" | |
| X | Palpitation or pounding | X | shoulder or elbow | **10. FEMALES** ONLY HAVE YOU EVER |
| X | heart | | Recurrent back pain | Been treated for a |
| X | Heart trouble | X | "Trick" or locked knee | female disorder |
| X | High or low blood | | Foot trouble | Had a change in |
| X | pressure | X | Neuritis | menstrual pattern |
| X | Cramps in your legs | X | Paralysis (include | ARE YOU PREGNANT |
| X | Frequent indigestion | X | infantile) | SUSPECT YOU ARE PREGNANT |
| X | Stomach, liver, or | | Gall bladder trouble or | |
| X | intestinal trouble | X | gallstones | |
| X | Jaundice or hepatitis | | | |

**11. WHAT IS YOUR USUAL OCCUPATION?** Clerk Typist   **12. ARE YOU** (check one) ☒ **Right handed** ☐ **Left handed**

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | X | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | X | 18. Have you ever had any illness or injury noted? (If yes, specify when, where, and give details.) |
| | X | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | X | C. Inability to assume certain positions. | | X | |
| | X | D. Other medical reasons (If yes, give reasons.) | | | |
| | X | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details). | | X | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | X | 15. Have you ever been denied life insurance? reason and give details.) | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| X | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) Eye sight Age 17 | | | |
| | X | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | X | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE   WARD, Myron   | SIGNATURE   Myron Ward

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT ____ TRANSFER ____ P.V. ____
OTHER

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS / PLEASE
DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE,
APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES,
JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY
DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES ____ NO ____

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH,
HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

DUTY STATUS: TEMPORARY WORK ____ RESTRICTED _____
GENERAL POPULATION ____ YES ____ NO _____
PHYSICIAN STATEMENT TYPE AND EXTENT OF LIMITATION _____

23. Add General summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

Institution
Clinical Services
PT FCI Oklahoma City, OK

TYPE OR PRINTED NAME OF PHYSICIAN OR EXAMINER   | DATE   APR 05 1999   | SIGNATURE   | NUMBER OF ATTACHED SHEETS

Food or Drug Allergies: NKA; Allergies: _____
Current Medical Status: No Complaints: Complaint of _____
TB Signs and Symptom(s): NONE; cough, hemoptysis, night sweats, wt.los

BP-S354.060  **INTAKE SCREENING (MEDICAL)**    CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| FCC Petersburg Low | 10/24/03 | 10 30 |

| Inmate's Name | Register Number |
|---|---|
| Ward Myron | 05907-084 |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☒ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes  ☒ no  (If yes, enter code(s) into MDS)
   <u>Code(s)</u>

6. Remarks:

| Medical Staff Signature  F. Bailey | Date  10/24/03 | Time  1.05 pm |
|---|---|---|
| Medical Staff Title  RN  **F. Bailey, RN, PHS** | | |

Record Copy – Inmate Central File; copy – file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

✳ PRINTED ON RECYCLED PAPER

WARD
  MYRON ARVEL        05967-084
B/M/O/07-07-1970
HT/509    WT/155    HR/BK    EY/BN
CUSTODY/IN

*Pat*

**FEDERAL BUREAU OF PRISONS**

ening form on all arrivals to the

*FCC Pem*

rrival  10/22/03

Time of Arrival  1430

WARD
  MYRON ARVEL        05967-084

Register Number

## M E D I C A L   C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☐ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities? ☐ yes   ☑ no   (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time 1730 |
|---|---|---|
| | 10/22/03 | |

Medical Staff Title

Record Copy – Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994



Printed on Recycled Paper

BP-S354.060  **INTAKE SCREEN1..... IEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution _FBC Phila._ | Date of Arrival _10/20/03_ | Time of Arrival _1600_ |
|---|---|---|

| Inmate's Name _Ward, Myron_ | Register Number _05967-084_ |
|---|---|

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)


2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)



3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

_no f/s._

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)



