# ATTACHMENT D

# PART 4

**SOUTHSIDE REGIONAL MEDICAL CTR**
801 SOUTH ADAMS STREET
PETERSBURG, VA 23803

| | | |
|---|---|---|
| **Name:** WARD , MYRON A | | **Exam: OPERATIVE REPORT** |
| **Room:** SOP - | **DOB:** 07/07/1970 | **Adm Dr:** RAYUDU, JUJJAVARAPU |
| **MR#:** 511619 | **Age:** 33 Y | **Dict Dr:** RAYUDU, JUJJAVARAPU |
| **Pat#:** 6621654 | **Sex:** M | **Transcribed:** 05/20/2004 14:38:49 |
| | | **Dictated:** 05/20/2004 13:09:04 |

*** Final ***

DATE OF OPERATION: 05/20/2004

PREOPERATIVE DIAGNOSIS: Cervical lymphadenopathy.

POSTOPERATIVE DIAGNOSIS: Cervical lymphadenopathy especially in the posterior triangle of the neck on the right side.

PROCEDURE PERFORMED: Lymph node biopsy from the posterior triangle of the right side of the neck.

SURGEON: JUJJAVARAPU RAYUDU, MD

ANESTHESIA: Local, 1% Lidocaine, 0.5% Marcaine, 1/2 and 1/2 combination prepared.

PLACE PERFORMED: Operating room.

HISTORY: This 33-year-old male presented with slightly enlarged lymph nodes along the posterior aspect of the neck, especially the right side. There is no evidence of any infection in the scalp or any areas of the head and neck. He is scheduled for a biopsy of this cervical lymph node.

PROCEDURE: The patient was placed supine on the table. The head was slightly elevated. Local anesthesia was infiltrated in the skin and subcutaneous tissues along the posterior aspect of the right side of the neck over the palpable lymph node. The transverse incision was given along this area. The platysmas muscle was incised along the line of the skin incision. The skin incision was made about 1-inch in length. After opening the platysmas muscle, the dissection was continued along the posterior aspect. The trapezius muscle was identified. It was careful preserved. There is a lymph node, which is visible and very close to this nerve. It is carefully preserved, and the lymph node is dissected from this structure carefully. The specimen was sent for histopathological examination. Hemostasis was completely secured. The platysmas was approximated with 4-0 Monocryl continuous suture. The skin was closed with 4-0 Monocryl subcuticular continuous suture. Dry foam dressing was applied. The patient tolerated the procedure well. Transferred to the recovery room in satisfactory condition.

81503179 / 96531

cc: DR ALLEN AT FCI LOW PRISON

*Faxed 7.13.04 to Ms. Horikawa*

SOUTHSIDE REGIONAL MEDICAL CE

**PATIENT NAME:** Ward, Myn

| DATE: | HEIGHT: | WEIGHT: |
|---|---|---|
| 5/12/0y | 5'10" | 150 lbs |

**CONTINUING DNR:** ☐ YES ☐ NO ☑ UNKNOWN
**ADVANCED DIRECTIVE:** ☐ YES ☐ NO ☑ UNKNOWN

**IMMUNIZATIONS UP TO DATE:** ☐ YES ☐ NO
Date of last Tetanus: 6/12/2000

**VACCINES:**
☑ INFLUENZA
☑ PNEUMOCOCCAL

Accompanied by: _____
Person giving information: _____
From (facility): _____

Mode of arrival: ☐ wheelchair ☐ stretcher ☑ ambulatory
Emergency Contact: Name _____
Phone # _____

**PATIENT COMPLAINT:** _____

**HISTORY OF COMPLAINT:** 33 y/o ...

**Past Med HX:**
☐ Cardiac ☐ Cancer Surgeries: _____
☐ HTN ☐ Psych
☐ COPD ☐ Diabetes
☐ Asthma ☐ UI
☐ Seizures ☐ HIV
☐ CVA ☐ Hepatitis
☐ Renal

**PRIMARY LANGUAGE:** ☑ English ☐ Other _____
**INTERPRETER NEEDED?** ☐ YES ☑ NO

**PRELIMINARY SOCIAL HX:** ☐ Tobacco Use ☐ Alcohol Use ☐ Street Drugs

**ALLERGIES/REACTION** _____
**LATEX ALLERGIES** ☐ YES ☑ NO

**MEDICATIONS:**
(Including over the counter medications, herbal remedies, vitamins, birth control etc.)

| Drug | Dose | Frequency | Last Dose | Compliant |
|---|---|---|---|---|
| | | | | ☑ Yes / No |
| | | | | Yes / No |
| | | | | Yes / No |
| | | | | Yes / No |
| | | | | Yes / No |
| | | | | Yes / No |
| | | | | Yes / No |
| | | | | Yes / No |

