# ATTACHMENT B

```
  BOPUK  531.01 *                  INMATE HISTORY           *    01-30-2006
PAGE 001 OF 001 *                   WRK DETAIL              *    15:05:58

  REG NO..: 05967-084 NAME....: WARD, MYRON ARVEL
  CATEGORY: WRK         FUNCTION: PRT         FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| PET | CCS COMPND | CORR SVCS COMPOUND | 10-31-2005 1342 | CURRENT |
| PET | ORD CCS | ORD CCS | 06-01-2004 0001 | 10-31-2005 1342 |
| PET | CONV IDLE | CONVALESCE IDLE | 05-21-2004 0831 | 06-01-2004 0001 |
| PET | ORD CCS | ORD CCS | 05-20-2004 1442 | 05-21-2004 0831 |
| PET | ORD CCS | ORD CCS | 11-11-2003 0001 | 05-20-2004 0749 |
| PET | UNASSG | UNASSIGNED WORK DETAIL | 11-03-2003 1658 | 11-11-2003 0001 |
| PET | A/O | NEEDS A/O PROCESSING | 10-24-2003 1033 | 11-03-2003 1658 |
| PEM | UNASSG | UNASSG | 10-22-2003 1442 | 10-24-2003 0950 |
| PHL | UNASSG | UNASSG | 10-20-2003 1800 | 10-22-2003 0655 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 10-17-2003 1304 | 10-20-2003 1010 |
| MCK | I ASEMBLY2 | ASSEMBLY 2 - 3:50PM - 11:00PM | 09-03-2002 0001 | 10-17-2003 0925 |
| MCK | I LAYUP 1 | LAYUP 1 | 04-09-2002 0001 | 09-03-2002 0001 |
| MCK | CMSLANDIN2 | INSIDE LANDSCAPE FULL-TIME | 09-08-2001 0001 | 04-09-2002 0001 |
| MCK | CMSLANDIN1 | INSIDE LANDSCAPE FULL-TIME | 07-27-2001 0001 | 09-08-2001 0001 |
| MCK | CMS FACL | FACILITIES OFFICE | 07-26-2001 0001 | 07-27-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 07-25-2001 1213 | 07-26-2001 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 07-20-2001 0845 | 07-25-2001 1213 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 07-13-2001 1836 | 07-20-2001 0518 |
| LOR | ADM DET | ADMINISTRATIVE DETENTION | 05-18-2001 1323 | 07-13-2001 0900 |
| LOR | DIS SEG | DISCIPLINARY SEGREGATION | 04-19-2001 1522 | 05-18-2001 1323 |
| LOR | ADM DET | ADMINISTRATIVE DETENTION | 03-23-2001 1915 | 04-19-2001 1522 |
| LOR | CABLE 11 | PRODUCTION/ | 02-09-2001 0001 | 03-23-2001 1915 |
| LOR | F/SVC PM | FOOD SERVICE WORKER (PM) | 02-07-2001 1015 | 02-09-2001 0001 |
| LOR | F/SVC AM | FOOD SERVICE WORKER (AM) | 02-06-2001 0001 | 02-07-2001 1015 |
| LOR | A&O COMP | A&O PROGRAM COMPLETE | 01-11-2001 1402 | 02-06-2001 0001 |
| LOR | A&O | A&O UNASSIGNED | 01-05-2001 0845 | 01-11-2001 1402 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 01-02-2001 2101 | 01-05-2001 0545 |
| CUM | FPI SHOP 3 | UNICOR SHOP 3 | 05-30-2000 0001 | 01-02-2001 1023 |
| CUM | FPI SHOP 8 | UNICOR SHOP 8 | 08-23-1999 0001 | 05-30-2000 0001 |

```
CUM    F PLUMBER   FCI PLUMBER              06-08-1999 0001 08-23-1999 0001

CUM    F MECH SVC  FCI MECHANICAL SVC       06-07-1999 0001 06-08-1999 0001

CUM    F UNASSIGN  UNASSIGNED INMATES       05-24-1999 0001 06-07-1999 0001

CUM    F A&O       FCI A&O INMATES          05-19-1999 0001 05-24-1999 0001

CUM    F UNASSIGN  UNASSIGNED INMATES       05-17-1999 2246 05-19-1999 0001

CUM    F A&O       FCI A&O INMATES          04-26-1999 1902 05-17-1999 2246

OKL    UNASSG      UNASSIGNED HOLDOVER      04-05-1999 1515 04-26-1999 0725
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```