# ATTACHMENT C



# SUBMITTAL DATA

**IAP INC.**
P.O. BOX 50
PHILLIPS, WI 54555
715/339-3024

[X] OPEN RADIAL
[ ] TYPE P
INDUSTRIAL EXHAUSTERS
Arrangement 1

ROTATION DISCHARGE POSITIONS
(Clockwise shown)

**CUSTOMER:** Underwood Air Systems, Inc.

| ITEM NO. | QUAN. | CUSTOMER P.O./JOB# | DATE | SALES OFFICE |
|---|---|---|---|---|
| 1 | 2 | VWA0870 / 890843 | 9/11/89 | UAS |

| FAN BLOWER SIZE | SWSI | EXTRA HD | HEAVY DUTY | DISCHARGE POSITION STD | SPEC | ROTATION (viewed from drive side) CLOCKWISE | COUNTERCLOCKWISE |
|---|---|---|---|---|---|---|---|
| 37 | [X] | [ ] | [X] | [X] | UB [ ] | 1 [X] | 1 [X] |

| CFM | S.P. | PERFORMANCE RPM | BHP | DENSITY | TEMPERATURE | MAX OPERATING TEMPERATURE |
|---|---|---|---|---|---|---|
| 34,000 | | | | Std. | Std. | |

**YES   ACCESSORIES**

- [ ] ACCESS DOOR — BOLTED [ ] HINGED [ ] RAISED [ ]
- [ ] DRAIN PLUG
- [ ] SPLIT HOUSING — SPLIT BOX [ ]
- [ ] INLET — FLANGED [ ] DRILL [ ] SCREEN [ ] BOX [ ]
- [ ] INLET VANE — EXTERNAL [ ]
- [X] FLANGED OUTLET — DRILL [ ]
- [ ] DAMPER — PARALLEL [ ] OPPOSED [ ] INLET [ ] OUTLET [ ] MANUAL [ ] AUTO [ ]
- [X] PAINT — STANDARD [X] HI-TEMP [ ] OTHER [ ]
- [ ] GUARDS — SHAFT [ ] BELT [ ] COUPLING [ ]
- [ ] PLUG COOLER
- [ ] SHAFT COOLING WHEEL
- [ ] SHAFT SEALS — STANDARD [ ] GAS TIGHT [ ]
- [ ] SPARK RESISTANCE — TYPE A [ ] B [ ] C [ ]
- [ ] INTERGAL BASE — RIS [ ] SPRING [ ] MOTOR POSITION W [ ] X [ ] Y [ ] Z [ ]
- [ ] MOTOR — SUPPLIED BY: IAP [ ] OTHERS [ ]
           MOUNTED BY: IAP [ ] OTHERS [ ]
- [ ] DRIVE — HP  RPM  DUTY  ENCL  FRAME
           V-BELT [ ] C.S. [ ] ADJ [ ]
- [ ] SILENCER — INLET [ ] OUTLET [ ]
- [ ] TRANSITIONS
- [ ] ROTABLE HOUSINGS
- [ ] FILTER BOXES

**SPECIAL INSTRUCTIONS**

CERTIFIED FOR CONSTRUCTION
IAP, Inc.
PHILLIPS, WISCONSIN

BY Robert M Shue   DATE SEP 11 1989

All drawings are the property of IAP, Inc., and any use for manufacturing purposes is strictly forbidden.   IAP, Inc.

FORM RP-1

Rotation positions:
- Up Blast CW 360
- Top Angular Up CW 45
- Top Horizontal CW 90
- Top Angular Down CW 135
- Down Blast CW 180
- Bottom Angular Down CW 225
- Bottom Horizontal CW 270
- Bottom Angular CW 315



**IAP, Inc.**
P.O. BOX 56
PHILLIPS, WI 54555
715/339-3024

# SUBMITTAL DATA

☒ OPEN RADIAL
☐ TYPE P
INDUSTRIAL EXHAUSTERS
Arrangement

ROTATION
DISCHARGE
POSITIONS
(Clockwise shown)

CUSTOMER: Underwood Air Systems, Inc.

| ITEM NO. | QUAN. | CUSTOMER P.O./JOB# | | DATE | SALES OFFICE |
|---|---|---|---|---|---|
| 1 | 2 | VWA0870 / 890843 | | 9/11/89 | UAS |

| FAN BLOWER SIZE | SWSI | EXTRA HD | HEAVY DUTY | DISCHARGE POSITION STD / SPEC | ROTATION (viewed from drive side) CLOCKWISE / COUNTERCLOCKWISE |
|---|---|---|---|---|---|
| 37 | ☒ | ☐ | ☒ | ☒ / ☐ UB | 1 ☒ / 1 ☒ |

| CFM | S.P. | PERFORMANCE RPM | BHP | DENSITY | TEMPERATURE | MAX OPERATING TEMPERATURE |
|---|---|---|---|---|---|---|
| 34,000 | | | | Std. | Std. | |

**YES   ACCESSORIES**                                    **SPECIAL INSTRUCTIONS**

☐ ACCESS DOOR    BOLTED ☐   HINGED ☐   RAISED ☐

☐ DRAIN PLUG

☐ SPLIT HOUSING    ☐ SPLIT BOX

☐ INLET    FLANGED ☐   DRILL ☐   SCREEN ☐   BOX ☐

☐ INLET VANE    EXTERNAL ☐

☒ FLANGED OUTLET    DRILL ☐

☐ DAMPER    PARALLEL ☐   OPPOSED ☐   INLET ☐   OUTLET ☐   MANUAL ☐   AUTO ☐

☒ PAINT    STANDARD ☒   HI-TEMP ☐   OTHER ☐

☐ GUARDS    SHAFT ☐   BELT ☐   COUPLING ☐

☐ PLUG COOLER

☐ SHAFT COOLING WHEEL

☐ SHAFT SEALS    STANDARD ☐   GAS TIGHT ☐

☐ SPARK RESISTANCE    TYPE A ☐   B ☐   C ☐

☐ INTERGAL BASE    RIS ☐   SPRING ☐   MOTOR POSITION W ☐ X ☐ Y ☐ Z ☐

☐ MOTOR   SUPPLIED BY: IAP ☐   OTHERS ☐
          MOUNTED BY: IAP ☐   OTHERS ☐

|  | HP | RPM | DUTY | ENCL | FRAME |
|---|---|---|---|---|---|
| ☐ DRIVE | V-BELT ☐ | C.S. ☐ | ADJ ☐ | | |
| ☐ SILENCER | INLET ☐ | OUTLET ☐ | | | |

☐ TRANSITIONS

☐ ROTABLE HOUSINGS

☐ FILTER BOXES

**CERTIFIED FOR CONSTRUCTION**
IAP, Inc.
PHILLIPS, WISCONSIN

SEP 11 1989

BY Robert M. Shue   DATE

All drawings are the property of IAP, Inc., and any use for manufacturing purposes is strictly forbidden.    IAP, Inc.

Up Blast CW 360
Top Angular Up CW 45
Top Horizontal CW 90
Top Angular Down CW 135
Down Blast CW 180
Bottom Angular Down CW 225
Bottom Horizont CW 270
Bottom Angular CW 315

FORM RP-1