# ATTACHMENT G

APR-23-2003 08:58    BABCOCK LUMBER    1 585 924 9358    P.01/08


WILSONART
INTERNATIONAL

# Material Safety Data Sheet

*UPDATED 4/23/03 as*

## Section 1. Chemical Product and Company Identification

| | | | |
|---|---|---|---|
| Common Name | Wilsonart(R) 860/861 | Code | 1641 USA |
| | | MSDS# | 1641 |
| Supplier | WILSONART INTERNATIONAL INC.<br>P.O. BOX 6110 - 2400 Wilson Place, Temple, TX 76503<br>Telephone: 800-433-3222 (U.S.A.) or 254-207-7000 | Validation Date | 08/17/1999 |
| | | Print Date | 09/27/1999 |
| Synonym | Also known as: Lokweld(TM) 860/861 | Responsible Name | Wilsonart International Inc. |
| Trade name | Wilsonart(R) 860/861 | | |
| Material Uses | Spray grade adhesive for laminate. | In Case of Emergenc | CHEMTREC:<br>800-424-9300 (USA)<br>703-527-3887 (International) |
| Manufacturer | WILSONART INTERNATIONAL, INC.<br>P.O. BOX 6110, Temple, TX 76503-6110<br>Information Phone: 254-207-7000 or 800-433-3222 | | |

## Section 2. Composition and Information on Ingredients

| Name | CAS # | % by Weight | Exposure Limits |
|---|---|---|---|
| Acetone | 67-64-1 | 15-40 | TWA: 750 ppm ACGIH (TLV) [United States]<br>STEL: 1000 ppm ACGIH (TLV) [United States] |
| Toluene | 108-88-3 | 5-15 | TWA: 100 ppm STEL: 150 ppm OSHA (PEL) [United States]<br>TWA: 50 ppm ACGIH (TLV) [United States] |
| Hexane isomers | N/A | 15-40 | TWA: 1760 mg/m³ CEIL: 3500 mg/m³ ACGIH (TLV) [United States]<br>TWA: 500 ppm STEL: 1000 ppm ACGIH (TLV) [United States] |
| N-hexane | 110-54-3 | 1-5 | TWA: 176 mg/m³ ACGIH (TLV) [United States]<br>TWA: 50 ppm ACGIH (TLV) [United States] |

## Section 3. Hazards Identification

| | |
|---|---|
| Physical State and Appearance | Liquid. |
| Emergency Overview | **DANGER!**<br>EXTREMELY FLAMMABLE LIQUID AND VAPOR. VAPOR MAY CAUSE FLASH FIRE. HARMFUL IF INHALED OR SWALLOWED. MAY CAUSE RESPIRATORY TRACT, EYE AND SKIN IRRITATION. |
| Routes of Entry | Absorbed through skin. Skin contact. Eye contact. Inhalation. Ingestion. |

**Potential Acute Health Effects**

*Eyes* This product is an eye irritant.

*Skin* Irritating to skin. Prolonged skin contact may cause dermatitis with drying and cracking of skin. Permeator (absorbed through the intact skin).

*Inhalation* Harmful if inhaled. Inhalation of vapors may cause dizziness, an irregular heartbeat, narcosis, nausea or asphyxiation. Narcotic effect: may cause nervous system disturbances. Peripheral neuropathy (numbness in limbs). Severe over-exposure can result in death.

Continued on Next Page

## Wilsonart® 860/861

| | |
|---|---|
| Ingestion | Not an expected route of entry. Ingestion may cause severe gastric disturbances. May cause headache, nausea, vomiting, pain, weakness, dizziness, gastrointestinal irritation, convulsions, respiratory failure, central nervous system depression, unconsciousness, and may be fatal. |
| Potential Chronic Health Effects | Long term skin contact to solvents may produce defatting of the skin and dermatitis. Over-exposure by inhalation may cause respiratory irritation, central nervous system depression and peripheral nervous system effects. |
| Medical Conditions Aggravated by Overexposure: | Preexisting eye and skin disorders. |
| Overexposure /Signs/Symptoms | Inflammation of the eye is characterized by redness, watering, and itching. Skin inflammation is characterized by itching, scaling, reddening. Inhalation of vapors may cause dizziness, an irregular heartbeat, narcosis, nausea or asphyxiation. |

See Toxicological Information (section 11)

