IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYRON WARD, | ) Docket No. 04-11 |
| | ) (Judge Susan A. Paradise Baxter) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| JOHN LAMANNA, et al., | ) |
| | ) |
| Defendants | ) |

**PROPOSED ORDER**

AND NOW, this _____ day of March, 2006, upon consideration of plaintiff's Motion for Extension of Time to Respond to defendants' Motion to Dismiss or, in the alternative, for Summary Judgment, it is hereby **ORDERED** that said Motion is **GRANTED**. Plaintiff shall respond to defendants' Motion to Dismiss or, in the alternative, for Summary Judgment on or before March 24, 2006.

BY THE COURT:

_____
J.

# 660422