# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Myron Ward )
)
)
Plaintiff )
vs. )   No.   CA 04-11 Erie
John J. Lamanna, et al )
)
)
Defendants )

HEARING ON   August 24, 2006   Case Management Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Richard A. Lanzillo, Esq.                    Michael Colville, Esq., AUSA
Neil Devlin, Esq.                            Douglas Goldring, Esq.

Appear for Plaintiff                         Appear for Defendant

Hearing Begun  1:50                          Hearing Adjourned to  3:00

Hearing concluded C.A.V.                     Stenographer Ron Bench
                                             CD:           Index:

WITNESSES

For Plaintiff                                For Defendant

Answer due within 30 days.
Discovery to end by December 1, 2006
Dispositive motions due December 15th responses thereto due January 16, 2007.
This case is consolidated with 3-323, 3-355 and 3-368 for purposes of trial.

C. Sander
Staff Atty