IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYRON WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 04-11 Erie |
| v. | ) | |
| | ) | JUDGE McLAUGHLIN |
| JOHN LAMANNA, et al., | ) | MAGISTRATE JUDGE BAXTER |
| | ) | |
| Defendants. | ) | *(Electronic Filing)* |

## NOTICE OF ENTRY OF APPEARANCE

TO:   Clerk of Court
United States District Court
Western District of Pennsylvania

And now comes Michael C. Colville, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters his appearance as lead attorney to be noticed for Defendants in the above-captioned case, in order to ensure that he receives electronic notice of all documents filed in this proceeding.

Please also remove Assistant United States Attorney Christy Criswell Wiegand as counsel in the above-captioned case.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7337
PA ID No. 56668

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2006, a true and correct copy of the within NOTICE OF APPEARANCE was served, by either electronic means or by postage paid U.S. Mail, to and upon the following:

Richard A. Lanzillo, Esquire
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461


/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney