# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Myron Ward )
)
)
Plaintiff )
vs. ) No.   CA 04-11 Erie
Unites States of America )
)
)
Defendant )

HEARING ON   November 14, 2006   Motion Hearing

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Richard A. Lanzillo, Esq.
Neil Devlin, Esq.
Lori Watson - paralegal
Appear for Plaintiff

Michael C. Colville, Esq., AUSA
Phil O'Connor, Esq. AUSA
Doug Goldring - UNICOR
Appear for Defendant

Hearing Begun 11:30

Hearing Adjourned to

Hearing concluded C.A.V. 12:50

Stenographer Ron Bench
CD:   Index:

WITNESSES

For Plaintiff

For Defendant

Motion to modify case management order [Document #60] is granted as follows:
- dispositive motions are due February 2, 2007
- responses to dispositive motions are due February 16, 2007.
Trial is tentatively scheduled for March 19, 2007, before Judge McLaughlin.

C. Sander
Staff Attorney