IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-160E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | | |
|---|---|---|
| MICHAEL HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-323E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | | |
|---|---|---|
| LESLIE KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-368E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | | |
|---|---|---|
| KEVIN SIGGERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-355E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | |
|---|---|
| MYRON WARD, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 04-11E |
| ) | |
| v. ) | JUDGE McLAUGHLIN |
| ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., ) | |
| ) | (Electronic Filing) |
| Defendants. ) | |

# APPENDIX TO DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION TO DISMISS

**EXHIBITS:**

A. **Newly Submitted Exhibits in Support of Defendants' Brief in Support of Defendants' Motion for Summary Judgment, or in the Alternative, Motion to Dismiss**

1. Report of Gregory J. Fino, MD, FCCP
2. Declaration of Brendan M. Claybaugh
    a. OSHA Complaint
    b. Brendan Claybaugh's Field Notes
    c. OSHA Videos
    d. Data, Logs, and Notes Collected During Air Sampling
    e. Air Quality Test Results
    f. John Stranahan Letter
    g. OSHA Notice of Unsafe or Unhealthful Working Conditions
3. Report of Deitrich Weyel, ScD, C.I.H.
4. Declaration of Michael Salerno
5. Deposition of Stephen Housler (December 19, 2006)
6. Deposition of Martin Sapko (December 19, 2006)
7. Deposition of David G. English (December 20, 2006)
8. Deposition of Debora Forsyth (December 6, 2006)
9. Deposition of John LaManna (December 6, 2006)
10. Diagram of UNICOR Factory
11. UNICOR Orientation Manual
12. UNICOR Work File for Michael Hill
13. UNICOR Work File for Kenny Hill
14. UNICOR Work File for Myron Ward
15. UNICOR Work File for Leslie Kelly

16. UNICOR Work File for Kevin Siggers
17. UNICOR Factory Rules and Safety Regulations Signed By Michael Hill
18. UNICOR Factory Rules and Safety Regulations Signed By Kenny Hill
19. UNICOR Factory Rules and Safety Regulations Signed By Myron Ward
20. UNICOR Factory Rules and Safety Regulations Signed By Leslie Kelly
21. UNICOR Factory Rules and Safety Regulations Signed By Kevin Siggers
22. Deposition of Michael Hill (November 1, 2006)
23. Deposition of Leslie Kelly (October 31, 2006)
24. Deposition of Myron Ward (November 1, 2006)
25. Deposition of Kenny Hill (November 1, 2006)
26. Deposition of Kevin Siggers (October 31, 2006)
27. Inmate Quarters History Data for Michael Hill
28. Inmate Quarters History Data for Kevin Siggers
29. Inmate History Public Information Data for Kevin Siggers
30. Plaintiff's Responses to Defendants' First and Second Set of Interrogatories

B. **Previously Submitted Exhibits Referenced in Defendants' Memorandum of Law In Support of Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment filed on February 16, 2006**

1. Declaration of Stephen Housler (with attachments)
2. Declaration of Martin Sapko (with attachments)
3. Declaration of Debora Forsyth (with attachments)
4. Declaration of Douglas S. Goldring (with attachments)

C. **Unreported Case**

1. Wooten v. Goord, 2004 WL 816919, aff'd 2005 WL 387971(2005)
2. Baker v. Williams, 2002 WL 31015630 (2002)
3. Jones v. Kearney, 2001 WL 1414854 (2001)
4. Saahir v. Holligan, 1418790 (2004)
5. Mayo v. Morris, 2006 WL 3337385 (2006)

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7337
PA ID No. 56668

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2007, a copy of the within **Appendix to Defendants' Brief in Support of Their Motion for Summary Judgment, or in the Alternative, Motion to Dismiss** was served either electronically or by first-class United States mail, upon the following:

Richard A. Lanzillo, Esquire
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney