Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2
 3   MICHAEL W. HILL, et al.,    : C.A. No. 05-160 Erie
         Plaintiff      : C.A. No. 03-323 Erie
 4                      : C.A. No. 03-355 Erie
         v.             : C.A. No. 03-368 Erie
 5                      : C.A. No. 04-011 Erie
     JOHN J. LAMANNA, et al.,   :
 6       Defendants     :
 7
 8
 9        Deposition of STEPHEN HOUSLER, taken before
     and by Janis L. Ferguson, Notary Public in and for
10   the Commonwealth of Pennsylvania, on Tuesday,
     December 19, 2006, commencing at 10:01 a.m., at
11   the offices of Knox McLaughlin Gornall & Sennett,
     P.C., 120 West 10th Street, Erie, Pennsylvania
12   16501.
13
14
15   For the Plaintiffs:
         Richard A. Lanzillo, Esquire
16       Knox McLaughlin Gornall & Sennett, PC
         120 West 10th Street
17       Erie, PA 16501
18   For the Defendants:
         Michael C. Colville, Esquire, AUSA
19       Office of the United States Attorney
         700 Grant Street, Suite 4000
20       Pittsburgh, PA 15219
21       Douglas Goldring, Esquire
         Federal Prison Industries (UNICOR)
22       400 First Street NW
         Washington, DC 20534
23
24
         Reported by Janis L. Ferguson, RPR, CRR
25       Ferguson & Holdnack Reporting, Inc.
```

Page 2

```
 1              I N D E X
 2
 3   TESTIMONY OF STEPHEN HOUSLER
 4      Direct examination by Mr. Lanzillo . . . . . . . 3
 5      Cross-examination by Mr. Goldring . . . . . . . 45
 6      Cross-examination by Mr. Colville . . . . . . . 54
 7      Redirect examination by Mr. Lanzillo . . . . . 55
 8      Recross-examination by Mr. Colville . . . . . . 56
 9
10   EXHIBITS:
11      Housler Deposition Exhibit 1 - Page 35
12      Housler Deposition Exhibit 2 - Page 42
13      Housler Deposition Exhibit 3 - Page 51
14      Housler Deposition Exhibit 4 - Page 52
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1        S T E P H E N  E. H O U S L E R, first having
 2   been duly sworn, testified as follows:
 3
 4              DIRECT EXAMINATION
 5   BY MR. LANZILLO:
 6
 7      Q.  Good morning, Mr. Housler.
 8      A.  Good morning.
 9      Q.  My name is Rich Lanzillo.  I represent the
10   Plaintiffs in these related actions; Michael Hill, Leslie
11   Kelly, Kevin Siggers, Myron Ward, and Kenny Hill.  I have
12   scheduled your deposition here today to ask you some
13   questions, primarily regarding conditions at the UNICOR
14   facility as it existed when the Plaintiffs were inmates in
15   FCI McKean.
16        Before we get started, there are just a couple of
17   ground rules that I'll need to review with you.  I presume
18   you have been through a deposition before and probably are
19   somewhat familiar with the process.  Is that --
20      A.  No.
21      Q.  No?  Oh, this is your first depo.  Okay.
22      A.  I have never done one.
23      Q.  Okay.  Well --
24      A.  I have been to a trial before, but I have never
25   been to a deposition.
```

Page 4

```
 1      Q.  Well, the procedure is really quite simple.  Both
 2   my questions and your answers will be transcribed by Janis,
 3   our court reporter.
 4        To ensure that the transcript is clear, it's
 5   important that you verbalize all of your responses, as
 6   opposed to simply shaking or nodding your head.  In addition
 7   to that, to ensure that there's no ambiguity in the
 8   transcript, if you're going to respond to one of my
 9   questions in the affirmative, try to use the word yes, and
10   if you're going to, you know, respond in the negative, try
11   to say no.  If you say uh-huh or huh-uh, that can be
12   somewhat unclear on the record.
13        Most importantly, if at any time you do not
14   understand one of my questions -- and that can be, and it
15   usually is, my fault -- if my question is unclear to you,
16   simply tell me that, and I'll rephrase it.  Also, if you
17   don't hear me clearly, let me know that, and I'll repeat the
18   question.
19        If you do respond to my question, however, I will
20   assume that you both heard it and understood it.  Is that
21   fair enough?
22      A.  Fair enough.
23      Q.  Very good.  Would you state your full name for the
24   record.
25      A.  Stephen Eugene Housler.
```

1 (Pages 1 to 4)

c1bae7f1-e706-477a-829c-fc72e57952e5

Page 5

1    Q.  And where do you live, Mr. Housler?
2    A.  I live at 3 Nookside Lane, Bradford, Pennsylvania
3  16701.
4    Q.  What is the extent of your education?
5    A.  I have a B.S. in business management.  I had three
6  years of safety training.  And Montana College of Mineral
7  Science and Technology in Butte, Montana.
8    Q.  Where did you receive your Bachelor of Science
9  degree in business management?
10    A.  University of Pittsburgh.
11    Q.  When did you graduate from Pitt?
12    A.  '92, I think.
13    Q.  You indicated that you had three years of safety
14  training?
15    A.  Right.  I went -- I went to college out in Butte,
16  Montana from '79 to '82.
17    Q.  So your safety training in Montana actually
18  predates your Bachelor of Science Degree from the University
19  of Pittsburgh.
20    A.  Correct.
21    Q.  And when you were attending school in Montana,
22  were you working toward a particular degree?
23    A.  Yes.  A safety engineering degree.
24    Q.  And the name of the institution you attended, was
25  that Montana College?

Page 6

1    A.  Montana College of Technology.
2    Q.  And I take it you did not complete that program?
3    A.  No.
4    Q.  Why did you leave that program?
5    A.  I -- my father had some health issues, and I had
6  to come home.  He had a business.  I had to come home and
7  assist him with that.  So, therefore, I never returned.
8    Q.  What was the nature of that business?
9    A.  He worked in the oil business.
10    Q.  Where are you from originally?
11    A.  Bradford, Pennsylvania.
12    Q.  Did you attend Bradford High School?
13    A.  Yes, I did.
14    Q.  When did you graduate from high school?
15    A.  1975.
16    Q.  When you attended Montana College of Technology,
17  did you -- there is no pun intended here, but did you have
18  any exposure to the topic of silica dust or Perlite?  Was
19  that covered in any of your safety --
20    A.  I didn't have any exposure to that, no.
21    Q.  Okay.
22    A.  I did have some industrial hygienist courses, but
23  as far as being exposed to that, no.
24    Q.  And by "exposed", I mean the subject matter.  Was
25  it covered in any of your classes, discussed?

Page 7

1    A.  Not that I can recall.  I mean, we did -- we did
2  air monitoring and samples, and we didn't really get
3  involved in any, like, silica dust or anything like that.
4  It was just regular air monitoring.
5    Q.  When you went to work at FCI McKean, were you
6  familiar with silica dust?
7    A.  No.
8    Q.  When did you start at FCI McKean?
9    A.  '89.
10    Q.  And what was your --
11    A.  July of '89 I started.
12    Q.  What was your initial position?
13    A.  I started out as a correctional officer.
14    Q.  Did you have any education or training in
15  corrections before you started in --
16    A.  Yes.  I worked over at the County Jail in
17  Smethport prior to that, part-time, while I was going to
18  college.
19    Q.  How long did you work at the County Jail?
20    A.  About -- I think approximately three years.
21  Part-time.
22    Q.  And that was part-time?
23    A.  Yeah.
24    Q.  Were you commuting to college at that time?
25    A.  I -- I went to the branch campus in Bradford.

Page 8

1    Q.  Okay.  Pitt-Bradford.
2    A.  University of Pittsburgh, Bradford, yes.
3    Q.  Okay.
4    A.  I lived right there, yes.
5    Q.  All right.  So you didn't go to the University of
6  Pittsburgh in Oakland.
7    A.  Not the main campus, no.
8    Q.  Aside from the training you received while you
9  attended Montana College of Technology, did you have any
10  further safety training or education?
11    A.  When you get into the safety program for the
12  Bureau of Prisons, they have initially a five-week class,
13  safety-related subjects.  You attend that for five weeks.
14  I've had other new -- and every year they have an update; a
15  weekly safety training class that you attend on regulation
16  updates.  I have had other numerous safety -- fire-related
17  classes, hazardous material classes I have attended,
18  compensation classes.  Let me see.  Incident command
19  training, asbestos-related training, lead training.
20    Q.  When did you attend the hazardous material
21  classes?
22    A.  I attended that up in Rochester, New York.
23    Q.  When was that?
24    A.  That might have been around 1995.  I -- I really
25  can't recall the exact year.

2 (Pages 5 to 8)

Page 9

1    Q.   The five-week training class that you received
2  from the Bureau of Prisons, I think you indicated that you
3  went through that training when you became a safety officer?
4    A.   When you get hired on in the safety department,
5  yes, everybody goes through that five-week training class.
6    Q.   And when would you have attended that class?  When
7  did you attend that class?
8    A.   That would have been around 1993.
9    Q.   And where was that class --
10   A.   That class was held in Denver.
11   Q.   Denver?
12   A.   At our training center.  We have a training center
13  there.  It was held there.
14   Q.   Aside from the Bureau of Prisons training classes
15  and the various updates and programs that you received
16  through the Bureau of Prisons -- and I understand you may
17  not have named all of them.
18   A.   Right.
19   Q.   You worked from memory.  But aside from what you
20  received in-house through the prison system, have you
21  received any other safety training other than what we have
22  talked about?
23   A.   No.  Just what we have talked about there.
24   Q.   What is your current employment?
25   A.   Position?

Page 10

1    Q.   Yes.
2    A.   I'm the safety manager at FCI McKean.
3    Q.   And how long have you held that position?
4    A.   12 years.
5    Q.   So since about 1994?
6    A.   Right.
7    Q.   And what are your responsibilities as the safety
8  manager at FCI McKean?
9    A.   We're -- we're responsible for monitoring the
10  safety programs; make sure we're within policy, as like OSHA
11  policy, EPA policy.  We conduct regular safety sanitation
12  inspections.  We have some weekly ones we do, we have
13  monthlies we are required to do.  We are responsible for
14  monitoring the compensation program.  And we're just --
15  we're responsible for the overall safety of both staff and
16  inmates.
17   Q.   Would it be fair to say that you are the person
18  principally responsible for providing a safe and healthful
19  environment for inmates and staff at the facility?
20   A.   Yes, that would be correct.
21   Q.   And that would include the UNICOR facility?
22   A.   Correct.
23   Q.   What is the status of the UNICOR facility at FCI
24  McKean?  It's no longer making furniture, is it?
25   A.   It's no longer a furniture factory.  They are in

Page 11

1  the process of changing over to a plastics factory, where
2  they are manufacturing plastic trays, silverware, plastic
3  cups; those type of items.
4    Q.   When did the UNICOR facility at FCI McKean stop
5  making furniture?
6    A.   Well, they -- they stopped totally probably about
7  nine months ago.  As far as their final shipments of
8  everything out, moving all their equipment out, the
9  woodworking equipment out and so forth.
10   Q.   Who is your immediate supervisor?
11   A.   My immediate supervisor currently now is Cherry
12  Robare.
13   Q.   And what is Ms. Robare's position?
14   A.   Ms. Robare is the associate warden of operations.
15   Q.   And how long has she held that position?
16   A.   Three years she's been at FCI McKean.
17   Q.   And who was your supervisor prior to Ms. Robare?
18   A.   Prior to that, I was supervised by Monica
19  Rectenwald.  She is currently the executive assistant.
20   Q.   And what was her position at the time she was your
21  supervisor?
22   A.   Executive assistant.
23   Q.   Do you have any staff that answer to you?
24   A.   I have two staff members who work under me in my
25  department.

Page 12

1    Q.   What are their positions?
2    A.   The one position is a safety specialist, and the
3  other position is a safety specialist trainee.
4    Q.   Has that been the structure since, let's say,
5  2002?
6    A.   Yes.  It hasn't been the same trainee.
7    Q.   Right.
8    A.   It was a different one at --
9    Q.   I understand the personnel may have changed, but
10  in terms of the staffing structure, with you
11  supervising two --
12   A.   Yes.
13   Q.   -- individuals --
14   A.   It's always been two, yes.
15   Q.   Back in the time frame of 2001, 2002, 2003,
16  approximately how many inmates worked in the UNICOR
17  facility?
18   A.   Probably 150 to 200.  They ran two shifts.
19   Q.   What was the size of the overall inmate population
20  at FCI McKean?
21   A.   Approximately 1400.  That's in our main
22  institution.  We have two institutions there.
23   Q.   How would an inmate become part of the UNICOR
24  program, actually get to work in the UNICOR facility?
25   A.   They have to send a cop-out in, they call it; a

3 (Pages 9 to 12)

Page 13

1  request to the staff member down there to be placed on the
2  UNICOR list for employment. And the list is pretty long.
3  And they would just wait until they were called to start
4  working down there.
5      Q.  And was there any discretion in terms of who got
6  the position, or was it just a matter of seniority or order
7  on the list?
8      A.  If you had prior UNICOR experience from other
9  UNICORs at other facilities, you were considered priority.
10  So you would be hired before somebody who didn't have prior
11  UNICOR experience.
12      Q.  Were there any requirements or considerations
13  regarding the inmate's behavior or other factors that might
14  influence how quickly an inmate would get a position at
15  UNICOR?
16      A.  No.
17      Q.  So good behavior wouldn't get you quicker
18  consideration?
19      A.  No.
20      Q.  Were those sought-after positions?
21      A.  UNICOR is a very sought-after position. They pay
22  the most.
23      Q.  Among the jobs you can have within the prison
24  facility, was UNICOR one of the higher skill areas?
25      A.  Yeah, it's higher -- highly skilled. You're

Page 14

1  learning to operate equipment. It's -- of course, the other
2  details, you're operating some equipment, but not the type
3  of equipment you would be operating in UNICOR.
4      Q.  So no prior factory experience was required, I
5  take it, to work at UNICOR?
6      A.  No.
7      Q.  Among the materials handled by inmates, am I
8  correct that there was materials known as Micore board?
9      A.  Yes.
10      Q.  For a convenience time reference here, let me just
11  direct you to the period prior to the OSHA inspection, which
12  I think commenced on or about April 16th, 2003. And let me
13  ask you, prior to that OSHA inspection, what did you know
14  about Micore board? Personally.
15      A.  Personally? I -- I knew that it -- it did create
16  some dust. I didn't -- I didn't know a whole lot about it.
17  I did review the Material Safety Data Sheet. I saw no
18  issues, really, with it.
19      Q.  So you knew that when the material was handled --
20  for example, when it was sawed, it would fracture the
21  material, obviously, and create dust?
22      A.  Create small amounts of dust, yes.
23      Q.  And did you know the composition or constituent
24  parts of that dust?
25      A.  No.

Page 15

1      Q.  Did you know that the dust included mineral fiber?
2      A.  Hum-um.
3      Q.  That's a no?
4      A.  No.
5      Q.  You have --
6      A.  I'm sorry.
7      Q.  That's all right. Did you know that the dust
8  included silica dust?
