

- ○ 3841
- ● 3842
- ● 3843

LAST UPDATE 2/3/05