```
  BOPUK  531.01 *            INMATE HISTORY          *      09-08-2006
PAGE 001          *              WRK DETAIL          *      07:44:54

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK      FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME

PET    ORD CAR H  ORD CAR H                 04-17-2006 0001 CURRENT
PET    VACATION   ALL VACATIONS             04-11-2006 0001 04-17-2006 0001

PET    ORD CAR H  ORD CAR H                 01-18-2005 0001 04-11-2006 0001

PET    ORD EDUC   EDUCATION ORDERLY         09-29-2004 0001 01-18-2005 0001

PET    UNASSG     UNASSIGNED WORK DETAIL    09-27-2004 1552 09-29-2004 0001

PET    A/O        NEEDS A/O PROCESSING      08-27-2004 1239 09-27-2004 1552

PEM    UNASSG     UNASSG                    08-25-2004 1447 08-27-2004 1216

PHL    UNASSG     UNASSG                    08-23-2004 1658 08-25-2004 0650

LEW    UNASSG     UNASSIGNED WORK DETAIL    08-20-2004 1429 08-23-2004 0927

MCK    I LAYUP 2  3:00 PM TO 11:00 PM       04-17-2004 0001 08-20-2004 1045

MCK    VACATION   VACATION                  04-16-2004 0001 04-17-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM       03-25-2004 0001 04-16-2004 0001

MCK    VACATION   VACATION                  03-24-2004 0001 03-25-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM       03-13-2004 0001 03-24-2004 0001

MCK    VACATION   VACATION                  03-12-2004 0001 03-13-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM       02-14-2004 0001 03-12-2004 0001

MCK    VACATION   VACATION                  02-13-2004 0001 02-14-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM       01-21-2004 0001 02-13-2004 0001

MCK    VACATION   VACATION                  01-20-2004 0001 01-21-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM       11-29-2003 0001 01-20-2004 0001

MCK    VACATION   VACATION                  11-26-2003 0001 11-29-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM       10-24-2003 0001 11-26-2003 0001

MCK    VACATION   VACATION                  10-23-2003 0001 10-24-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM       09-16-2003 0001 10-23-2003 0001

MCK    VACATION   VACATION                  09-15-2003 0001 09-16-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM       07-19-2003 0001 09-15-2003 0001

MCK    VACATION   VACATION                  07-17-2003 0001 07-19-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM       04-17-2003 0001 07-17-2003 0001

MCK    VACATION   VACATION                  04-14-2003 0001 04-17-2003 0001
```

```
MCK    I LAYUP 2   3:00 PM TO 11:00 PM           12-21-2002 0001 04-14-2003 0001

MCK    VACATION    VACATION                      12-20-2002 0001 12-21-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM           10-12-2002 0001 12-20-2002 0001

MCK    VACATION    VACATION                      10-10-2002 0001 10-12-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM           08-19-2002 0001 10-10-2002 0001

MCK    UNASSG      UNASSIGNED                    08-15-2002 1125 08-19-2002 0001

MCK    SHU UNASSG  SHU UNASSIGNED                08-12-2002 1657 08-15-2002 1125

MCK    I LAYUP 2   3:00 PM TO 11:00 PM           06-21-2002 0001 08-12-2002 1657

MCK    VACATION    VACATION                      06-17-2002 0001 06-21-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM           05-08-2002 0001 06-17-2002 0001

MCK    UNASSG      UNASSIGNED                    04-29-2002 0754 05-08-2002 0001

MCK    SHU UNASSG  SHU UNASSIGNED                04-07-2002 1917 04-29-2002 0754
```

```
G0002          MORE PAGES TO FOLLOW . . .
```

```
   BOPUK  531.01 *           INMATE HISTORY         *      09-08-2006
PAGE 002 OF 002 *             WRK DETAIL           *      07:44:54

   REG NO..: 17110-016 NAME....: HILL, KENNY
   CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME

MCK    I LAYUP 2   3:00 PM TO 11:00 PM           02-16-2002 0001 04-07-2002 1917

MCK    VACATION    VACATION                      02-14-2002 0001 02-16-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM           08-25-2001 0001 02-14-2002 0001

MCK    VACATION    VACATION                      08-24-2001 0001 08-25-2001 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM           07-05-2001 0001 08-24-2001 0001

MCK    I PACK 1    PACKING 1                     06-19-2001 0001 07-05-2001 0001

MCK    ORD B A     ORDERLY BA                    04-12-2001 0001 06-19-2001 0001

MCK    UNASSG      UNASSIGNED                    04-11-2001 0001 04-12-2001 0001
```

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| `3` | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| `3` | 2.   If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26<br>Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| `3` | 3.   If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19<br>Enter 3 For Completion, Complete Items 4 - 6, 19<br>Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

4. Register Number   `1 7 1 1 0 - 0 1 6`   5. Resident Name (Last, First, Middle)   `M c T I G H E   H A R R Y`   6. Institution Code   `0 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `T O O L   M A K E R   A P P R E N` |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|---|---|---|
| `0 8 - 2 0 - 0 4` | `0 7 1 0` | `X` |

| | |
|---|---|
| `3` | **22. Reason For Termination Of Employment Or Withdrawal**<br>1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request<br>5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |
| `2` | **23. Continuation of Longevity Status**<br>1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

**26. Signatures:**

Recommended By _____ Foreman        Date: _____

Approved By _____ Plant Superintendent        Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.        Date: _____

Entered On Payroll Records _____ Timekeeper        Date: _____

FPI Revised Form 96
October 1, 1982        Distribution:   White———— Business office   Green———— Placement   Pink———— Foreman   Canary———— Terminal operator

