```
BOPUK  531.01 *                  INMATE HISTORY              *      09-08-2006
PAGE 001       *                    WRK DETAIL               *      07:45:18

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|------------|-------------|-----------------|----------------|
| BEN | DW CMPND | CMPND DETAIL | 05-25-2006 0001 | CURRENT |
| BEN | UNASSG | UNASSIGNED | 12-22-2005 1352 | 05-25-2006 0001 |
| BEN | FCI A&O | ADMISSION AND ORIENTATION | 12-01-2005 1100 | 12-22-2005 1352 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 11-30-2005 1411 | 12-01-2005 0414 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 11-23-2005 0900 | 11-30-2005 0454 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 09-29-2005 0001 | 11-23-2005 0724 |
| JES | UNASSG | UNASSIGNED | 09-23-2005 1457 | 09-29-2005 0001 |
| JES | UNASSG | UNASSIGNED | 09-13-2005 1044 | 09-23-2005 0834 |
| JES | SHU | SPECIAL HOUSING UNIT | 09-12-2005 1334 | 09-13-2005 1044 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 06-09-2005 0001 | 09-12-2005 1334 |
| JES | IDLE2 | IDLE - 2 DAYS | 06-08-2005 0730 | 06-09-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 03-04-2005 0001 | 06-08-2005 0730 |
| JES | MED CONV | MEDICAL CONVALESCENCE | 03-02-2005 0001 | 03-04-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 10-05-2004 0001 | 03-02-2005 0001 |
| JES | CMS | CMS CLERK | 10-01-2004 0001 | 10-05-2004 0001 |
| JES | ORDERLY C1 | C1 UNIT ORDERLY | 08-10-2004 0800 | 10-01-2004 0001 |
| JES | UNASSG | UNASSIGNED | 08-09-2004 1603 | 08-10-2004 0800 |
| JES | A&O | ADMISSION & ORIENTATION PGM | 08-03-2004 1315 | 08-09-2004 1603 |
| JES | UNASSG | UNASSIGNED | 08-02-2004 1256 | 08-03-2004 1315 |
| JES | SHU | SPECIAL HOUSING UNIT | 07-16-2004 0715 | 08-02-2004 1256 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 06-29-2004 1700 | 07-16-2004 0305 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-24-2004 1755 | 06-29-2004 0800 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-21-2004 1457 | 05-24-2004 1033 |
| MCK | VACATION | VACATION | 05-14-2004 0001 | 05-21-2004 1100 |
| MCK | REC | RECREATION ORDERLY | 03-23-2004 0001 | 05-14-2004 0001 |
| MCK | CONV | CONVALESCENT | 03-17-2004 1123 | 03-23-2004 0001 |
| MCK | REC | RECREATION ORDERLY | 06-15-2003 0001 | 03-17-2004 1123 |
| MCK | IDLE | IDLE | 06-13-2003 1021 | 06-15-2003 0001 |
| MCK | REC | RECREATION ORDERLY | 05-08-2003 0001 | 06-13-2003 1021 |

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| MCK | UNASSG | UNASSIGNED | 04-25-2003 0001 | 05-08-2003 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 10-03-2002 0001 | 04-25-2003 0001 |
| MCK | I LAYUP 1 | LAYUP 1 | 09-03-2002 0001 | 10-03-2002 0001 |
| MCK | ORD B B | ORDERLY B B | 07-30-2002 0001 | 09-03-2002 0001 |
| MCK | UNASSG | UNASSIGNED | 07-24-2002 0001 | 07-30-2002 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 07-19-2002 0825 | 07-24-2002 0001 |
| LEW | PAINT 2 | PAINT 2 | 06-12-2002 0001 | 07-19-2002 0520 |
| LEW | INS GM1 | INSIDE GENERAL MAINT 1 | 06-04-2002 0001 | 06-12-2002 0001 |
| LEW | INS FA | INSIDE FACILITY ASSISTANT | 06-01-2002 0001 | 06-04-2002 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-24-2002 0826 | 06-01-2002 0001 |
| LEW | PAINT 2 | PAINT 2 | 11-24-2001 0001 | 04-18-2002 1214 |
| LEW | IDLE 3 | IDLE #3 - 3 DAYS | 11-21-2001 1510 | 11-24-2001 0001 |

G0002        MORE PAGES TO FOLLOW . . .

BOPUK  531.01 *                 INMATE HISTORY              *        09-08-2006
PAGE 002 OF 002 *                  WRK DETAIL               *        07:45:18

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT       FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| LEW | PAINT 2 | PAINT 2 | 05-30-2001 0001 | 11-21-2001 1510 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-12-2001 0712 | 05-30-2001 0001 |
| LEW | PAINT 2 | PAINT 2 | 04-18-2001 0001 | 05-12-2001 0712 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 03-19-2001 2114 | 04-18-2001 0001 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 02-21-2001 1910 | 03-19-2001 1113 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 08-11-1999 1645 | 08-17-1999 0730 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1200 | 08-11-1999 1125 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1155 | 08-03-1999 1159 |

G0000          TRANSACTION SUCCESSFULLY COMPLETED

ASSEMBLY—PART                          TERMINATION                          PROGRAM CHANGE



# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| `3` | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| `3` | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| `3` | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number**    **5. Resident Name (Last, First, Middle)**    **6. Institution Code**

| 2 | 6 | 9 | 9 | 4 | 0 | 3 | 9 |    | K | E | L | L | Y | , | L | E | S | L | I | E |    | 2 | 3 | 1 |

---

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |

| d | d | d |  d |    | M | C | F | T |   | 1 |   | 7 | 0 | 6 | 6 | 8 | 7 | 0 | 1 | 0 |    | A | S | S | E | M | B | L | E | R |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |

| | | | | | |

**19. Effective Date** Month, Day, Year    **20. Time Of Action**    **21. Check One:    AM    PM**

| 9 | 4 | — | 2 | 9 | — | 9 | 3 |    | 0 | 7 | 1 | 0 |        | ✗ | |

---

| | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | **23. Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no       (For use only when termination is for release (MR or parole). |

| | | | | | **24. Date Of Enrollment Month, Day, Year** |

| | | | | **25. Total Inmate Hours Involved** |

---

**26. Signatures:**

Recommended By _____ Foreman          Date: _____

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

FPI Revised Form 96          Distribution:    White———————— Business office          Green———————— Placement
                                        Canary ———————— Terminal operator       Pink———————— Foreman

LAYUP 1                    INTERDEPARTMENTAL CHANGE                FROM LAYUP 1 TO ASSEMBLY 1

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|
| **2** | | |

| | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| **2** | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 2 5 8 6 4 — 0 3 9 | KELLY, LESLIE | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | WD WRK SHOPEAND |

1 = Hourly
2 = G.P.W.   ⎤ X = Apprentice
3 = P.W.   ⎦

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 4 4 | 4 | M C F T | 1 | 7 0 6 5 8 7 0 1 0 | COMP ASSEM BLY LINE |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 1 0 — 0 3 — 0 2 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | — | | — | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|---|

| | | | | 25. Total Inmate Hours Involved |
|---|---|---|---|---|