5. Disabilities?  ☐ yes  ☑ no  (If yes, enter code(s) into MDS)
                              Code(s)

6. Remarks:  ⊘ **Medications**
             ⊘ **Allergies**
             ⊘ **Lice**
             ⊘ **Suicidal Ideation**

| Medical Staff Signature _Karen NPC_ | Date _10/20/03_ | Time _1815_ |
|---|---|---|

| Medical Staff Title | _NP-C_ |
|---|---|

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

BP-S354.060   **INTAKE SCREENING (MEDICAL)**   CDFRM
NOV 94

**U.S. DEPARTMENT OF JUSTICE**                           **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| **U.S.P.LEWISBURG,PA** | **OCTOBER 17,2003** | **1300** |

| Inmate's Name | Register Number |
|---|---|
| **WARD , MYRON** | **05967 - 084** |

### M E D I C A L       C L E A R E N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers: OK for Continued Transport? ☒ yes; ☐ no (Explain)

5. Disabilities?   ☐ yes ☒ no (If yes, enter code(s) into MDS)
                                    Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|
|  | **OCTOBER 17,2003** | **1415 HRS.** |

Medical Staff Title  **FERDINAND N. ALAMA,P.A.**

Record Copy - Inmate Central File; copy - file

(This form may be replicated via WP)          Replace BP-354(60) of APRIL 1990 and BP-S354 of AUG 1994

BP-S354.060  **INTAKE SCREENING  (MEDICAL)**  CDFRM  
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                         **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution  McKean | Date of Arrival  7/20/01 | Time of Arrival  0930 |
|---|---|---|
| Inmate's Name  Ward, Myron | Register Number  05967 - 084 | |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)


2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)



3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations or exclusions)



4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)



5. Disabilities?  ☐ yes    ☐ no   (If yes, enter code(s) into MDS)
                                Code(s)


6. Remarks:          *Blind ® eye*


| Medical Staff Signature  *Clundberg* | Date  7/20/01 | Time  1245 |
|---|---|---|

Medical Staff Title
    Cheryl Lundberg, RN

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

**BP-S354.060  INTAKE SCREENING (MEDICAL)**
NOV 94

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | USP LEWISBURG Health Services Unit Lewisburg, PA 17837 | Date of Arrival 7/13/01 | Time of Arrival 1815 |
|---|---|---|---|

Inmate's Name  *Ward, Myron Arvel*     Register Number  05 967-084

## M E D I C A L     C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)



2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)



3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)



4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)



5. Disabilities? ☐ yes  ☑ no  (If yes, enter code(s) into MDS) Code(s)



6. Remarks:



| Medical Staff Signature  *Okoth MLP* | Date 7/13/01 | Time 1855 |
|---|---|---|
| Medical Staff Title     Jane Okoth, MLP | | **Jane Okoth, MLP** |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994



BP-S354.060  **INTAKE SCREENING (MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| FCI Loretto | 1/5/01 | |

| Inmate's Name | Register Number |
|---|---|
| WARD, MYRON | 05967-084 |

## M E D I C A L     C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations or exclusions)

   *PENDING*

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

   *NA*

5. Disabilities?  ☐ yes  ☒ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|
| *[signature]* | 1-5-01 | 1411 |
| Medical Staff Title | | |
| PA-C | | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

♻ Printed on Recycled Paper

BP-S354.060  **INTAKE SCREEN1 # (MEDICAL)**  CDFRM
NOV 94

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Ins | WARD | | Arrival | Time of Arrival |
|-----|------|--|---------|-----------------|
| —   | MYRON ARVEL  Ø5967-Ø84  B/M/O/Ø7-Ø7-197Ø | | | Ø945 |
| Inn | HT/51Ø  WT/15Ø  HR/BN  EY/BK  CUSTODY/IN | | Register Number | |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes    ☒ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

| Medical Staff Signature | Date 1-2-01 | Time 2158 |
|-------------------------|-------------|-----------|
| Medical Staff Title  RN | | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