**SKIN:**
☑ Normal ☐ Diaphoretic
☐ Dry ☐ Lesions/Wounds
Describe Color, Turgor, Temp: _____

☐ Surface Abnormalities _____

**Oxygenation**
**Respiratory:** ☑ No difficulty ☐ Pain ☐ Cough ☐ Dyspnea ☐ Sputum
☐ Tracheostomy
☐ Respiratory Equipment at Home ☐ No ☐ Yes
If yes, what? _____

**Circulatory:** ☑ No difficulty ☐ Edema ☐ Numbness
☐ Syncope ☐ Palpitations ☐ Murmur
☐ Pacemaker ☐ Chest pain ☐ Cyanosis

Comments: _____

**ELIMINATION**

**Bowel:** ☑ No difficulty ☐ Constipation ☐ Diarrhea
Frequency of stool _____ Last BM _____
☐ Incontinence ☑ Ileostomy ☐ Colostomy
Comments: _____

**Bladder:** ☑ No difficulty ☐ Incontinence ☐ Hematuria
Frequency _____ Last Voiding _____
☐ Nocturia ☐ UTI ☐ Dribbling
☐ Catheter Type/Size _____ Date of Insertion: _____

Comments: _____

**ACTIVITY**

**Walking:** ☑ No difficulty ☐ Stiffness ☐ Weakness
☐ Paralysis ☐ Frequent Falls ☐ Loss of Balance
☐ Contractures ☐ Deformities
☐ History of fractures _____

**Upper Extremity:** ☑ No difficulty ☐ Weakness ☐ Paralysis
☐ Deformities ☐ Splints ☐ Contractures

**Functional:**
(I=Independent    D=Dependent   N=Needs assistance)
Transfers  I        Bed mobility  I      Feeding  I
Transportation  I    Toileting  I        Walking  I
Hygiene  I          Housekeeping  I      Dressing  I
Stairs  I           Cooking  I           Shopping  I

**Sexual/Reproductive**
Self Breast Exam: ☐ Yes ☐ No Date of last Mammogram: _____
Use of Contraceptives: ☐ Yes ☐ No If yes, what type: _____ Date of LMP _____

Prostate Problems: ☐ Yes ☑ No If yes, what type: _____

Have you ever had a blood transfusion? ☐ Yes ☑ No If yes, when, month/year _____
Ever had an adverse reaction to blood? ☐ Yes ☐ No

History of speech problems: ☑ No ☐ Yes   Swallowing difficulty/choking ☑ No ☐ Yes
Change in speech/communication abilities ☑ No ☐ Yes

**Nutrition**
Chewing/swallowing difficulty ☑ No ☐ Yes _____
☑ No ☐ Yes _____
Vomiting ☑ No ☐ Yes _____
☑ No ☐ Yes _____
☑ No ☐ Yes _____

New CVA ☐ Yes ☑ No    Cancer ☐ Yes ☑ No    HIV Positive ☐ Yes ☑ No

Physical limitations: ☑ No ☐ Yes  Cognitive limitations: ☑ No ☐ Yes
Language barriers: ☑ No ☐ Yes  Psychosocial factors: ☑ No ☐ Yes

**Fall Risk Assessment**
One check in this section requires placement on Fall Prevention Program:
☐ History of previous falls
☐ Altered mental status (confusion, disorientation, belligerent, combative)

Two checks in this section requires placement on Fall Prevention Program:
☐ Age 65 or over
☐ Urinary urgency or frequency; incontinent
☐ Bowel urgency or frequency; incontinent
☐ 1ˢᵗ 48 hours on diuretics, eye drops, tranquilizers, narcotics, analgesics, barbiturates, hypnotics, antidepressants

☐ Scheduled for bowel prep
☐ Sensory deficits
☐ Orthostatic hypotension: Syncope, vertigo, seizures
☐ Use of ambulatory devices (cane, walker, brace, splint)
☐ Activity intolerance (easily fatigued)

A. _____ R.A.
Signature/Title _____, M.1          Date: 5/12/04

No. 1752  p. 6        Kㅡ 5-13-04        Mar. 27, 2002 10:21AM  SRMC SOSS
K.A. Laybourn, M.D.