### Section 4. First Aid Measures

| | |
|---|---|
| Eye Contact | Check for and remove any contact lenses. Immediately flush eyes with running water for at least 15 minutes, keeping eyelids open. Cold water may be used. Do not use an eye ointment. Seek medical attention. |
| Skin Contact | Wash contaminated skin with soap and water. If the product got onto the clothed portion of the body, remove the contaminated clothes as quickly as possible. Place the victim under a deluge shower. If irritation occurs, seek medical attention. Wash contaminated clothing before reusing. |
| Inhalation | Allow the victim to rest in a well ventilated area. Oxygen may be administered if breathing is difficult. If irritation, or difficult breathing, persists, seek immediate medical attention. |
| Ingestion | Do not induce vomiting. Have conscious person drink several glasses of water or milk. NEVER give an unconscious person anything to ingest. Seek medical attention. |
| Notes to Physician | Sudden death due to ventricular fibrillation has been reported from acute inhalation in chronic solvent abusers. Treat patient supportively. Life support measures should be provided because CNS depression, cardiopulmonary failure, and metabolic acidosis have been reported in massive overexposures. |

### Section 5. Fire Fighting Measures

| | |
|---|---|
| Flammability of the Product | Flammable. |
| Auto-ignition Temperature | The lowest known value is 225°C (437°F) (Hexane isomers). |
| Flash Points | CLOSED CUP: -8.8889°C (16°F). (Pensky-Martens.) |
| Flammable Limits | LOWER: 2%  UPPER: 13% |
| Products of Combustion | These products are carbon oxides ($CO$, $CO_2$). |
| Fire Hazards in Presence of Various Substances | Highly flammable in presence of open flames and sparks, of heat. Slightly flammable to flammable in presence of oxidizing materials, of reducing materials, of combustible materials. Non-flammable in presence of moisture. |
| Explosion Hazards in Presence of Various Substances | Risks of explosion of the product in presence of mechanical impact: Not available. Risks of explosion of the product in presence of static discharge: Not available. Slightly explosive to explosive in presence of oxidizing materials. |

Continued on Next Page

Wilsonart 860/861                                                                 Page: 3/8

| | |
|---|---|
| Fire Fighting Media and Instructions | SMALL FIRE: Use DRY chemical powder. LARGE FIRE: Use alcohol foam, water spray or fog. Cool containing vessels with water jet in order to prevent pressure build-up, autoignition or explosion. |
| Protective Clothing (Fire) | Fire fighters should wear positive pressure self-contained breathing apparatus (SCBA) and full turnout gear. |
| Special Remarks on Fire Hazards | Vapor may travel considerable distance to source of ignition and flash back. Container explosion may occur under fire conditions or when heated. |
| Special Remarks on Explosion Hazards | All electrical equipment in the area must be rated for flammable liquids. [Dispensing - Class I Division 1; Storage - Class I, Division 2] |

### Section 6. Accidental Release Measures

| | |
|---|---|
| Small Spill and Leak | Absorb with an inert material and place in an appropriate waste disposal container. |
| Large Spill and Leak | Flammable liquid. Eliminate all ignition sources. Stop leak if without risk. Prevent entry into sewers, basements or confined areas; dike if needed. Absorb with an inert material and put the spilled material in an appropriate waste disposal container. Do not use metal tools or equipment. |

### Section 7. Handling and Storage

| | |
|---|---|
| Handling | Avoid breathing vapors of this product. Use only with adequate ventilation. Avoid contact with skin and eyes. After handling, always wash hands thoroughly with soap and water. To avoid fire or explosion, dissipate static electricity during transfer by grounding and bonding containers and equipment before transferring material. Use explosion-proof electrical (ventilating, lighting and material handling) equipment. When using do not eat, drink or smoke. |
| Storage | Store and use away from heat, sparks, open flame, or any other ignition source. Flammable materials should be stored in a separate safety storage cabinet or room. Keep out of the reach of children. Ground all equipment containing material. |