9      A.  No.
10      Q.  Did you know that the dust included Perlite,
11  P-E-R-L-I-T-E?
12      A.  No.
13      Q.  But what you did know is that cutting or sawing
14  would release some sort of dust in the vicinity of the
15  operator.
16      A.  Yes. Some dust is released anytime you do any
17  type of cutting.
18      Q.  Right. Prior to the OSHA inspection, what did you
19  know about the potential health impacts or hazards
20  associated with the dust created by the use or cutting of
21  Micore board?
22      A.  Can you repeat that.
23      Q.  Sure. Prior to the commencement of the OSHA
24  inspection on April 16th, 2003, what did you know about the
25  potential health effects or hazards created by the dust

Page 16

1  generated by the cutting of Micore board?
2      A.  I didn't really know of many health hazards
3  associated with it. I didn't know.
4      Q.  Did you know any health hazards associated with
5  it?
6      A.  No.
7      Q.  Did you know whether any materials in the dust
8  were a potential carcinogen?
9      A.  Hum-um.
10      Q.  That's a no?
11      A.  No.
12      Q.  Did you know that the dust could cause silicosis?
13      A.  No.
14      Q.  Did you know whether the dust could cause
15  autoimmune diseases?
16      A.  No.
17      Q.  Did you know whether the dust could cause skin
18  irritation?
19      A.  No.
20      Q.  Respiratory dysfunction?
21      A.  No.
22      Q.  Well, had you read the MSDS sheet for Micore
23  board?
24      A.  I reviewed it, yes.
25      Q.  After reviewing -- when did you review the MSDS

Ferguson & Holdnack Reporting, Inc.

Page 17

1  sheet?
2      A.  I reviewed it after we got a couple complaints
3  from the OSHA.
4      Q.  Had you reviewed the MSDS sheet for Micore board
5  prior --
6      A.  No.
7      Q.  -- to OSHA's inspection?
8      A.  No.
9      Q.  Who maintained the MSDS sheets?
10     A.  We maintained some in our office, and they
11  maintain them in the UNICOR factory also.
12     Q.  Did your responsibilities as the safety manager
13  include review of MSDS sheets?
14     A.  Yeah, we review them.
15     Q.  Is there any reason why you didn't review the MSDS
16  sheet for Micore board?
17     A.  I didn't really see any health hazards opposed
18  by -- or caused by Micore board, so I really didn't review
19  it very thoroughly.
20     Q.  Well, again, prior to the OSHA inspection, had you
21  reviewed it at all?
22     A.  No.
23     Q.  Had you observed cutting operations involving
24  Micore board; cutting and sawing operations?
25     A.  Yes.

Page 18

1      Q.  And you had observed those cutting and sawing
2  operations of Micore board prior to the OSHA inspection, I
3  assume.
4      A.  Right, yes.
5      Q.  So you knew that that Micore board generated some
6  amount of dust?
7      A.  Some dust, yes.
8      Q.  All right.
9      A.  But that dust was taken care of with our
10  ventilation and our system that collect -- collects dust.
11     Q.  Well, when an inmate would use, let's say, a table
12  saw --
13     A.  Right.
14     Q.  -- with a piece of Micore board or one or more
15  pieces of Micore board, and they would push that Micore
16  board through that saw, not all of the dust would go into
17  the ventilation system, would it?
18     A.  Majority of the dust went into the dust-collecting
19  system.  Yes, it did.
20     Q.  Okay.  But you knew not all of it.
21     A.  Not all of it, no.
22     Q.  And, in fact, did you observe that after the
23  operation of a saw, there would be dust in and around the
24  area of operation of the saw?
25     A.  There would be a small amount, yes.

Page 19

1      Q.  And there would be dust on the clothing and on the
2  person of the inmate too, wouldn't there?
3      A.  Possible.
4      Q.  Did you observe that?
5      A.  I didn't observe it, no.
6      Q.  Did you ever see the inmates blowing dust off
7  themselves using the pneumatic or air pressure --
8      A.  No.
9      Q.  Did you ever see dust in the hair of the --
10     A.  No.
11     Q.  -- inmates?  How often were you present on the
12  facility floor at UNICOR?
13     A.  I'm -- I go down to the UNICOR factory at least
14  three times a week.  And if I -- if I'm not down there, I'm
15  not there, I make sure one of my staff goes down there and
16  walks around, monitors it.
17     Q.  Were there ever any problems with the functioning
18  of the ventilation system that you have described removing
19  the dust from the saws and other machines that cut the
20  Micore board?
21     A.  The dust collection system functioned all the
22  time.  We had a maintenance man who monitored it, and if
23  there was any issues with it, he corrected them immediately.
24  I was never aware of any problems with the dust-collecting
25  system.  It functioned properly at all times.

Page 20

1      Q.  Prior to the OSHA inspection beginning on
2  April 16, 2003, did you or the facility itself have any
3  policies in place or procedures in place regarding the use
4  of respirators or masks when utilizing table saws in cutting
5  Micore board?
6      A.  We didn't use respirators in our UNICOR factory
7  because we had our dust collection system.  We did have
8  nuisance dust masks that were available for inmates out of
9  our tool room there.  If they wanted to wear one, they could
10  request to wear one, and they were given a nuisance dust
11  mask.
12     Q.  Were inmates instructed to wear a mask when
13  utilizing the Micore board?
14     A.  No.
15     Q.  So they weren't required to wear a mask if --
16     A.  No.  That was strictly their choice.
17     Q.  Was there any training provided to inmates
18  regarding any potential hazards associated with the cutting
19  or sawing of Micore board?
20     A.  Their foremens are required to teach them how to
21  run the machines, any training.  I have an initial -- when
22  the inmates first arrive to the class, we have an A & O
23  class, and I do some safety training, and I do some lecture
24  on different safety issues, and inmates are trained there,
25  yes, by me.  But it's the supervisors' responsibility to do

Ferguson & Holdnack Reporting, Inc.

c1bae7f1-e706-477a-829c-fc72e57952e5

Page 21

1  the initial training when they are hired in UNICOR.
2      Q.  What responsibility, if any, do you have relative
3  to the supervisors at the UNICOR facility?
4      A.  We have annual training every year, and I train
5  them on different safety issues, and they are required to
6  train -- attend that.
7      Q.  So you would be the principal source of their
8  training in-house as far as the procedures and materials in
9  use at UNICOR?
10     A.  Correct.
11     Q.  Now, would it be accurate to say that you did not
12 provide any training to any inmates regarding any potential
13 health hazards associated with Micore board?
14     A.  That's correct.
15     Q.  And the same would be true relative to supervisors
16 at the UNICOR facility.  You did not provide any training to
17 those individuals regarding potential health hazards
18 associated with Micore board.
19     A.  Correct.
20     Q.  All right.  And that would necessarily be true
21 because at least with respect to the MSDS sheet, you hadn't
22 reviewed it, at least prior to the OSHA inspection.
23     A.  Correct.
24     Q.  All right.  Did any inmate or staff member ever
25 complain about health problems or health concerns regarding

Page 22

1  Micore board?
2      A.  I never received a complaint from anybody
3  concerning Micore board.  And I make it very clear in my A &
4  O lessons to inmates, if they have a problem that's related
5  to safety, they need to contact me and let me know what
6  their problem is.  I will investigate it, and if there is an
7  issue, I will correct the problem.  No one ever came to me
8  if they had a problem with the Micore board and the air
9  monitoring.  Had they come to me, I would have checked it
10 out.
11     Q.  Did you ever hear indirectly about any health
12 concerns or potential health problems associated with Micore
13 board?
14     A.  No.  Nobody ever mentioned it to me or came to me.
15     Q.  Did you ever learn from any source that, for
16 example, Robin Bevevino had problems regarding --
17     A.  Robin Bevevino never approached me.  I had other
18 dealings with Robin Bevevino, but he never approached me as
19 far as any type of issue with the sawing, with the Micore
20 board.  He had some worker compensation injuries, and that's
21 what I dealt with Robin Bevevino.  That was it.
22     Q.  Did anyone else on the staff ever express to you,
23 verbally or in writing, that Robin Bevevino had raised
24 concerns about hazardous substances created by the cutting
25 of Micore board?

Page 23

1      A.  I have no documentation that came to me, no.  And
2  I'm down in that UNICOR factory at least three or four times
3  a week walking around.  And if you -- if you think that I'm
4  going to expose myself or any of the other 18 other staff
5  down there or any of the inmates down there to a hazardous
6  environment, you're wrong.  I'm not going to do that.
7      Q.  You mentioned that you have no documentation
8  regarding anything from Robin.  But did any of the staff
9  members ever indicate to you, even verbally, that Robin
10 Bevevino had raised concerns about the cutting of Micore
11 board?
12     A.  No.
13     Q.  The dust mask that you mentioned, do you know if
14 they are NIOSH approved?
15     A.  A nuisance dust mask is not considered a
16 respirator, and they are not NIOSH approved, no.
17     Q.  Was there any policy or procedure in place at any
18 time at the UNICOR facility regarding proper clothing to be
19 worn when working with Micore board?
20     A.  No.
21     Q.  So --
22     A.  Inmates wore their basically khaki clothes,
23 long-sleeved shirts, their khaki pants, their safety shoes.
24 That's what they were required -- required to wear when they
25 reported to work.

Page 24

1      Q.  Is --
2      A.  Inmates were allowed to remove and wear T-shirts
3  in the summer when it was much more hotter.  That was their
4  choice.
5      Q.  Mr. Housler, when you mentioned the inmates
6  reporting to work -- in other words, when they would come
7  from other parts of the prison, their cells, their
8  residence, they would report in their work clothes?
9      A.  Correct.
10     Q.  And then when they would leave, they would go back
11 to their cells or their residence in those same work
12 clothes?
13     A.  Um-hum.
14     Q.  Yes?
15     A.  Inmates were also required to wear -- coveralls
16 were available too.
17     Q.  Let me just back up for a second, because you used
18 an "um-hum," and I just want to make sure --
19     A.  Yes.  Yes.
20     Q.  Okay.  So they would -- they would leave in the
21 same clothes that they reported in.
22     A.  Yes.
23     Q.  All right.  And go back to their residence.
24     A.  (Witness nods head.)
25     Q.  Yes?

Ferguson & Holdnack Reporting, Inc.

c1bae7f1-e706-477a-829c-fc72e57952e5

Page 25

1    A.   Yes.
2    Q.   Now, they had the option of wearing coveralls?
3    A.   Yes.  Coveralls were available.
4    Q.   And when did coveralls become available?
5    A.   They were available all the time down there.
6    Q.   Were they -- were inmates required to wear
7  coveralls?
8    A.   They weren't required to, no.
9    Q.   Were they encouraged or trained to wear coveralls?
10    A.   That was their decision, whether they wanted to
11  wear them or not.  We didn't force them to wear them.  That
12  was their decision.
13    Q.   Was there any explanation provided regarding the
14  wearing of coveralls, other than to tell the inmate that
15  they are available?
16    A.   No.
17    Q.   They weren't required to wear long-sleeved shirts
18  that --
19    A.   They weren't required to, no.  If they did, they
20  had to be buttoned, and they had to be -- they couldn't be
21  loose.  They had to be tight-fitting.
22    Q.   To avoid equipment hazards.
23    A.   To avoid getting caught in a piece of equipment or
24  something, yes.
25    Q.   Were goggles provided?

Page 26

1    A.   Safety glasses are mandatory down there, yes.
2    Q.   And those are safety glasses -- I'm holding --
3    A.   Approved, yes.
4    Q.   They weren't tight-fitting goggles, though?
5    A.   No, they weren't tight-fitting goggles.  Regular
6  safety glasses.
7    Q.   They didn't have a strap around to pull tight to
8  the head?
9    A.   No.
10         (Discussion held off the record.)
11    Q.   Any special laundry procedures --
12         (Brief interruption in proceedings.)
13    Q.   Mr. Housler, were there any procedures in place
14  regarding how clothing worn in the UNICOR facility was to be
15  handled for laundry purposes?
16    A.   Washers and dryers were available in the housing
17  units for the inmates to launder their own clothes.  And we
18  also have a laundry -- laundry -- institution laundry where
19  if inmates can't do their own laundry, they can take them
20  there and they can be done by staff and inmate detail there.
21    Q.   But as far as someone working in the UNICOR
22  facility, no one was required to launder their work clothes
23  separately from the general clothing of the inmates --
24    A.   No.  None of our details are required to do that.
25    Q.   Let me ask you about cleanup policies and

Page 27

1  procedures.  To whatever extent dust was generated by sawing
2  or other operations involving Micore board, how would that
3  dust be cleaned up?  At the end of a shift or periodically
4  throughout the shift?
5    A.   If there was dust on the top of machines, they
6  would have a little dust brush.  They would sweep it off on
7  the floor.  Use Shop-Vacs.  We did, underneath machines,
8  where it was tough to get areas, we did use some air hose --
9  hoses.  The air lines had regulators on, as our policy
10  requires, and it restricts the PSI to 30 pounds.
11    Q.   30 pounds?
12    A.   They did use some -- some air underneath.  But
13  they swept it off.  And they could sweep it right into the
14  dust-collecting system itself while it was running on the
15  piece of machinery.  Some of our machines, our CNC saws,
16  they had hoses that came down where the suction system was
17  connected into it, and that's how they cleaned some of the
18  dust and sawdust off, yes.
19    Q.   The vacuums, were those like Shop-Vac types?
20    A.   Shop-Vacs, yes.
21    Q.   When did the Shop-Vacs --
22    A.   We had them down there all along.
23    Q.   Were those filtered Shop-Vacs, do you know?
24    A.   I don't think so, no.  Just regular Shop-Vacs.
25    Q.   To your knowledge, none of the inmates complained

Page 28

1  about respiratory problems or skin irritation?
2    A.   No inmates ever came to me about respiratory
3  problems or skin irritations.
4    Q.   And it's also your testimony that you didn't hear
5  about that through other sources?
6    A.   No.
7    Q.   I take it your answer is no, I didn't hear about
8  that from other sources.
9    A.   I didn't hear about that from other sources, no.
10    Q.   Prior to the OSHA inspection in April of 2003,
11  what did you know about Lokweld?  Lokweld 860/861.
12    A.   Lokweld glue was used in our spray booth for
13  gluing the laminate onto the particle board.
14    Q.   Was it used anywhere else?
15    A.   It was used in our special projects area for
16  special projects we did for some of the institution
17  departments.  It was used in small amounts.  If they needed
18  it, they used a brush to brush it on the piece of wood that
19  they were gluing.
20    Q.   So in the special projects area, that would be
21  outside of the spray booth?
22    A.   Um-hum.
23    Q.   Yes?
24    A.   Yes.  I'm sorry.  Yes.
25    Q.   And to apply the Lokweld glue, they would take a

Page 29

1 brush and --
2    A.  Use -- use a paint brush, spread it on there,
3 yeah.
4    Q.  What, dip it into the can and then --
5    A.  Um-hum.  Dip it into a can they had of it, yes.
6    Q.  And how large were the containers or cans of the
7 Lokweld?
8    A.  The -- the ones for the spray booth?
9    Q.  No, for the --
10    A.  They were 55-gallon drums that were stored in a
11 flammable [sic] cabinet.