PACKING                              NEW HIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number: `1 7 1 1 0 — 0 1 6`
5. Resident Name (Last, First, Middle): `H I L L , K E N N Y`
6. Institution Code: `2 3 1`

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 9 0 5 4` | `W D W R K S H O P H A N D` |

1 = Hourly
2 = G.P.W.   — X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1` | | | | | |

19. Effective Date Month, Day, Year: `0 6 — 1 9 — 0 1`
20. Time of Action: `0 7 1 0`
21. Check One:   AM `X`   PM

| | 22 . | **Reason For Termination Of Employment Or Withdrawal** |
|---|---|---|
| | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. | **Continuation of Longevity Status** |
|---|---|---|
| | | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| `— —` | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. **Signatures:**

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# FACTORY RULES AND REGULATIONS

NAME _Kenny Hill_ _____ UNIT _BA-235-L_ LOCKER# _____ CHIT# _____

1. INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2. ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3. SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4. HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5. INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6. INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPERVISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7. OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8. HORSEPLAY WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9. FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. DO NOT RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. DO NOT CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF, UNICOR.

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY NO SMOKING IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.

Signature: _Kenny Hill_ _____   Register No: _17110-016_   Date: _6-19-01_

FEDERAL PRISON INDUSTRIES, Inc.

UNICOR - McKEAN

P.O. BOX 8000

Phone #(814) 362-8900
Fax #(814) 362-4151

MEMORANDUM

DATE:   September 30, 1999

REPLY TO:
  ATTN OF   Martin Sapko, Factory Manager.

SUBJECT:   Issuance of Safety Glasses

    TO:   New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses, These safety glasses may e kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost, Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on  6/19/01
and I agree to the above conditions.

Signature: _Kenny Hill_

Name: _Kenni Hill_

Reg. Number: _17110-016_

# Production Worker's Training Record

(CHECKLIST)
for

Inmate Name **Kerry Hill**          Reg. Number **17110-016**

☑ 1.) I have had a department orientation by my department supervisor.

☑ 2.) I have read and understand the Factory Rules and Safety Regulations.

☑ 3.) I have read and understand the department procedures for my assigned area.

☑ 4.) I have participated in the 3 credit hrs., Industrial Familiarization Class.

☑ 5.) I have had on the job training with an experienced production worker.

☑ 6.) I have read and understand my Job Description.

☑ 7.) I have been instructed on the MSDS center in the Unicor Factory.

☑ 8.) I have familiarized myself with ISO-9001-2000 standards, Unicor McKeans Q.M.S., and the role I play in the system.

_Kerry Hill # 17110.016_          _6-23-03_
Inmate Signature & Reg. Number          Date

_____          _6/23/03_
Woodworking Supervisor Signature          Date

| TITLE:       TRAINING RECORD | CONTROL NO.   1403 | DATE: 6/11/03 |
|---|---|---|
| Production -  UNICOR MCKEAN | REV:     Original Issue | SHEET   1 OF 1 |

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name:__Kenny Hill_____    Register Number:__17110-016__

Institution Code:_____231_____    Industry Code:_____MCFT_____

Job Description:__Woodwork Shophand_____    Department:__Packing__

> Duties: Responsible for stacking, cushioning and wrapping product. Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes. All other duties as assigned in UNICOR.

I have instructed inmate ____Kenny Hill____    Reg. No.__17110-016__

in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____    7/17/01
Foreman                      Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    17110-016        7-17-01
Signature of Inmate          Register Number   Date

```
  MCK2G  531.01 *              INMATE HISTORY          *      08-30-2006
PAGE 001          *              WRK DETAIL            *      14:59:09

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK          FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
PET    ORD CAR H  ORD CAR H                       04-17-2006 0001 CURRENT
PET    VACATION   ALL VACATIONS                   04-11-2006 0001 04-17-2006 0001
PET    ORD CAR H  ORD CAR H                       01-18-2005 0001 04-11-2006 0001
PET    ORD EDUC   EDUCATION ORDERLY               09-29-2004 0001 01-18-2005 0001
PET    UNASSG     UNASSIGNED WORK DETAIL          09-27-2004 1552 09-29-2004 0001
PET    A/O        NEEDS A/O PROCESSING            08-27-2004 1239 09-27-2004 1552
PEM    UNASSG     UNASSG                          08-25-2004 1447 08-27-2004 1216
PHL    UNASSG     UNASSG                          08-23-2004 1658 08-25-2004 0650
LEW    UNASSG     UNASSIGNED WORK DETAIL          08-20-2004 1429 08-23-2004 0927
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             04-17-2004 0001 08-20-2004 1045
MCK    VACATION   VACATION                        04-16-2004 0001 04-17-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             03-25-2004 0001 04-16-2004 0001
MCK    VACATION   VACATION                        03-24-2004 0001 03-25-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             03-13-2004 0001 03-24-2004 0001
MCK    VACATION   VACATION                        03-12-2004 0001 03-13-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             02-14-2004 0001 03-12-2004 0001
MCK    VACATION   VACATION                        02-13-2004 0001 02-14-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             01-21-2004 0001 02-13-2004 0001
MCK    VACATION   VACATION                        01-20-2004 0001 01-21-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             11-29-2003 0001 01-20-2004 0001
MCK    VACATION   VACATION                        11-26-2003 0001 11-29-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             10-24-2003 0001 11-26-2003 0001
MCK    VACATION   VACATION                        10-23-2003 0001 10-24-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             09-16-2003 0001 10-23-2003 0001
MCK    VACATION   VACATION                        09-15-2003 0001 09-16-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             07-19-2003 0001 09-15-2003 0001
MCK    VACATION   VACATION                        07-17-2003 0001 07-19-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             04-17-2003 0001 07-17-2003 0001
MCK    VACATION   VACATION                        04-14-2003 0001 04-17-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             12-21-2002 0001 04-14-2003 0001
MCK    VACATION   VACATION                        12-20-2002 0001 12-21-2002 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             10-12-2002 0001 12-20-2002 0001
MCK    VACATION   VACATION                        10-10-2002 0001 10-12-2002 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             08-19-2002 0001 10-10-2002 0001
MCK    UNASSG     UNASSIGNED                      08-15-2002 1125 08-19-2002 0001
MCK    SHU UNASSG SHU UNASSIGNED                  08-12-2002 1657 08-15-2002 1125
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             06-21-2002 0001 08-12-2002 1657
MCK    VACATION   VACATION                        06-17-2002 0001 06-21-2002 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             05-08-2002 0001 06-17-2002 0001
MCK    UNASSG     UNASSIGNED                      04-29-2002 0754 05-08-2002 0001
MCK    SHU UNASSG SHU UNASSIGNED                  04-07-2002 1917 04-29-2002 0754
```