**26. Signatures:**

Recommended By _____ Foreman    Date: 10/2/02

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: 10/3/02

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**   `2 6 8 6 4 — 0 3 9`

**5. Resident Name (Last, First, Middle)**   `K E L L Y , L E S L I E`

**6. Institution Code**   `2 3 1`

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D   W R K   S H O P   H A N D` |

1 = Hourly
2 = G.P.W.       X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| `0 9 — 1 1 — 0 2` | `0 7 1 0` | `X` |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request
5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**   `|   |   — |   |   — |   |   |`

**25. Total Inmate Hours Involved**   `|   |   |   |`

**26. Signatures:**

Recommended By _____ Foreman       Date: 9 - 18 - 02

Approved By _____ Plant Superintendent       Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.       Date: _____

Entered On Payroll Records _____ Timekeeper       Date: 9/9/02

FPI Form 96 (9/98)

Distribution:     White (Business Office)     Canary (Terminal Operator)     Pink (Placement)     Goldenrod (Foreman)

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Leslie Kelly__          Register Number: __26864-039__

Institution Code: __231__          Industry Code: __MCFT__

Job Description: __Woodworking Shophand__          Department: __Layup 1__

> *Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate __Leslie Kelly__    Reg. No. __26864-039__
in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____          __9-11-02__
Foreman                                  Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____          __26864039__          __9-11-02__
Signature of Inmate          Register Number          Date

LAYUP 1                                NEW HIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

---

**3**  1.  Type of Report:          UNICOR Action = 1 IPRS Action = 2 Both = 3

---

**1**  2.  If UNICOR Action        Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
                                   Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
                                   Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

---

**2**  3.  If IPRS Action          Enter 2 For Enrollment, Complete Items 4-6, 19
                                   Enter 3 For Completion, Complete Items 4-6, 19
                                   Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

---

4.  Register Number          5.  Resident Name (Last, First, Middle)                    6.  Institution Code

`2 6 8 6 4 — 0 3 9`     `K E L L Y ,  L E S L I E`                              `2 3 1`

---

**Action Recommended**
From:

7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title

`0 1 2`   `4`   `M C F T`   `1`   `7 6 9 6 8 7 0 5 4`   `W D  W R K  S H O P H A N D`

1 = Hourly
2 = G.P.W.    ⎤ X = Apprentice
3 = P.W.      ⎦

To:

13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title

19.  Effective Date Month, Day, Year     20. Time of Action        21. Check One:    AM    PM

`0 9 — 0 3 — 0 2`      `0 7 1 0`                              `X` `☐`

---

22.  **Reason For Termination Of Employment Or Withdrawal**

     1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request
     5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs

23.  **Continuation of Longevity Status**

     1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole).

---

`☐ ☐ — ☐ ☐ — ☐ ☐`   24. Date Of Enrollment Month, Day, Year

---

`☐ ☐ ☐ ☐`   25. Total Inmate Hours Involved

---

26. Signatures:

Recommended By _____ Foreman              Date: 9-3-0___

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper    Date: 9-3-0___

FPI Form 96 (9/98)

Distribution:        White (Business Office)        Canary (Terminal Operator)        Pink (Placement)        Goldenrod (Foreman)

# F.C.I. McKean

## UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

NAME: _LESLie Kelly_____     UNIT:_____     LOCKER#_____     CHIT#_____

1) INMATE WORKERS ARE <u>FORBIDDEN</u> TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR SUPERVISOR.  WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE.  INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND AFTER RETURNING FORM A CALL-OUT.

2) ALL INMATES <u>MUST</u> WEAR STEEL TOE SAFETY SHOES AT ALL TIMES WHILE IN THE FACTORY.

3) SAFETY GLASSES <u>MUST</u> BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION <u>MUST</u> BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH-NOISE LEVEL AREAS.

5) INMATES <u>SHALL</u> PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM.  OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR IS STRICTLY FORBIDDEN.  VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN.  FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED, AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) <u>REPORT</u> ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY.  <u>DO NOT</u> CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

10) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT.  DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCK.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE <u>PROHIBITED</u> FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR, OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS WITH UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY <u>NO SMOKING</u> IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS.  ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN AND ALSO TO WASH UP.

16) INMATES WHO RECEIVE A <u>DISCIPLINARY SEGREGATION</u> SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAS BEEN TRANSFERRED FROM ANOTHER INSTITUTION FOR DISCIPLINARY PURPOSES, SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND ALSO UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE RULES SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: _LESLiE Kelly_____     REG.# _26864059_____     DATE: _9-3=02_____

ASSIGNED DEPARTMENT: _1-LAY up -1_____

Federal Prison Industries, Inc.
UNICOR - McKean

P.O. Box 8000
Phone #(814) 362-8900
Fax #(814) 362-4151

# MEMORANDUM

---

DATE:     March 27, 2002

REPLY TO:
ATTN OF:  Martin Sapko, Factory Manager

SUBJECT:  Issuance of Safety Glasses

TO:       New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair. These safety glasses may be kept in the housing unit or work locker. However, regardless of where you store your issued safety glass, it is your responsibility and must be well cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost. Safety glasses are required for **all** production workers and **must** be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on _____, and I agree to the above conditions.

Signature: _Leslie Kelly_

Print Name: _LESLIE KELly_

Reg. Number: _26864039_