Printed on Recycled Paper

BP-S354.060  **INTAKE SCREENING (MEDICAL)**    CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution   FCI Cumberland | Date of Arrival  4-26-99 | Time of Arrival  1630 |
|---|---|---|

| Inmate's Name  Ward, Myron | Register Number  05967-084 |
|---|---|

### M E D I C A L     C L E A R A N C E

1. BP-149(60) reviewed? ☐ yes; ☑ no (Explain)

   S+C

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)


3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

   No F/S

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)


5. Disabilities?  ☐ yes    ☐ no   (If yes, enter code(s) into MDS)
   Code(s)


6. Remarks:

   SCREENED FOR LICE
   ESSENTIALLY HEALTHY MALE

| Medical Staff Signature  peep | Date  4-26-99 | Time  1750 |
|---|---|---|

Medical Staff Title   Richard Klimkiewicz, PA-C
                       FCI CUMBERLAND

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

♲ Printed on Recycled Paper

BP-S354.060  **INTAKE SCREENING (MEDICAL)**   CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**

WARD                    FEDERAL BUREAU OF PRISONS
      MYRON ARVEL            05967-084
B/M/O/07-07-1970
HT/510   WT/150   HR/BN   EY/BK
CUSTODY/IN

(Medical staff shall complete t___
Institution)

Institution

Inmate's Name

## M E D I C___

1. BP-149(60) reviewed? ☐ yes; ☐ no (Explain)

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes   ☑ no  (If yes, enter code(s) into MDS)
                                Code(s)

6. Remarks:

| Medical Staff Signature | Date APR 05 1999 | Time 1635 |
|---|---|---|
| Medical Staff Title | | |

Todd Genzer
Clinical Nurse
FTC, Oklahoma City, OK

Record Copy – Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994


Printed on Recycled Paper



BILL TO: FCI PETERSBURG, BUS. OF F
PO: 04000E0384
1060 RIVER RD.
HOPEWELL
VA 23860

| PATIENT NAME | CUST. NUMBER | INVOICE NUMBER |
|---|---|---|
| 05967-084 LI-56 111754 | PO: 0400060384 | 193593 |

| Tray No. 8781 | Date Processed 06/10/2004 | 06/24/2004 |

| | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | 0.50 | | | | 6.00 |
| L. EYE | 0.50 | | | | 6.00 |

| | Add | Width | Height | | P.D. | N.P.D. |
|---|---|---|---|---|---|---|
| R. EYE | | | 0.0 | R. EYE | 64.0 | |
| L. EYE | | | 0.0 | L. EYE | 64.0 | |

### FRAME DATA

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 50.0 | 43.0 | 50.0 | 22.0 |

Model: 032027167435
83-84        Tmpl. Length 50X22
SMOKE

EDGED UNCUT  ☒ ☐   LENS ONLY ☐   ENCLOSED ☐   TO COME ☐   SUPPLIED ☒

### LENS DATA

| | | | | | Material |
|---|---|---|---|---|---|
| R: | SV | CR-39 | SRC1 | SOLA | 72 |
| L: | SV | CR-39 | SRC1 | SOLA | 72 |

**FDA CODE SEC. 3, 84, 21 CFR**

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

**NOTE FOLLOWING EXCEPTIONS**

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

COMMENTS:

J-10226530 LI-56 T-8781

### CHARGES

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | 11.00 |
| LEFT LENS | 11.00 |
| 83-84 | 12.00 |
| SAFETY | .00 |
| | |
| Sub Total | 34.00 |
| Freight | |
| **Total Due** | 34.00 |

FROM 111754
POSTMASTER IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS PLEASE RETURN TO SENDER

SHIP TO
FCI PETERSBURG, HEALTH SVC
PO# BOP04000602834
1060 RIVER RD.
HOPEWELL, VA, 23860



PATIENT NAME    CUST. NUMBER  PO: 0400060384    INVOICE NUMBER  193591

05967-084 LI-55 111754

Tray No.  9849    Date Processed  06/10/2004    06/24/2004

|  | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | 0.00 | -0.25 | 180 |  | 6.25 |
| L. EYE | 0.00 | -0.25 | 180 |  | 6.25 |

|  | Add | Width | Height |  | P.D. | N.P.D. |
|---|---|---|---|---|---|---|
| R. EYE |  |  | 0.0 | R. EYE | 68.0 |  |
| L. EYE |  |  | 0.0 | L. EYE | 68.0 |  |