# Southside Regional Medical Center History and Physical Outpatient

Patient: _Ward, Myron_____ Physician: _____

Allergies: _No Known Drug Allergies_

Present Complaint: _____

Past History:

| | | | |
|---|---|---|---|
| ___ | Arrythmias | ___ | PVD |
| ___ | CAD | ___ | Pulmonary Disease |
| ___ | CHF | ___ | Renal Disease |
| ___ | Diabetes | ___ | Anticoagulant Therapy |
| ___ | Hypertension | ___ | Cancer |
| ___ | Hypokalemia (on diuretics) | | |

Medications: _____

## PHYSICAL EXAM

General Condition _Alert, oriented to time and person_

Head/Neck _lymphadenopathy in neck over the left_

Heart _+S1 S2 ⊖ m S3 S4 rhythm_

Chest/Lungs _clear no rales no wheezes_

Breast _wnl_

Abdomen _soft, no tenderness, no organomegaly, Bowel sounds or hemorrhoids_

Genitalia/Pelvic _wnl_

Neurological _wnl_

Extremities _wnl_

Other exam pertinent to this admission

BP _115/77_  T _97_  P _57_   R _18_

Impression _Neck Lymphadenopathy_

Plan _Biopsy of lymph nodes_

A. Z___ PA
_____    _____
Attending Physician's Signature    Date

KMO
5-13-04

K.A. Laybourn, M.D.

BP-S618.060  **CLINICAL DENTAL RECORD**  CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

Examination:  ☐ Screening   ☒ Comprehensive   ☐ Periodic



**Occlusion** — Class I

**Oral Hygiene**
Good    (Fair)    Poor

**CPITN**

| 2 | 2 | 2 |
|---|---|---|
| 3 | 2 | 3 |

**Head & Neck/Soft Tissue**
STWNL

**Additional Findings**
√ ant crowding

D: 0
M: 0
F: 6

Impacted

RIGHT  1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16  LEFT
      32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Treatment Completed**



RIGHT  1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16  LEFT
      32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Recommended Treatment Plan**

☒ Radiographs    4 BWx 2-5-03    WKC  2/5/03

☒ Dental Prophylaxis  12-17-02
☒ Oral Hygiene Instruction  12-17-02  2/5/03
☐ Periodontal Evaluation    0  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

**Patient Name**          **Number**     **Sex:** M  F    **Age:**
Ward, Myron              05967-084                      32

FCI McKean

Dentist Signature                         Date
_W.K. Collins_                           12-17-02
**W.K. Collins, DDS**
**Chief Dental**

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 12-17-02 1230hrs | | SOa: Routine Care patient |
| | | P: update medical hist, soft tissue exam, perio probe. scale. hand & ultrasonic scaler - oral hygiene instru. |
| | | Next: 4/Qux f scale polish topical fluoride review brushing & Comp exam per Dr Collins    Jody L Batista RDH |
| | | Jody L Batista RDH |
| | | William K. Collins |
| | | **W.K. Collins, DDS** **Chief Dental** |
| 1-22-03 1030hrs | | SOa: Routine Care patient |
| | | P: tried to get him in for completion of prophylaxis - could not find him in his unit. Will reschedule. |
| | | Jody L Batista |
| | | Jody L. Batista |
| | | William K Collins RDH |
| | | **W.K. Collins, DDS** **Chief Dental** |
| 2-5-03 | | SOa: Routine care patient |
| | | P: update health history, soft tissue check 4 Bite wing x rays, fine scale, oral hygiene review, polish topical fluoride applied   Jody L Batista RDH |
| | | pt rinsed with 0.12% chlorhex prior to scale   Jody L Batista RDH |
| | | William K. Collins |
| | | **William K. Collins, D.D.S.** **CDO** **FCI McKean** |

September 15, 1996
Attachment IV-E, Page 1

## FEDERAL BUREAU OF PRISONS
## DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what?_____ yes (no)

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?
   _____ yes (no)

3. Have you been under the care of a physician during
   the past two years? If so, why? _____ yes (no)

4. Have you been hospitalized in the past two years?
   If so, why? _____ yes (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition? yes (no)

6. Do your ankles ever swell during the day? yes (no)

7. Have you ever been treated for a tumor or growth? yes (no)

8. Have you ever had abnormal bleeding? yes (no)

9. Have you ever had serious difficulty with any
   dental treatment? yes (no)

10. Have you ever had clicking, popping, or pain
    in your jaw joint? yes (no)

Circle any of the following that you have had:

Congenital heart defects
Heart attack or heart problems
Stroke
Rheumatic Fever
Asthma
Anemia (blood problems)
Thyroid problems
Chronic bronchitis
Venereal disease (syphilis, gonorrhea)
Arthritis
Artificial heart valve
Hepatitis

Heart murmur
Angina
High Blood pressure
Heart pacemaker
Epilepsy or seizures
Diabetes
AIDS or HIV infection
Emphysema
Tuberculosis (TB)
Psychiatric treatment
Artificial joint

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)? yes (no)

Do you have any disease, condition, or problem not listed? NO
WOMEN ONLY: Are you pregnant?