### Section 8. Exposure Controls/Personal Protection

| | |
|---|---|
| Engineering Controls | Provide exhaust ventilation or other engineering controls to keep the airborne concentrations of vapors below their respective threshold limit value. Ensure that eyewash stations and safety showers are proximal to the work-station location. |
| Personal Protection | *Eyes* Splash goggles or safety glasses with side shields. |
| | *Body* Synthetic apron. |
| | *Respiratory* In case of insufficient ventilation, wear an approved (NIOSH) respirator with organic vapor cartridges with dust/mist pre-filter. |
| | *Hands* Gloves (Viton, nitrile, or neoprene). |
| | *Feet* No special precautions are necessary if used as intended. |
| Protective Clothing (Pictograms) | |
| Personal Protection in Case of a Large Spill | A self contained breathing apparatus should be used to avoid inhalation of the product. Boots. Full suit. Splash goggles. Gloves (Viton, nitrile, or neoprene). |
| Product Name | Exposure Limits |

Continued on Next Page

## Wilsonart 860/861

Page: 4/8

| | |
|---|---|
| Acetone | TWA: 750 ppm ACGIH (TLV) [United States]<br>STEL: 1000 ppm ACGIH (TLV) [United States] |
| Toluene | TWA: 100 ppm STEL: 150 ppm OSHA (PEL) [United States]<br>TWA: 50 ppm ACGIH (TLV) [United States] |
| Hexane isomers | TWA: 1760 mg/m³ CEIL: 3500 mg/m³ ACGIH (TLV) [United States]<br>TWA: 500 ppm STEL: 1000 ppm ACGIH (TLV) [United States] |
| n-Hexane | TWA: 176 mg/m³ ACGIH (TLV) [United States]<br>TWA: 50 ppm ACGIH (TLV) [United States] |

Consult local authorities for acceptable exposure limits.

### Section 9: Physical and Chemical Properties

| | | | |
|---|---|---|---|
| Physical State and Appearance | Liquid. | Odor | Strong. |
| Molecular Weight | Not applicable. | Taste | Not available. |
| Molecular Formula | Not applicable. | Color | Red (860). Colorless to light yellow (861). |
| pH (1% Soln/Water) | Not available. | | |
| Boiling/Condensation Point | 55.6°C (132°F) | | |
| Melting/Freezing Point | May start to solidify at -94.5°C (-138.1°F) based on data for Toluene. Weighted average: -95.06°C (-139.1°F) | | |
| Critical Temperature | The lowest known value is 234.2°C (453.6°F) (Hexane isomers). | | |
| Specific Gravity | 0.757 (Water = 1) | | |
| Vapor Pressure | 185 mm of Hg (@ 20°C) | | |
| Vapor Density | The highest known value is 3.14 (Air = 1) (Toluene). Weighted average: 2.54 (Air = 1) | | |
| Volatility | 82% | | |
| Odor Threshold | The highest known value is 13 ppm (Acetone) Weighted average: 10.22 ppm | | |
| Evaporation Rate | The highest known value is 7.7 (Acetone) Weighted average: 6.24 compared to Butyl acetate. | | |
| VOC | V.O.C. Content (less water and exempt compounds): 598 g/L; 4.89 lbs./gal.<br>MAXIMUM VOC: 422 g/Liter (SCAQMD)<br>VHAP CONTENT: 0.83 lbs. VHAP/lbs solid. | | |
| Viscosity | 200 cps (Brookfield Viscometer)<br>16 sec (Stormer Viscometer) | | |
| LogKow | Not available. | | |
| Ionicity (in Water) | Not available. | | |
| Dispersion Properties | Not available. | | |
| Solubility | Insoluble in water. | | |
| Physical Chemical Comments | Not available. | | |

Continued on Next Page

Wilsonart 860/861 Page: 5/8

## Section 10. Stability and Reactivity

| | |
|---|---|
| Stability and Reactivity | The product is stable. |
| Conditions of Instability | No additional information. |
| Incompatibility with Various Substances | Reactive with acids, alkalis, combustible materials, oxidizing agents, reducing agents. |
| Hazardous Decomposition Products | Products of Combustion include: carbon oxides (CO, CO2) |
| Hazardous Polymerization | Will not occur. |