12    Q.  What about in the area of the special projects?
13    A.  When they were done using it, there was a smaller
14 flammable cabinet that they stored in there.
15    Q.  So if they were using it in the special projects
16 area, they would open up a 55-gallon drum and then --
17    A.  Oh, no.  They had it in a smaller -- smaller
18 gallon container, like.
19    Q.  And have you ever read the MSDS for the Lokweld?
20    A.  Yes.
21    Q.  When was the first time that you read the MSDS
22 sheet for the Lokweld?
23    A.  When they first started using it.
24    Q.  And when was that?
25    A.  Pretty much all along.  When the factory opened

Page 30

1 up, we started using it, yes.
2    Q.  When did the factory open?  1989?
3    A.  Yeah, right.
4    Q.  Did you provide any special training to inmates
5 regarding specifically the Lokweld product?
6    A.  No.
7    Q.  As part of the citations issued by OSHA after its
8 inspection, there was a Citation 2, Item 3, which
9 referenced, quote, "Employee training did not include the
10 physical and health hazards of the chemicals in the work
11 area."  It further stated, quote, "FCI McKean, Hazard
12 Communication Program:  Personnel were potentially exposed
13 to a variety of chemicals that included, but were not
14 limited to, Micore board and Lokweld 860/861.  The hazard
15 communication training program did not include a review of
16 the physical and health hazards of the specific chemicals
17 utilized in the workplace.  As a result, personnel were not
18 provided with effective information to ascertain the
19 measures needed to protect themselves from the chemicals'
20 physical and health hazards."  And there's a citation to
21 Federal Regulation 29 CFR 1910.1200(h)(2)(ii).
22        My question is, who would have been responsible
23 within FCI McKean and UNICOR for this area of safety
24 compliance; the --
25    A.  My -- myself and the foreman.

Page 31

1    Q.  And who would have been the foreman at the time?
2    A.  I can't really say who the foreman was.  They
3 rotate who they supervised down there, so I -- I really
4 can't say who the foreman was.  But staff were aware that
5 the Lokweld was very flammable, and they were -- they were
6 aware of that, and they knew -- and we did handle it
7 properly.  We maintained it in flammable cabinets.  So they
8 were aware of the hazards associated with the Lokweld glue,
9 as were the inmates.
10    Q.  But the inmates had not received any training in
11 that area, had they?
12    A.  Well, their supervisor is required to train them.
13 They are aware of it.  They are required to make them aware
14 of any hazards working with it.
15    Q.  Is it fair to say you didn't provide any inmates
16 with training in --
17    A.  I didn't provide any training, no.
18    Q.  And do you have any personal knowledge that any
19 supervisor actually did provide training regarding --
20    A.  No.
21    Q.  -- Lokweld or the Micore board?
22    A.  No.
23    Q.  As part of the OSHA citations, there was a
24 Citation No. 2, Item 1, which stated, quote, "Employees who
25 wear voluntary use respirators were not provided with

Page 32

1 training on the basic advisory information contained in the
2 29 CFR 1910.134 Appendix D."  It goes on to state, "UNICOR
3 Factory/Respirator Program:  Personnel did not receive
4 training on the information noted," in the regulation I just
5 cited.  "These personnel utilized the 3M 8500 Comfort Mask."
6        Would that also have been an item within the scope
7 of your responsibility?
8    A.  Yes.  If they are wearing them, yes.
9    Q.  Now, there are quite a number of noted violations
10 and citations in the OSHA report.  Rather than go through
11 each one of them, would it be fair to say that all of these
12 safety issues would have fallen within the scope of your
13 responsibilities?
14    A.  Yes.
15    Q.  Prior to the OSHA inspection, were any air quality
16 tests performed at the facility?
17    A.  Yes.  We had Microbac Laboratories come in and do
18 some air monitoring.
19    Q.  And when did that occur?
20    A.  I'm not sure of the exact date.
21    Q.  Other than the --
22    A.  Can I look at my notes?
23    Q.  Sure.
24    A.  I might have it written in my notes.
25    Q.  Yes.

8 (Pages 29 to 32)

c1bae7f1-e706-477a-829c-fc72e57952e5

Page 33

1    A.  July 31st, '01 they came in and did air monitoring
2  for us.  Prior to that, we didn't have any.
3    Q.  What prompted that air testing?
4    A.  We had got another -- a complaint from OSHA, a
5  written complaint from OSHA, another one, and I recommended
6  to our factory manager and our -- the associate warden of
7  operations that we have some type of air monitoring done to
8  assure that we were within policy and air quality standards.
9  And I might say, that was a battle to get it done.
10    Q.  And how so?
11    A.  I just had to -- I had to be real firm to get it
12  done.  I got some opposition to it.  But I stood -- stood
13  firm on -- firm on it.  I said that was our best way to
14  prove that we -- our air quality and our standards were
15  where they needed to be in the factory.  And I finally
16  convinced the staff that were against it to do it.
17    Q.  Who opposed the air testing?
18    A.  The supervisor of industries.
19    Q.  Who was that?
20    A.  Mrs. Forsyth.
21    Q.  Did she tell you why?
22    A.  I think -- I think she didn't really want to spend
23  the money.  She thought our air quality was fine as it was.
24  And we felt that -- she felt that our dust collection system
25  was doing a sufficient job as it was.  So --

Page 34

1    Q.  Did anyone else oppose the testing?
2    A.  My associate warden at the time was Cindy
3  Billisits.  She -- she was a little opposed to it too, and
4  she was on Miss Forsyth's side.  But after we talked and I
5  sent her an e-mail that -- how I was very opposed to it,
6  they wanted to send this one report up to OSHA, and it -- it
7  didn't meet the standards that I felt we needed to, to prove
8  that our quality was where it should be, and I sent her an
9  e-mail, and I told her what I felt, and I told her I would
10  not support the information that they wanted to send.  And
11  if they wanted to send that information to OSHA, they could
12  contact the OSHA compliant officer and send it themself.  I
13  refused to lower the standards of my department and make
14  myself look foolish by sending a report up like that.  And
15  then they finally woke up, and we did the air monitoring.
16  Which we should have done right from the beginning.
17    Q.  The air monitoring performed by Microbac in 2001,
18  where was the sampling conducted?  Where did they set up the
19  air sampling units?
20    A.  Oh, boy.  It was -- it was set up at different
21  pieces of equipment, at machinery in there.  The large table
22  saws, the routers, I think the CNN -- the CNC they were set
23  up.  They were set up at different areas throughout the
24  factory so we could get an overall reading of the total air
25  quality.

Page 35

1    (Discussion held off the record.)
2    Q.  Mr. Housler, I'm showing you a document that we'll
3  mark as your Deposition Exhibit 1.
4    MR. LANZILLO:  And I will make photocopies for
5  counsel.
6    (Housler Deposition Exhibit 1
7    marked for identification.)
8    Q.  This is a document that was produced to us by
9  OSHA. I'm asking you, have you ever seen Exhibit 1 prior to
10  today?
11    A.  No.  No, I have never seen this.
12    Q.  Do you see the handwritten narrative on the first
13  page of Exhibit 1?
14    A.  Uh-huh.  Yes.
15    (Discussion held off the record.)
16    (Recess held from 10:56 a.m. till 11:00 a.m.)
17    Q.  Examining Exhibit 1, Mr. Housler, you have already
18  indicated that you haven't seen this document prior to
19  today.  Do you recognize the handwriting?
20    A.  No.
21    Q.  Do you have any knowledge as to who authored this
22  document?
23    A.  Who wrote it?
24    Q.  Yes.
25    A.  No.

Page 36

1    Q.  The narrative --
2    A.  I have -- suspect who wrote it, but I don't know,
3  no.
4    Q.  Who do you suspect wrote it?
5    A.  Probably the compliance officer from OSHA who was
6  in to do the inspection, I would say.
7    Q.  The hazard description/location here states, "The
8  factory is processing Micore board with a power saw and no
9  respirators are being furnished --" it says actually "being
10  furnish", but I think they meant to say furnished -- "to
11  staff or inmates.  One of the saws has a Shop-Vac on it for
12  dust collection, and the dust is circulating all over the
13  factory.  BOP staff and inmates are receiving irritation to
14  eyes and skin and complaining of being congested.  Inmates
15  are also smoking in the vicinity.  When cleanup occurs, air
16  hoses are used to push the debris away."
17    My question is:  Do you have any reason to believe
18  that the narrative provided in Exhibit 1 is inaccurate or
19  was inaccurate as of April of 2003?
20    A.  Absolutely it's inaccurate.
21    Q.  What parts do you disagree with?
22    A.  Number one.  Respirators were not required to be
23  used because we didn't -- we didn't have an air quality
24  issue.
25    Q.  But it would --

9 (Pages 33 to 36)

Page 37

1   A.   Number one.
2   Q.   Let me just ask you, though --
3   A.   The dust-collecting system was -- was collecting
4   the dust at the point of operations of all pieces of
5   equipment. Every piece of equipment we had was hooked into
6   the dust-collecting system. We had two dust-collecting
7   systems. They -- they -- they collected -- their rating was
8   34,000 cubic feet per minute. So they were doing -- and we
9   had five machines hooked into one system. I think the -- I
10  think 12 into the other one. The five that were hooked into
11  the one were -- were drawing 9100 cubic feet per minute.
12  That left us with, what, 20 -- 24 -- 20-some thousand. The
13  other one was a little over 11,000. That left us with
14  around 13,000 cubic feet of air.
15       Whenever we buy a piece of equipment, the
16  manufacturer sends you specifications for the minimal amount
17  of cubic feet per air you need to draw on that piece of
18  equipment. We are well above what was required to -- to
19  handle those pieces of equipment and to collect the dust
20  system. Our dust collection system was so strong, we had --
21  we lost tools in it. We had crescent wrenches,
22  screwdrivers, and tape measures get sucked up in it. That's
23  how strong it was.
24       So I'd say it's doing its job, if it will suck a
25  wrench up in it. So I have to disagree with that. Number

Page 38

1   one.
2   Q.   Okay. Anything else?
3   A.   Number two, I had mentioned about the cleanup.
4   When they cleaned up, they used a brush on top, swept the
5   dust in the brush collection. They did utilize hoses
6   underneath the piece of equipment in hard-to-reach areas.
7   Q.   How about --
8   A.   Smoking, we had a smoking area --
9   Q.   Let me stop you for a second. Hold on for a
10  second. Did they use brooms on the floor?
11  A.   They did use brooms to push -- yes, sweep stuff
12  into piles.
13  Q.   Go ahead.
14  A.   Smoking, yes, we had a smoking area in the
15  factory, because inmates were not allowed to leave the
16  factory to go out and smoke. So we had a smoking area to
17  accommodate them. We now do not, because we are a
18  nonsmoking institution. We have since quit smoking.
19       As far as walking through there, eye irritation,
20  skin irritation, my eyes were never irritated when I walked
21  through there, and I was down there all the time. So I
22  don't believe that for one minute. Eye irritation.
23       Skin irritation, the guys working with the Micore
24  board, maybe they did have it, but nobody ever reported it
25  to me. If you don't report something to me, I can't take

Page 39

1   care of the issue. You know what I mean?
2   Q.   Now, you were down there -- you or one of -- a
3   member of your staff was there, what, three times a week,
4   approximately?
5   A.   At least.
6   Q.   And how long would you typically stay in the
7   facility?
8   A.   I'm down there a good hour or more. Plus, I have
9   to stand mainline every day when we do feed the inmates; a
10  mandatory hour. If an inmate has a problem, all they have
11  to do is approach me and say, hey, I got a problem down
12  here; I have -- I'm getting irritation from working with a
13  certain project. I'd go down and check it. Not one inmate
14  or staff approached me and said that to me.
15  Q.   What is mainline?
16  A.   Mainline is when we feed them lunch and dinner.
17  What else do you want -- let me read this. I don't -- I
18  don't know where that was, where the saw had a -- dust
19  collecting was used; a Shop-Vac. I don't know where that
20  is. I never saw that.
21       Another thing, if inmates have an injury, a
22  work-related injury, they have a compensation program, same
23  as staff does. All they have to do is they go to health
24  services, they send the initial injury report. I have some
25  reports that I send to their supervisor. Their supervisor

Page 40

1   fills it out, sends it back to me. And if I had got a
2   report from an inmate who went to health service that said
3   they have an irritation down there from working with the
4   Micore board, I would have went down and checked it out and
5   talked to the supervisor and asked them if there was an
6   issue.
7   Q.   How would those reports get to you?
8   A.   They come from health services. Initial injury
9   report. Health services does an evaluation if an inmate has
10  an injury, whether it's work-related, nonwork-related. They
11  send me the work-related. There's a box on there,
12  work-related, nonwork. They check the work-related one,
13  they send it to me. I, in turn, send some paperwork to
14  their supervisor to complete, and they send it back to me,
15  and we review them. And if there is an issue, we'll check
16  it out.
17  Q.   Have you ever received a report from health
18  services, whether related to Micore board or not, indicating
19  that an inmate had any type of a chronic irritation or a
20  respiratory problem?
21  A.   No.
22  Q.   I mean, I assume that if someone showed up at
23  health services with a -- you know, a broken arm or a
24  mangled finger and said, yeah, I was using a machine and got
25  caught, and I injured myself, that type of report at least

c1bae7f1-e706-477a-829c-fc72e57952e5

Page 41

1  should be referred to you.
2      A.  Absolutely.  It will be, and we'll do an
3  investigation.  I mean, if somebody breaks their arm in a
4  machine, we're going to go down and check it out.  We're
5  going to take pictures.  We're required to do an
6  investigation.
7      Q.  Have you ever received any reports of that type of
8  a traumatic injury?
9      A.  From UNICOR?
10     Q.  Yes.
11     A.  Yeah, we've had a couple traumatic injuries down
12  there that we have investigated.  Yes.
13     Q.  Have you ever investigated any nontraumatic
14  injuries, ones like respiratory irritation, skin irritation,
15  eye irritation, anything of that nature?
16     A.  No, I never had a complaint.  But I'll tell you
17  one complaint I did receive from an inmate.  We were doing
18  some construction work out by the -- the main door to
19  UNICOR, and we had some fence up.  We had to put some fence
20  up, and we used cables, the nylon cable ties to hook it to
21  the post.
22     Q.  Um-hum.
23     A.  And some inmate came to me from UNICOR and said,
24  hey, when we walk out of there, the ties are sticking out;
25  they are right at eye level, and I almost poked my eye with

Page 42

1  the end of the tie.  So I said, okay, I'll go down and check
2  it out, and he was right.  So I twisted the ties around so
3  they were pointing in, thus eliminating the inmate getting a
4  chance of getting poked in the eye.  That came from UNICOR.
5  That's just a minor thing, but that's something.
6          We're very proactive here in our -- in our safety
7  program.  If we get a complaint, we're going to check it
8  out, and we're going to do whatever we have to, to correct
9  it.
10         (Discussion held off the record.)
11         (Housler Deposition Exhibit 2
12          marked for identification.)