G0002        MORE PAGES TO FOLLOW . . .

```
   MCK2G  531.01 *              INMATE HISTORY          *    08-30-2006
   PAGE 002 OF 002 *              WRK DETAIL            *    14:59:09

   REG NO..: 17110-016 NAME....: HILL, KENNY
   CATEGORY: WRK          FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          02-16-2002 0001 04-07-2002 1917
MCK    VACATION   VACATION                     02-14-2002 0001 02-16-2002 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          08-25-2001 0001 02-14-2002 0001
MCK    VACATION   VACATION                     08-24-2001 0001 08-25-2001 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          07-05-2001 0001 08-24-2001 0001
MCK    I PACK 1   PACKING 1                    06-19-2001 0001 07-05-2001 0001
MCK    ORD B A    ORDERLY BA                   04-12-2001 0001 06-19-2001 0001
MCK    UNASSG     UNASSIGNED                   04-11-2001 0001 04-12-2001 0001
MCK    A&O        ADMISSION & ORIENTATION      04-06-2001 0845 04-11-2001 0001
LEW    UNASSG     UNASSIGNED WORK DETAIL       04-02-2001 1905 04-06-2001 0603
OKL    UNASSG     UNASSIGNED HOLDOVER          03-28-2001 1715 04-02-2001 0810
THA    IND FIN PM INDUSTRIES FINISH P.M.       11-06-2000 0001 03-28-2001 0800
THA    IND FINISH INDUSTRIES FINISH            09-22-2000 0001 11-06-2000 0001
THA    ORD C      ORD                          08-04-2000 0001 09-22-2000 0001
THA    UNASSG     UNASSIGNED WORK DETAIL       07-06-2000 1000 08-04-2000 0001
OKL    UNASSG     UNASSIGNED HOLDOVER          07-03-2000 1640 07-06-2000 0710
```

```
MCK    UNASSG      UNASSIGNED                      08-15-2002 1125 08-19-2002 0001
MCK    SHU UNASSG  SHU UNASSIGNED                  08-12-2002 1657 08-15-2002 1125
MCK    I LAYUP 2   3:00 PM TO 11:00 PM             06-21-2002 0001 08-12-2002 1657
MCK    VACATION    VACATION                        06-17-2002 0001 06-21-2002 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM             05-08-2002 0001 06-17-2002 0001
MCK    UNASSG      UNASSIGNED                      04-29-2002 0754 05-08-2002 0001
MCK    SHU UNASSG  SHU UNASSIGNED                  04-07-2002 1917 04-29-2002 0754
```

```
G0002         MORE PAGES TO FOLLOW . . .
```

```
  MCK2G  531.01 *          INMATE HISTORY          *      08-30-2006
  PAGE 002 OF 002 *        WRK DETAIL              *      14:59:54
```

```
REG NO..: 17110-016 NAME....: HILL, KENNY
CATEGORY: WRK        FUNCTION: PRT       FORMAT:
```

```
FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
MCK    I LAYUP 2   3:00 PM TO 11:00 PM       02-16-2002 0001 04-07-2002 1917
MCK    VACATION    VACATION                  02-14-2002 0001 02-16-2002 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM       08-25-2001 0001 02-14-2002 0001
MCK    VACATION    VACATION                  08-24-2001 0001 08-25-2001 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM       07-05-2001 0001 08-24-2001 0001
MCK    I PACK 1    PACKING 1                 06-19-2001 0001 07-05-2001 0001
MCK    ORD B A     ORDERLY BA                04-12-2001 0001 06-19-2001 0001
MCK    UNASSG      UNASSIGNED                04-11-2001 0001 04-12-2001 0001
MCK    A&O         ADMISSION & ORIENTATION   04-06-2001 0845 04-11-2001 0001
LEW    UNASSG      UNASSIGNED WORK DETAIL    04-02-2001 1905 04-06-2001 0603
OKL    UNASSG      UNASSIGNED HOLDOVER       03-28-2001 1715 04-02-2001 0810
THA    IND FIN PM  INDUSTRIES FINISH P.M.    11-06-2000 0001 03-28-2001 0800
THA    IND FINISH  INDUSTRIES FINISH         09-22-2000 0001 11-06-2000 0001
THA    ORD C       ORD                       08-04-2000 0001 09-22-2000 0001
THA    UNASSG      UNASSIGNED WORK DETAIL    07-06-2000 1000 08-04-2000 0001
OKL    UNASSG      UNASSIGNED HOLDOVER       07-03-2000 1640 07-06-2000 0710
```

```
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```



UNITED STATES GOVERNMENT

# memorandum

**FEDERAL BUREAU OF PRISONS**
**UNICOR FEDERAL PRISON**
**INDUSTRIES**
**Federal Correctional Institution, McKean**
**Bradford, Pennsylvania**

September 1, 2006

MEMORANDUM FOR DOUG GOLDRING, ASSISTANT GENERAL COUNSEL, FPI

FROM:           Tim Holohan, System Accountant

SUBJECT:        FPI Form 96

The original (attached) Form 96 dated August 20, 2004 for Inmate
Hill, Kenny, reg. no. 17110-016 was a carbon form and is not
legible.  We are attaching a hand written replication of the Form
96 which can be easily read.

Please advise us if you would like us to proceed differently.

TRANSFER



**UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|---|

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|