```
MCK2G  531.01 *              INMATE HISTORY         *      08-30-2006
PAGE 001         *              WRK DETAIL          *      15:00:33

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK          FUNCTION: PRT          FORMAT:

FCL     ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
BEN     DW CMPND   CMPND DETAIL                     05-25-2006 0001 CURRENT
BEN     UNASSG     UNASSIGNED                       12-22-2005 1352 05-25-2006 0001
BEN     FCI A&O    ADMISSION AND ORIENTATION        12-01-2005 1100 12-22-2005 1352
ATL     DCU UNASSG DETENTION CENTER UNASSIGNED      11-30-2005 1411 12-01-2005 0414
TAL     JAIL       WORK ASSG (A-PRE/A-HLD)          11-23-2005 0900 11-30-2005 0454
JES     HVAC 2     HEAT/VENT/AC DETAIL              09-29-2005 0001 11-23-2005 0724
JES     UNASSG     UNASSIGNED                       09-23-2005 1457 09-29-2005 0001
JES     UNASSG     UNASSIGNED                       09-13-2005 1044 09-23-2005 0834
JES     SHU        SPECIAL HOUSING UNIT             09-12-2005 1334 09-13-2005 1044
JES     HVAC 2     HEAT/VENT/AC DETAIL              06-09-2005 0001 09-12-2005 1334
JES     IDLE2      IDLE - 2 DAYS                    06-08-2005 0730 06-09-2005 0001
JES     HVAC 2     HEAT/VENT/AC DETAIL              03-04-2005 0001 06-08-2005 0730
JES     MED CONV   MEDICAL CONVALESCENCE            03-02-2005 0001 03-04-2005 0001
JES     HVAC 2     HEAT/VENT/AC DETAIL              10-05-2004 0001 03-02-2005 0001
JES     CMS        CMS CLERK                        10-01-2004 0001 10-05-2004 0001
JES     ORDERLY C1 C1 UNIT ORDERLY                  08-10-2004 0800 10-01-2004 0001
JES     UNASSG     UNASSIGNED                       08-09-2004 1603 08-10-2004 0800
JES     A&O        ADMISSION & ORIENTATION PGM      08-03-2004 1315 08-09-2004 1603
JES     UNASSG     UNASSIGNED                       08-02-2004 1256 08-03-2004 1315
JES     SHU        SPECIAL HOUSING UNIT             07-16-2004 0715 08-02-2004 1256
TAL     JAIL       WORK ASSG (A-PRE/A-HLD)          06-29-2004 1700 07-16-2004 0305
OKL     UNASSG     UNASSIGNED HOLDOVER              05-24-2004 1755 06-29-2004 0800
LEW     UNASSG     UNASSIGNED WORK DETAIL           05-21-2004 1457 05-24-2004 1033
MCK     VACATION   VACATION                         05-14-2004 0001 05-21-2004 1100
MCK     REC        RECREATION ORDERLY               03-23-2004 0001 05-14-2004 0001
MCK     CONV       CONVALESCENT                     03-17-2004 1123 03-23-2004 0001
MCK     REC        RECREATION ORDERLY               06-15-2003 0001 03-17-2004 1123
MCK     IDLE       IDLE                             06-13-2003 1021 06-15-2003 0001
MCK     REC        RECREATION ORDERLY               05-08-2003 0001 06-13-2003 1021
MCK     UNASSG     UNASSIGNED                       04-25-2003 0001 05-08-2003 0001
MCK     I ASEMBLY1 ASSEMBLY 1                       10-03-2002 0001 04-25-2003 0001
MCK     I LAYUP 1  LAYUP 1                          09-03-2002 0001 10-03-2002 0001
MCK     ORD B B    ORDERLY B B                      07-30-2002 0001 09-03-2002 0001
MCK     UNASSG     UNASSIGNED                       07-24-2002 0001 07-30-2002 0001
MCK     A&O        ADMISSION & ORIENTATION          07-19-2002 0825 07-24-2002 0001
LEW     PAINT 2    PAINT 2                          06-12-2002 0001 07-19-2002 0520
LEW     INS GM1    INSIDE GENERAL MAINT 1           06-04-2002 0001 06-12-2002 0001
LEW     INS FA     INSIDE FACILITY ASSISTANT        06-01-2002 0001 06-04-2002 0001
LEW     UNASSG     UNASSIGNED WORK DETAIL           05-24-2002 0826 06-01-2002 0001
LEW     PAINT 2    PAINT 2                          11-24-2001 0001 04-18-2002 1214
LEW     IDLE 3     IDLE #3 - 3 DAYS                 11-21-2001 1510 11-24-2001 0001
```

G0002        MORE PAGES TO FOLLOW . . .