### FRAME DATA

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 50.0 | 43.0 | 50.0 | 22.0 |

Model: 0320271674 IMPL. Lens SO    50X22

83-84    SMOKE

EDGED UNCUT [X] [ ]    LENS ONLY [ ]    ENCLOSED [ ]    TO COME [ ]    SUPPLIED [X]

### CHARGES

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | 46 |
| LEFT LENS | 46 |
| 83-84 | |
| SAFETY | 12 |

### LENS DATA    Material

R: SV POLY QNTMGY VISION 75
L: SV POLY QNTMGY VISION 75

FDA CODE SEC. 3, 84, 21 CFR    NOTE FOLLOWING EXCEPTIONS

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

(1) PLASTIC. Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

Sub Total    104

COMMENTS:

J-10226530 LI-55 T-9849

Freight

Total Due    104.

SHIP TO:
FCI PETERSBURG, HEALTH SVC
PO# BOP04000602834
1060 RIVER RD.
HOPEWELL, VA, 23860

POSTMASTER
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER.

513-111

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: | FROM: *(Requesting physician or activity)* | DATE OF REQUEST |
|---|---|---|
| *Surgery* | Dr. Laybourn M.D. | 5-20-04 |

REASON FOR REQUEST *(Complaints and findings)*

33 y.o. male with history of bilateral cervical lymph nodes and axillary lymph nodes. He underwent lymph node biopsie + r/o lymphoma on 5-20-04

PROVISIONAL DIAGNOSIS

R/O Lymphoma / S/P Lymph node biopsies

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | |
|---|---|---|---|
| V. Logan RN | | ☐ BEDSIDE  ☐ ON CALL | ☑ ROUTINE  ☐ TODAY  ☐ 72 HOURS  ☐ EMERGENCY |

## CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

S/P Rt neck lymph node Bx

Nonspecific lymphadenitis.   No malignancy

around healed well

sutures removed.

path report discussed c pt

concur
KSMD
6/10/04

| SIGNATURE AND TITLE *(Continue on reverse side)* | K.A. Laybourn, M.D. | DATE 6/9/04 |
|---|---|---|

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)* |
|---|---|---|

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*

| | | REGISTER NO. | WARD NO. |
|---|---|---|---|

Ward, Myron
05967-084

F.C.I. Petersburg
Health Services Unit
Petersburg, VA 23804

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

513-111

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: _ENT._  FROM: (Requesting physician or activity) _Nreg,_  DATE OF REQUEST: _2/10/04_

REASON FOR REQUEST (Complaints and findings)

33 Y/o male c/o sinus _thrinitis_ and nasal congestion for more than one year. Pt has use Benadryl, Catford, Chlorpheniramine and nasalide without good results.

please evaluate

PROVISIONAL DIAGNOSIS

Chronic Sinus problem. No nasal polyp

DOCTOR'S SIGNATURE
A. Zevas, P.A.
FCI Petersburg, VA

APPROVED
1000

PLACE OF CONSULTATION
[ ] BEDSIDE  [ ] ON CALL

[X] ROUTINE  [ ] TODAY
[ ] 72 HOURS  [ ] EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED [ ] YES [ ] NO   PATIENT EXAMINED [ ] YES [ ] NO   TELEMEDICINE [ ] YES [ ] NO

CC: Staffed-up, soreness around nose x↑ 1yr
different Med. doesnot work

PE: ENT- Head & Neck Ex.
↑↑↑ turbinate

Dx: Chr. turbinate dysfuction
Rhinits

Rec: Saline Nose Spry daily hs
Humibid DLA ÷ BID x 1000

Concur
DPS
3/12/04
K.A. Laybourn, M.D.

(Continue on reverse side)

SIGNATURE AND TITLE

DATE 3/10/04

HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)   | REGISTER NO. | WARD NO.