Name: WARD, MYRON        Reg No. 05967-084

Institution: FCI McKean    Date: 12/17/02

BP-S618.060  **CLINICAL DENTAL RECORD**  CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: | ☑ Screening | ☐ Comprehensive | ☐ Periodic |
|---|---|---|---|

Occlusion  *Class I*

Oral Hygiene
(Good)    Fair    Poor

| CPITN | | | |
|---|---|---|---|
| | 2 | 2 | 2 |
| | 2 | 2 | 2 |

Head & Neck/Soft Tissue  *WNL*



RIGHT
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |
LEFT

Additional Findings

D:  0

M:  4

F:  6

*Caries risk: low*

**Treatment Completed**

**Recommended Treatment Plan**

☐ Radiographs

☐ Dental Prophylaxis
☐ Oral Hygiene Instruction

☐ Periodontal Evaluation   0   I   II   III

☐ Oral Surgical Procedures

RIGHT
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |
LEFT

☐ Endodontic

☐ Restorative

| Patient Name | Number | Sex: M  F | Age: |
|---|---|---|---|

*Ward, Myron*
        *05967-084*

☐ Prosthodontic Evaluation

Dentist Signature                    Date
                                    5·25·99

*Co...  DDS*

Dean Cohen, DDS, CDO
FCI/FPC Cumberland

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 05/25/99 0930 | | Dental Screening Examination, medical history, head & neck, soft tissue, periodontal and hard tissue examinations, charting performed.  Patient was advised of the findings, recommendations and education on the reverse. OHI provided.  Advised to request routine care by copout if desired.  Written dental orientation information given.: |
| | | DEAN COHEN, DDS FCI CUMBERLAND |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# FEDERAL BUREAU OF PRISONS
## DENTAL MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what?_____    yes (no)

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?
   _____    yes (no)

3. Have you been under the care of a physician during
   the past two years? If so, why? _____    yes (no)

4. Have you been hospitalized in the past two years?
   If so, why? _____    yes (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?    yes (no)

6. Have you ever been treated for a tumor or growth?    yes (no)

7. Have you ever had abnormal bleeding?    yes (no)

8. Have you ever had serious difficulty with any
   dental treatment?    yes (no)

Circle any of the following that you have had:

Congenital heart defects     Heart murmur             Heart attack or heart problems
Angina                       Stroke                   High Blood pressure
Rheumatic Fever              Heart pacemaker          Asthma
Epilepsy or seizures         Anemia (blood problems)  Diabetes
Thyroid problems             AIDS or HIV infection    Chronic bronchitis
Emphysema                    Tuberculosis (TB)        Arthritis
Psychiatric treatment        Artificial heart valve   Artificial joint
Hepatitis                    Painful jaw joint        Venereal disease (syphilis, gonorrhea)

Do you have any disease, condition, or problem not listed?

Do you currently use tobacco (cigarettes, chewing tobacco, snuff) yes (no)

Approximate time remaining on sentence (months): 19 yrs.


Name: WARD, MYRON                    Reg No. 05967084

Institution: **FCI / FPC Cumberland**          Date: 5-25-99

CR
OH

4.9  A
5.9  A

## MEDICAL REPORT OF DUTY STATUS

NAME  _Ward, Myran_

ADDRESS

HOSPITAL REGISTRATION NO.
_05967-084_

| | INCLUSIVE DATES OF TREATMENT | | | |
|---|---|---|---|---|
| **INPATIENT** | From: _10/2/00_ | | | |
| **OUTPATIENT** | DATE | Through: _10/3/00 - 0730_ | | |
| | TIME ARRIVED | | TIME DEPARTED | |

| **DISPOSITION** | Can resume usual occupation | DATE | A.M./P.M. | Can perform limited duties as specified under REMARKS | DATE | A.M./P.M. |
|---|---|---|---|---|---|---|
| | To return to clinic | DATE | | To be hospitalized | DATE | |
| | OTHER (Specify) | | | | | |

REMARKS  _restricted to unit except for meals & health service_

NAME AND LOCATION OF HOSPITAL OR CLINIC
_FCI Cumberland_

4S-131 (1/89)

SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN

_William Virginia Grater_

DATE  _10/2/00_

Dk: 4

**FEDERAL CORRECTIONAL INSTITUTION HOSPITAL**

FCI Petersburg, VA 23804

DATE 5-20-04

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED
INMATE'S NAME: _Ward, Myron_    UNIT: _Maryland Hell_ Detail: _CCS Orderly_
    REG. NO.: _05967-084_

*For Medical purposes, the inmate named above has been authorized the work and/or
activity status listed below for the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: _____

(✓) CONVALESCENCE: List any restricted activity for medical reasons._____ THRU 12 MIDNIGHT_____,19____

( ) RESTRICTED DUTY: Specify exact restriction and reason._____ THRU 12 MIDNIGHT _5-31_,19 _2004_

( ) MEDICAL UNASSIGNED _____ THRU 12 MIDNIGHT_____,19____
( ) BED REST    _No sports_
    _No rec yard_    _V. Pegram RN_ (V Pegram RN
    **Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration including weekends and holidays. Restricted to quarters except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. No work; no sports
**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, etc., because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
Medical Unassgn - Totally unemployable and unassigned because of mental or physical reasons.