## Section 11. Toxicological Information

| | |
|---|---|
| Toxicity to Animals | Acute oral toxicity (LD50): 2600 mg/kg [Rat]. (Toluene).<br>Acute dermal toxicity (LD50): 12210 mg/kg [Rabbit]. (Toluene). |
| Chronic Effects on Humans | CARCINOGENIC EFFECTS: Not classifiable for human or animal.<br>MUTAGENIC EFFECTS: Classified none for human.<br>TERATOGENIC EFFECTS: Classified PROVEN for human [Toluene].<br>DEVELOPMENTAL TOXICITY: Classified Development toxin [PROVEN] [Toluene]<br>Causes damage to the following organs: the nervous system.<br>N-hexane is a neurotoxin. Toluene has been reported to have caused spontaneous abortion in women that intentionally concentrated and inhaled its vapors. |
| Other Toxic Effects on Humans | Skin contact (irritant, permeator), eye contact (irritant). |
| Special Remarks on Toxicity to Animals | No additional remark. |
| Special Remarks on Chronic Effects on Humans | No additional information. |
| Special Remarks on Other Toxic Effects on Humans | No additional information. |

## Section 12. Ecological Information

| | |
|---|---|
| Ecotoxicity | Not available. |
| BOD5 and COD | Not available. |
| Biodegradable/OECD | Not available. |
| Mobility | Not available. |
| Toxicity of the Products of Biodegradation | Not available. |
| Special Remarks on the Products of Biodegradation | No additional remark. |

Continued on Next Page

Page: 6/8

**Wilsonart 860/861**

## Section 13. Disposal Considerations

| | |
|---|---|
| Waste Information | Spilled, contaminated, or waste material should be put into a suitable container and handled according to local, state/provincial, and federal regulations. Contact a qualified waste management company in your area for assistance.<br>EMPTY CONTAINERS: Empty containers should be either reconditioned by CERTIFIED firms or properly disposed of by APPROVED firms. Disposal of containers should be in accordance with applicable laws and regulations.<br>"Empty" drums should not be given to individuals. Serious accidents have resulted from the misuse of "emptied" containers. Residual vapors may in the container(s) may be explosive. Do not cut, weld, or braze these containers. |
| Waste Stream | Not available. |

Consult your local or regional authorities.

## Section 14. Transport Information

| | | |
|---|---|---|
| DOT Classification | DOT CLASS: Flammable liquid. |  |
| | Adhesives, 3, UN1133, II, Limited Quantity: 1 L | |
| Marine Pollutant | Not a marine pollutant. | |
| Special Provisions for Transport | 1 Liter or less may use Limited Quantity exceptions (49CFR 173.150) | |
| ADR/RID Classification | Class 3: Flammable liquid A. | |
| IMO/IMDG Classification | Class 3.2: Flammable liquid (intermediate flashpoint group of liquids having a flashpoint of -18°C (0°F) up to, but not including, 23°C (73°F) c.c.). | |
| ICAO/IATA Classification | Class 3: Flammable liquid. | |

## Section 15. Regulatory Information

| | |
|---|---|
| HCS Classification | HCS CLASS: Flammable liquid IB having a flash point lower than 22.8°C (73°F) and a boiling point higher or equal to 37.8°C (100°F). |
| U.S. Federal Regulations | TSCA 4(a) proposed test rules: Acetone; N-hexane<br>TSCA 4(a) final test rules: N-hexane<br>TSCA 8(b) inventory: Acetone; Toluene; N-hexane<br>TSCA 8(d) H and S data reporting: Toluene: 10/04/92<br>TSCA 12(b) one time export: Acetone; N-hexane<br>SARA 302/304/311/312 extremely hazardous substances: No products were found.<br>SARA 302/304 emergency planning and notification: No products were found.<br>SARA 302/304/311/312 hazardous chemicals: Acetone; Toluene; N-hexane<br>SARA 311/312 MSDS distribution - chemical inventory - hazard identification: No products were found.<br>SARA 313 toxic chemical notification and release reporting: Acetone; Toluene. 1%; N-hexane: 1%<br>Clean water act (CWA) 307: Toluene<br>Clean water act (CWA) 311: Toluene<br>Clean air act (CAA) 112 accidental release prevention: No products were found.<br>Clean air act (CAA) 112 regulated flammable substances: No products were found.<br>Clean air act (CAA) 112 regulated toxic substances: No products were found. |