13     Q.  Mr. Housler, I have handed you what we have marked
14  as your Deposition Exhibit 2.  It is a memo dated
15  September 8, 2006 to Marty Sapko.  Subject:  Foreman Robin
16  Bevevino; reply to Dave English.
17         MR. COLVILLE:  Let me just put an objection on the
18         record with regard to the date of the memorandum.
19         Just so we're -- I think there's an understanding
20         that that is not the date this memorandum was
21         prepared.
22         MR. LANZILLO:  You know, I was wondering about
23         that.
24         MR. GOLDRING:  Yeah, what happened --
25         MR. LANZILLO:  Was it a typo, or was it when it

Page 43

1  was reprinted, it came out with a new date?
2          MR. GOLDRING:  Right.  It has the automatic date
3          on it, so when it was printed, it automatically
4          prints with today's date.
5          MR. LANZILLO:  Do we know the original date?
6          MR. GOLDRING:  It was April 21st, actually.
7          MR. LANZILLO:  Of '03.
8      Q.  With that correction -- and I thank counsel for
9  that clarification -- have you ever seen Exhibit 2 prior to
10  today, Mr. Housler?
11     A.  Yes.
12     Q.  Okay.  When is the first time you saw this
13  document?
14     A.  I think I saw it when Mike was up at our
15  institution, is the first time I saw it.
16     Q.  Did you see this document at any time in 2003?
17     A.  No.  Not that I recall.  I would have kept it in
18  my file.  It's not in my file.
19     Q.  Take a minute, if you would, and just review it to
20  yourself, the substance, and I just want to ask you if you
21  have any knowledge concerning the substance of the document.
22     A.  (Witness complies.)  I really don't have a whole
23  lot of knowledge on this documentation, no.
24     Q.  Let me just ask you one follow-up question or two
25  follow-up questions here.  There is a statement attributed

Page 44

1  to Mr. Bevevino in the third paragraph of Exhibit 2 that
2  states, "He," Bevevino, "said there is cancer-causing agents
3  in the Micore board, and he is not going to tolerate it.  He
4  said, 'Just because I don't care about my health, he's not
5  going to sit back and do nothing.'  He then stated to me
6  that --" well, it goes on.
7      A.  Um-hum.
8      Q.  Something about, "Stated to me that I have
9  changed; what, did Debbie promise me a job where she was
10  going, or what."
11     A.  I don't know anything about that; that job change
12  or anything about where Debbie was going.
13     Q.  And what about the statements attributed to
14  Mr. Bevevino regarding the Micore board?  Did you have any
15  knowledge of that?
16     A.  No.  Mr. Bevevino never approached me as far as
17  his concern with Micore board, if he did have a concern.
18     Q.  Did Mr. Sapko or Mr. English relate to you the
19  substance of Mr. Bevevino's statements as recounted in
20  Exhibit 2?
21     A.  No.  I don't recall.
22     Q.  Not that you remember?
23     A.  Nope.
24         MR. LANZILLO:  Mr. Housler, those are all the
25         questions I have.  Thank you.

11 (Pages 41 to 44)

c1bae7f1-e706-477a-829c-fc72e57952e5

Page 45

CROSS-EXAMINATION

BY MR. GOLDRING:

Q. Just a couple of points for clarification, Mr. Housler. You testified that the factory at McKean no longer produces wood products and furniture; it now produces plastics.

A. Correct.

Q. Do you know the reason that that change occurred?

A. I think because of the distance we had to transport the wood and stuff, and it was more feasible for us to move -- where they moved it was to Florida. So it was much more feasible to move the woodworking operation to a Florida area.

Q. Do you know if that decision had anything to do with any health or safety concerns in the factory?

A. No, absolutely not. There was no concerns as far as health, safety. It was strictly a business move conducted by the Bureau of Prisons and UNICOR.

Q. And do you know who made that decision?

A. It came from UNICOR higher-ups and people at our factory. I know that. I can't give you an exact name, no.

Q. But safe to say it was not a decision that was made by the administration at the factory itself or the staff at the factory itself.

Page 46

A. At McKean?

Q. Right.

A. Absolutely not.

Q. I wanted to ask you, there have been some comments made that inmates were using some kind of a pneumatic air system to blow dust off themselves or off some of the equipment. And you previously testified that you did not see any of that occurring. Is that correct?

A. Well, I -- I -- they used -- I saw them using some dust [sic] underneath the equipment in hard-to-reach areas, yes, but as far as on top, no.

Q. Okay. And not off of themselves?

A. Nope.

Q. If you had seen that occurring, what would you have done?

A. I would have told them they need to quit doing that.

Q. Okay. So this was not a practice which would have been approved by you as the safety manager.

A. No.

Q. And I wanted to ask you about the -- you testified that you instruct all of the inmates, if they have a health or safety concern, to immediately come to the safety office and report that concern.

A. (Witness nods head.)

Page 47

Q. Just as a clarification, did you also give that instruction to staff?

A. Yeah, I give that to staff in -- when staff are first hired, we have a three-week class for staff. I make it very clear, if you have a problem, you get an injury, work-related injury, you need to report it to us immediately. And same with inmates. If they have an issue or a problem, they need to report it to me immediately.

Once I investigate something, and if there's a problem, and I don't correct it, I tell them. I said, if it's not corrected, you can go to whoever you want then.

Q. And was there a process in place or a program in place for staff to report any kind of a work-related injury to you?

A. Yes. We have a -- log, health hazard log in our office, where if there's any health hazards, any issues where a staff has, they can send us an e-mail, they can send us a memorandum, and we'll check it out. And we -- we have that log in our office for your review.

Q. And have staff ever -- and not just in the UNICOR factory, but in the institution generally, have staff ever reported a work-related injury to you?

A. Numerous, yes. I -- we get -- we average probably 16 staff-related injuries a year, yes.

Q. And were any of those staff members from the

Page 48

UNICOR factory?

A. What period are you talking about?

Q. Any period.

A. Yeah. We've had -- we had one staff member injure a knee this year in UNICOR. So yes.

Q. Okay. And of the staff from the UNICOR factory who have reported work-related injuries or complaints to you, did any of them relate to respiratory concerns or skin irritation or anything along those lines during the period of time that the UNICOR factory was working with Micore board?

A. None. None whatsoever.

Q. And I wanted to ask you a quick question about Mr. Bevevino.

A. Um-hum.

Q. You testified that he's currently on Workers' Compensation?

A. Yes. He's been off some time.

Q. What is the reason that he's on Workers' Compensation currently?

A. He claimed a back injury.

Q. Okay. And is that the only reason that he's ever been on Workers' Compensation?

A. No. He's -- he's had numerous cases. He had a shoulder injury previous, another back injury. I can't

Ferguson & Holdnack Reporting, Inc.

c1bae7f1-e706-477a-829c-fc72e57952e5

Page 49

1  recall all the injuries he had, but his file is about six
2  inches thick. So he -- he's had a lot of injuries.
3      Q.  And did any of the injuries that resulted in him
4  being in Workers' Comp., did any of them relate to
5  respiratory concerns or concerns relating to the Micore
6  board?
7      A.  None whatsoever. I just want to say that when we
8  had our wood factory, I would put our wood factory, as far
9  as sanitation and cleanseliness [sic], up against any
10  factory in the world. I mean, we have a captive audience
11  here, and we have all the labor we want, so our factory is
12  extremely clean. And there is no reason for it not to be
13  clean, because we -- if inmates aren't doing work, they are
14  cleaning down there. And if you compare our woodworking
15  factory, when we had the woodworking factory, to a factory
16  in the private sector, there's -- there is totally no --
17  nothing to compare. You walk into a factory in the private
18  sector, there's dust piled up on the pipes, on the beams, on
19  the floor. You don't see that in our factory. Our factory
20  is highly sanitized. And I would bet my life on it; that
21  it's one of the cleanest -- was one of the cleanest
22  factories in the world.
23      Q.  With that, let's talk about the OSHA inspection in
24  2003 for a minute. Did the OSHA inspectors themselves who
25  came in to look at the factory, did they make any verbal

Page 50

1  comments to you about the quality of the air in the factory?
2      A.  Well, the -- Mr. Clabaugh, who was the initial,
3  came in three times -- I think it was three times. I would
4  have to look at my -- he came in. He didn't make any
5  comments about it, but he did say we want to bring our
6  industrial hygienist in to do some air monitoring. So the
7  industrial hygienist came in -- let me see. They were in
8  June 17th and 18th doing the air monitoring. They were --
9  spent the whole day the 17th. They came in the 18th, and
10  they did some -- they started doing some air monitoring.
11  They were doing some air monitoring. And the industrial
12  hygienist said, that's it, that's enough; I see no problems
13  here; we need to leave and finish this up and get out of
14  here. He said he saw no problems there. That was his
15  comment to me.
16      Q.  Okay. And I'm going to show you -- this is -- can
17  you identify this document for me.
18      A.  This is the document from OSHA; the results of the
19  air monitoring test.
20      MR. GOLDRING:  You guys have that, right?
21      Q.  And have you seen this document before?
22      A.  Yeah, I have a copy of it right here (indicating).
23      Q.  And can you tell me, based on that document --
24      MR. GOLDRING:  And we'll mark this -- I guess it
25      will be Exhibit 3.

Page 51

1      (Housler Deposition Exhibit 3
2      marked for identification.)
3      Q.  -- based on this document, what the levels of the
4  silica -- silica in the air were.
5      A.  Okay. The -- the total that you read off the MSDS
6  is 15. If you take a look at the total particulate, it's
7  .54. Respirable silica on the saw operate [sic], it says
8  none detected. The feeder operator total particulate, 1.1.
9  The air sample, none detected for synthetic victarious [sic]
10  fiber. And when they did bulk samples for silica, it was
11  30 percent SVF and 20 percent silica. Router and shaper,
12  silica, none detected. Router and shaper operator, total
13  particulate, 1.50. Area sample, synthetic victorious [sic]
14  fibers, none detected.
15      Q.  And are you familiar with what the allowable
16  levels of those particulates would be in the factory?
17      A.  Yes.
18      Q.  What would be allowed under OSHA regulations?
19      A.  Anything under 15, permissible exposure limit,
20  off -- if you look at the Material Safety Data Sheet.
21      Q.  And I want to turn to what was marked as Exhibit
22  1, which I believe was a section of the report that was
23  generated by OSHA.
24      A.  I never saw this, just for the record.
25      Q.  No, not this one.

Page 52

1      MR. GOLDRING:  Oh, you didn't enter that into
2      evidence. I'm sorry. That was not Exhibit 1.
3      Q.  Mr. Lanzillo read from a part of the OSHA report.
4  I'm just going to flip to a page he was reading from. He
5  referred to OSHA, Citation No. 2, Items 1 and 3. And if you
6  could look at --
7      MR. GOLDRING:  And I guess this would be Exhibit
8      4, then.
9      (Housler Deposition Exhibit 4
10      marked for identification.)
11      Q.  -- where it says Type of Violation, can you read
12  what it says there.
13      A.  "Employees who wear --"
14      Q.  No. Up where it says Type of Violation.
15      A.  "Other". "Other".
16      Q.  And are there different kinds of -- types of
17  violations that OSHA could come in and reference?
18      A.  Yes.
19      Q.  What else could have been written there?
20      A.  Serious, willful.
21      Q.  So the fact that that says "other", does that
22  imply to you that this was a nonserious violation?
23      A.  Yes.
24      Q.  What does that mean, if it was a nonserious
25  violation?

13 (Pages 49 to 52)

c1bae7f1-e706-477a-829c-fc72e57952e5

Page 53

1      MR. LANZILLO: Objection to form on the last
2   question.
3      Q.  What do you understand other to mean?
4      A.  "Other" would mean that other -- that it may fall
5   under the general duty clause OSHA has.  It may be just a
6   recommendation.  They -- they may make a recommendation that
7   you do something to make the protection better than it is.
8      Q.  Okay.
9      A.  So that would fall under "other".
10      Q.  Okay.  Were any of the items noted by OSHA, were
11   any of them termed serious?
12      A.  I -- I can't remember.  I'd have to look.
13      Q.  Were any of them termed anything other than other?
14      A.  Yes.
15      Q.  Okay.
16      A.  Yes.
17      Q.  And did any of those relate to the air quality in
18   the factory, if you remember?
19      A.  I can't recall.
20      Q.  Okay.  When you testified about having Microbac
21   Labs come in -- and I just wanted to ask you about a
22   statement that you made -- you testified that it was a
23   struggle to have them come in, and eventually they -- they
24   agreed to have Microbac come in, and you testified that they
25   should have done that from the beginning.

Page 54

1      A.  (Witness nods head.)
2      Q.  What exactly did you mean, they should have done
3   that from the beginning?
4      A.  When we received the complaint, the first initial
5   complaint, my recommendation was we immediately bring --
6   because you only have so many days to respond to the OSHA
7   citation or complaint.  So I recommended we get them in
8   immediately to do the air monitoring so we could get the
9   results back and get them up to the OSHA office for our
10   response.
11      Q.  Okay.  So just to make sure I'm clear, what you
12   meant by that statement was that you should have had
13   Microbac come in as soon as the complaint was brought to
14   your attention.
15      A.  Correct.
16      MR. GOLDRING:  That's all I have.
17      MR. COLVILLE:  Just a couple questions.
18
19              CROSS-EXAMINATION
20   BY MR. COLVILLE:
21
22      Q.  You talked a lot about Micore board, and Lokweld
23   was mentioned.  Did any inmate or staff member come to you
24   and tell you that they thought they were getting sick
25   because they were using or working around Lokweld?

Page 55

1      A.  No.
2      MR. COLVILLE:  That's all I have.
3      MR. LANZILLO:  Just a couple of follow-up.
4
5         REDIRECT EXAMINATION
6   BY MR. LANZILLO:
7
8      Q.  Regarding cleaning procedures, was there any
9   change in the procedures after the OSHA inspection?
10      A.  OSHA made some recommendations.  There was
11   approximately seven of them.  And with the recommendation,
12   that doesn't mean you have to do it or you have to take
13   corrective action that they recommend.  When they made the
14   recommendations, we -- we went ahead and we did what all
15   their recommendations were.  I have them here.  I can read
16   them to you, if you want me to.
17      Q.  Well, I just was wondering in terms of the
18   cleaning procedure.
19      A.  The cleanup?  They recommended that we only use
20   Shop-Vacs for cleaning up.  And they also recommended that
21   in order to make sure it was done properly, we don't do any
22   sweeping.
23      Q.  And was -- was that change made?
24      A.  Yes.  All the recommendations they recommended, we
25   did.

Page 56

1      Q.  In response to one of Mr. Goldring's questions,
2   you testified that if you had observed an inmate using a
3   pneumatic air pressure hose to blow dust off of clothing,
4   you would have prohibited that --
5      A.  Yes.
6      Q.  -- practice.
7      A.  Yes.
8      Q.  And why is that?
9      A.  I think it's dangerous.  You can blow something up
10   into your face, into your eye.  If something gets -- would
11   be caught in the end of it, it could possibly blow through
12   their clothes, puncture their skin, or injure them.