```
        1 = Hourly
        2 = G.P.W.    X = Apprentice
        3 = P.W.
```

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|---|---|---|

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request |
| | 5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes  0 = no  2 = no     (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

Recommended By _____ Foreman        Date: _____

Approved By _____ Plant Superintendent        Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.        Date: _____

Entered On Payroll Records _____ Timekeeper        Date: _____

FPI Revised Form 96     Distribution:    White————————— Business office         Green————————— Placement
                                         Green         Terminal operator          Pink————————— Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **3** | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **3** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 <br> Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 <br> Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **3** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 <br> Enter 3 For Completion, Complete Items 4-6, 19 <br> Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 17110-016 | HILL KENNY | 231 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 012 | 4 | MCAT | 1 | 769687054 | MOD WRK SHO AAAWO |

1 = Hourly
2 = G.P.W. — X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM PM |
|---|---|---|
| 08-20-04 | 0710 | X ☐ |

| | |
|---|---|
| **3** | 22. **Reason For Termination Of Employment Or Withdrawal** <br> 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request <br> 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | |
|---|---|
| ☐ | 23. **Continuation of Longevity Status** <br> 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| ☐☐–☐☐–☐☐ | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| ☐☐☐☐ | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _____ Foreman          Date: _____

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1   IPRS Action = 2   Both = 3 |

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 1 7 1 1 0 — 0 1 6 | H I L L , K E R R Y | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 9 9 4 | W D W R K S H O P H A N D |

1 = Hourly
2 = G.P.W.    — X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 0 6 — 1 9 — 0 1 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| | — | | — | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _M. Snyder_ Foreman                     Date: 6/21/01

Approved By _Debora A Forsyth_ Plant Superintendent      Date: 6/28/01

Approved By _T. Kelham_ Ass't Supt. Or Business Mgr.    Date: 6/27/01

Entered On Payroll Records _S. K. Kerr_ Timekeeper       Date: 6/27/01

FPI Form 96 (9/98)

| Distribution: | White (Business Office) | Canary (Terminal Operator) | Pink (Placement) | Goldenrod (Foreman) |

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

*LAY UP II*
DEPARTMENT

DATE  3-23-04

*HILL KENNY*
NAME:    LAST    FIRST

REGISTRATION NUMBER  17110 - 016

I REQUEST VACATION FROM 4-16 TO 4-17 (1-DAY)

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                                    APPROVED BY:

_____                      _____
WORK SUPERVISOR                                 DEPARTMENT HEAD

BUSINESS OFFICE:
THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 19 2001, AND

HAS ACCUMULATED 11.09 DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT 7.15 HRS PER MONTH.

(½)   (1)

COMPUTED BY:                REVIEWED BY:                    FINAL APPROVED BY:

_____          _____              _____
TIMEKEEPER                  ACCOUNTANT                      SUPERINTENDENT

UNIT TEAM ACTION:           APPROVED:_____             DISAPPROVED_____

                                                            PLEASE STATE REASONS WHY IF
                                                            DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)



U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

_LAUP II_

DEPARTMENT

_3-8-04_
DATE

_Hh_
_18:24_

NAME: _HILL_    _KENNY_    _#17110-016_

LAST    FIRST    REGISTRATION NUMBER

I REQUEST VACATION FROM _3-24_ TO _3-25_   _1-DAY_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_Kenny Hill_

INMATES SIGNATURE

APPROVED BY: _____

_W. ___

WORK SUPERVISOR

APPROVED BY: _____

_T. ___

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ 19_2001_, AND

HAS ACCUMULATED _18:24_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15_ DAYS PER MONTH.

(1)

COMPUTED BY:    REVIEWED BY:    FINAL APPROVED BY:

_Hh_    _Hh_    _T. ___

TIMEKEEPER    ACCOUNTANT    SUPERINTENDENT

UNIT TEAM ACTION:    APPROVED:_____    DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)




**UNICOR**
Federal Prison Industries, Inc.

*LAY UP 2*

~~PACKING~~ *DEPARTMENT*

**REQUEST FOR INMATE VACATION**

Federal Correctional Institution
Ray Brook, NY 12977

NAME: _____ HILL _____ KENNY _____
LAST      FIRST

DATE: **2-18-04**

REGISTRATION NUMBER: **#19110-016**

2 /20
10:54

I REQUEST VACATION FROM __3-12__ TO __3-13__ *1-DAY*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY: _____
WORK SUPERVISOR

APPROVED BY: _____
DEPARTMENT HEAD

BUSINESS OFFICE:
THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE __6/19__ 19 _200__, AND
HAS ACCUMULATED __10:54__ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED
AT __7:15__ DAY PER MONTH.

(½)   (1)

COMPUTED BY: _____
TIMEKEEPER

REVIEWED BY: _____
ACCOUNTANT

FINAL APPROVED BY: _____
SUPERINTENDENT

UNIT TEAM ACTION: _____ APPROVED:_____ DISAPPROVED_____
PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

*Layup 2*

DEPARTMENT

DATE  *1-22-04*

*2/2*
*11:00*

NAME: *HILL*        *LAST*        *FIRST*        REGISTRATION NUMBER  *#17110-016*

I REQUEST VACATION FROM *2-13* TO *2-17*   *1-DAY*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

*Kenny Hill*
INMATES SIGNATURE _____

APPROVED BY: _____              APPROVED BY: _____

WORK SUPERVISOR                                        DEPARTMENT HEAD

BUSINESS OFFICE:
THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19/2001*, AND
HAS ACCUMULATED *11.05* DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED
AT *7.15* DAY PER MONTH.

(½)  (1)

COMPUTED BY: _____    REVIEWED BY: _____    FINAL APPROVED BY: _____

TIMEKEEPER                          ACCOUNTANT                         SUPERINTENDENT

UNIT TEAM ACTION: _____    APPROVED:_____         DISAPPROVED_____