```
   MCK2G  531.01 *          INMATE HISTORY          *    08-30-2006
PAGE 002 OF 002 *            WRK DETAIL             *    15:00:33
```

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| LEW | PAINT 2 | PAINT 2 | 05-30-2001 0001 | 11-21-2001 1510 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-12-2001 0712 | 05-30-2001 0001 |
| LEW | PAINT 2 | PAINT 2 | 04-18-2001 0001 | 05-12-2001 0712 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 03-19-2001 2114 | 04-18-2001 0001 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 02-21-2001 1910 | 03-19-2001 1113 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 08-11-1999 1645 | 08-17-1999 0730 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1200 | 08-11-1999 1125 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1155 | 08-03-1999 1159 |

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

ASSEMBLY PART                    TERMINATION                  PROGRAM CHANGE



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1. Type Of Report:** `3`    UNICOR Action = 1  IPRS Action = 2  Both = 3

**2. If UNICOR Action** `3`    Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

**3. If IPRS Action** `3`    Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 2 6 8 6 4 - 0 3 9 | K E L L Y, L E S L E E | 2 3 1 |

**Action Recommended**
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 4 4 | 4 | M C F T 1 | 1 | 7 0 6 6 8 7 0 1 0 | A S S E M B L E R |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 4 - 2 5 - 0 3 | 0 7 1 0 | X |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no          (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

Recommended By _____ Foreman    Date: 4/25/03

Approved By _____ Plant Superintendent    Date: 11/_/_

Approved By _____ Ass't Supt. Or Business Mgr.    Date: 4/25/03

Entered On Payroll Records _____ Timekeeper    Date: 4/25/03

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **2** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|  |  |  | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
|  |  |  | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

|  | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|  |  |  | Enter 3 For Completion, Complete Items 4-6, 19 |
|  |  |  | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**   2 5 8 6 4 - 0 3 9

**5. Resident Name (Last, First, Middle)**   K E L L Y , L E S L I E

**6. Institution Code**   2 3 1

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 4 4 | 4 | M C F T | 1 | 7 0 6 6 8 7 0 1 0 | C O M P   A S S E M B L Y   L I N E |

**19. Effective Date** Month, Day, Year   1 0 - 0 3 - 0 2

**20. Time of Action**   0 7 1 0

**21. Check One:**   AM **X**   PM

| | 22. | **Reason For Termination Of Employment Or Withdrawal** |
|  |  | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
|  |  | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. | **Continuation of Longevity Status** |
|  |  | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| | | — | | — | | **24.** Date Of Enrollment Month, Day, Year |

| | | | | **25.** Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman   Date: 10/2/02

Approved By _____ Plant Superintendent   Date: 10/2/02

Approved By _____ Ass't Supt. Or Business Mgr.   Date: 10/2/02

Entered On Payroll Record _Linda K. Kerr_ Timekeeper   Date: 10/3/02

FPI Form 96 (9/98)

Distribution:   White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

LAYUP 1                    INTERDEPARTMENTAL CHANGE    FROM LAYUP 1  TO LAYUP PART

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **1** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | | |
|---|---|---|---|
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number      5. Resident Name (Last, First, Middle)      6. Institution Code

`2 6 8 6 4 _ 0 3 9`   `K E L L Y ,  L E S L I E`   `2 3 1`

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|

`0 1 2`   `4`   `M C F T`   `1`   `7 6 9 6 8 7 0 5 4`   `WD WRK SHOP HAND`

1 = Hourly
2 = G.P.W.    ⎤ X = Apprentice
3 = P.W.      ⎦

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|

19. Effective Date Month, Day, Year    20. Time of Action    21. Check One:    AM    PM

`0 9 — 1 1 — 0 2`   `0 7 1 0`   `X` `☐`

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. Signatures:

Recommended By _____ Foreman         Date: 9-10-02

Approved By _____ Plant Superintendent    Date: 9/10/02

Approved By _____ Ass't Supt. Or Business Mgr.    Date: 9/9/02

Entered On Payroll Records _____ Timekeeper    Date: 9/9/02

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 2 6 8 6 4 – 0 3 9 | K E L L Y , L E S L I E | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 9 – 0 3 – 0 2 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|
| – – | |

| | 25. Total Inmate Hours Involved |
|---|---|

26. **Signatures:**

| Recommended By | _W. mily_ | Foreman | Date: 9-3-02 |
|---|---|---|---|
| Approved By | _T. Kalahan_ | Plant Superintendent | Date: 9/3/02 |
| Approved By | _T. Kalahan_ | Ass't Supt. Or Business Mgr. | Date: 9/3/02 |
| Entered On Payroll Records | _Lynda K. Kern_ | Timekeeper | Date: 9-3-02 |

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# *UNICOR*

### *(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

*Cory Burke*
BB

Name: *Kelly, Leslie*
(Last, First)          Number: *26364-039*          Date: *4-11-03*