Ward, Ryan
05967-084

FCC Petersburg Low

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

Health Services Unit-Low
FCC Petersburg, Virginia

513-110                                                                      NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET | 0242 |
|---|---|---|

REQUEST

| : general surgery: Dr Rayudu | FROM: (Requesting physician or activity) Laybourn | DATE 1-20-2004 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

33 yo male with h/o bilateral cervical lymph nodes and axillary lymph nodes. He was evaluated by general surgeon who recommended that lymph node biopsies be performed to r/o lymphoma.

PROVISIONAL DIAGNOSIS          Cervical lymphadenopathy

| DOCTOR'S SIGNATURE | APPROVED | | |
|---|---|---|---|
| Dr. K. Laybourn, M.D. Medical Officer F C Petersburg, Virginia | | Dr. J. Allen Clinical Director FCC Petersburg | ROUTINE ASAP X  1 MONTH  2-3 WEEKS  OTHER |

CONSULTATION REPORT

(Continue on reverse side)

| SIGNATURE AND TITLE | DATE |
|---|---|

| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. |
|---|---|---|

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle; grade; rank; hospital or medical fac

NAME: Ward, Myron #●05967-084
                    07-07-1970
DATE OF BIRTH:_____

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-

DOB 07-07-70
R/S Blm
Unit L-3
Level m
Faxed 1-22-04

13-111 AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CONSULTATION SHEET**

### REQUEST

TO: Surgeon   FROM: (Requesting physician or activity) Medical   DATE OF REQUEST 12/3/03

REASON FOR REQUEST (Complaints and findings)

33 y WBM who reports palpable mass on the right side of the neck x 4 yr. No increase in size. Palpable about 0.5 cm x 0.5 cm, moveable in the posterior lateral aspect of neck.

PROVISIONAL DIAGNOSIS

Lymphadenopathy, R neck.

DOCTOR'S SIGNATURE   APPROVED

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL ☒ ROUTINE ☐ 72 HOURS ☐ TODAY ☐ EMERGENCY

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO   PATIENT EXAMINED ☐ YES ☐ NO   TELEMEDICINE ☐ YES ☐ NO

c/o lumps in neck x 1 year
no fever.

O/E: Bilateral cervical lymphadenopathy nontender. No bruits, no thyroid enlargement.

Axillary lymph nodes also palpable
No Hepatosplenomegaly

Recommendate: Cervical lymph node Bx
R/o lymphoma

Concur
1-14-04
Dr. K. Layboum, M.D.
Medical Officer
FCC Petersburg, Virginia

SIGNATURE AND TITLE   DATE

PATIENT'S IDENTIFICATION
Ward, Myun
35967084
FCC Pet Lon

**CONSULTATION SHEET**
Medical Record
STANDARD FORM 513 (REV. 4-98)

Department of Justice
Federal Bureau of Prisons
FCI - Petersburg
Petersburg, Virginia

## UTILIZATION REVIEW CHECKLIST

| Name: Ward, Myron | Reg #: 03967-094 | Date: 1-20-04 |
|---|---|---|
| Diagnosis/Impression | Lymphadenopathy | |
| How long has the condition existed? | Tyr | |
| Describe Prior evaluation and treatment. | sick call gen surgery | |
| Degree of disability | mild | |
| Release date | 7-10-18 | |
| Compliance with prior treatment | | |
| Other comments | | |

☑ Approved          ☐ Disapproved

C. D.
Dr. J. Allen
Clinical Director
FCC Petersburg

1/21/04
Date

C.H. Monday 1/21/04
H.S.A
C. Mendoza
Health Services Administrator

A. W. O.
1/21/04

Reason for action:

_____

_____

_____

Please attach completed UR Checklist to:  **Consultation Sheet (SF-513)**

513-111

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: _Surgeon_   FROM: (Requesting physician or activity) _Medical_   DATE OF REQUEST _12/3/03_

REASON FOR REQUEST (Complaints and findings)

33 y/o WBM who reports palpable mass in the right side of the neck x 1 yr. No increase in size. Tender about 0.5 cm x 0.5 cm, movable in the posterior lateral aspect of neck ℞.