White copy – Hospital        Yellow copy – Detail Officer        Pink copy – Inmate        Gold copy – File

---

**FEDERAL CORRECTIONAL INSTITUTION**

FCI Petersburg, Petersburg, VA  23804

DATE: _12/3/03_

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED
INMATE'S NAME: _Ward, Myron_    UNIT: _Md_ DETAIL: _CCS Orderly_
    REG. NO.: _05967-084_

*For Medical purposes, the inmate named above has been authorized the work and/or
activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check One and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____, 20____

( ) CONVALESCENT: List any restricted activity for medical reasons._____ THRU 12 MIDNIGHT ____

(✓) RESTRICTED DUTY: Specify exact restriction and reason. _No weights / No ladder / No_
_move around chair equipment_    THRU 12 MIDNIGHT ____, 20____

( ) MEDICAL UNASSIGNED: _Resident Optometrist_    _V. Panagurton, MLP_
( ) BED REST:    _Evaluation on 3/3/04_    _FCC Petersburg, Va_
    **Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration including weekends and holidays. Restricted to quarters except for meals, barbering, religious services, sick call, visits and call outs.  No recreation activity.
**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness.  Not less than four days and not to exceed thirty days, subject to renewal.  No work and no sports.
**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, etc., because of physical or mental handicap.  List handicap, work limitation and time period, either specific date or indefinite.
**MEDICAL UNASSIGNED:** - Totally unemployable and unassigned because of mental or physical reasons.

**INMATE REQUEST TO STAFF RESPONSE**
**INMATE: Ward, Myron**
**REGISTER NO.: 05967-084**

This is in response to your Inmate Request to Staff, dated April 19, 2005, in which you request information pertaining your ENT referral.

Investigation reveals there is a current referral for an ENT evaluation on file, dated April 19, 2005. This evaluation is done off site and is scheduled based on availability. If you are experiencing pain or discomfort, you should report to sick call for further evaluation.

_____
C. A. Mendoza, HSA

_5-19-05_
Date

SEP 98

U. S. Case 1:05-cr-00000 Document 46-9    Filed 02/15/2006    Page 16 of 36    U.S. DEPARTMENT OF JUSTICE    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| Mendoza   H.A. | 4/19/05 |
| FROM: | REGISTER NO.: |
| Ward, Myron | 05967-084 |
| WORK ASSIGNMENT: | UNIT: |
| CCS, ORD, | Maryland |

**SUBJECT:** (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Last November I was recommended to see the
"ENT". I would like to know if I am still on the
list since I have not seen him/her yet.

Thank you

(Do not write below this line)

**DISPOSITION:**

See attached

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

513-111

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET | |
|---|---|---|

**REQUEST**

TO: _Orthopedic_

FROM: *(Requesting physician or activity)* _medical_

DATE OF REQUEST: _2/19/02_

**REASON FOR REQUEST** *(Complaints and findings)*

38 y/o BM seen in the past few n top Rmites, has begun prophets Imdivales

**PROVISIONAL DIAGNOSIS**

DOCTOR'S SIGNATURE
_P. Carroll, MLP_
_Low_

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE   ☐ ON CALL
☒ ROUTINE   ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED  ☐ YES  ☐ NO   |   PATIENT EXAMINED  ☐ YES  ☐ NO   |   TELEMEDICINE  ☐ YES  ☐ NO

*(Continue on reverse side)*

SIGNATURE AND TITLE

DATE

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR

SPONSOR'S NAME *(Last, first, middle)*

SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*

_Ward, Wynn_
_05967-084_
_Health Services Unit-Low_
_FCC Petersburg, VA_

REGISTER NO.

WARD NO.

HEALTH SERVICES UNIT-LOW
FCC PETERSBURG, VA

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. LaBourne | 4/19/05 |
| FROM: | REGISTER NO.: |
| Ward, Myron | 05967-084 |
| WORK ASSIGNMENT: | UNIT: |
| CCS, ORD | Maryland |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

It was recommended that I see the ENT.
This was last November and I have not seen
him/her yet. I would like to know if I am
still on the list.