Continued on Next Page

APR-23-2003 09:02   BABCOCK LUMBER   1 585 924 7358358   P.07/08

## Wilsonart 860/861

Page: 7/8

### International Regulations

| | |
|---|---|
| EINECS | Not available. |
| DSCL (EEC) | R12- Extremely flammable. <br> R28- Very toxic if swallowed. <br> R36- Irritating to eyes. <br> R43- May cause sensitization by skin contact. |
| International Lists | Australia: Acetone; Toluene; N-hexane <br><br> China: Acetone; Toluene <br><br> Germany water class: Toluene; N-hexane <br><br> VCI WGK: Toluene <br><br> Korea (TCCL): Acetone |
| State Regulations | Connecticut carcinogen reporting list: Toluene <br> Pennsylvania RTK: Acetone; Toluene; N-hexane <br> Florida: Acetone; Toluene; N-hexane <br> Minnesota: Acetone; Toluene; N-hexane <br> Massachusetts RTK: Acetone; Toluene; N-hexane <br> New Jersey: Acetone; Toluene; N-hexane <br> California prop. 65: This product contains the following ingredients for which the State of California has found to cause cancer, birth defects or other reproductive harm, which would require a warning under the statute: Toluene |

### Section 16. Other Information

| | |
|---|---|
| Label Requirements | EXTREMELY FLAMMABLE LIQUID AND VAPOR. VAPOR MAY CAUSE FLASH FIRE. HARMFUL IF INHALED OR SWALLOWED. MAY CAUSE RESPIRATORY TRACT, EYE AND SKIN IRRITATION. |
| Hazardous Material Information System (U.S.A.) |  Health: 2, Fire Hazard: 3, Reactivity: 0, Personal Protection: C |
| National Fire Protection Association (U.S.A.) |  Health 2, Fire Hazard 3, Reactivity 0 |
| References | -SAX, N.I. Dangerous Properties of Industrial Materials, Toronto, Van Nostrand Reinold, 6e ed. 1984. <br> GLOSSARY: <br> ACGIH - American Conference of Governmental Industrial Hygienists <br> ASTM - American Society for Testing and Materials <br> ADR - Agreement on Dangerous Goods by Road (Europe) <br> BOD5 - Biological Oxygen Demand in 5 days <br> CAS - Chemical Abstract Services <br> CEPA - Canadian Environmental Protection Act <br> CERCLA - Comprehensive Environmental Response, Compensation and Liability Act <br> CFR - Code of Federal Regulations <br> DOT - Department of Transportation <br> DSCL - Dangerous Substances Classification and Labeling (Europe) <br> DSL - Domestic Substance List (Canada) <br> EEC/EU - European Economic Community/European Union <br> EINECS - European Inventory of Existing Commercial Chemical Substances <br> HCS - Hazard Communication System <br> HMIS - Hazardous Material Information System <br> IARC - International Agency for Research on Cancer |

Continued on Next Page

APR-23-2003 09:03        BABCOCK LUMBER                    1    585 924 7358358        P.08/08

| Wilsonart 860/861 | Page: 8/8 |
|---|---|
| | LD50/LC50 - Lethal Dose/Concentration kill 50%<br>LDLo/LCLo - Lowest Published Lethal Dose/Concentration<br>NFPA - National Fire Prevention Association<br>NIOSH - National Institute for Occupational Safety & Health<br>NTP - National Toxicology Program<br>OSHA - Occupational Safety & Health Administration<br>PEL - Permissible Exposure Limit<br>RCRA - Resource Conservation and Recovery Act<br>SARA - Superfund Amendments and Reorganization Act<br>STEL - Short Term Exposure Limit (15 minutes)<br>TDG - Transportation of Dangerous Goods (Canada)<br>TLV-TWA - Threshold Limit Value-Time Weighted Average<br>TSCA - Toxic Substances Control Act<br>WHMIS - Workplace Hazardous Material Information System |
| Other Special Considerations | TSCA (Toxic Substance Control Act): All components of this product are listed on the TSCA Inventory.<br>EINECS: All components of this product are on the European Inventory of Existing Commercial Chemical Substances. |

| Validated by Wilsonart International Inc. on 08/17/1999. | Verified by Wilsonart International Inc. |
|---|---|
| | Printed 09/27/1999. |

**CHEMTREC:**
800-424-9300 (USA)
703-527-3887 (International)

**Notice to Reader**
To the best of our knowledge, the information contained herein is accurate. However, neither the above named supplier nor any of its subsidiaries assumes any liability whatsoever for the accuracy or completeness of the information contained herein. Final determination of suitability of any material is the sole responsibility of the user. All materials may present unknown hazards and should be used with caution. Although certain hazards are described herein, we cannot guarantee that these are the only hazards that exist.

TOTAL P.08