13      Q.  Were there any policies in place regarding that --
14   that type of action during your tenure as --
15      A.  No.
16      Q.  -- safety manager?
17      A.  No.
18      Q.  Between the date of the complaint, the first OSHA
19   complaint in 2001 and the OSHA inspection in April of 2003,
20   am I correct that you did not review the MSDS for Micore
21   board?
22      A.  Correct.
23      MR. LANZILLO:  That's all.
24
25         RECROSS-EXAMINATION

14 (Pages 53 to 56)

c1bae7f1-e706-477a-829c-fc72e57952e5

Page 57

1  BY MR. COLVILLE:

2

3      Q.  About the recommendations that you mentioned, were

4  these -- it was my understanding these recommendations were

5  separate and aside from the citations listed in the formal

6  report by OSHA.  Is that accurate?

7      A.  Right.  Correct.

8      Q.  Now, these recommendations, are you required to

9  implement them?

10     A.  No.  They are just a recommendation.

11     Q.  Why did you implement them, if they are not

12 required to be implemented?

13     A.  Well, number one, coming from OSHA, when they --

14 when they -- when they recommend something, it's wise to

15 take their advice and do what they do [sic].  You know,

16 they -- they are the -- they are the experts, and they know

17 what they are doing.

18     Q.  Okay.  Now, with regard to the citation itself,

19 all of the citations, after you received these citations,

20 did you or did the prison take corrective actions on all or

21 some of the cited areas?

22     A.  I -- I took corrective action.  I had to review

23 them.  I had to write a response to OSHA and send it in.  So

24 I had to make sure all the corrective action was taken.

25     Q.  Was there any citation that wasn't corrected --

Page 58

1      A.  No.

2      Q.  -- after the OSHA report?

3      A.  No.  They all were corrected.  There was a couple

4  of them that we -- that took a little time to get corrected.

5  But when I sent a letter to OSHA, I identified those ones.

6  And once we corrected them, we notified them that they had

7  been corrected.

8      Q.  Was there any area that OSHA may have cited and

9  you just disagreed with them; you said, you know what, they

10 are wrong, we're not going to do what they cited us for?

11     A.  No.  No.  Anything they recommended or cited us

12 for, we -- we took corrective action.

13     Q.  And how soon after are we talking?

14     A.  Some of them were corrected immediately, as I

15 said.  And others -- others, we had to do some -- for

16 instance, they recommended that on one of our -- our garbage

17 collectors, that we weld a top on it and hook the

18 dust-collecting system into that.  That -- that took a few

19 days to get done.  I can't remember what the other ones

20 were.

21         MR. COLVILLE:  That's all I have.  Thank you.

22         (Discussion held off the record.)

23         MR. COLVILLE:  Signature waived.

24

25         (Deposition concluded at 11:37 a.m.)

15 (Pages 57 to 58)

c1bae7f1-e706-477a-829c-fc72e57952e5

**A**

about 7:20 9:22,23
10:5 11:6 14:12,14
14:16 15:19,24 21:25
22:11,24 23:10 26:25
28:1,2,5,7,9,11 29:12
38:3,7 42:22 44:4,8
44:11,12,13 46:21
48:2,13 49:1,23 50:1
50:5 53:20,21 54:22
57:3
above 37:18
absolutely 36:20 41:2
45:17 46:3
accommodate 38:17
accurate 21:11 57:6
action 55:13 56:14
57:22,24 58:12
actions 3:10 57:20
actually 5:17 12:24
31:19 36:9 43:6
addition 4:6
administration 45:24
advice 57:15
advisory 32:1
affirmative 4:9
after 16:25 17:2 18:22
30:7 34:4 55:9 57:19
58:2,13
again 17:20
against 33:16 49:9
agents 44:2
ago 11:7
agreed 53:24
ahead 38:13 55:14
air 7:2,4 19:7 22:8 27:8
27:9,12 32:15,18
33:1,3,7,8,14,17,23
34:15,17,19,24 36:5
36:23 37:14,17 46:5
50:1,6,8,10,11,19
51:4,9 53:17 54:8
56:3
al 1:3,5
allowable 51:15
allowed 24:2 38:15
51:18
almost 41:25
along 27:22 29:25 48:9
already 35:17
always 12:14
ambiguity 4:7
Among 13:23 14:7
amount 18:6,25 37:16
amounts 14:22 28:17
annual 21:4
another 33:4,5 39:21
48:25
answer 11:23 28:7

answers 4:2
anybody 22:2
anyone 22:22 34:1
anything 7:3 23:8 38:2
41:15 44:11,12 45:15
48:9 51:19 53:13
58:11
anytime 15:16
anywhere 28:14
Appendix 32:2
apply 28:25
approach 39:11
approached 22:17,18
39:14 44:16
approved 23:14,16
26:3 46:19
approximately 7:20
12:16,21 39:4 55:11
April 14:12 15:24 20:2
28:10 36:19 43:6
56:19
area 18:24 28:15,20
29:12,16 30:11,23
31:11 38:8,14,16
45:14 51:13 58:8
areas 13:24 27:8 34:23
38:6 46:10 57:21
arm 40:23 41:3
around 8:24 9:8 18:23
19:16 23:3 26:7
37:14 42:2 54:25
arrive 20:22
asbestos-related 8:19
ascertain 30:18
aside 8:8 9:14,19 57:5
asked 40:5
asking 35:9
assist 6:7
assistant 11:19,22
associate 11:14 33:6
34:2
associated 15:20 16:3,4
20:18 21:13,18 22:12
31:8
assume 4:20 18:3 40:22
assure 33:8
attend 6:12 8:13,15,20
9:7 21:6
attended 5:24 6:16 8:9
8:17,22 9:6
attending 5:21
attention 54:14
Attorney 1:19
attributed 43:25 44:13
audience 49:10
AUSA 1:18
authored 35:21
autoimmune 16:15
automatic 43:2
automatically 43:3

available 20:8 24:16
25:3,4,5,15 26:16
average 47:23
avoid 25:22,23
aware 19:24 31:4,6,8
31:13,13
away 36:16
a.m 1:10 35:16,16
58:25

**B**

Bachelor 5:8,18
back 12:15 24:10,17,23
40:1,14 44:5 48:21
48:25 54:9
based 50:23 51:3
basic 32:1
basically 23:22
battle 33:9
beams 49:18
became 9:3
become 12:23 25:4
before 9:3 11:8,24
7:15 13:10 50:21
beginning 20:1 34:16
53:25 54:3
behavior 13:13,17
being 6:23 36:9,9,14
49:4
believe 36:17 38:22
51:22
best 33:13
bet 49:20
better 53:7
Between 56:18
Bevevino 22:16,17,18
22:21,23 23:10 42:16
44:1,2,14,16 48:14
Bevevino's 44:19
Billisits 34:3
blow 46:6 56:3,9,11
blowing 19:6
board 14:8,14 15:21
16:1,23 17:4,16,18
17:24 18:2,5,14,15
18:16 19:20 20:5,13
20:19 21:13,18 22:1
22:3,8,13,20,25
23:11,19 27:2 28:13
30:14 31:21 36:8
38:24 40:4,18 44:3
44:14,17 48:11 49:6
54:22 56:21
booth 28:12,21 29:8
BOP 36:13
both 4:1,20 10:15
box 40:11
boy 34:20
Bradford 5:2 6:11,12
7:25 8:2

branch 7:25
breaks 41:3
Brief 26:12
bring 50:5 54:5
broken 40:23
brooms 38:10,11
brought 54:13
brush 27:6 28:18,18
29:1,2 38:4,5
bulk 51:10
Bureau 8:12 9:2,14,16
45:19
business 5:5,9 6:6,8,9
45:18
Butte 5:7,15
buttoned 25:20
buy 37:15
B.S 5:5

**C**

C 1:18
cabinet 29:11,14
cabinets 31:7
cable 41:20
cables 41:20
call 12:25
called 13:3
came 22:7,14 23:1
27:16 28:2 33:1
41:23 42:4 43:1
45:21 49:25 50:3,4,7
50:9
campus 7:25 8:7
cancer-causing 44:2
cans 29:6
captive 49:10
carcinogen 16:8
care 18:9 39:1 44:4
cases 48:24
caught 25:23 40:25
56:11
cause 16:12,14,17
caused 17:18
cells 24:7,11
center 9:12,12
certain 39:13
CFR 30:21 32:2
chance 42:4
change 44:11 45:9 55:9
55:23
changed 12:9 44:9
changing 11:1
check 39:13 40:12,15
41:4 42:1,7 47:18
checked 22:9 40:4
chemicals 30:10,13,16
30:19
Cherry 11:11
choice 20:16 24:4
chronic 40:19

Cindy 34:2
circulating 36:12
citation 30:8,20 31:24
52:5 54:7 57:18,25
citations 30:7 31:23
32:10 57:5,19,19
cited 32:5 57:21 58:8
58:10,11
Clabaugh 50:2
claimed 48:21
clarification 43:9 45:4
47:1
class 8:12,15 9:1,5,6,7
9:9,10 20:22,23 47:4
classes 6:25 8:17,17,18
8:21 9:14
clause 53:5
clean 49:12,13
cleaned 27:3,17 38:4
cleanest 49:21,21
cleaning 49:14 55:8,18
55:20
cleanseliness 49:9
cleanup 26:25 36:15
38:3 55:19
clear 4:4 22:3 47:5
54:11
clearly 4:17
clothes 23:22 24:8,12
24:21 26:17,22 56:12
clothing 19:1 23:18
26:14,23 56:3
CNC 27:15 34:22
CNN 34:22
collect 18:10 37:19
collected 37:7
collecting 37:3 39:19
collection 19:21 20:7
33:24 36:12 37:20
38:5
collectors 58:17
collects 18:10
college 5:6,15,25 6:1,16
7:18,24 8:9
Colville 1:18 2:6,8
42:17 54:17,20 55:2
57:1 58:21,23
come 6:6,6 22:9 24:6
32:17 40:8 46:23
52:17 53:21,23,24
54:13,23
Comfort 32:5
coming 57:13
command 8:18
commenced 14:12
commencement 15:23
commencing 1:10
comment 50:15
comments 46:4 50:1,5
Commonwealth 1:10

| | | | | |
|---|---|---|---|---|
| communication 30:12 30:15 | 45:4 54:17 55:3 58:3 | 21:5 34:20,23 52:16 | education 5:4 7:14 8:10 | express 22:22 |
| commuting 7:24 | course 14:1 | dinner 39:16 | effective 30:18 | extent 5:4 27:1 |
| Comp 49:4 | courses 6:22 | dip 29:4,5 | effects 15:25 | extremely 49:12 |
| compare 49:14,17 | court 1:1 4:3 | direct 2:4 3:4 14:11 | eliminating 42:3 | eye 38:19,22 41:15,25 |
| compensation 8:18 | coveralls 24:15 25:2,3 | disagree 36:21 37:25 | Employee 30:9 | 41:25 42:4 56:10 |
| 10:14 22:20 39:22 | 25:4,7,9,14 | disagreed 58:9 | Employees 31:24 52:13 | eyes 36:14 38:20 |
| 48:17,20,23 | covered 6:19,25 | discretion 13:5 | employment 9:24 13:2 | e-mail 34:5,9 47:17 |
| complain 21:25 | create 14:15,21,22 | discussed 6:25 | encouraged 25:9 | |
| complained 27:25 | created 15:20,25 22:24 | Discussion 26:10 35:1 | end 27:3 42:1 56:11 | **F** |
| complaining 36:14 | crescent 37:21 | 35:15 42:10 58:22 | engineering 5:23 | face 56:10 |
| complaint 22:2 33:4,5 | Cross-examination 2:5 | diseases 16:15 | English 42:16 44:18 | facilities 13:9 |
| 41:16,17 42:7 54:4,5 | 2:6 45:1 54:19 | distance 45:10 | enough 4:21,22 50:12 | facility 3:14 10:19,21 |
| 54:7,13 56:18,19 | CRR 1:24 | DISTRICT 1:1,1 | ensure 4:4,7 | 10:23 11:4 12:17,24 |
| complaints 17:2 48:7 | cubic 37:8,11,14,17 | document 35:2,8,18,22 | enter 52:1 | 13:24 19:12 20:2 |
| complete 6:2 40:14 | cups 11:3 | 43:13,16,21 50:17,18 | environment 10:19 | 21:3,16 23:18 26:14 |
| compliance 30:24 36:5 | current 9:24 | 50:21,23 51:3 | 23:6 | 26:22 32:16 39:7 |
| compliant 34:12 | currently 11:11,19 | documentation 23:1,7 | EPA 10:11 | fact 18:22 52:21 |
| complies 43:22 | 48:16,20 | 43:23 | equipment 11:8,9 14:1 | factories 49:22 |
| composition 14:23 | cut 19:19 | doing 33:25 37:8,24 | 14:2,3 25:22,23 | factors 13:13 |
| concern 44:17,17 46:23 | cutting 15:13,17,20 | 41:17 46:16 49:13 | 34:21 37:5,5,15,18 | factory 10:25 11:1 14:4 |
| 46:24 | 16:1 17:23,24 18:1 | 50:8,10,11 57:17 | 37:19 38:6 46:7,10 | 17:11 19:13 20:6 |
| concerning 22:3 43:21 | 20:4,18 22:24 23:10 | done 3:22 26:20 29:13 | Erie 1:3,3,4,4,5,11,17 | 23:2 29:25 30:2 33:6 |
| concerns 21:25 22:12 | C.A 1:3,3,4,4,5 | 33:7,9,12 34:16 | Esquire 1:15,18,21 | 33:15 34:24 36:8,13 |
| 22:24 23:10 45:16,17 | | 46:15 53:25 54:2 | et 1:3,5 | 38:15,16 45:5,16,22 |