                                                            PLEASE STATE REASONS WHY IF
                                                            DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

_LAY OP II_
DEPARTMENT

_1-9-04_
DATE

_HILL   FINN_
NAME:     LAST          FIRST

_17110-016_
REGISTRATION NUMBER

I REQUEST VACATION FROM _1-21_ TO _1-22_   1-DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_Finny Hill_
INMATES SIGNATURE

APPROVED BY:

_W. M_
WORK SUPERVISOR

APPROVED BY:

_T. Halahan_
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ ~~1920~~ _2001_, AND

HAS ACCUMULATED _25.24 hrs_ ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15 hrs_ ~~DAY~~ PER MONTH.

(½)  (①)

COMPUTED BY:

_____
TIMEKEEPER

REVIEWED BY:

_____
ACCOUNTANT

FINAL APPROVED BY:

_T. Halahan_
SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

LAY up - 2

_____
DEPARTMENT

1/5/09
DATE

1/8
25:24

_____
NAME:    LAST        FIRST

HILL FWDI

# 17110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 1-20 TO 1-21  1 DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                              APPROVED BY:

_____                          _____
WORK SUPERVISOR                          DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 19 2004, AND
HAS ACCUMULATED 2.524 DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED
AT 7.15 DAY PER MONTH.

(½)  (1)

COMPUTED BY:              REVIEWED BY:              FINAL APPROVED BY:

_____          _____          _____
TIMEKEEPER               ACCOUNTANT                SUPERINTENDENT

UNIT TEAM ACTION:         APPROVED:_____          DISAPPROVED_____

                                                   PLEASE STATE REASONS WHY IF
                                                   DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED TWO WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

Federal Correctional Institution
Ray Brook, NY 12977

*Lay-up*
*Not valid assignment?*

~~FACTORY~~
**DEPARTMENT**

**REQUEST FOR INMATE VACATION**

DATE **11-7-03**

**2-DAYS**

NAME: _____ LAST _**HILL**_ FIRST _**KENNY**_

REGISTRATION NUMBER **# 17110-016**  25.24

I REQUEST VACATION FROM **1-26** TO **1-28**    2 DAYS

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____ (MUST BE ANNIVERSARY DATE).

_Kenny Hill_
INMATES SIGNATURE

APPROVED BY: _____
WORK SUPERVISOR

APPROVED BY: _____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE **6/19** 2001, AND HAS ACCUMULATED **25.24** ~~DAY~~ hrs (S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT **7.15** ~~DAY~~ hrs PER MONTH.

(½) (1)

COMPUTED BY: _____
TIMEKEEPER

REVIEWED BY: _____
ACCOUNTANT

FINAL APPROVED BY: _____
SUPERINTENDENT

UNIT TEAM ACTION: _____ APPROVED:_____ DISAPPROVED_____

PLEASE STATE REASONS WHY IF DISAPPROVED.

_____
_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE. (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**From:**          Tim Holohan
**To:**            Mincemoyer, Chris
**Date:**          10/22/03 10:20AM
**Subject:**       Award Day

Chris,

Can you accept this as granting an on the spot award day fro Kenny Hill (2nd shift)?

He suggested a safety issue to us on the lay-up line regarding placing non-skid material on either side of the elevated platform.

I told Hill he could use this on Thursday, October 23, 2003.    *VAc*

Thanks,
Tim

17110 - 016

lay 2

10:54
7:15
17.69
18:09

File



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

_____
DEPARTMENT

8-29 03
DATE

_____
NAME:        LAST        FIRST

REGISTRATION NUMBER

I REQUEST VACATION FROM 9-15 TO 9-16 03   1 DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

_____

APPROVED BY:                                          APPROVED BY:

_____          _____
WORK SUPERVISOR                                   DEPARTMENT HEAD

_____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 (2002), AND

HAS ACCUMULATED 5.34 DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT 7.15 DAY PER MONTH.

(½) (1)

COMPUTED BY:                 REVIEWED BY:                      FINAL APPROVED BY:

_____           _____                _____
TIMEKEEPER                   ACCOUNTANT                        SUPERINTENDENT

_____

UNIT TEAM ACTION:              APPROVED:_____              DISAPPROVED_____
                                                               PLEASE STATE REASONS WHY IF
                                                               DISAPPROVED.

_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.



U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_Lewis 2_

DEPARTMENT

_6-19 03_    _18:09_

DATE

_Hill, Kenny_

NAME:    LAST    FIRST

_17110- 016_

REGISTRATION NUMBER

I REQUEST VACATION FROM _7/17/03_ TO _7/18/03_ (2 days)

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
   (MUST BE ANNIVERSARY DATE).

_Kenny Hill_

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ 19_2001_, AND

HAS ACCUMULATED _18:09_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:05_ DAY PER MONTH.

(½)    (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:    APPROVED:_____    DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
   (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

NOTE: THIS FORM MUST BE SU   ITTED 2
WEEKS IN ADVANCE.

**U.S. Department of Justice**

**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_____
DEPARTMENT

_____
DATE

NAME: _____ LAST _____ FIRST _____ REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                          APPROVED BY:

_____                      _____
WORK SUPERVISOR                      DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 19____, AND

HAS ACCUMULATED____ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____ DAY PER MONTH.

(½)  (1)

COMPUTED BY:          REVIEWED BY:              FINAL APPROVED BY:

_____      _____          _____
TIMEKEEPER           ACCOUNTANT                SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____
                                                   PLEASE STATE REASONS WHY IF
                                                   DISAPPROVED.

_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)



**UNICOR**
Federal Prison Industries, Inc.

LAYUP
~~FACTORY~~ 6 II

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

DEPARTMENT

12-6-02
DATE

2S:24

NAME:    LAST    FIRST
HILL    KENNY

17110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 12-20 TO 12-23

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE)

Kenny Hill

INMATES SIGNATURE