UNICOR McKean start date:_____     Current Grade: *4*     Unit:_____     This is to advise you of your unsatisfactory work performance on:_____

Specifically: *Found NOT WEARING SAFETY glasses AT*
*9:11 Am in Assembly dept*
_____
_____
_____
_____
_____
_____
_____
_____
_____

Supervisor's Recommendation:

1) Written Warning _____

2) Grade Reduction from _____ to _____; No. of days _____

3) Job Change _____

4) Removal ** *Constant Supervision problem*

5) Other: _____

**   Third offenses, whether related acts, or not, automatically require the recommendation for "Removal". All recommendations for "Removal" must be approved by the Superintendent of Industries.

NOTE:  Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning this matter.

_____          _____ *4-11-03*
Inmate Signature          Date                    Staff Signature          Date

Final disposition: *Removal due to chronic management issues*
*and progressive ~~dis~~ unsatisfactory work*
*performance.*

*Tim Halahan* for          *4/23/03*
Superintendent of Industries          Date

# *U N I C O R*

(FCI McKEAN)

## "Notice of Unsatisfactory Work Performance"

Name: Kelly, Leslie     Number: 26864-039     Date: 3-26-03
(Last, First)

UNICOR McKean start date: _____     Current Grade: ___     Unit: B-B     This is to
advise you of your unsatisfactory work performance on: _____

Specifically: Mr Kelly has been previously verbally warned
about crowding in line to exit the factory. He again
crowded to the front on 3-25-03 at 3:07 pm.
Mr. Kelly is a management problem, and needs constant
supervision, my recommendation is therefore removal
as he has 3-written warning in addition to several
verbal

Supervisor's Recommendation:

1) Written Warning _____

2) Grade Reduction from _____ to _____; No. of days _____

3) Job Change _____

4) Removal ** _____

5) Other: _____

** Third offenses, whether related acts, or not, automatically require the recommendation for "Removal". All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counseled concerning this matter.

_____
Inmate Signature        Date

_____        3-26-03
Staff Signature        Date

Final disposition: _____
_____
_____

_____
Superintendent of Industries        Date

# *UNICOR*

### (FCI McKEAN)

## "Notice of Unsatisfactory Work Performance"

Name: KELLY Leslie          Number: 26864-039     Date: 12/13
_____
(Last, First)

UNICOR McKean start date:_____  Current Grade:_____  Unit: B-04 This is to
advise you of your unsatisfactory work performance on: 12-13-02

Specifically: HAS been PREViously WARNED AbOUT leaving
his AREA When WORK NEEDS TO BE DONE. IN this
CASE he WAS AbseNT, thus I had to LocATE him to get
TO his AREA. At this Time he proceeded TO ARGUE with
mE.
_____
_____
_____
_____
_____
_____
_____
_____

Supervisor's Recommendation:

1) Written Warning _____

2) Grade Reduction from _____ to _____; No. of days _____

3) Job Change _____

4) Removal ** _____

5) Other: _____

**    Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
      All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
          this matter.

X  REFUSED _____          _____  12/13/02
Inmate Signature        Date            Staff Signature      Date

Final disposition: _____
_____
_____

_____          _____
Superintendent of Industries         Date

# *U N I C O R*

### *(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: **Kelly, Leslie**          Number: **26864-039**     Date: **9-18-02**
(Last, First)

UNICOR McKean start date: _____     Current Grade: _____  Unit: **B-B**  This is to advise you of your unsatisfactory work performance on: **9-18-02**

Specifically: **RETURNED late from Lunch** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supervisor's Recommendation:

1) Written Warning _____

2) Grade Reduction from _____ to _____ ; No. of days _____

3) Job Change _____

4) Removal ** _____

5) Other: _____

** Third offenses, whether related acts, or not, automatically require the recommendation for "Removal". All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning this matter.

X _**Leslie Kelly**_  **9-18-02**          _**Donald Cook**_  **9-18-02**
Inmate Signature     Date                   Staff Signature     Date

Final disposition: _____

_____

_____


_____
Superintendent of Industries     Date

<u>Employee Work History</u>

NAME: ___Kelly, Leslie_____ NO. ___#26864-039_____

HIRE DATE: ___09/03/02_____ Prior UNICOR Credit Accepted: ___15____ Months

Year __2002__

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | | | | | |
| Feb | | | | | |
| Mar | | | | | |
| Apr | | | | | |
| May | | | | | |
| Jun | | | | | |
| Jul | | | | | |
| Aug | | | | | |
| Sep | 16 | 7:30 | | 7:30 | |
| Oct | 17 | 3:45 | | 11:15 | |
| Nov | 18 | 3:45 | | 15:00 | |
| Dec | 19 | 3:45 | | 18:45 | |

Year __2003__

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 20 | 3:45 | | 22:30 | |
| Feb | 21 | 3:45 | | 26:15 | |
| Mar | 22 | 3:45 | | 30:00 | |
| Apr | | | | | |
| May | | | | | |
| Jun | | | | | |
| Jul | | | | | |
| Aug | | | | | |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

Year __2004__

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | | | | | |
| Feb | | | | | |
| Mar | | | | | |
| Apr | | | | | |
| May | | | | | |
| Jun | | | | | |
| Jul | | | | | |
| Aug | | | | | |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

*L 15*

*GEO Progress Satisfactory @ 5/1/01*
*NON Promotable    4/19/01*