PROVISIONAL DIAGNOSIS

_Lymphadenopathy, ℞ neck_

DOCTOR'S SIGNATURE   E. Manaquiton, NP   APPROVED ✓ PMO   PLACE OF CONSULTATION
FCC Petersburg, Va

☒ ROUTINE   ☐ TODAY
☐ BEDSIDE   ☐ ON CALL   ☐ 72 HOURS   ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☒ YES ☐ NO   PATIENT EXAMINED ☐ YES ☐ NO   TELEMEDICINE ☐ YES ☐ NO

c/o lumps in neck x 1 year
no fever.

O/E: Bilateral cervical lymphadenopathy
nontender. No bruits no thyroid enlar-
-gement.
Axillary lymphadenopathy also palpable
No Hepatosplenomegaly
Recommend: Cervical lymph
node Bx
R/o lymphoma

Concur
PMO
1-14-04

Dr. R Laybourn, M.D.
Medical Officer
FCC Petersburg, Virginia

SIGNATURE AND TITLE   (Continue on reverse side)   DATE

HOSPITAL OR MEDICAL FACILITY   RECORDS MAINTAINED AT   DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR   SPONSOR'S NAME (Last, first, middle)   SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name-last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)   REGISTER NO.   WARD NO.

_Ward, Myron_

_05967-084_

_FCC Pet Low_

FCC Petersburg, Virginia   **CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

REQUEST

TO: Optometrist – Dr. Howard

FROM: (Requesting physician or activity)
Dennis Olson, MD, CHP

DATE OF REQUEST:

REASON FOR REQUEST (Complaints and findings)

Eye Exam    Episclenitis

Subjective:

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE

D. Olson, MD
Clinical Director

APPROVED

| PLACE OF CONSULTATION | | |
|---|---|---|
| ☐ BEDSIDE | ☐ ON CALL | ☐ ROUTINE ☐ TODAY |
| | | ☐ 72 HOURS ☐ EMERGENCY |

RECORD REVIEWED  ☐ YES ☐ NO

PATIENT EXAMINED  ☑ YES ☐ NO

CONSULTATION REPORT

Visual Acuity    Distance OD        OS        TONOMETRY:        OD
                                                               OS

                 Near    OD         OS

External

Internal

Refraction

Diagnosis    Episclenitis 100% gone

Analysis     taper predforte as directed

Plan                                                tid for 3 days
                                                    bid for 3 days
                                                    hs  for 3 days
(Continue on reverse side)                          DTO

SIGNATURE AND TITLE    Christian J. Howard          DATE  6/18/03

IDENTIFICATION NO.    ORGANIZATION
                      FCI/FPC McKean      FCI McKean

REGISTER NO.  03967-068    WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first...)

Ward, Myron

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (PF)
Prescribed by GSA/ICMR

Reviewed by D. Olson, MD
Date: 6/18/12

REQUEST

Optometrist – Dr. Howard

FROM: (Requesting physician or activity)
Dennis Olson, MD, CHP

DATE OF REQUEST

REASON FOR REQUEST (Complaints and findings)

Eye Exam

Subjective:

℗ ant degen
since a child

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE

*D. Olson, MD*
*Clinical Director*

APPROVED

PLACE OF CONSULTATION

☐ BEDSIDE    ☐ ON CALL

☐ ROUTINE    ☐ TODAY

☐ 72 HOURS    ☐ EMERGENCY

CONSULTATION REPORT

RECORD REVIEWED  ☐ YES ☐ NO

PATIENT EXAMINED  ☑ YES ☐ NO

TONOMETRY:

OD  16
OS  17

Golden
0943

Visual Acuity  Distance OD          OS  20/20

Near        OD          OS  37cm

External        ≤ Ⓞ

Internal        sector redness
deep vessels

Refraction      tender to touch

Diagnosis       Episclerites

Analysis        requires steroid eval plus

Plan            recommend
                Pred Forte qid for 1 week, then tid for 3 days
                (Continue on reverse side)
                bid for 3 days
                hs for 3 days    6/11/03

SIGNATURE AND TITLE

*Christon J. Howard*

IDENTIFICATION NO.