Thank you

(Do not write below this line)

DISPOSITION:

Yous were seen by ENT in 3/10/04
and the only recommendations were
to continue saline nasal spray.
No surgery recommended.
No Follow up needed by ENT

| Signature Staff Member | Date |
|---|---|
| K. LayTon | 5/10/05 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE. |
|---|---|
| Medical (Surgeon) | 12/31/03 |
| FROM: | REGISTER NO. : |
| Ward, Myron | 05967-084 |
| WORK ASSIGNMENT: | UNIT: |
| CCS (ORD.) | Maryland |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am told that I am on the list to see the
surgeon about some lumps on the right side of my
neck. I have now notice a little lump on the
left side of my neck. I would like to know
what number I am on the list or if I will
be seen soon

Thank you

(Do not write below this line)

DISPOSITION:

You were seen 1-14-04.

| Signature Staff Member: | Date: |
|---|---|
| | 4-2-04 |

Record Copy - File; Copy - Inmate

Replaces BP-148 of OCT 86

## MEDICAL DUTY STATUS (MDS)

( ) REG DUTY                         ( ) NO DUTY
( ) REG DUTY W                       ( ) OTHER; specify _____
( )NOT MED CLEARED
( ) WGT; 15, 20, 25 LBS
( ) STAND RSTR                       ( ) ATH RESTR
( ) HEAR RESTR                       ( ) LIMIT SUN
( ) NO POLLUT                        ( ) COLD / WIND
( ) NO F/S                           ( ) HGT RESTR
( ) ART LIMB                         ( ✓ ) YES F/S
( ) NO DRIVING                       ( ) ALLRG/WOOL                    (
) DRIV REST
( ) BED BOARD                        CARE LEVEL  I
( ) LOWER BUNK
( ) ORTH SHOES                       PHYSICAL EXAMINATION LIST
( ) SOFT SHOES                       ( ) UNDER 50 - PE due : _____
( ) SMOKE FREE                       ( ) OVER 50 -  PE due: _____

TB TESTING/FOLLOW UP (WLS CODES)
( ) PPY -- POSITIVE PPD; YEARLY CXR due: _____
( ✓ ) NPY -- NEGATIVE PPD; PPD RETEST due: 2/10/04

DISABILITY ASSIGNMENT ( SEE O.M. 256-93 FOR DEFINATION)
For every entry in group1, you must have an entry in Group IIA and IIB or group III.
(Ex DISF-ACC U or DISF-NO AC)

Group I.
DISF -- Disfigurement
EXRT -- Missing Extremity                PPAR -- Partial Paralysis
HEAR -- Hearing Disability               PHYS -- Other Phys. Disability
ORTH -- Orthopedic Disability            SPCH -- Speech Disability
                                         TPAR -- Total Paralysis

GROUP II.
ACC -- Architectural Mod. For Access     GROUP IIB
ARF -- Archit. Mod. To assist Mobility   U -- Unsatisfied Needs for Accomodation
COM - Communication Assistance           N -- Required Addition of Accomodation
MOB - Accom. For Equip to assist Mobilty          To satify needs
EQF -- Accom. For Equip to assist Function P -- Needs were satified by a pre-existing
ACT -- Other Assist. In Job Assign, or Activities          Accomodation
PGM -- Other Programs
WCH - Wheelchair                         GROUP III
                                         No ACC -- No Accomodation Required
INMATE NAME: Ward, Myron                 PA SIGNATURE _____
REG NUMBER: 05967-084

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| *Medical* | 12/1/03 |
| FROM: | REGISTER NO. : |
| WARD, MYRON | 05967-084 |
| WORK ASSIGNMENT: | UNIT: |
| CCS Ord. | Maryland Hall |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

It has been more than two years since my last physical. If possible I would like to be scheduled for one.

Thank you

(Do not write below this line)

DISPOSITION:

Lab + physical are scheduled for 12/3/03 at 8⁰⁰ AM

| Signature Staff Member: | Date: |
|---|---|
| MShadford | 12-1-03 |

Record Copy - File; Copy - Inmate

Replaces BP-148 of OCT 86

INMATE REQUE      STAFF MEMBER

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Medical Records | 11/7/03 |
| FROM: | REGISTER NO. : |
| Ward, Myron | 05967-084 |
| WORK ASSIGNMENT: | UNIT: |
| unassigned | Maryland |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like a copy of my medical records from

July 1, 2003 through the Present.