| 48:8 49:5,5 | **D** | 55:21 58:19 | Eugene 4:25 | 45:24,25 47:21 48:1 |
| concluded 58:25 | D 2:1 32:2 | door 41:18 | evaluation 40:9 | 48:6,10 49:8,8,10,11 |
| conditions 3:13 | dangerous 56:9 | Douglas 1:21 | even 23:9 | 49:15,15,15,17,19,19 |
| conduct 10:11 | Data 14:17 51:20 | down 3:11,4 19:13,14 | eventually 53:23 | 49:25 50:1 51:16 |
| conducted 34:18 45:19 | date 32:20 42:18,20 | 19:15 23:2,5,5 25:5 | ever 19:6,9,17 21:24 | 53:18 |
| congested 36:14 | 43:1,2,4,5 56:18 | 26:1 27:16,22 31:3 | 22:7,11,14,15,22 | Factory/Respirator |
| connected 27:17 | dated 42:14 | 38:21 39:2,8,11,13 | 23:9 28:2 29:19 35:9 | 32:3 |
| consideration 13:18 | Dave 42:16 | 40:3,4 41:4,11 42:1 | 38:24 40:17 41:7,13 | fair 4:21,22 10:17 |
| considerations 13:12 | day 39:9 50:9 | 49:14 | 43:9 47:20,21 48:22 | 31:15 32:11 |
| considered 13:9 23:15 | days 54:6 58:19 | draw 37:17 | every 8:14 21:4 37:5 | fall 53:4,9 |
| constituent 14:21 | DC 1:22 | drawing 37:11 | 39:9 | fallen 32:12 |
| construction 41:18 | dealings 22:18 | drum 29:16 | everybody 9:5 | familiar 3:19 7:6 51:15 |
| contact 22:5 34:12 | dealt 22:21 | drums 29:10 | everything 11:8 | far 6:23 11:7 21:8 |
| contained 32:1 | Debbie 44:9,12 | dryers 26:16 | evidence 52:1 | 22:19 26:21 38:19 |
| container 29:18 | debris 36:16 | duly 3:2 | exact 8:25 32:20 45:22 | 44:16 45:17 46:11 |
| containers 29:6 | December 1:10 | during 48:9 56:14 | exactly 54:2 | 49:8 |
| convenience 14:10 | decision 25:10,12 | dust 6:18 7:3,6 14:16 | examination 2:4,7 3:4 | father 6:5 |
| convinced 33:16 | 45:15,20,23 | 14:21,22,24 15:1,7,8 | 55:5 | fault 4:15 |
| copy 50:22 | Defendants 1:6,18 | 15:10,14,16,20,25 | Examining 35:17 | FCI 3:15 7:5,8 10:2,8 |
| cop-out 12:25 | degree 5:9,18,22,23 | 16:7,12,14,17 18:6,7 | example 14:20 22:16 | 10:23 11:4,16 12:20 |
| correct 5:20 10:20,22 | Denver 9:10,11 | 18:9,10,16,18,23 | executive 11:19,22 | 30:11,23 |
| 14:8 21:10,14,19,23 | department 9:4 11:25 | 19:1,6,9,19,21 20:7,8 | Exhibit 2:11,12,13,14 | feasible 45:11,13 |
| 22:7 24:9 42:8 45:8 | 34:13 | 20:10 23:13,15 27:1 | 35:3,6,9,13,17 36:18 | Federal 1:21 30:21 |
| 46:8 47:10 54:15 | departments 28:17 | 27:3,5,6,18 33:24 | 42:11,14 43:9 44:1 | feed 39:9,16 |
| 56:20,22 57:7 | depo 3:21 | 36:12,12 37:4,19,20 | 44:20 50:25 51:1,21 | feeder 51:8 |
| corrected 19:23 47:11 | deposition 1:9 2:11,12 | 38:5 39:18 46:6,10 | 52:2,7,9 | feet 37:8,11,14,17 |
| 57:25 58:3,4,6,7,14 | 2:13,14 3:12,18,25 | 49:18 56:3 | **EXHIBITS** 2:10 | felt 33:24,24 34:7,9 |
| correction 43:8 | 35:3,6 42:11,14 51:1 | dust-collecting 18:18 | existed 3:14 | fence 41:19,19 |
| correctional 7:13 | 52:9 58:25 | 19:24 27:14 37:3,6,6 | experience 13:8,11 | Ferguson 1:9,24,25 |
| corrections 7:15 | described 19:18 | 58:18 | 14:4 | few 58:18 |
| corrective 55:13 57:20 | description/location | duty 53:5 | experts 57:16 | fiber 15:1 51:10 |
| 57:22,24 58:12 | 36:7 | dysfunction 16:20 | explanation 25:13 | fibers 51:14 |
| counsel 35:5 43:8 | detail 26:20 | | expose 23:4 | file 43:18,18 49:1 |
| County 7:16,19 | details 14:2 26:24 | **E** | exposed 6:23,24 30:12 | fills 40:1 |
| couple 3:16 17:2 41:11 | detected 51:8,9,12,14 | E 2:1 3:1,1,1,1 | exposure 6:18,20 51:19 | filtered 27:23 |
| | different 12:8 20:24 | each 32:11 | | final 11:7 |

finally 33:15 34:15
fine 33:23
finger 40:24
finish 50:13
fire-related 8:16
firm 33:11,13,13
first 1:22 3:1,21 20:22
    29:21,23 35:12 43:12
    43:15 47:4 54:4
    56:18
five 8:13 37:9,10
five-week 8:12 9:1,5
flammable 29:11,14
    31:5,7
flip 52:4
floor 19:12 27:7 38:10
    49:19
Florida 45:12,14
follows 3:2
follow-up 43:24,25
    55:3
foolish 34:14
force 25:11
foreman 30:25 31:1,2,4
    42:15
foremens 20:20
form 53:1
formal 57:5
Forsyth 33:20
Forsyth's 34:4
forth 11:9
four 23:2
fracture 14:20
frame 12:15
from 5:11,16,18 6:10
    6:14 8:8 9:2,14,19,19
    13:8 17:3 19:19 22:2
    22:15 23:8 24:7
    26:23 28:8,9 30:19
    33:4,5 34:16 35:16
    36:5 39:12 40:2,3,8
    40:17 41:9,17,23
    42:4 45:21 47:25
    48:6 50:18 52:3,4
    53:25 54:3 57:5,13
full 4:23
functioned 19:21,25
functioning 19:17
furnish 36:10
furnished 36:9,10
furniture 10:24,25
    11:5 45:6
further 8:10 30:11

───────── G ─────────
gallon 29:18
garbage 58:16
general 26:23 53:5
generally 47:21
generated 16:1 18:5

27:1 51:23
gets 56:10
getting 25:23 39:12
    42:3,4 54:24
give 45:22 47:1,3
given 20:10
glasses 26:1,2,6
glue 28:12,25 31:8
gluing 28:13,19
go 8:5 18:16 19:13
    24:10,23 32:10 38:13
    38:16 39:13,23 41:4
    42:1 47:11
goes 9:5 19:15 32:2
    44:6
goggles 25:25 26:4,5
going 4:8,10 7:17 23:4
    23:6 41:4,5 42:7,8
    44:3,5,10,12 50:16
    52:4 58:10
Goldring 1:21 2:5
    42:24 43:2,6 45:2
    50:20,24 52:1,7
    54:16
Goldring's 56:1
good 3:7,8 4:23 13:17
    39:8
Gornall 1:11,16
graduate 5:11 6:14
Grant 1:19
ground 3:17
guess 50:24 52:7
guys 38:23 50:20

───────── H ─────────
H 3:1,1
hair 19:9
handed 42:13
handle 31:6 37:19
handled 14:7,19 26:15
handwriting 35:19
handwritten 35:12
happened 42:24
hard-to-reach 38:6
    46:10
having 3:1 53:20
hazard 30:11,14 36:7
    47:15
hazardous 8:17,20
    22:24 23:5
hazards 15:19,25 16:2
    16:4 17:17 20:18
    21:13,17 25:22 30:10
    30:16,20 31:8,14
    47:16
head 4:6 24:24 26:8
    46:25 54:1
health 6:5 15:19,25
    16:2,4 17:17 21:13
    21:17,25,25 22:11,12

30:10,16,20 39:23
    40:2,8,9,17,23 44:4
    45:16,18 46:22 47:15
    47:16
healthful 10:18
hear 4:17 22:11 28:4,7
    28:9
heard 4:20
held 9:10,13 10:3 11:15
    26:10 35:1,15,16
    42:10 58:22
her 11:20 34:5,8,9,9
hey 39:11 41:24
high 6:12,14
higher 13:24,25
higher-ups 45:21
highly 13:25 49:20
Hill 1:3 3:10,11
him 6:7 49:3
hired 9:4 13:10 21:1
    47:4
Hold 38:9
holding 26:2
Holdnack 1:25
home 6:6,6
hook 41:20 58:17
hooked 37:5,9,10
hose 27:8 56:3
hoses 27:9,16 36:16
    38:5
hotter 24:3
hour 39:8,10
housing 26:16
Housler 1:9 2:3,11,12
    2:13,14 3:7 4:25 5:1
    24:5 26:13 35:2,6,17
    42:11,13 43:10 44:24
    45:5 51:1 52:9
huh-uh 4:11
Hum-um 15:2 16:9
hygienist 6:22 50:6,7
    50:12

───────── I ─────────
identification 35:7
    42:12 51:2 52:10
identified 58:5
identify 50:17
immediate 11:10,11
immediately 19:23
    46:23 47:7,8 54:5,8
    58:14
impacts 15:19
implement 57:9,11
implemented 57:12
imply 52:22
important 4:5
importantly 4:13
inaccurate 36:18,19,20
Inc 1:25

inches 49:2
Incident 8:18
include 10:21 17:13
    30:9,15
included 15:1,8,10
    30:13
indicate 23:9
indicated 5:13 9:2
    35:18
indicating 40:18 50:22
indirectly 22:11
individuals 12:13
    21:17
industrial 6:22 50:6,7
    50:11
industries 1:21 33:18
influence 13:14
information 30:18 32:1
    32:4 34:10,11
initial 7:12 20:21 21:1
    39:24 40:8 50:2 54:4
initially 8:12
injure 48:4 56:12
injured 40:25
injuries 22:20 41:11,14
    47:24 48:7 49:1,2,3
injury 39:21,22,24 40:8
    40:10 41:8 47:5,6,13
    47:22 48:21,25,25
inmate 12:19,23 13:14
    18:11 19:2 21:24
    25:14 26:20 39:10,13
    40:2,9,19 41:17,23
    42:3 54:23 56:2
inmates 3:14 10:16,19
    12:16 14:7 19:6,11
    20:8,12,17,22,24
    21:12 22:4 23:5,22
    24:2,5,15 25:6 26:17
    26:19,23 27:25 28:2
    30:4 31:9,10,15
    36:11,13,14 38:15
    39:9,21 46:5,22 47:7
    49:13
inmate's 13:13
inspection 14:11,13
    15:18,24 17:7,20
    18:2 20:1 21:22
    28:10 30:8 32:15
    36:6 49:23 55:9
    56:19
inspections 10:12
inspectors 49:24
instance 58:16
institution 5:24 12:22
    26:18 28:16 38:18
    43:15 47:21
institutions 12:22
instruct 46:22
instructed 20:12

instruction 47:2
intended 6:17
interruption 26:12
investigate 22:6 47:9
investigated 41:12,13
investigation 41:3,6
involved 7:3
involving 17:23 27:2
in-house 9:20 21:8
irritated 38:20
irritation 16:18 28:1
    36:13 38:19,20,22,23
    39:12 40:3,19 41:14
    41:14,15 48:9
irritations 28:3
issue 22:7,19 36:24
    39:1 40:6,15 47:7
issued 30:7
issues 6:5 14:18 19:23
    20:24 21:5 32:12
    47:16
item 30:8 31:24 32:6
items 11:3 52:5 53:10

───────── J ─────────
J 1:5
Jail 7:16,19
Janis 1:9,24 4:2
job 33:25 37:24 44:9
    44:11
jobs 13:23
JOHN 1:5
July 7:11 33:1
June 50:8
just 3:16 7:4 9:23 10:14
    13:3,6 14:10 24:17
    24:18 27:24 32:4
    33:11 37:2 42:5,17
    42:19 43:19,20,24
    44:4 45:4 47:1,20
    49:7 51:24 52:4 53:5
    53:21 54:11,17 55:3
    55:17 57:10 58:9

───────── K ─────────
Kelly 3:11
Kenny 3:11
kept 43:17
Kevin 3:11
khaki 23:22,23
kind 46:5 47:13
kinds 52:16
knee 48:5
knew 14:15,19 18:5,20
    31:6
know 4:10,17 14:13,16
    14:23 15:1,7,10,13
    15:19,24 16:2,3,4,7
    16:12,14,17 22:5
    23:13 27:23 28:11

36:2 39:1,18,19
40:23 42:22 43:5
44:11 45:9,15,20,22
57:15,16 58:9
**knowledge** 27:25 31:18
35:21 43:21,23 44:15
**known** 14:8
**Knox** 1:11,16

### L

**L** 1:9,24 3:1
**labor** 49:11
**Laboratories** 32:17
**Labs** 53:21
**LAMANNA** 1:5
**laminate** 28:13
**Lane** 5:2
**Lanzillo** 1:15 2:4,7 3:5
3:9 35:4 42:22,25
43:5,7 44:24 52:3
53:1 55:3,6 56:23
**large** 29:6 34:21
**last** 53:1
**launder** 26:17,22
**laundry** 26:11,15,18,18
26:18,19
**lead** 8:19
**learn** 22:15
**learning** 14:1
**least** 19:13 21:21,22
23:2 39:5 40:25
**leave** 6:4 24:10,20
38:15 50:13
**lecture** 20:23
**left** 37:12,13
**Leslie** 3:10
**lessons** 22:4
**let** 4:17 8:18 14:10,12
22:5 24:17 26:25
37:2 38:9 39:17
42:17 43:24 50:7
**letter** 58:5
**let's** 12:4 18:11 49:23
**level** 41:25
**levels** 51:3,16
**life** 49:20
**like** 7:3,3 10:10 27:19
29:18 34:14 41:14
**limit** 51:19
**limited** 30:14
**lines** 27:9 48:9
**list** 13:2,2,7
**listed** 57:5
**little** 27:6 34:3 37:13
58:4
**live** 5:1,2
**lived** 8:4
**log** 47:15,15,19
**Lokweld** 28:11,11,12
28:25 29:7,19,22

30:5,14 31:5,8,21
54:22,25
**long** 7:19 10:3 11:15
13:2 39:6
**longer** 10:24,25 45:6
**long-sleeved** 23:23
25:17
**look** 32:22 34:14 49:25
50:4 51:6,20 52:6
53:12
**loose** 25:21
**lost** 37:21
**lot** 14:16 43:23 49:2
54:22
**lower** 34:13
**lunch** 39:16

### M

**machine** 40:24 41:4
**machinery** 27:15 34:21
**machines** 19:19 20:21
27:5,7,15 37:9
**made** 45:20,24 46:5
53:22 55:10,13,23
**main** 8:7 12:21 41:18
**mainline** 39:9,15,16
**maintain** 17:11
**maintained** 17:9,10
31:7
**maintenance** 19:22
**Majority** 18:18
**make** 10:10 19:15 22:3
24:18 31:13 34:13