APPROVED BY: _____

WORK SUPERVISOR

APPROVED BY: T. Hanahan for

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 ~~19~~ 01, AND

HAS ACCUMULATED 2S:24 hrs ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT 7:15 hrs ~~DAY~~ PER MONTH.

(½)  (1)

COMPUTED BY: _____

TIMEKEEPER

REVIEWED BY: _____

ACCOUNTANT

FINAL APPROVED BY: T. Hanahan for

SUPERINTENDENT

UNIT TEAM ACTION:    APPROVED:_____    DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

**U.S. Department of Justice**

**UNICOR**
Federal Prison Industries, Inc.

9/30/02

_I. Layup 2_

___REQUEST FOR INMATE VACATION___

DEPARTMENT

9-16-02
DATE

NAME:          LAST          FIRST

REGISTRATION NUMBER

I REQUEST VACATION FROM _10-10_ TO _10-12_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF
 (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6 / 19 2001_, AND
HAS ACCUMULATED _18.09 hrs_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED
AT _7.15 hrs_ ~~DAY~~ PER MONTH.

(½)   (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____

DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39          Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

Case 1:04-cv-00011-SJM-SPB    Document 68-23    Filed 02/02/2007    Page 30 of 42

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_____
**DEPARTMENT**

6-26-02    10:34
**DATE**

_____
**NAME:**        **LAST**        **FIRST**        **REGISTRATION NUMBER**

**I REQUEST VACATION FROM** 7 ___ **TO** 7 6 / DAY

***I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF.** ~~~~~~~
  (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

**APPROVED BY:**                                         **APPROVED BY:**

_____                                        _____
**WORK SUPERVISOR**                                   **DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6 /19 /2001, AND

HAS ACCUMULATED 0.54 ~~DAY~~ (S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT 7.15 ~~DAY~~ PER MONTH.

(½)  (1)

**COMPUTED BY:**              **REVIEWED BY:**              **FINAL APPROVED BY:**

_____              _____              _____
**TIMEKEEPER**               **ACCOUNTANT**               **SUPERINTENDENT**

**UNIT TEAM ACTION:**              **APPROVED:**_____              **DISAPPROVED**_____

                              **PLEASE STATE REASONS WHY IF DISAPPROVED.**

_____

_____

_____

_____

_____

**SIGNATURE**_____

***THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.**
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White)  Unit (Green)  Timekeeper (Canary)  Factory (Pink)  Inmate (Goldenrod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_____
DEPARTMENT

_____
DATE

_____
NAME:        LAST        FIRST

_____
REGISTRATION NUMBER

I REQUEST VACATION FROM _____ TO _____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                                APPROVED BY:

_____                     _____
WORK SUPERVISOR                            DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19_____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

COMPUTED BY:                 REVIEWED BY:                   FINAL APPROVED BY:

_____       _____        _____
TIMEKEEPER                   ACCOUNTANT                     SUPERINTENDENT

UNIT TEAM ACTION:            APPROVED:_____          DISAPPROVED_____

                                                        PLEASE STATE REASONS WHY IF
                                                        DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)



U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_LAY UP_

_____

DEPARTMENT

DATE

NAME: _____ LAST _____ FIRST _____ REGISTRATION NUMBER

I REQUEST VACATION FROM _____ TO _____ _2 DAYS_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY: _____ 　　　　APPROVED BY: _____

WORK SUPERVISOR 　　　　　　　　　　DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ 19_2001_, AND

HAS ACCUMULATED _25.35_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7.15_ DAY PER MONTH.

(½)　(1)

COMPUTED BY: _____ 　REVIEWED BY: _____ 　FINAL APPROVED BY: _____

TIMEKEEPER 　　　　　ACCOUNTANT 　　　　　SUPERINTENDENT

UNIT TEAM ACTION: 　　　　APPROVED:_____ 　　　　DISAPPROVED_____
PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39 　　　Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

**U.S. DEPARMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

DATE: 6-22-01

TO: Mr. Sapko,    Factory Manager
(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to move to the P.M. shift due to my Am. Drug & Alcohol 40 hr. program with Ms. Jessica Hayes. That program is twice a week. Also, I have to attend the G.E.D. Class everyday from 2 pm. to 3 pm. recall. Mr. Sapko I'm hoping you take this in consideration.

Respectfully Yours.

POSTED

Name: Kenny Hill        No.: 17110-016

Work assignment: Packing Department    Unit: BA-235L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    DATE: _____

OK
AH 6/22/01

OK.
D. English
Lay-up 2

MOVE FROM
PACK I
TO
LAYUP 2
7/5/01

Original - File
Copy - Inmate

Officer

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

DEPARTMENT _____   DATE _____

NAME: _____ LAST _____ FIRST _____   REGISTRATION NUMBER _____

I REQUEST VACATION FROM _____ TO _____ 1 day

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _____
 (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE _____

APPROVED BY: _____          APPROVED BY: _____

WORK SUPERVISOR                              DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _____ 19___, AND

HAS ACCUMULATED _____ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _____ DAY PER MONTH.

(½)    (1)

COMPUTED BY: _____        REVIEWED BY: _____        FINAL APPROVED BY: _____

TIMEKEEPER                      ACCOUNTANT                      SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____
_____
_____
_____
_____

SIGNATURE _____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

INST: MC   FACT: FT    GROUP: ft     CREW: PACKING

Name: HILL, KENNY               Grade: 5
Reg-num: 17110-016

| | Amount | Hours | | |
|---|---|---|---|---|
| Standard Pay | $ 12.13 | 52:45 | Date Computed | 07/02/01 |
| Group Incentive Pay | 0.00 | 0:00 | Anniversary Date | 06/19/01 |
| Indiv. Incentive Pay | 0.00 | 0:00 | Longevity Months | 8 |
| Overtime Premium Pay | 0.00 | 0:00 | UNICOR Work Months | 1 |
| Holiday Pay | 0.00 | 0:00 | Accrued Vacation Hours | 003:45 |
| Administrative Pay | 0.58 | 2:30 | Prev Yrs Vacation Hours | 000:00 |
| Vacation Taken Pay | 0.00 | 0:00 | Unpaid Call-out Hours | 12:15 |