```
MCK2G  531.01 *            INMATE HISTORY          *    08-28-2002
PAGE 001 OF 001 *            WRK DETAIL            *    20:16:02
```

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME | |
|-----|-----------|-------------|-----------------|----------------|---|
| MCK | ORD B B | ORDERLY B B | 07-30-2002 0001 | CURRENT | |
| MCK | UNASSG | UNASSIGNED | 07-24-2002 0001 | 07-30-2002 0001 | |
| MCK | A&O | ADMISSION & ORIENTATION | 07-19-2002 0825 | 07-24-2002 0001 | |
| LEW | PAINT 2 | PAINT 2 | 06-12-2002 0001 | 07-19-2002 0520 | *2* |
| LEW | INS GM1 | INSIDE GENERAL MAINT 1 | 06-04-2002 0001 | 06-12-2002 0001 | |
| LEW | INS FA | INSIDE FACILITY ASSISTANT | 06-01-2002 0001 | 06-04-2002 0001 | |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-24-2002 0826 | 06-01-2002 0001 | |
| LEW | PAINT 2 | PAINT 2 | 11-24-2001 0001 | 04-18-2002 1214 | *5* |
| LEW | IDLE 3 | IDLE #3 - 3 DAYS | 11-21-2001 1510 | 11-24-2001 0001 | |
| LEW | PAINT 2 | PAINT 2 | 05-30-2001 0001 | 11-21-2001 1510 | *6* |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-12-2001 0712 | 05-30-2001 0001 | |
| LEW | PAINT 2 | PAINT 2 | 04-18-2001 0001 | 05-12-2001 0712 | *2* |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 03-19-2001 2114 | 04-18-2001 0001 | |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 02-21-2001 1910 | 03-19-2001 1113 | |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 08-11-1999 1645 | 08-17-1999 0730 | |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1200 | 08-11-1999 1125 | |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1155 | 08-03-1999 1159 | |

*S11*
*LAYUP I*    *5917521*
*PRIOR*
*DOT*    *9/1/02*    *OK*
*769687054*

G0000          TRANSACTION SUCCESSFULLY COMPLETED