ORGANIZATION
FCI/FPC McKean

FCI McKean

REGISTER NO.

WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle grade—status—ID No—name of medical facility)

Ward, Myron

CONSULTATION SHEET
Medical Record

Reviewed by D. Olson, MD
Date: 6/11/(0)

## REQUEST

TO: Optometry

FROM: (Requesting physician or activity)
Dr. Howard / PA Minkevner

DATE OF REQUEST
5-25-99

REASON FOR REQUEST (Complaints and findings)

Pt legally blind in ® eye from birth — problem ç ℗ eye vision —
Sees spots / occasional blurring, has been reading a lot

PROVISIONAL DIAGNOSIS

Eye strain

DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION

☒ ROUTINE   ☐ TODAY
☐ BEDSIDE   ☐ ON CALL   ☐ 72 HOURS   ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO

no show for Appt 6-9-99  0730            Age 29
- Reschedule 5/16/00

℗ Amblyopia (did patch/eye as child)

— Eyes red. And itching etc.          SLE: conc clr
                                              lens clr
Acuity 20/20                T 16/16        And deep
                                      Fundus: clear CD .2
Rx: Plano 3 +50 FUD
    Mn 3 +50

(Continue on reverse side)

SIGNATURE AND TITLE                         DATE
                                            5-10-00

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Ward, Myron
05967-084

S. HOWARD, MD    5/16/
CLINICAL DIRECTOR
FCI, CUMBERLAND

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR)

☆ U.S.GOVERNMENT PRINTING OF·

513-111

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |

**REQUEST**

TO: _Optomedist_

FROM: (Requesting physician or activity) _Medical_

DATE OF REQUEST: _12/3/03_

REASON FOR REQUEST (Complaints and findings)

33 y/o BM who was seen on accutane Rx &
frequent headaches & vision OD = 20/200
pls evaluate + Shave y.    OS = 20/30

PROVISIONAL DIAGNOSIS

Error of refraction

DOCTOR'S SIGNATURE

E. Mangubat, M.D.
FCC Petersburg, VA

APPROVED

PLACE OF CONSULTATION

☒ ROUTINE   ☐ TODAY
☐ BEDSIDE  ☐ ON CALL  ☐ 72 HOURS  ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☒ YES ☐ NO    TELEMEDICINE ☐ YES ☐ NO

PERRLA
APD ⊖
CT Ø Ⓑ ET
FTFC OU

c/o No complaints
POHx Amblyopia Ⓡ eye Had patch Tx as child to strengthen, but no improvement
PMHx Sinusitis.
FOHx Ø    FMH. Ø

T  < 14
A    13

SLE
U wal
Conj Inj Ø
K U
ALD+Q
Iris wal
Lens U

Ret OD -20.00
OS PL

CD .3/3
Mac Ⓐ FCR

DFE → Tropic
Ⓞ R/T/B

Ⓐ post. staphyloma OD   emetrope OS
Near Point Fatigue

Ⓟ Protective Rx c̄ Transition
and reading U

(Continue on reverse side)

SIGNATURE AND TITLE

DATE

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR

SPONSOR'S NAME (Last, first, middle)

SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)

REGISTER NO.

WARD NO.

Ward, Myron
08967-084
FCC pet Lon

Concur
KAMD
5/12/04

K. A. Laybourn, M.D.

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

## Eyeglass Prescription

WAKL
05967-084

| TRAY NO. | ARRIVAL DATE | | PRESCRIPTION NO. |
|---|---|---|---|
| INSTITUTION: | | | |
| CITY | | | |

| STATE | | ZIP | |
|---|---|---|---|
| LENSES | | | |
| EXTRA | | | |
| FRAME OR MTG | | | |
| MISC | | | |

|  | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT |
|---|---|---|---|---|---|---|---|
| DISTANCE | R | +50 | SPH | | | NO | |
| | L | +50 | | | | | |

| | | SEGMENT INSTRUCTIONS | | | | PUPILLARY WIDTH | |
|---|---|---|---|---|---|---|---|
| | | HEIGHT | WIDTH | INSET | | DIST. | NEAR |
| ADD | R | R | | R | R | 64 | 61 |
| | L | L | | L | L | | |

| SEG. STYLE | ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | OTHER. |
|---|---|---|---|---|---|---|---|---|
| | 22 | | 22 | 22–24 | 22–25 | | 22   28   45   25   35 | |

| FRAME OR SHAPE | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|
| # 29 | 50 | 22 | 5 1/2 |