Thank you

---

(Do not write below this line)

DISPOSITION:

Records Copied.

| Signature Staff Member: | Date: |
|---|---|
| F. Wilson | 11/17/03 |

Record Copy - File; Copy - Inmate

Replaces BP-148 of OCT 86

**FCI McKean**
**Inmate Sick Call Sign-Up Sheet**
(Formulario y Registro para Atencion Medica de Confinados)

**INSTRUCTIONS**
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.  Name: _WARD/MYRON_
    (Nombre)
2.  Reg. Number: _05967-084_
    (Numero de Registro)
3.  Date: _6/10/03_
    (Fecha)
4.  Housing unit and Unit Team: _C/B_    TEAM: A  B Ⓒ D
    (unidad y equipo de la unidad)
5.  Complaint, What is your problem?
    (Queja). (Cual es su problema?)
    _I would like my medical records from the period of_
    _February 2002 through October 2002. Thank you_
    _(and June 5, 2003 - present)_
6.  How long have you had this problem?
    (Durante cuante tiempo ha tenido este problema?)
    Days _____ Months _____ Years _____
    (Dias)        (Meses)        (Anos)                     _See Attached_
7.  Are you on any medication(s) at present? Yes _____ No _____
    (Esta usted tomando alguna(s) medicinas actualmente?)

8.  Have you purchased Over-the-Counter Medications from Commissary?
    (Ha comprado medicinas non-prescipcion en la Comisaria?)
    Yes_____ No_____

9.  Signature _Myron Ward_
    (Firma)

---

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10.  Date seen: _____

11.  Time seen: _____

12.  Subjective: _____
                 _____
                 _____

13.  Objective:    Temp: _____ Pulse _____ Respirations _____ B/P _____

14.  Appointment Date: _____ Appointment Time _____

15.  Triage Personnel's Signature: _____

| TO: (Name and Title of Staff Member) Medical Records | DATE: 5/30/03 |
|---|---|
| FROM: WARD, MYRON | REGISTER NO.: 05967-084 |
| WORK ASSIGNMENT: Unicor/Night | UNIT: C/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

If possible, I would like a ~~xxxx~~ copy of

my medical records from April 2003 to the

present.                    Thank You

(Do not write below this line)

DISPOSITION:

See Attached
3 Pg.

FCI McKean

| Signature Staff Member | Date   6/2/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.070  INMATE REQUEST TO STAFF MEMBER COFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

DATE 4/15/03

TO: Medical Records
_____
(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

If possible I would like my medical records From February
2003 to the present

Thank you

(Use other side of page if more space is needed)

NAME: WARD, Myron                                    NO: 05967-084

WORK ASSIGNMENT: Unicor/Assembly                UNIT: C/B

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

DATE 4-16-03

See Attached.
3pg

FCI McKean

_____
Officer

Record Copy - File; Copy - Inmate

BP-S148.070  INMATE REQUEST TO STAFF MEMBER  CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE      FEDERAL BUREAU OF PRISONS

TO: _Dental Hygenist_       DATE _11/18/02_
          (Name and Title of Officer)

SUBJECT:   State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

_I have noticed that I am number 5 on the Dental_
_list. Is there a certain day I should come in or_
_will my name be on the call out?_

(Use other side of page if more space is needed)

NAME: _WARD, MYRON_       NO: _05967-084_

WORK ASSIGNMENT: _Unicor (Assembly 2)_   UNIT: _CB_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.   Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

                                         DATE _11/21/02_
_Please continue to watch the call outs._
_It will be soon for your v-up._

_J. Batista_

Record Copy - File; Copy - Inmate

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
### (Formulario y Registro para Atencion Medica de Confinados)

HEALTH SVC.
02 OCT 35 PM 11: 21

**INSTRUCTIONS:**
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: **WARD, Myron**
   (Nombre)
2. Reg. Number: **05967-084**
   (Numero de Registro)
3. Date: **11/4/02**
   (Fecha)
4. Housing unit and Unit Team: **CB**       TEAM: A  B  (C)  D
   (Unidad y equipo de la unidad)
5. Complaint. What is your problem ?
   (Queja). (Cual es su problema?)
   **I have a rash all over my back & the medication given doesn't seem to be working**
6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days_____ Months_____ Years **X**
   Dias)         (Meses)        (Anos)
7. Are you on any medication(s) at present? Yes_____ No **X**
   (Esta usted tomando alguna(s) medicinas actualmente?)
8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?
   Yes_____ No **X**
9. Signature **Myron Ward**
   (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen:_____

11. Time Seen:_____

12. Subjective: _____
    _____
    _____
    _____

13. Objective:  Temp._____ Pulse_____ Respirations_____ B/P_____

13. Appointment Date: _____Appointment Time_____

14. Triage Personnel's Signature: _____

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

02 OCT 35 . PM11: 20

**INSTRUCTIONS:**
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: WARD, MYRON
   (Nombre)
2. Reg. Number: 05967-084
   (Numero de Registro)
3. Date: 11/4/02
   (Fecha)
4. Housing unit and Unit Team: C B          TEAM: A B C(circled) D
   (Unidad y equipo de la unidad)
5. Complaint. What is your problem ?
   (Queja). (Cual es su problema?)
   If possible, I would like a refill of the Dibucaine ointment for my hemmeroid problem
6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days_____Months_____Years  X
   Dias)     (Meses)     (Anos)
7. Are you on any medication(s) at present? Yes_____ No X
   (Esta usted tomando alguna(s) medicinas actualmente?)
8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?)
   Yes_____No  X
9. Signature Myron Ward
   (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen:_____
11. Time Seen:_____
12. Subjective: _____
    _____
    _____
13. Objective:    Temp._____Pulse_____Respirations_____B/P_____
13. Appointment Date: _____Appointment Time_____
14. Triage Personnel's Signature: _____