35:4 47:4 49:25 50:4
53:6,7 54:11 55:21
57:24
**making** 10:24 11:5
**man** 19:22
**management** 5:5,9
**manager** 10:2,8 17:12
33:6 46:19 56:16
**mandatory** 26:1 39:10
**mangled** 40:24
**manufacturer** 37:16
**manufacturing** 11:2
**many** 12:16 16:2 54:6
**mark** 35:3 50:24
**marked** 35:7 42:12,13
51:2,21 52:10
**Marty** 42:15
**mask** 20:11,12,15
23:13,15 32:5
**masks** 20:4,8
**material** 8:17,20 14:17
14:19,21 51:20
**materials** 14:7,8 16:7
21:8
**matter** 6:24 13:6
**may** 9:16 12:9 53:4,5,6
58:8

**maybe** 38:24
**McKean** 3:15 7:5,8
10:2,8,24 11:4,16
12:20 30:11,23 45:5
46:1
**McLaughlin** 1:11,16
**mean** 6:24 7:1 39:1
40:22 41:3 49:10
52:24 53:3,4 54:2
55:12
**meant** 36:10 54:12
**measures** 30:19 37:22
**meet** 34:7
**member** 13:1 21:24
39:3 48:4 54:23
**members** 11:24 23:9
47:25
**memo** 42:14
**memorandum** 42:18,20
47:18
**memory** 9:19
**mentioned** 22:14 23:7
23:13 24:5 38:3
54:23 57:3
**Michael** 1:3,18 3:10
**Micore** 14:8,14 15:21
16:1,22 17:4,16,18
17:24 18:2,5,14,15
18:15 19:20 20:5,13
20:19 21:13,18 22:1
22:3,8,12,19,25
23:10,19 27:2 30:14
31:21 36:8 38:23
40:4,18 44:3,14,17
48:10 49:5 54:22
56:20
**Microbac** 32:17 34:17
53:20,24 54:13
**might** 8:24 13:13 32:24
33:9
**Mike** 43:14
**mineral** 5:6 15:1
**minimal** 37:16
**minor** 42:5
**minute** 37:8,11 38:22
43:19 49:24
**Miss** 34:4
**money** 33:23
**Monica** 11:18
**monitored** 19:22
**monitoring** 7:2,4 10:9
10:14 22:9 32:18
33:1,7 34:15,17 50:6
50:8,10,11,19 54:8
**monitors** 19:16
**Montana** 5:6,7,16,17
5:21,25 6:1,16 8:9
**monthlies** 10:13
**months** 11:7
**more** 18:14 24:3 39:8

45:11,13
**morning** 3:7,8
**most** 4:13 13:22
**move** 45:12,13,18
**moved** 45:12
**moving** 11:8
**MSDS** 16:22,25 17:4,9
17:13,15 21:21 29:19
29:21 51:5 56:20
**much** 24:3 29:25 45:13
**Myron** 3:11
**myself** 23:4 30:25
34:14 40:25

### N

**N** 2:1 3:1
**name** 3:9 4:23 5:24
45:22
**named** 9:17
**narrative** 35:12 36:1
36:18
**nature** 6:8 41:15
**necessarily** 21:20
**need** 3:17 22:5 37:17
46:16 47:6,8 50:13
**needed** 28:17 30:19
33:15 34:7
**negative** 4:10
**never** 3:22,24 6:7 19:24
22:2,17,18 35:11
38:20 39:20 41:16
44:16 51:24
**new** 8:14,22 43:1
**nine** 11:7
**NIOSH** 23:14,16
**nobody** 22:14 38:24
**nodding** 4:6
**nods** 24:24 46:25 54:1
**none** 26:24 27:25 48:12
48:12 49:7 51:8,9,12
51:14
**nonserious** 52:22,24
**nonsmoking** 38:18
**nontraumatic** 41:13
**nonwork** 40:12
**nonwork-related** 40:10
**Nookside** 5:2
**Nope** 44:23 46:13
**Notary** 1:9
**noted** 32:4,9 53:10
**notes** 32:22,24
**nothing** 44:5 49:17
**notified** 58:6
**nuisance** 20:8,10 23:15
**number** 32:9 36:22
37:1,25 38:3 57:13
**numerous** 8:16 47:23
48:24
**NW** 1:22
**nylon** 41:20

### O

**O** 3:1 20:22 22:4
**Oakland** 8:6
**objection** 42:17 53:1
**observe** 18:22 19:4,5
**observed** 17:23 18:1
56:2
**obviously** 14:21
**occur** 32:19
**occurred** 45:9
**occurring** 46:8,14
**occurs** 36:15
**off** 19:6 26:10 27:6,13
27:18 35:1,15 42:10
46:6,6,12 48:18 51:5
51:20 56:3 58:22
**office** 1:19 17:10 46:23
47:16,19 54:9
**officer** 7:13 9:3 34:12
36:5
**offices** 1:11
**often** 19:11
**Oh** 3:21 29:17 34:20
52:1
**oil** 6:9
**okay** 3:21,23 6:21 8:1,3
18:20 24:20 38:2
42:1 43:12 46:12,18
48:6,22 50:16 51:5
53:8,10,15,20 54:11
57:18
**once** 47:9 58:6
**one** 3:22 4:8,14 12:2,8
13:24 18:14 19:15
20:9,10 22:7 26:22
32:11 33:5 34:6
36:11,22 37:1,9,10
37:11,13 38:1,22
39:2,13 40:12 41:17
43:24 48:4 49:21,21
51:25 56:1 57:13
58:16
**ones** 10:12 29:8 41:14
58:5,19
**only** 48:22 54:6 55:19
**onto** 28:13
**open** 29:16 30:2
**opened** 29:25
**operate** 14:1 51:7
**operating** 14:2,3
**operation** 18:23,24
45:13
**operations** 11:14 17:23
17:24 18:2 27:2 33:7
37:4
**operator** 15:15 51:8,12
**oppose** 34:1
**opposed** 4:6 17:17
33:17 34:3,5

opposition 33:12
option 25:2
order 13:6 55:21
original 43:5
originally 6:10
OSHA 10:10 14:11,13
  15:18,23 17:3,20
  18:2 20:1 21:22
  28:10 30:7 31:23
  32:10,15 33:4,5 34:6
  34:11,12 35:9 36:5
  49:23,24 50:18 51:18
  51:23 52:3,5,17 53:5
  53:10 54:6,9 55:9,10
  56:18,19 57:6,13,23
  58:2,5,8
OSHA's 17:7
other 8:14,16 9:21,21
  12:3 13:8,9,13 14:1
  19:19 22:17 23:4,4
  24:6,7 25:14 27:2
  28:5,8,9 32:21 37:10
  37:13 52:15,15,21
  53:3,4,4,9,13,13
  58:19
others 58:15,15
out 5:15 7:13 11:8,8,9
  20:8 22:10 38:16
  40:1,4,16 41:4,18,24
  41:24 42:2,8 43:1
  47:18 50:13
outside 28:21
over 7:16 11:1 36:12
  37:13
overall 10:15 12:19
  34:24
own 26:17,19

_____ P _____

P 3:1
PA 1:17,20
page 2:11,12,13,14
  35:13 52:4
paint 29:2
pants 23:23
paperwork 40:13
paragraph 44:1
part 12:23 30:7 31:23
  52:3
particle 28:13
particular 5:22
particulate 51:6,8,13
particulates 51:16
parts 14:24 24:7 36:21
part-time 7:17,21,22
pay 13:21
PC 1:16
Pennsylvania 1:1,10,11
  5:2 6:11
people 45:21

per 37:8,11,17
percent 51:11,11
performed 32:16 34:17
period 14:11 48:2,3,9
periodically 27:3
Perlite 6:18 15:10
permissible 51:19
person 10:17 19:2
personal 31:18
Personally 14:14,15
personnel 12:9 30:12
  30:17 32:3,5
photocopies 35:4
physical 30:10,16,20
pictures 41:5
piece 18:14 25:23
  27:15 28:18 37:5,15
  37:17 38:6
pieces 18:15 34:21 37:4
  37:19
piled 49:18
piles 38:12
pipes 49:18
Pitt 5:11
Pittsburgh 1:20 5:10
  5:19 8:2,6
Pitt-Bradford 8:1
place 20:3,3 23:17
  26:13 47:12,13 56:13
placed 13:1
Plaintiff 1:3
Plaintiffs 1:15 3:10,14
plastic 11:2,2
plastics 11:1 45:7
Plus 39:8
pneumatic 19:7 46:5
  56:3
point 37:4
pointing 42:3
points 45:4
poked 41:25 42:4
policies 20:3 26:25
  56:13
policy 10:10,11,11
  23:17 27:9 33:8
population 12:19
position 7:12 9:25 10:3
  11:13,15,20 12:2,3
  13:6,14,21
positions 12:1 13:20
Possible 19:3
possibly 56:11
post 41:21
potential 15:19,25 16:8
  20:18 21:12,17 22:12
potentially 30:12
pounds 27:10,11
power 36:8
practice 46:18 56:6
predates 5:18

prepared 42:21
present 19:11
pressure 19:7 56:3
presume 3:17
pretty 13:2 29:25
previous 48:25
previously 46:7
primarily 3:13
principal 21:7
principally 10:18
printed 43:3
prints 43:4
prior 7:17 11:17,18
  13:8,10 14:4,11,13
  15:18,23 17:5,20
  18:2 20:1 21:22
  28:10 32:15 33:2
  35:9,18 43:9
priority 13:9
prison 1:21 9:20 13:23
  24:7 57:20
Prisons 8:12 9:2,14,16
  45:19
private 49:16,17
proactive 42:6
probably 3:18 11:6
  12:18 36:5 47:23
problem 22:4,6,7,8
  39:10,11 40:20 47:5
  47:8,10
problems 19:17,24
  21:25 22:12,16 28:1
  28:3 50:12,14
procedure 4:1 23:17
  55:18
procedures 20:3 21:8
  26:11,13 27:1 55:8,9
proceedings 26:12
process 3:19 11:1
  47:12
processing 36:8
produced 35:8
produces 45:6,6
product 30:5
products 45:6
program 6:2,4 8:11
  10:14 12:24 30:12,15
  32:3 39:22 42:7
  47:12
programs 9:15 10:10
prohibited 56:4
project 39:13
projects 28:15,16,20
  29:12,15
promise 44:9
prompted 33:3
proper 23:18
properly 19:25 31:7
  55:21
protect 30:19

protection 53:7
prove 33:14 34:7
provide 21:12,16 30:4
  31:15,17,19
provided 20:17 25:13
  25:25 30:18 31:25
  36:18
providing 10:18
PSI 27:10
Public 1:9
pull 26:7
pun 6:17
puncture 56:12
purposes 26:15
push 18:15 36:16 38:11
put 41:19 42:17 49:8
P-E-R-L-I-T-E 15:11
P.C 1:11

_____ Q _____

quality 32:15 33:8,14
  33:23 34:8,25 36:23
  50:1 53:17
question 4:15,18,19
  30:22 36:17 43:24
  48:13 53:2
questions 3:13 4:2,9,14
  43:25 44:25 54:17
  56:1
quick 48:13
quicker 13:17
quickly 13:14
quit 38:18 46:16
quite 4:1 32:9
quote 30:9,11 31:24

_____ R _____

R 3:1
raised 22:23 23:10
ran 12:18
Rather 32:10
rating 37:7
read 16:22 29:19,21
  39:17 51:5 52:3,11
  55:15
reading 34:24 52:4
real 33:11
really 4:1 7:2 8:24
  14:18 16:2 17:17,18
  31:2,3 33:22 43:22
reason 17:15 36:17
  45:9 48:19,22 49:12
recall 7:1 8:25 43:17
  44:21 49:1 53:19
receive 5:8 32:3 41:17
received 8:8 9:1,15,20
  9:21 22:2 31:10
  40:17 41:7 54:4
  57:19
receiving 36:13

Recess 35:16
recognize 35:19
recommend 55:13
  57:14
recommendation 53:6
  53:6 54:5 55:11
  57:10
recommendations
  55:10,14,15,24 57:3
  57:4,8
recommended 33:5
  54:7 55:19,20,24
  58:11,16
record 4:12,24 26:10
  35:1,15 42:10,18
  51:24 58:22
recounted 44:19
Recross-examination
  2:8 56:25
Rectenwald 11:19
Redirect 2:7 55:5
reference 14:10 52:17
referenced 30:9
referred 41:1 52:5
refused 34:13
regard 42:18 57:18
regarding 3:13 13:13
  20:3,18 21:12,17,25
  22:16 23:8,18 25:13
  26:14 30:5 31:19
  44:14 55:8 56:13
regular 7:4 10:11 26:5
  27:24
regulation 8:15 30:21
  32:4
regulations 51:18
regulators 27:9
relate 44:18 48:8 49:4
  53:17
related 3:10 22:4 40:18
relating 49:5
relative 21:2,15
release 15:14
released 15:15
remember 44:22 53:12
  53:18 58:19
remove 24:2
removing 19:18
repeat 4:17 15:22
rephrase 4:16
reply 42:16
report 24:8 32:10 34:6
  34:14 38:25 39:24
  40:2,9,17,25 46:24
  47:6,8,13 51:22 52:3
  57:6 58:2
reported 1:24 23:25
  24:21 38:24 47:22
  48:7
reporter 4:3

reporting 1:25 24:6
reports 39:25 40:7 41:7
represent 3:9
reprinted 43:1
request 13:1 20:10
required 10:13 14:4
 20:15,20 21:5 23:24
 23,24 24:15 25:6,8
 25:17,19 26:22,24
 31:12,13 36:22 37:18
 41:5 57:8,12
requirements 13:12
requires 27:10
residence 24:8,11,23
respect 21:21
Respirable 51:7
respirator 23:16
respirators 20:4,6
 31:25 36:9,22
respiratory 16:20 28:1
 28:2 40:20 41:14
 48:8 49:5
respond 4:8,10,19 54:6
response 54:10 56:1
 57:23
responses 4:5
responsibilities 10:7
 17:12 32:13
responsibility 20:25
 21:2 32:7
responsible 10:9,13,15
 10:18 30:22
restricts 27:10
result 30:17
resulted 49:3
results 50:18 54:9
returned 6:7
review 3:17 14:17
 16:25 17:13,14,15,18
 30:15 40:15 43:19
 47:19 56:20 57:22
reviewed 16:24 17:2,4
 17:21 21:22
reviewing 16:25
Rich 3:9
Richard 1:15
right 5:15 8:4,5 9:18
 10:6 12:7 15:7,18
 18:4,8,13 21:20,24
 24:23 27:13 30:3
 34:16 41:25 42:2
 43:2 46:2 50:20,22
 57:7
Robare 11:12,14,17
Robare's 11:13
Robin 22:16,17,18,21
 22:23 23:8,9 42:15
Rochester 8:22
room 20:9
rotate 31:3

Router 51:11,12
routers 34:22
RPR 1:24
rules 3:17
run 20:21
running 27:14

——— S ———
S 3:1,1
safe 10:18 45:23
safety 5:6,13,17,23
 6:19 8:10,11,15,16
 9:3,4,21 10:2,7,10,11
 10:15 12:2,3 14:17
 17:12 20:23,24 21:5
 22:5 23:23 26:1,2,6
 30:23 32:12 42:6
 45:16,18 46:19,23,23
 51:20 56:16
safety-related 8:13
same 12:6 21:15 24:11
 24:21 39:22 47:7
sample 51:9,13
samples 7:2 51:10
sampling 34:18,19