| Vacation Cashed Pay | 0.00 | 0:00 | Rework Hours | 0:00 |
| Lost Time Wage | 0.00 | 0:00 | Unpaid Off-std Hours | 0:00 |
| Premium Pay | 0.00 | | Final Pay? | NO |
| Longevity Pay | 0.00 | | | |
| Gross Pay | 12.71 | | | |
| Adjustments | 0.00 | | | |
| Net Pay | $ 12.71 | 55:15 | | |

*Chris / Davis —*

*Please check Grade. Was Grade 4 prior. If not correct, please get with him.*

*Thanks,*
*Tim H.*

*P.S. Can Davis check his longevity also.*

U.S. DEPARMENT OF JUSTICE                    INMATE REQUEST TO
Federal Bureau of Prisons

DATE: 6-2x

TO: Mr. Sapko,     Factory Manager
(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be do

I would like to move to the P.M.
due to my Cam. Drug & Alcohol 40 hr.
with Ms. Jessica Hayes. That program
is twice a week. Also, I have to
attend the G.E.D. Class everyday from
2:PM to 3:PM recall Mr. Sapko I'm
hoping you take this in Consideration.

Respectfully Yours,

Name: Kenny Hill                    No.: 17110-016

Work assignment: Packing Department     Unit: 8A-235L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE:

OK
H 6/22/01

OK.
D. English
Lay-up-2

MOVE FROM
PACK I
TO
LAYUP 2
7/5/01

Original - File
Copy -  Inmate                              Officer

# *U N I C O R*
## (FCI McKean)
## "Notice of Unsatisfactory Work Performance"

To: __Hill, Kenny_____    Number: __17110-016___    Date: __9-22-03__

        *(Name Last, First)*

UNICOR McKean start date: _____ Current Grade: __4_____ Unit: __B-A_____

This is to advise you of your unsatisfactory work performance on: ___9-22-03_____

Specifically:  Inmate Hill #17110-016, was late returning from the evening meal. The return time to report back to work was 5:40pm, inmate Hill did not return to work until 5:47pm, this making him 7 minutes late.

Supervisor's Recommendation:

    1) Written Warning ____YES_____

    2) Grade Reduction from ____to _____; No. of days _____

    3) Job Change _____

    4) Removal * _____

    5) Other _____

\*   Third offenses, whether related acts, or not, automatically require the recommendation for "Removal." All recommendations for "Removal" must be approved by the Superintendent of Industries.

_____    _____  9-22-03____
Inmate signature      Date        Staff signature      Date

Final disposition : _____

_____

_____

_____

_____

_____


                                  _____
                                  Superintendent of Industries      Date

# *U N I C O R*

## *(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: _Hill Kenny_     Number: _17110-016_     Date: _9/8/03_
        (Last, First)

UNICOR McKean start date: _____ Current Grade: _____ Unit: _____ This is to
advise you of your unsatisfactory work performance on: _____

Specifically: _On 9/4/03 At 10:40pm, Inmate Hill_
_Attempted To leave Unicor with a 16 oz_
_Bottle of pine oil. He said he was going To_
_Use this to Clean his room._

Supervisor's Recommendation:

1) Written Warning _____✓_____

2) Grade Reduction from _____ to _____; No. of days _____

3) Job Change _____

4) Removal ** _____

5) Other: _____

**   Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
     All recommendations for "Removal" must be approved by the Superintendent of Industries.

NOTE: Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
        this matter.

_Kenny Hill_ _9-8-03_            _Dave Engel_ _9/8/03_
    Inmate Signature    Date                Staff Signature    Date

Final disposition: _____
_____
_____

_____
Superintendent of Industries    Date

Employee Work History

NAME: _Hill, Kenny_    NO. _# 17110-016_

HIRE DATE: _06/19/61_    Prior UNICOR Credit Accepted: _07_ Months

Year __2002__

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 15 | 7:15 | | 25:39 | |
| Feb | 16 | 7:15 | 14:30 | 25:39 | VAC 7/4, 2/5 Force + 7:30 in MARCH |
| Mar | 17 | 7:15 | 7:30 | 25:24 | |
| Apr | 18 | 7:15 | | 32:39 | |
| May | 19 | 7:15 | | 39:54 | |
| Jun | 20 | 7:15 | 29:00+7:15 | 10:54 | VAC 6/7 6/18 6/19 6/20 6/12 |
| Jul | 21 | 7:15 | 7:15 | 10:54 | VAC 7/5 |
| Aug | 22 | 7:15 | | 18:09 | |
| Sep | 23 | 7:15 | 7:15 | 18:09 | VAC 9/16 |
| Oct | 24 | 7:15 | 14:30 | 10:54 | VAC 10/11, 10/2 |
| Nov | 25 | 7:15 | | 18:09 | |
| Dec | 26 | 7:15 | 7:15+7:15 | 10:54 | VAC 12/20 12/23 |

Year __2003__

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 27 | 5:51+ 7:15 | | EXAS 18:09 | |
| Feb | 28 | 7:15 +A 7:15 | 7:15+7:15 | 7:15+ 10:54 | VAC 2/4 2/5 |
| Mar | 29 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Apr | 30 | 7:15+ 7:15 | 21:45 | 7:15 3:39 | VAC 4/14 4/15 4/16 |
| May | 31 | 7:15+ 7:15 | | 7:15+ 10:54 | |
| Jun | 32 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Jul | 33 | 7:15+ 7:15 | 14:30 | 7:15+ 10:54 | VAC 7/17 7/18 |
| Aug | 34 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Sep | 35 | 7:15+ 7:15 | 7:30 + 7:15 | 7:15+ 10:54 | VAC 9/15 9/16 |
| Oct | 36 | 7:15+ 7:15 | 7:15 | 7:15+ 18:09 | VAC 10/3 |
| Nov | 37 | 7:15+ 7:15 | 14:30 | 7:15+ 10:54 | VAC 11/26 11/28 |
| Dec | 38 | 7:15+ 7:15 | | 7:15+ 18:09 | |

Year __2004__

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 39 | 7:15+ 7:15 | 7:15+ 7:15 | 7:15+ 10:54 | VAC 1/30 1/31 |
| Feb | 40 | 7:15+ 7:30 | 7:15 | 7:15+ 10:54 11:09 | VAC 2/13 JUK |
| Mar | 41 | 7:15+ 7:15 | 7:15 7:15 | 7:15+ 3:54 | VAC 3/12 3/24 |
| Apr | 42 | 7:15+ 7:15 | 7:15 | 7:15+ 3:54 | VAC 4/16 |
| May | 43 | 7:15+ 7:15 | | 7:15+ 11:09 | |
| Jun | 44 | 7:15+ 7:15 | 7:15 | 7:15+ 11:09 | VAC 9/1 |
| Jul | 45 | 7:15 7:15 | | 7:15 19:24 | |
| Aug | | | 7:15 + 7:15 | | VAC 8/3 8/30 |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

## Employee Work History

Name: **Hill, Kenny**                                           No.  #17110-016

Hire Date:    06/19/01                           Prior UNICOR Credit Accepted:    07    Months

Year: 2000

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | | | | | |
| Feb | | | | | |
| Mar | | | | | |
| Apr | | | | | |
| May | | | | | |
| Jun | | | | | |
| Jul | | | | | |
| Aug | | | | | |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

Year: 2001

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | | | | | |
| Feb | | | | | |
| Mar | | | | | |
| Apr | | | | | |
| May | | | | | |
| Jun | 08 | 3:45 | | 3:45 | |
| Jul | 9 | 3:45 | | 7:30 | |
| Aug | 10 | 3:38 | 7:15 | 3:53 | VAC 8/14 |
| Sep | 11 | 3:38 | | 7:31 | |
| Oct | 12 | 3:38 | | 11:09 | |
| Nov | 13 | 7:15 | 7:15 | 11:09 | VAC 11/26 |
| Dec | 14 | 7:15 | | 18:24 | |

GED N

L 7

Enrolled
GED Class
5-14-01