```
  MCK2G           *           INMATE DISCIPLINE DATA          *      08-28-2002
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD         *      20:16:10

REGISTER NO: 26864-039 NAME..: KELLY, LESLIE ROMILE
FUNCTION...: PRT          FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 08-28-2002

-------------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 883347 - SANCTIONED   INCIDENT DATE/TIME: 05-12-2001 0705

DHO HEARING DATE/TIME: 05-22-2001 1300
FACL/CHAIRPERSON.....: LEW/EMORY D
REPORT REMARKS.......: ADMITS
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DIS GCT    / 7 DAYS / CS
         COMP:010 LAW:P
         DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
```

```
G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
MCK2G                 *    INMATE EDUCATION DATA      *    08-29-2002
PAGE 001              *          TRANSCRIPT           *    14:11:01


REGISTER NO: 26864-039      NAME..: KELLY                    FUNC: DIS
FORMAT.....: TRANSCRIPT      RSP OF: MCK-MCKEAN FCI


------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
MCK  ESL HAS    ENGLISH PROFICIENT          03-20-2001 1334 CURRENT
MCK  GED EN     ENROLL GED NON-PROMOTABLE   04-19-2001 1317 CURRENT
MCK  GED SAT    GED PROGRESS SATISFACTORY   05-01-2001 1028 CURRENT


------------------------- EDUCATION COURSES -------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
MCK        GED CLASSROOM 6,0930-1130, M-F 07-29-2002 CURRENT
LEW        READING CLASS M-F 9-11AM       06-19-2001 04-18-2002  P  W  I  324
LEW        GED SELF STUDY                 05-01-2001 06-19-2001  C  W  I    0


------------------------- HIGH TEST SCORES -------------------------
TEST          SUBTEST        SCORE    TEST DATE     TEST FACL    FORM      STATE
ABLE          LANGUAGE        4.0    06-06-2001     LEW          E
              NUMBER OPR      4.1    06-06-2001     LEW          E

G0002      MORE PAGES TO FOLLOW . . .
```

```
MCK2G                        INMATE EDUCATION DATA            *      08-29-2002
PAGE 001            *                TRANSCRIPT               *      14:11:01


REGISTER NO: 26864-039      NAME..: KELLY                        FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: MCK-MCKEAN FCI