**Mail to:**
Federal Prison Industries
Box 100
Butner, N.C. 27509

**SPECIAL INSTRUCTIONS**
( ) LENS ONLY
( ) FRAMES ONLY

_Robert W. Nutt_        5-10-00

SIGNATURE                      DATE

USP LVN

Previous editions not usable

BP–357(60)
MAY 1984

**South Regional Medical Center**
~~01 South Adams Street~~
Petersburg, VA 23803

~~05671-848~~ov

05967-084

## OPERATIVE REPORT

| | | | | |
|---|---|---|---|---|
| Name: | **WARD, MYRON A** | | | |
| Room: | O-SOP | DOB: | 07/07/1970 | Adm Dr: RAYUDU, JUJJAVARAPU |
| MR#: | 511619 | Age: | 33 Y | Ord Dr: |
| Pt#: | 6621654 | Sex: | M | Dict:   05/20/2004 13:09:04 |
| Adm: | 05/20/2004 | Disch: | 05/20/2004 | Trans:  05/20/2004 14:36:49 |

**\*\*Finalized Upon Physician Signature\*\***

DATE OF OPERATION: 05/20/2004

PREOPERATIVE DIAGNOSIS: Cervical lymphadenopathy.

POSTOPERATIVE DIAGNOSIS: Cervical lymphadenopathy especially in the posterior triangle of the neck on the right side.

PROCEDURE PERFORMED: Lymph node biopsy from the posterior triangle of the right side of the neck.

SURGEON: JUJJAVARAPU RAYUDU, MD

ANESTHESIA: Local, 1% Lidocaine, 0.5% Marcaine, 1/2 and 1/2 combination prepared.

PLACE PERFORMED: Operating room.

HISTORY: This 33-year-old male presented with slightly enlarged lymph nodes along the posterior aspect of the neck, especially the right side. There is no evidence of any infection in the scalp or any areas of the head and neck. He is scheduled for a biopsy of this cervical lymph node.

PROCEDURE: The patient was placed supine on the table. The head was slightly elevated. Local

K.A. Laybourn, M.D.

Southside Regional Medical Center
.01 South Adams Street
Petersburg, VA 23803

## OPERATIVE REPORT

| | | |
|---|---|---|
| Name: **WARD, MYRON A** | | |
| Room: O-SOP | DOB: 07/07/1970 | Adm Dr: RAYUDU, JUJJAVARAPU |
| MR#: 511619 | Age: 33 Y | Ord Dr: |
| Pt#: 6621654 | Sex: M | Dict: 05/20/2004 13:09:04 |
| Adm: 05/20/2004 | Disch: 05/20/2004 | Trans: 05/20/2004 14:36:49 |

**\*\*Finalized Upon Physician Signature\*\***

anesthesia was infiltrated in the skin and subcutaneous tissues along the posterior aspect of the right side of the neck over the palpable lymph node. The transverse incision was given along this area. The platysmas muscle was incised along the line of the skin incision. The skin incision was made about 1-inch in length. After opening the platysmas muscle, the dissection was continued along the posterior aspect. The trapezius muscle was identified. It was careful preserved. There is a lymph node, which is visible and very close to this nerve. It is carefully preserved, and the lymph node is dissected from this structure carefully. The specimen was sent for histopathological examination. Hemostasis was completely secured. The platysmas was approximated with 4-0 Monocryl continuous suture. The skin was closed with 4-0 Monocryl subcuticular continuous suture. Dry foam dressing was applied. The patient tolerated the procedure well. Transferred to the recovery room in satisfactory condition.

81503179 / 96531

cc: DR ALLEN AT FCI LOW PRISON