Go to the Pharmacy on Thursday, 7 Nov 02 at 11:30 to pick up a new prescription for Dibucaine

S. Labrozzi
**Steven Labrozzi, PA-C**
**Physician Assistant**

FCMCKEAN HEALTH SVG
SEP 24 AM 11:20

BP-S148.055 **INMATE REQUEST TO STAFF** (COPY)
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr. OlSON    Medical | DATE: 9/21/01 |
|---|---|
| FROM: WARD, MYRON | REGISTER NO.: 05967-084 |
| WORK ASSIGNMENT: CMS/LandScape | UNIT: C/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

 IF possible, I would like to discuss

 the medication I was given for hemorrhoids, and

 any other info or pamphlets on the subject, I would

 also like to discuss the possibility of having the

 operation to remove them.

                              Thank you

(Do not write below this line)

DISPOSITION:

**Please Make a sick call appointment** so you can be
reevaluated. I can be consulted
at that time.

**FCI McKean**

| Signature Staff Member   D. Olson, MD   Clinical Director | Date 9/24/01 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Nurse "D" Team | DATE: 3/20/01 |
|---|---|
| FROM: WARD, MYRON | REGISTER NO.: 05967-084 |
| WORK ASSIGNMENT: Unicor shop II | UNIT: Central-TWO |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

My Face and back is breaking out, I may need some

type of lotion or cream if possible,




Thank You







(Do not write below this line)

DISPOSITION:

Appointment 3/22/01. See Callout.







| Signature Staff Member | Date 3/21/01 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct. 86
and BP-S148.070 APR 94

Printed on Recycled Paper

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

DATE 2/20/00

TO: "D" TEAM PA

(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I AM in need OF some hemroid medication

Thank You

(Use other side of page if more space is needed)

NAME: WARD, MYRON

No.: 05967-084

Work assignment: unicor

Unit: Central-two

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)

DATE _____

Officer _____

Original – File
Canary – Inmate

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| *Medical PA-"D"TEAM* | *1/28/00* |
| FROM: | REGISTER NO.: |
| *WARD, MYRON* | *05967-084* |
| WORK ASSIGNMENT: | UNIT: |
| *Unassigned* | *Central-Two* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*I have a case of atheletis foot and am in*

*need of medication*

*Thank you*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dental | 1/28/00 |
| FROM: WARD, Myron | REGISTER NO.: 05967-084 |
| WORK ASSIGNMENT: Unassigned | UNIT: Central-Two |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like my name added to the list for teeth cleaning

Thank you

(Do not write below this line)

DISPOSITION:

**You have been placed on the Dental Waiting List. Please watch the call-out sheet.**

#493

| Signature Staff Member | Date |
|---|---|
| | 02-02-01 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

**Melissa Westrick, RDH**
**Dental Assistant/Hygienist**

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

♻ Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Medical* | DATE: 1/11/01 |
|---|---|
| FROM: WARD, MYRON | REGISTER NO.: 05967-084 |
| WORK ASSIGNMENT: A&O | UNIT: Central-two "D" Team |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I have a Fungus on my toes that I believe

needs to be looked at.

Thank you

(Do not write below this line)

DISPOSITION:


| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

FEDERAL CORRECTIONAL INSTITUTION CUMBERLAND
14601 BURBRIDGE ROAD S.E.
CUMBERLAND, MARYLAND 21502

I, the undersigned, have received my prescription eyeglasses as perscribed
By the Medical Staff at FCI Cumberland.

Ward
**Print name**

*Myron Ward*
**Signature**

05967 – 084
**Number**

7-19-00
**Date**

*McClusky*
**Staff Witness**

DATE 5-25-99

TO: **Dental Clinic**

(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to have my teeth & Gums cleaned

Thank you

(Use other side of page if more space is needed)

NAME: Ward, Myron                    No.: 05967089

Work assignment: unassigned          Unit: C-1

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE 6-1-99

## YOUR NAME HAS BEEN PLACED ON THE DENTAL TREATMENT LIST. PLEASE WATCH FOR YOUR CALL OUT.

_____
Officer

Original - File
Canary - Inmate