sanitation 10:11 49:9
sanitized 49:20
Sapko 42:15 44:18
saw 14:17 18:12,16,23
 18:24 36:8 39:18,20
 43:12,14,15 46:9
 50:14 51:7,24
sawdust 27:10
sawed 14:20
sawing 15:13 17:24
 18:1 20:19 22:19
 27:1
saws 19:19 20:4 27:15
 34:22 36:11
says 36:9 51:7 52:11,12
 52:14,21
scheduled 3:12
school 5:21 6:12,14
Science 5:7,8,18
scope 32:6,12
screwdrivers 37:22
second 24:17 38:9,10
section 51:22
sector 49:16,18
see 8:18 17:17 19:6,9
 35:12 43:16 46:8
 49:19 50:7,12
seen 35:9,11,18 43:9
 46:14 50:21
send 12:25 34:6,10,11
 34:12 39:24,25 40:11
 40:13,13,14 47:17,17
 57:23
sending 34:14
sends 37:16 40:1

seniority 13:6
Sennett 1:11,16
sent 34:5,8 58:5
separate 57:5
separately 26:23
September 42:15
serious 52:20 53:11
service 40:2
services 39:24 40:8,9
 40:18,23
set 34:18,20,22,23
seven 55:11
shaking 4:6
shaper 51:11,12
sheet 14:17 16:22 17:1
 17:4,16 21:21 29:22
 51:20
sheets 17:9,13
shift 27:3,4
shifts 12:18
shipments 11:7
shirts 23:23 25:17
shoes 23:23
Shop-Vac 27:19 36:11
 39:19
Shop-Vacs 27:7,20,21
 27:23,24 55:20
shoulder 48:25
show 50:16
showed 40:22
showing 35:2
sic 29:11 46:10 49:9
 51:7,9,13 57:15
sick 54:24
side 34:4
Siggers 3:11
Signature 58:23
silica 6:18 7:3,6 15:8
 51:4,4,7,10,11,12
silicosis 16:12
silverware 11:2
simple 4:1
simply 4:6,16
since 10:5 12:4 38:18
sit 44:5
six 49:1
size 12:19
skill 13:24
skilled 13:25
skin 16:17 28:1,3 36:14
 38:20,23 41:14 48:8
 56:12
small 14:22 18:25
 28:17
smaller 29:13,17,17
Smethport 7:17
smoke 38:16
smoking 36:15 38:8,8
 38:14,14,16,18
some 3:12 6:5,22 10:12

14:2,16 15:14,16
 17:10 18:5,7 20:23
 20:23 22:20 27:8,12
 27:12,15,17 28:16
 32:18 33:7,12 39:24
 40:13 41:18,19,19,23
 46:4,5,6,9 48:18 50:6
 50:10,10,11 55:10
 57:21 58:14,15
somebody 13:10 41:3
someone 26:21 40:22
something 25:24 38:25
 42:5 44:8 47:9 53:7
 56:9,10 57:14
somewhat 3:19 4:12
soon 54:13 58:13
sorry 15:6 28:24 52:2
sort 15:14
sought-after 13:20,21
source 21:7 22:15
sources 28:5,8,9
special 26:11 28:15,16
 28:20 29:12,15 30:4
specialist 12:2,3
specific 30:16
specifically 30:5
specifications 37:16
spend 33:22
spent 50:9
spray 28:12,21 29:8
spread 29:2
staff 10:15,19 11:23,24
 13:1 19:15 21:24
 22:22 23:4,8 26:20
 31:4 33:16 36:11,13
 39:3,14,23 45:25
 47:2,3,3,4,13,17,20
 47:21,25 48:4,6
 54:23
staffing 12:10
staff-related 47:24
stand 39:9
standards 33:8,14 34:7
 34:13
start 7:8 13:3
started 3:16 7:11,13,15
 29:23 30:1 50:10
state 4:23 32:2
stated 30:11 31:24 44:5
 44:8
statement 43:25 53:22
 54:12
statements 44:13,19
states 1:1,19 36:7 44:2
status 10:23
stay 39:6
Stephen 1:9 2:3 4:25
sticking 41:24
stood 33:12,12
stop 11:4 38:9

stopped 11:6
stored 29:10,14
strap 26:7
Street 1:11,16,19,22
strictly 20:16 45:18
strong 37:20,23
structure 12:4,10
struggle 53:23
stuff 38:11 45:11
subject 6:24 42:15
subjects 8:13
substance 43:20,21
 44:19
substances 22:24
suck 37:24
sucked 37:22
suction 27:16
sufficient 33:25
Suite 1:19
summer 24:3
supervised 11:18 31:3
supervising 12:11
supervisor 11:10,11,17
 11:21 31:12,19 33:18
 39:25,25 40:5,14
supervisors 20:25 21:3
 21:15
support 34:10
sure 10:10 15:23 19:15
 24:18 32:20,23 54:11
 55:21 57:24
suspect 36:2,4
SVF 51:11
sweep 27:6,13 38:11
sweeping 55:22
swept 27:13 38:4
sworn 3:2
synthetic 51:9,13
system 9:20 18:10,17
 18:19 19:18,21,25
 20:7 27:14,16 33:24
 37:3,6,9,20,20 46:6
 58:18
systems 37:7

——— T ———
T 3:1
table 18:11 20:4 34:21
take 6:2 14:5 26:19
 28:7,25 38:25 41:5
 43:19 51:6 55:12
 57:15,20
taken 1:9 18:9 57:24
talk 49:23
talked 9:22,23 34:4
 40:5 54:22
talking 48:2 58:13
tape 37:22
teach 20:20
Technology 5:7 6:1,16

8:9
**tell** 4:16 25:14 33:21
  41:16 47:10 50:23
  54:24
**tenure** 56:14
**termed** 53:11,13
**terms** 12:10 13:5 55:17
**test** 50:19
**testified** 3:2 45:5 46:7
  46:21 48:16 53:20,22
  53:24 56:2
**testimony** 2:3 28:4
**testing** 33:3,17 34:1
**tests** 32:16
**thank** 43:8 44:25 58:21
**their** 11:7,8 12:1 20:16
  20:20 21:7 22:6
  23:22,23,23 24:3,7,7
  24:8,11,11,23 25:10
  25:12 26:17,19,22
  31:12 37:7 39:25,25
  40:14 41:3 55:15
  56:12,12 57:15
**themself** 34:12
**themselves** 19:7 30:19
  46:6,12 49:24
**thick** 49:2
**thing** 39:21 42:5
**think** 5:12 7:20 9:2
  14:12 13:3 27:24
  33:22,22 34:22 36:10
  37:9,10 42:19 43:14
  45:10 50:3 56:9
**third** 44:1
**thoroughly** 17:19
**though** 26:4 37:2
**thought** 33:23 54:24
**thousand** 37:12
**three** 5:5,13 7:20 11:16
  19:14 23:2 39:3 50:3
  50:3
**three-week** 47:4
**through** 3:18 9:3,5,16
  9:20 18:16 28:5
  32:10 38:19,21 56:11
**throughout** 27:4 34:23
**tie** 42:1
**ties** 41:20,24 42:2
**tight** 26:7
**tight-fitting** 25:21 26:4
  26:5
**till** 35:16
**time** 4:13 7:24 11:20
  12:15 14:10 19:22
  23:18 25:5 29:21
  31:1 34:2 38:21
  43:12,15,16 48:10,18
  58:4
**times** 19:14,25 23:2
  39:3 50:3,3

today 3:12 35:10,19
  43:10
today's 43:4
told 34:9,9 46:16
tolerate 44:3
tool 20:9
tools 37:21
top 27:5 38:4 46:11
  58:17
topic 6:18
total 34:24 51:5,6,8,12
totally 11:6 49:16
tough 27:8
toward 5:22
train 21:4,6 31:12
trained 20:24 25:9
trainee 12:3,6
training 5:6,14,17 7:14
  8:8,10,15,19,19,19
  9:1,3,5,12,12,14,21
  20:17,21,23 21:1,4,8
  21:12,16 30:4,9,15
  31:10,16,17,19 32:1
  32:4
transcribed 4:2
transcript 4:4,8
transport 45:11
traumatic 41:8,11
trays 11:2
trial 3:24
true 21:15,20
try 4:9,10
Tuesday 1:10
turn 40:13 51:21
twisted 42:2
two 11:24 12:11,14,18
  12:22 37:6 38:3
  43:24
type 11:3 14:2 15:17
  22:19 33:7 40:19,25
  41:7 52:11,14 56:14
types 27:19 52:16
typically 39:6
typo 42:25
T-shirts 24:2

___

**U**

U 3:1
uh-huh 4:11 35:14
um-hum 24:13,18
  28:22 29:5 41:22
  44:7 48:15
unclear 4:12,15
under 11:24 51:18,19
  53:5,9
underneath 27:7,12
  38:6 46:10
understand 4:14 9:16
  12:9 53:3
understanding 42:19

57:4
understood 4:20
UNICOR 1:21 3:13
  10:21,23 11:4 12:16
  12:23,24 13:2,8,11
  13:15,21,24 14:3,5
  17:11 19:12,13 20:6
  21:1,3,9,16 23:2,18
  26:14,21 30:23 32:2
  41:9,19,23 42:4
  45:19,21 47:20 48:1
  48:5,6,10
UNICORs 13:9
United 1:1,19
units 26:17 34:19
University 5:10,18 8:2
  8:5
until 13:3
update 8:14
updates 8:16 9:15
use 4:9 15:20 18:11
  20:3,6 21:9 27:7,8,12
  29:2,2 31:25 38:10
  38:11 55:19
used 24:17 28:12,14,15
  28:17,18 36:16,23
  38:4 39:19 41:20
  46:9
using 19:7 29:13,15,23
  30:1 40:24 46:5,9
  54:25 56:2
usually 4:15
utilize 38:5
utilized 30:17 32:5
utilizing 20:4,13

___

**V**

v 1:4
vacuums 27:19
variety 30:13
various 9:15
ventilation 18:10,17
  19:18
verbal 49:25
verbalize 4:5
verbally 22:23 23:9
very 4:23 13:21 17:19
  22:3 31:5 34:5 42:6
  47:5
vicinity 15:14 36:15
victarious 51:9
victorious 51:13
violation 52:11,14,22
  52:25
violations 32:9 52:17
voluntary 31:25

___

**W**

W 1:3
wait 13:3

waived 58:23
walk 41:24 49:17
walked 38:20
walking 23:3 38:19
walks 19:16
want 24:18 33:22 39:17
  43:20 47:11 49:7,11
  50:5 51:21 55:16
wanted 20:9 25:10 34:6
  34:10,11 46:4,21
  48:13 53:21
Ward 3:11
warden 11:14 33:6
  34:2
Washers 26:16
Washington 1:22
wasn't 57:25
way 33:13
wear 20:9,10,12,15
  23:24 24:2,15 25:6,9
  25:11,11,17 31:25
  52:13
wearing 25:2,14 32:8
week 19:14 23:3 39:3
weekly 8:15 10:12
weeks 8:13
weld 58:17
well 3:23 4:1 11:6
  16:22 17:20 18:11
  31:12 37:18 44:6
  46:9 50:2 55:17
  57:13
went 5:15,15 7:5,25 9:3
  18:18 40:2,4 55:14
were 3:14 5:21,22 7:5
  7:24 13:3,9,12,20
  16:8 19:11,17 20:8
  20:10,12 23:24 24:2
  24:15,16 25:3,5,6,6,9
  25:25 26:13,16 27:19
  27:23 28:19 29:6,10
  29:10,13,15 30:12,13
  30:17 31:4,5,5,8,9,25
  32:15 33:8,14,16
  34:22,23 36:22 37:8
  37:10,11,11 38:15,20
  39:2 41:17 42:3 46:5
  47:25 50:7,8,11 51:4
  53:10,10,13 54:24,25
  55:15 56:13 57:3,4
  58:3,14,20
weren't 20:15 25:8,17
  25:19 26:4,5
West 1:11,16
WESTERN 1:1
we'll 35:2 40:15 41:2
  47:18 50:24
we're 10:9,9,10,14,15
  41:4,4,5 42:6,7,8,19
  58:10

we've 41:11 48:4
whatsoever 48:12 49:7
while 7:17 8:8 27:14
whole 14:16 43:22 50:9
willful 52:20
wise 57:14
Witness 34:24 43:22
  46:25 54:1
woke 34:15
wondering 42:22 55:17
wood 28:18 45:6,11
  49:8,8
woodworking 11:9
  45:13 49:14,15
word 4:9
words 24:6
wore 23:22
work 7:5,19 11:24
  12:24 14:5 23:25
  24:6,8,11 26:22
  30:10 41:18 49:13
worked 6:9 7:16 9:19
  12:16
worker 22:20
Workers 48:16,19,23
  49:4
working 5:22 13:4
  23:19 26:21 31:14
  38:23 39:12 40:3
  48:10 54:25
workplace 30:17
work-related 39:22
  40:10,11,12,12 47:6
  47:13,22 48:7
world 49:10,22
worn 23:19 26:14
wouldn't 13:17 19:2
wrench 37:25
wrenches 37:21
write 57:23
writing 22:23
written 32:24 33:5
  52:19
wrong 23:6 58:10
wrote 35:23 36:2,4

___

**X**

X 2:1

___

**Y**

yeah 7:23 13:25 17:14
  29:3 30:3 40:24
  41:11 42:24 47:3
  48:4 50:22
year 8:14,25 21:4
  47:24 48:5
years 5:6,13 7:20 10:4
  11:16
York 8:22

| 0 |
| --- |

**01** 33:1
**03** 43:7
**03-323** 1:3
**03-355** 1:4
**03-368** 1:4
**04-011** 1:5
**05-160** 1:3

| 1 |
| --- |

**1** 2:11 31:24 35:3,6,9
  35:13,17 36:18 51:22
  52:2,5
**1.1** 51:8
**1.50** 51:13
**10th** 1:11,16
**10:01** 1:10
**10:56** 35:16
**11,000** 37:13
**11:00** 35:16
**11:37** 58:25
**12** 10:4 37:10
**120** 1:11,16
**13,000** 37:14
**1400** 12:21
**15** 51:6,19
**150** 12:18
**15219** 1:20
**16** 20:2 47:24
**16th** 14:12 15:24
**16501** 1:12,17
**16701** 5:3
**17th** 50:8,9
**18** 23:4
**18th** 50:8,9
**19** 1:10
**1910.1200(h)(2)(ii)**
  30:21
**1910.134** 32:2
**1975** 6:15
**1989** 30:2
**1993** 9:8
**1994** 10:5
**1995** 8:24

| 2 |
| --- |

**2** 2:12 30:8 31:24 42:11
  42:14 43:9 44:1,20
  52:5
**20** 37:12 51:11
**20-some** 37:12
**200** 12:18
**2001** 12:15 34:17 56:19
**2002** 12:5,15
**2003** 12:15 14:12 15:24
  20:2 28:10 36:19
  43:16 49:24 56:19
**2006** 1:10 42:15
**20534** 1:22

**21st** 43:6
**24** 37:12
**29** 30:21 32:2

| 3 |
| --- |

**3** 2:4,13 5:2 30:8 50:25
  51:1 52:5
**3M** 32:5
**30** 27:10,11 51:11
**31st** 33:1
**34,000** 37:8
**35** 2:11

| 4 |
| --- |

**4** 2:14 52:8,9
**400** 1:22
**4000** 1:19
**42** 2:12
**45** 2:5

| 5 |
| --- |

**51** 2:13
**52** 2:14
**54** 2:6 51:7
**55** 2:7
**55-gallon** 29:10,16
**56** 2:8

| 7 |
| --- |

**700** 1:19
**79** 5:16

| 8 |
| --- |

**8** 42:15
**82** 5:16
**8500** 32:5
**860/861** 28:11 30:14
**89** 7:9,11

| 9 |
| --- |

**9100** 37:11
**92** 5:12

Ferguson & Holdnack Reporting, Inc.