```
  MCK2G  531.01 *            INMATE HISTORY        *    06-15-2001
  PAGE 001 OF 001 *             WRK DETAIL         *    14:48:22

   REG NO..: 17110-016 NAME....: HILL, KENNY
   CATEGORY: WRK        FUNCTION: PRT      FORMAT:

FCL    ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME

MCK    ORD B A    ORDERLY BA                04-12-2001 0001 CURRENT
MCK    UNASSG     UNASSIGNED                04-11-2001 0001 04-12-2001 0001

MCK    A&O        ADMISSION & ORIENTATION   04-06-2001 0845 04-11-2001 0001

LEW    UNASSG     UNASSIGNED WORK DETAIL    04-02-2001 1905 04-06-2001 0603

OKL    UNASSG     UNASSIGNED HOLDOVER       03-28-2001 1715 04-02-2001 0810

THA    IND FIN PM INDUSTRIES FINISH P.M.    11-06-2000 0001 03-28-2001 0800

THA    IND FINISH INDUSTRIES FINISH         09-22-2000 0001 11-06-2000 0001

THA    ORD C      ORD                       08-04-2000 0001 09-22-2000 0001

THA    UNASSG     UNASSIGNED WORK DETAIL    07-06-2000 1000 08-04-2000 0001

OKL    UNASSG     UNASSIGNED HOLDOVER       07-03-2000 1640 07-06-2000 0710
```

```
  G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
  MCK2G          *        INMATE DISCIPLINE DATA        *      06-15-2001
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD   *      14:48:07

REGISTER NO: 17110-016 NAME..: HILL, KENNY
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 06-15-2001
```

```
  G5401       DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```