-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
MCK  ESL HAS    ENGLISH PROFICIENT           03-20-2001 1334 CURRENT
MCK  GED EN     ENROLL GED NON-PROMOTABLE    04-19-2001 1317 CURRENT
MCK  GED SAT    GED PROGRESS SATISFACTORY    05-01-2001 1028 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
MCK        GED CLASSROOM 6,0930-1130, M-F 07-29-2002 CURRENT
LEW        READING CLASS M-F 9-11AM      06-19-2001 04-18-2002  P   W  I  324
LEW        GED SELF STUDY                05-01-2001 06-19-2001  C   W  I    0


--------------------------- HIGH TEST SCORES ---------------------------
TEST          SUBTEST        SCORE     TEST DATE     TEST FACL   FORM     STATE
ABLE          LANGUAGE        4.0      06-06-2001    LEW          E
              NUMBER OPR      4.1      06-06-2001    LEW          E


G0002        MORE PAGES TO FOLLOW . . .
```

Case 1:04-cv-00011-SJM-SPB    Document 68-25    Filed 02/02/2007    Page 28 of 31

```
MCK2G              *      INMATE EDUCATION DATA      *    08-29-2002
PAGE 002 OF 002 *               TRANSCRIPT          *    14:11:01


REGISTER NO: 26864-039    NAME..: KELLY                FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: MCK-MCKEAN FCI

--------------------------- HIGH TEST SCORES ---------------------------
TEST        SUBTEST         SCORE     TEST DATE     TEST FACL   FORM    STATE
ABLE        PROB SOLV        4.9      06-06-2001    LEW         E
            READ COMP        3.7      06-06-2001    LEW         E
            SPELLING         3.0      06-06-2001    LEW         E
            VOCABULARY       5.3      06-06-2001    LEW         E







G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

BP-S148.070   INMATE REQUEST TO STAFF MEMBER   CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

DATE _0 10/1/C2_

TO: _Cook_

_(Name and Title of Officer)_

SUBJECT:   State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

_I would APPRECIATE being REASIGN to
ASSEMbly I thank you in Advance for your
time & Consideration_

ASAP
RCook
10-1-02

(Use other side of page if more space is needed)

NAME: _KELLy, Leslie_        _26864_    NO: _039_

WORK ASSIGNMENT: _Layup_              UNIT: _BB_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.   Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

Entered into IPS 10/2/02

Affective into IPS
10/3/02,
_Linda K. Kerr_

DATE _____

MOVE FROM
LAYUP I
TO
ASSM I    10/3/02

_____
Officer

Record Copy - File; Copy - Inmate

# UNICOR

## FEDERAL PRISON INDUSTRIES, INC.

Federal Correctional Institution
Mckean Office Furniture
P.O. Box 6000
Bradford, PA.  16701

### FACSIMILE TRANSMITTAL COVER SHEET

Date:   09/03/02

To:   UNICOR Business Office

FPI   USP LEWISBURG

From:  Chris Mincemoyer, Accountant
       FCI Mckean, Pennsylvania

Please provide the following information on the recently hired inmate who was transferred from your location.  Thank you in advance for your prompt reply!

Name:   KELLY, LESLIE

Number:  #26864-039

Last Grade Received: _____   Longevity Upon Leaving: _____.

Inmate Left Your Facility on or about:   07  /  19  /  02 .

Number Of Pages _____ (Excluding Cover Sheet)

* If You Did Not Receive A Good Copy, Please Call:
  Commercial Number: 814-362-8900 Ext.  3510  .
  UNICOR FAX Number: 814-362-4151
  Institution FAX Number: 814-362-3287

# UNICOR

## FEDERAL PRISON INDUSTRIES, INC.

Federal Correctional Institution
Mckean Office Furniture
P.O. Box 6000
Bradford, PA. 16701

### FACSIMILE TRANSMITTAL COVER SHEET

Date:   09/03/02

To:   UNICOR Business Office

FPI   USP LEWISBURG

From:   Chris Mincemoyer, Accountant
FCI Mckean, Pennsylvania

Please provide the following information on the recently hired inmate who was transferred from your location.  Thank you in advance for your prompt reply!

Name:   KELLY, LESLIE                                    .

Number:   #26864-039                            .

Last Grade Received: _____   Longevity Upon Leaving: _____.

Inmate Left Your Facility on or about:   07 / 19 / 02 .

Number Of Pages _____ (Excluding Cover Sheet)

* If You Did Not Receive A Good Copy, Please Call:
  Commercial Number: 814-362-8900 Ext.  3510  .
  UNICOR FAX Number: 814-362-4151
  Institution FAX Number: 814-362-3287