```
BOPUK  531.01 *                 INMATE HISTORY              *      09-08-2006
PAGE 001          *                 WRK DETAIL              *      07:45:01

REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK          FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP   DATE/TIME
MCK    I CABLE 1  CABLE 1                      06-19-2006 0001 CURRENT
MCK    I MILL 1   MILL 1                       09-28-2005 0001 06-19-2006 0001

MCK    VACATION   VACATION                     09-26-2005 0001 09-28-2005 0001

MCK    I MILL 1   MILL 1                       07-27-2005 0001 09-26-2005 0001

MCK    VACATION   VACATION                     07-26-2005 0001 07-27-2005 0001

MCK    I MILL 1   MILL 1                       05-05-2005 0001 07-26-2005 0001

MCK    I PROD.1   PRODUCTION 1                 02-12-2005 0001 05-05-2005 0001

MCK    VACATION   VACATION                     02-10-2005 0001 02-12-2005 0001

MCK    I PROD.1   PRODUCTION 1                 09-28-2004 0001 02-10-2005 0001

MCK    VACATION   VACATION                     09-24-2004 0001 09-28-2004 0001

MCK    I PROD.1   PRODUCTION 1                 02-28-2004 0001 09-24-2004 0001

MCK    IDLE       IDLE                         02-26-2004 0800 02-28-2004 0001

MCK    I PROD.1   PRODUCTION 1                 01-12-2004 0001 02-26-2004 0800

MCK    UNASSG     UNASSIGNED                   12-23-2003 1021 01-12-2004 0001

MCK    SHU UNASSG SHU UNASSIGNED               11-18-2003 1200 12-23-2003 1021

MCK    I MILL 1   MILL 1                       03-14-2003 0001 11-18-2003 1200

MCK    IDLE       IDLE                         03-12-2003 0707 03-14-2003 0001

MCK    I MILL 1   MILL 1                       02-04-2003 0001 03-12-2003 0707

MCK    IDLE       IDLE                         02-03-2003 0649 02-04-2003 0001

MCK    I MILL 1   MILL 1                       11-24-2001 0001 02-03-2003 0649

MCK    VACATION   VACATION                     11-23-2001 0001 11-24-2001 0001

MCK    I MILL 1   MILL 1                       09-10-2001 0001 11-23-2001 0001

MCK    IDLE       IDLE                         09-07-2001 0853 09-10-2001 0001

MCK    I MILL 1   MILL 1                       08-24-2001 0001 09-07-2001 0853

MCK    I PROD.1   PRODUCTION 1                 06-22-2001 0001 08-24-2001 0001

MCK    UNASSG     UNASSIGNED                   06-20-2001 1123 06-22-2001 0001

MCK    SHU UNASSG SHU UNASSIGNED               05-24-2001 0826 06-20-2001 1123

MCK    I PROD.1   PRODUCTION 1                 03-06-2001 0001 05-24-2001 0826

MCK    I MILL 1   MILL 1                       01-10-2001 0001 03-06-2001 0001
```

```
MCK    UNASSG      UNASSIGNED              01-09-2001 1000 01-10-2001 0001

MCK    SHU UNASSG SHU UNASSIGNED          12-21-2000 1059 01-09-2001 1000

MCK    I MILL 1    MILL 1                 09-20-2000 0001 12-21-2000 1059

MCK    I PROD.1    PRODUCTION 1           08-17-2000 0001 09-20-2000 0001

MCK    IDLE        IDLE                   08-15-2000 0834 08-17-2000 0001

MCK    I PROD.1    PRODUCTION 1           06-29-2000 0001 08-15-2000 0834

MCK    KITCHEN AM KITCHEN AM             02-15-2000 1421 06-29-2000 0001

MCK    DIN RM AM   DINING ROOM AM         12-31-1999 0001 02-15-2000 1421

MCK    CONV        CONVALESCENT           12-27-1999 0839 12-31-1999 0001

MCK    DIN RM AM   DINING ROOM AM         12-17-1999 0001 12-27-1999 0839

MCK    IDLE        IDLE                   12-16-1999 0826 12-17-1999 0001

MCK    DIN RM AM   DINING ROOM AM         11-19-1999 1007 12-16-1999 0826
```

G0002          MORE PAGES TO FOLLOW . . .

```
   BOPUK  531.01 *         INMATE HISTORY         *    09-08-2006
PAGE 002 OF 002 *             WRK DETAIL          *    07:45:01

   REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
   CATEGORY: WRK         FUNCTION: PRT      FORMAT:

FCL    ASSIGNMENT DESCRIPTION             START DATE/TIME STOP  DATE/TIME

MCK    FD SVC      FOOD SERVICE           11-18-1999 0001 11-19-1999 1007

MCK    UNASSG      UNASSIGNED             11-09-1999 1110 11-18-1999 0001

MCK    SHU UNASSG SHU UNASSIGNED          09-29-1999 2320 11-09-1999 1110

MCK    I ASEMBLY1 ASSEMBLY 1              09-28-1999 0001 09-29-1999 2320

MCK    VACATION    VACATION               09-27-1999 0001 09-28-1999 0001

MCK    I ASEMBLY1 ASSEMBLY 1              06-09-1999 0001 09-27-1999 0001

MCK    IDLE        IDLE                   06-08-1999 0958 06-09-1999 0001

MCK    I ASEMBLY1 ASSEMBLY 1              05-25-1999 0001 06-08-1999 0958
```

```
MCK    I LAYUP 1   LAYUP 1                          04-13-1999 1304 05-25-1999 0001
MCK    LAYUP 1     LAYUP 1                          03-23-1999 0001 04-13-1999 1304
MCK    KITCHEN AM  KITCHEN AM                       01-14-1999 0001 03-23-1999 0001
MCK    IDLE        IDLE                             01-13-1999 0716 01-14-1999 0001
MCK    KITCHEN AM  KITCHEN AM                       12-02-1998 0001 01-13-1999 0716
MCK    DIN RM AM   DINING ROOM AM                   11-20-1998 1348 12-02-1998 0001
MCK    FD SVC      FOOD SERVICE                     11-19-1998 0001 11-20-1998 1348
MCK    LAND IN 1   INSIDE LANDSCAPE FULL-TIME       11-05-1998 0001 11-19-1998 0001
MCK    LAND IN 2   INSIDE LANDSCAPE FULL-TIME       11-04-1998 0001 11-05-1998 0001
MCK    FACL        FACILITIES OFFICE                11-03-1998 0001 11-04-1998 0001
MCK    UNASSG      UNASSIGNED                       10-28-1998 0001 11-03-1998 0001
MCK    A&O         ADMISSION & ORIENTATION          10-21-1998 1015 10-28-1998 0001
LEW    UNASSG      UNASSIGNED WORK DETAIL           10-13-1998 1921 10-21-1998 0516
OKL    UNASSG      UNASSIGNED HOLDOVER              09-23-1998 1800 10-13-1998 0830
ATL    UNASSG      UNASSIGNED WORK DETAIL           05-06-1998 0050 05-06-1998 0818
OKL    UNASSG      UNASSIGNED HOLDOVER              05-01-1998 1915 05-05-1998 0830
RCH    UNASSG      UNASSIGNED WORK DETAIL           03-26-1998 1851 05-01-1998 1508
OKL    UNASSG      UNASSIGNED HOLDOVER              03-18-1998 1815 03-26-1998 0920
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
BOPUK  540*23 *              SENTENCE MONITORING           *    09-13-2006
PAGE 001           *         COMPUTATION DATA             *    09:47:20
                             AS OF 09-13-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


FBI NO...........: 240532MA5           DATE OF BIRTH: 08-22-1970
ARS1.............: MCK/A-DES
UNIT.............: C                    QUARTERS.....: C03-129L
DETAINERS........: NO                   NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 12-18-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-18-2007 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ----------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:97CR329
JUDGE...........................: GAUGHAN
DATE SENTENCED/PROBATION IMPOSED: 08-05-1998
DATE COMMITTED..................: 10-21-1998
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.: $200.00         $00.00          $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $1,268.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------

OFFENSE CODE....: 554
OFF/CHG: 18:2113(A)&(D) - ARMED BANK ROBBERY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   57 MONTHS
 TERM OF SUPERVISION............:    5 YEARS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 10-08-1997




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPUK  540*23 *              SENTENCE MONITORING           *      09-13-2006
PAGE 002         *           COMPUTATION DATA              *      09:47:20
                             AS OF 09-13-2006
```

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


-----------------------CURRENT OBLIGATION NO: 020 -------------------------

OFFENSE CODE....: 130
OFF/CHG: 18:924(C)(1) - USE OF A FIREARM DURING A CRIME OF VIOLENCE

```
  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
  TERM OF SUPERVISION............:    5 YEARS
  CLASS OF OFFENSE...............: CLASS C FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE................: 10-08-1997
```

-----------------------CURRENT COMPUTATION NO: 030 ------------------------


COMPUTATION 030 WAS LAST UPDATED ON 10-27-1999 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010, 030 020

```
DATE COMPUTATION BEGAN..........: 08-05-1998
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:  117 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    9 YEARS      9 MONTHS
AGGREGATED TERM OF SUPERVISION..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 10-08-1997
```

```
JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    10-14-1997    08-04-1998
```

G0002        MORE PAGES TO FOLLOW . . .

```
 MCK2G  531.01 *              INMATE HISTORY          *      08-30-2006
 PAGE 001        *               WRK DETAIL           *      15:00:43

 REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
 CATEGORY: WRK        FUNCTION: PRT        FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
 MCK    I CABLE 1  CABLE 1                     06-19-2006 0001 CURRENT
 MCK    I MILL 1   MILL 1                      09-28-2005 0001 06-19-2006 0001
 MCK    VACATION   VACATION                    09-26-2005 0001 09-28-2005 0001
 MCK    I MILL 1   MILL 1                      07-27-2005 0001 09-26-2005 0001
 MCK    VACATION   VACATION                    07-26-2005 0001 07-27-2005 0001
 MCK    I MILL 1   MILL 1                      05-05-2005 0001 07-26-2005 0001
 MCK    I PROD.1   PRODUCTION 1                02-12-2005 0001 05-05-2005 0001
 MCK    VACATION   VACATION                    02-10-2005 0001 02-12-2005 0001
 MCK    I PROD.1   PRODUCTION 1                09-28-2004 0001 02-10-2005 0001
 MCK    VACATION   VACATION                    09-24-2004 0001 09-28-2004 0001
 MCK    I PROD.1   PRODUCTION 1                02-28-2004 0001 09-24-2004 0001
 MCK    IDLE       IDLE                        02-26-2004 0800 02-28-2004 0001
 MCK    I PROD.1   PRODUCTION 1                01-12-2004 0001 02-26-2004 0800
 MCK    UNASSG     UNASSIGNED                  12-23-2003 1021 01-12-2004 0001
 MCK    SHU UNASSG SHU UNASSIGNED              11-18-2003 1200 12-23-2003 1021
 MCK    I MILL 1   MILL 1                      03-14-2003 0001 11-18-2003 1200
 MCK    IDLE       IDLE                        03-12-2003 0707 03-14-2003 0001
 MCK    I MILL 1   MILL 1                      02-04-2003 0001 03-12-2003 0707
 MCK    IDLE       IDLE                        02-03-2003 0649 02-04-2003 0001
 MCK    I MILL 1   MILL 1                      11-24-2001 0001 02-03-2003 0649
 MCK    VACATION   VACATION                    11-23-2001 0001 11-24-2001 0001
 MCK    I MILL 1   MILL 1                      09-10-2001 0001 11-23-2001 0001
 MCK    IDLE       IDLE                        09-07-2001 0853 09-10-2001 0001
 MCK    I MILL 1   MILL 1                      08-24-2001 0001 09-07-2001 0853
 MCK    I PROD.1   PRODUCTION 1                06-22-2001 0001 08-24-2001 0001
 MCK    UNASSG     UNASSIGNED                  06-20-2001 1123 06-22-2001 0001
 MCK    SHU UNASSG SHU UNASSIGNED              05-24-2001 0826 06-20-2001 1123
 MCK    I PROD.1   PRODUCTION 1                03-06-2001 0001 05-24-2001 0826
 MCK    I MILL 1   MILL 1                      01-10-2001 0001 03-06-2001 0001
 MCK    UNASSG     UNASSIGNED                  01-09-2001 1000 01-10-2001 0001
 MCK    SHU UNASSG SHU UNASSIGNED              12-21-2000 1059 01-09-2001 1000
 MCK    I MILL 1   MILL 1                      09-20-2000 0001 12-21-2000 1059
 MCK    I PROD.1   PRODUCTION 1                08-17-2000 0001 09-20-2000 0001
 MCK    IDLE       IDLE                        08-15-2000 0834 08-17-2000 0001
 MCK    I PROD.1   PRODUCTION 1                06-29-2000 0001 08-15-2000 0834
 MCK    KITCHEN AM KITCHEN AM                  02-15-2000 1421 06-29-2000 0001
 MCK    DIN RM AM  DINING ROOM AM              12-31-1999 0001 02-15-2000 1421
 MCK    CONV       CONVALESCENT                12-27-1999 0839 12-31-1999 0001
 MCK    DIN RM AM  DINING ROOM AM              12-17-1999 0001 12-27-1999 0839
 MCK    IDLE       IDLE                        12-16-1999 0826 12-17-1999 0001
 MCK    DIN RM AM  DINING ROOM AM              11-19-1999 1007 12-16-1999 0826
```

G0002        MORE PAGES TO FOLLOW . . .

```
   MCK2G  531.01 *             INMATE HISTORY         *    08-30-2006
   PAGE 002 OF 002 *              WRK DETAIL          *    15:00:43

   REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
   CATEGORY: WRK        FUNCTION: PRT        FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|------------|-------------|-----------------|----------------|
| MCK | FD SVC | FOOD SERVICE | 11-18-1999 0001 | 11-19-1999 1007 |
| MCK | UNASSG | UNASSIGNED | 11-09-1999 1110 | 11-18-1999 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 09-29-1999 2320 | 11-09-1999 1110 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 09-28-1999 0001 | 09-29-1999 2320 |
| MCK | VACATION | VACATION | 09-27-1999 0001 | 09-28-1999 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 06-09-1999 0001 | 09-27-1999 0001 |
| MCK | IDLE | IDLE | 06-08-1999 0958 | 06-09-1999 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 05-25-1999 0001 | 06-08-1999 0958 |
| MCK | I LAYUP 1 | LAYUP 1 | 04-13-1999 1304 | 05-25-1999 0001 |
| MCK | LAYUP 1 | LAYUP 1 | 03-23-1999 0001 | 04-13-1999 1304 |
| MCK | KITCHEN AM | KITCHEN AM | 01-14-1999 0001 | 03-23-1999 0001 |
| MCK | IDLE | IDLE | 01-13-1999 0716 | 01-14-1999 0001 |
| MCK | KITCHEN AM | KITCHEN AM | 12-02-1998 0001 | 01-13-1999 0716 |
| MCK | DIN RM AM | DINING ROOM AM | 11-20-1998 1348 | 12-02-1998 0001 |
| MCK | FD SVC | FOOD SERVICE | 11-19-1998 0001 | 11-20-1998 1348 |
| MCK | LAND IN 1 | INSIDE LANDSCAPE FULL-TIME | 11-05-1998 0001 | 11-19-1998 0001 |
| MCK | LAND IN 2 | INSIDE LANDSCAPE FULL-TIME | 11-04-1998 0001 | 11-05-1998 0001 |
| MCK | FACL | FACILITIES OFFICE | 11-03-1998 0001 | 11-04-1998 0001 |
| MCK | UNASSG | UNASSIGNED | 10-28-1998 0001 | 11-03-1998 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 10-21-1998 1015 | 10-28-1998 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 10-13-1998 1921 | 10-21-1998 0516 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 09-23-1998 1800 | 10-13-1998 0830 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 05-06-1998 0050 | 05-06-1998 0818 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-01-1998 1915 | 05-05-1998 0830 |
| RCH | UNASSG | UNASSIGNED WORK DETAIL | 03-26-1998 1851 | 05-01-1998 1508 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-18-1998 1815 | 03-26-1998 0920 |

G0000          TRANSACTION SUCCESSFULLY COMPLETED

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **1** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number          5. Resident Name (Last, First, Middle)          6. Institution Code

| 5 | 1 | 6 | 2 | 7 | – | 0 | 6 | 0 | | S | I | G | G | E | R | S | | K | E | V | I | N | | | | | | | | | | 2 | 3 | 1 |

**Action Recommended**

From:

7. Job Number    8. Grade 1 - 4    9. Industry Code    10. Wage Plan    11. Dot Code    12. Position Title

| 0 | 1 | 2 | | 2 | | M | C | F | T | | 1 | | 7 | 6 | 9 | 6 | 8 | 7 | 0 | 5 | 4 | | W | D | | W | R | K | | S | H | O | P | H | A | N | D | |

1 = Hourly
2 = G.P.W.  —— X = Apprentice
3 = P.W.

To:

13. Job Number    14. Grade 1 - 4    15. Industry Code    16. Wage Plan    17. Dot Code    18. Position Title

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

19. Effective Date Month, Day, Year          20. Time of Action          21. Check One:    AM    PM

| 0 | 1 | – | 1 | 2 | – | 0 | 4 | | | M | C | F | T | | | | **X** | |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole). |

| | | | | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _____ Foreman          Date: 1-17-04

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: 1-12-04

FPI Form 96 (9/98)

Distribution:          White (Business Office)          Canary (Terminal Operator)          Pink (Placement)          Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | | |
|---|---|---|---|
| **3** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| **3** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**   **5. Resident Name (Last, First, Middle)**   **6. Institution Code**

`5 1 6 2 7 - 0 6 9`   `S I G G E R S , K E V I N`   `2 3 1`

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `2` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D   W R K   S H O P H A N D` |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM PM |
|---|---|---|
| `1 2 - 1 9 - 0 3` | `0 7 1 0` | `X` |

| | | |
|---|---|---|
| **3** | 22. | **Reason For Termination Of Employment Or Withdrawal** |
| | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | | |
|---|---|---|
| **0** | 23. | **Continuation of Longevity Status** |
| | | 1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| ` - - ` | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| ` ` | 25. Total Inmate Hours Involved |

### 26. Signatures:

Recommended By _____ Foreman          Date: 12-19-03

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: 12-19-03

Entered On Payroll Records _____ Timekeeper          Date: 12-19-03

Distribution:          White (Business Office)          Canary (Terminal Operator)          Pink (Placement)          Goldenrod (Foreman)

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Kevin Siggers_____    Register Number: __51627-060_____

Institution Code: _____231_____    Industry Code: _____MCFT_____

Job Description: __Industrial Cleaner_____    Department: __Production__

> *Duties: Responsible for cleaning assigned areas including loading platform and outside rear of factory. Loads dumpsters and removes trash from throughout the factory. Removes off-fall from panel saws and maintains saw dust dumpster. Other duties include snow removal and material recycle. All other duties as assigned in UNICOR.*

I have instructed inmate __Kevin Siggers__ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

__Chrli~ Hel~_____        __4-27-01__
Foreman                                    Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____        __5/627060__        __4-26-01__
Signature of Inmate            Register Number        Date

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name:  SIGGERS, KEVIN                Register Number:  51627-060

Institution Code:          231              Industry Code:        MCFT

Job Description:  Boring Machine Operator (Hori 1)        Department:    Assembly 1

*Duties:  Responsible for the proper set-up and operation of the multiple spindles boring machine.  Bores holes in laminated particleboard. responsible for the quantity and quality of all parts produced.  All other duties as assigned in UNICOR.*

I have instructed inmate   SIGGERS        Reg. No.   51627-060      in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____                    JULY 13, 1999
Foreman                                          Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____        51627-060              7-13-99
Signature of inmate          Register Number            Date

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__          Register Number: __51627-060__

Institution Code:_____231__          Industry Code:_____MCFT_____

---

Job Description: __Woodworking Shophand__          Department: __Layup 1__

> **Duties:** *Responsible for stacking, cushioning and wrapping product. Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes. All other duties as assigned in UNICOR.*

I have instructed inmate __Kevin L. Siggers Sr.__ Reg. No. __51627.060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____          __4-12-99__
Foreman                                            Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____     __51627.060__        __4-12-99__
Signature of Inmate             Register Number          Date

**FEDERAL PRISON INDUSTRIES, Inc.**

# UNICOR - McKEAN

**P.O. BOX 8000**                                                    **MEMORANDUM**
Phone #(814) 362-8900
Fax #(814) 362-4151

---

DATE:    September 30, 1999

REPLY TO:
  ATTN OF   Martin Sapko, Factory Manager.

SUBJECT:   Issuance of Safety Glasses

     TO:   New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses, These safety glasses may e kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost, Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on ___6 - 29 - 00___, and I agree to the above conditions.

Signature: _____

Name: ___Kevin L. Siggens Jr.___

Reg. Number: ___5162706 6___

production

# FACTORY RULES AND REGULATIONS

NAME *Kevin L Siggers*   UNIT *CA*   LOCKER# _____   CHIT# _____

1.  INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2.  ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3.  SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4.  HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5.  INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6.  INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPER-VISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7.  OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8.  **HORSEPLAY** WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9.  FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. **DO NOT** RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. **DO NOT** CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF, UNICOR.

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY **NO SMOKING** IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACEDON THE NON-PRIORITY UNICOR WAITING LIST.

*I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.*

Signature: *Kevin L Siggers*   Register No: *5 1627010*   Date: *6-29-12*

# FEDERAL CORRECTIONAL INSTITUTION·HOSPITAL
## FCI·McKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: _CA_    DATE: _8/15/00_

INMATE'S NAME: _Rogers Kim_    DETAIL: _house_    REG. NO. _51617 060_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____    THRU 12 MIDNIGHT _8/16_ 19 _00_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED: _____

( ) FULL DUTY: _No Rec /month,_

_[signature]_
**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restriction because of physical, medical or mental disability



**UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 2 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number:** 5 1 6 2 7 - 0 6 0

**5. Resident Name (Last, First, Middle):** S I G G E R S , K E V I N

**6. Institution Code:** 2 3 1

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C P T | 2 | 7 5 9 5 8 4 0 5 4 | P WRK SHOP HAND |

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C P T | 1 | 7 5 9 6 8 7 0 5 4 | P WRK SHOP HAND |

**19. Effective Date Month, Day, Year:** 0 4 - 1 1 - 0 2

**20. Time Of Action:** 0 7 1 0

**21. Check One:** AM [X]  PM [ ]

| | 22. Reason For Termination Of Employment Or Withdrawal |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |

| | 25. Total Inmate Hours Involved |

### 26. Signatures:

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Revised Form 96    Distribution:    White—————— Business office    Green—————— Placement
                                                        Terminal operator    Pink—————— Foreman

 **UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4.** Register Number    **5.** Resident Name (Last, First, Middle)    **6.** Institution Code

**Action Recommended**

**From:**

**7.** Job Number  **8.** Grade 1 - 4  **9.** Industry Code  **10.** Wage Plan  **11.** Dot Code    **12.** Position Title

1 = Hourly
2 = G.P.W.  ⟶  X = Apprentice
3 = P.W.

**To:**

**13.** Job Number  **14.** Grade 1 - 4  **15.** Industry Code  **16.** Wage Plan  **17.** Dot Code    **18.** Position Title

**19.** Effective Date Month, Day, Year    **20.** Time Of Action    **21.** Check One:    AM    PM

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

Distribution:    White------------- Business office    Green------------- Placement
Canary------------ Terminal operator    Pink------------- Foreman

HILL 1 GRADE CHANGE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number        5. Resident Name (Last, First, Middle)        6. Institution Code

| 5 | 1 | 6 | 2 | 7 | – | 0 | 6 | 0 | | S | I | G | G | E | R | S | , | | K | E | V | I | N | | | | | | | | | | 2 | 3 | 1 |

**Action Recommended**
From:

7. Job Number   8. Grade 1-4   9. Industry Code   10. Wage Plan   11. Dot Code   12. Position Title

| 0 | 1 | 2 | | 3 | | M | C | F | T | | 1 | | 7 | 6 | 9 | 6 | 8 | 7 | 0 | 5 | 4 | | W | D | | W | R | K | | S | H | O | P | H | A | N | D | |

1 = Hourly
2 = G.P.W.    ⎱ X = Apprentice
3 = P.W.

To:

13. Job Number   14. Grade 1-4   15. Industry Code   16. Wage Plan   17. Dot Code   18. Position Title

| | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

19. Effective Date Month, Day, Year        20. Time of Action        21. Check One:  AM   PM

| 0 | 1 | – | 2 | 7 | – | 0 | 1 |    | 0 | 7 | 1 | 0 |        | X | | |

| | 22. | **Reason For Termination Of Employment Or Withdrawal** |
| | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. | **Continuation of Longevity Status** |
| | | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | | | | – | | | – | | | 24. Date Of Enrollment Month, Day, Year |

| | | | | | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _____ Foreman        Date: 1-29.01

Approved By _____ Plant Superintendent        Date: _____

Approved By _____ Ass't. Supt. Or Business Mgr.        Date: _____

Entered On Payroll Records _____ Timekeeper        Date: 1.29.01

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

MILL 1                                        GRADE CHANGE

## UNICOR
### Industrial Employment/IPRS Action Report
Federal Prison Industries, Inc.

**1** 1. Type of Report:    UNICOR Action = 1  IPRS Action = 2  Both = 3

**2** 2. If UNICOR Action    Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

☐ 3. If IPRS Action    Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

4. Register Number    5. Resident Name (Last, First, Middle)    6. Institution Code

| 5 | 1 | 6 | 2 | 7 | — | 0 | 6 | 0 | | S | I | G | G | E | R | S | , | K | E | V | I | N | | | | | | | | | 2 | 3 | 1 |

**Action Recommended**
From:

7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title

| 0 | 1 | 2 | | 4 | | M | C | F | T | | 1 | | 7 | 5 | 9 | 6 | 8 | 7 | 0 | 5 | 4 | | W | D | | W | R | K | | S | H | O | P | H | A | N | D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

To:

13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title

| 0 | 1 | 2 | | 3 | | M | C | F | T | | 3 | | 7 | 5 | 9 | 6 | 8 | 7 | 0 | 5 | 4 | | W | D | | W | R | K | | S | H | O | P | H | A | N | D |

19. Effective Date Month, Day, Year    20. Time of Action    21. Check One: AM PM

| 1 | 0 | — | 2 | 9 | — | 0 | 0 |    | 0 | 7 | 1 | 0 |    AM [X]  PM ☐

☐ 22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

☐ 23. **Continuation of Longevity Status**
1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole).

| | | — | | | — | | | 24. Date Of Enrollment Month, Day, Year

| | | | | 25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _____ Foreman    Date: 10-13-00

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Form 96 (9/98)
Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

### DEPARTMENT FOREMAN

I have instructed Inmate:  Siggers, Kevin                      Reg. No. _____ 51627-060

in the proper operation of the:    *  CNC ANDI TRAINEE
including safety procedures, routine use, and standard maintenance.

_____ Chuck Nolan
Foreman
Date: ⋯ 2/18/03

Dept:  Mill 1

### INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

_____ Kevin Siggers
Signature of Inmate
Reg. No. 51627060
2-18-03

### FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

_____ Chuck Nolan
Factory Foreman

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate   **Siggers, Kevin**          Reg. No.   **51627-060**

in the proper operation of the:          **PANEL SAW Z-32 (SCMI)**

including safety procedures, routine use, and standard maintenance.

Foreman

Date:  _1-31-02_

Dept:  Mill 1

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

Signature of Inmate

Reg. No. _51627060_

_1/31/02_

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

Factory Foreman

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: _____ Siggers, Kevin _____     Register Number: _____ 51627-060 _____

Institution Code: _____ 231 _____     Industry Code: _____ MCFT _____

---

#2.

Job Description: Saw Operator (Z-32 Panel Saw)     Department: Mill 1

> *Duties: Responsible for the proper set-up and safe operation of the Panel Saw. Cuts laminated particleboard for the fabrication of work surfaces, drawer fronts, end panels and other parts. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate _____ Siggers, Kevin _____ Reg. No. _____ 51627-060 _____ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____          _____
Foreman                                    6-4-02
                                                Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    _____ 5162706O _____    _____ 3-15-02 _____
Signature of Inmate          Register Number          Date

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, Pa. 16701

## CERTIFICATATION FOR EQUIPMENT

### DEPARTMENT FOREMAN

I have instructed inmate:  Kevin Siggers                          Reg. No:   51627-060

in the proper use of the:    Tennon Machine

including safety procedures, routine use, and standard maintenance.

_____
Foreman

Date: July 14, 2003
Department: Mill 1

### INMATE

I have received the proper instructions on how to operate the above-mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

_____
Signature of Inmate

Reg. No. 51627060

### FACTORY FOREMAN

I am certain that the above inmate is qualified for operating the equipment listed above and that he understands the proper and safe procedures that are necessary for the operation of the equipment.

_____
Factory Foreman

PRODUCTION                                    NEW HIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|---|

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26<br>Enter 2 For Change In Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |
|---|---|---|---|

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19<br>Enter 3 For Completion, Complete Items 4-6, 19<br>Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |
|---|---|---|---|

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 _ 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.    ⌐ X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 6 — 2 9 — 0 0 | 0 7 1 0 | X |

| | 22. | **Reason For Termination Of Employment Or Withdrawal** |
|---|---|---|
| | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request<br>5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. | **Continuation of Longevity Status** |
|---|---|---|
| | | 1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole). |

| | — — | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|

| | | 25. Total Inmate Hours Involved |
|---|---|---|

26. **Signatures:**

Recommended By _Chuck ~ Nolan_____ Foreman          Date: 7-3-00

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: 7/5/00

FPI Form 96 (9/98)    Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER** CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE**     FEDERAL BUREAU OF PRISONS

DATE  _May 19, 1999_

TO:  _Mr. Pigrotto_
_____
(Name and Title of Officer)

SUBJECT:   State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

I would like my Job changed to
The Vertical Boring Machine on the Assembly
line. I've spoke to Mr. Nolan And was told
to have you sign this Inmate Request ~~form~~ form
Releasing me to work in the Assembly Dept. I thank
you for Time concerning this matters.

OK OR Refused

**POSTED**

(Use other side of page if more space is needed)

NAME:  _Kevin L. Siggers Sr._     NO.:  _51627-060_

WORK ASSIGNMENT:  _Lay up I_     UNIT:  _3A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:    Do not write in this space)

DATE   _5-19-99_

LAYUP I
TO
ASSM I

OK with me

_Chuck - ___
Officer

5/25/99

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)   Replaces BP-148 of Oct 86

F.C.I. McKean

# UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

Name: _Kevin L. Siggens Sr._     Unit: _3 A_     Locker # _____     Chit # _____

1) INMATE WORKERS ARE <u>FORBIDDEN</u> TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2) ALL INMATES <u>MUST</u> WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3) SAFETY GLASSES <u>MUST</u> BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION <u>MUST</u> BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH NOISE LEVEL AREAS.

5) INMATES <u>SHALL</u> PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR, IS STRICTLY FORBIDDEN. VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN. FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT. DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCKS.

10) <u>REPORT</u> ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY. <u>DO NOT</u> CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE <u>PROHIBITED</u> FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY <u>NO SMOKING</u> IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS. ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16) INMATES WHO RECEIVE A <u>DISCIPLINARY SEGREGATION</u> SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE AND SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAVE BEEN DISCIPLINARY TRANSFERRED FROM ANOTHER INSTITUTION SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: _Kevin L. Siggens Sr._     REG. # _51627-060_     DATE: _3-22-90_

# M E M O R A N D U M

F.P.I.  McKEAN, PA

DATE:

Y TO
N OF: Debora Forsyth, Factory Manager

IECT: Issuance of Safety Glasses

TO: New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety
glasses will be furnished one (1) pair of safety glasses.  These
safety glasses may be kept in the housing unit or work locker.
However, regardless of where you store them, they are your
responsibility and must be well be cared for.  If you lose your safety
glasses, $5.00 will be deducted from your monthly UNICOR pay at the
end of the month for each pair lost.  Safety glasses are required for
all production workers and must be worn everywhere on the factory
floor.

I received one (1) pair of safety glasses on _March 22, 1999_, and
I agree to the above conditions.

Signature _Kevin L. Siggens Sr._

Name_____ _Kevin L. Siggens Sr._

Reg. Number___ _51627-060_

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate:    Siggers, Kevin        Reg. No.    51627-060

in the proper operation of the:    *   CNC ANDI TRAINEE

including safety procedures, routine use, and standard maintenance.

                     Chuck Nolan
                         Foreman

                 Date:    2/18/03

                 Dept:   Mill 1

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

                   Signature of Inmate

Reg. No. _5162 7060_

           2-18-03

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

                   Factory Foreman .

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__          Register Number: __51627-060__

Institution Code: _____231_____          Industry Code: _____MCFT_____

Job Description: __Router Operator Trainee - CNC__ ANDI          Department: __Mill 1__

> *Duties: Responsible for learning the proper procedures for setting up and operating the multiple spindle CNC routing machine. Assists CNC Operator to cut slats, grooves, designs or recesses in laminated particleboard. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate _____Siggers, Kevin_____ Reg. No. ____51627-060____, in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____Chm___Mul_____          ____2-18-03____
Foreman                                   Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____          ____5162706.0____          ____2-18-03____
Signature of Inmate                   Register Number                   Date

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__     Register Number: __51627-060__

Institution Code: _____231_____     Industry Code: _____MCFT_____

Job Description: __Woodworking Shophand__     Department: __Production__

> *Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for belmishes or defects. Off loads machines and fill in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate __Siggers, Kevin__ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____     _____
Foreman                                                          Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____     __51627060__     __7-6-00__
Signature of Inmate                    Register Number          Date

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **1** | 1. Type Of Report: | UNICOR Action = 1   IPRS Action = 2   Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19   22 |

4. Register Number: `5 1 6 2 7 - 0 6 0`

5. Resident Name (Last, First, Middle): `S I G G E R S   K E V I N`

6. Institution Code: `2 3 1`

**Action Recommended**

From:

7. Job Number: `0 1 2`
8. Grade 1 - 4: `4`
9. Industry Code: `M C F T`
10. Wage Plan: `1`
11. Dot Code: `7 6 9 6 8 7 0 5 4`
12. Position Title: `W D   W K R   S H O R H A N D`

```
1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.
```

To:

13. Job Number: `0 1 2`
14. Grade 1 - 4: `4`
15. Industry Code: `M C F T`
16. Wage Plan: `1`
17. Dot Code: `7 6 9 6 8 7 0 5 4`
18. Position Title: `W D   W K R   S H O R H A N D`

19. Effective Date Month, Day, Year: `0 4 - 2 3 - 9 1`

20. Time Of Action: `0 7 1 0`

21. Check One: AM `X`   PM

| | |
|---|---|
| | 22. **Reason For Termination Of Employment Or Withdrawal**<br>1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request<br>5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |
| | 23. **Continuation of Longevity Status**<br>1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole). |

24. Date Of Enrollment Month, Day, Year: `| | - | | - | |`

25. Total Inmate Hours Involved: `| | | | |`

26. Signatures:

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't. Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____



# Industrial Employment/IPRS Action Report
**UNICOR** Federal Prison Industries, Inc.

| | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|---|
| **3** | | | |

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| **1** | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| **2** | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number:** 5 1 6 2 7 - 0 6 0

**5. Resident Name (Last, First, Middle):** S I G G E R S,   K E V I N

**6. Institution Code:** 2 3 1

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | WD WR SHOP HAND |

1 = Hourly
2 = G.P.W.        X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date Month, Day, Year:** 0 3 - 2 3 - 9 9

**20. Time Of Action:** 0 7 1 0

**21. Check One:**  AM [x]   PM [ ]

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no        (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _____ Foreman        Date: 3-23-99

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.  Date: _____

Entered On Payroll Records _____ Timekeeper  Date: _____

FPI Revised Form 96
October 1, 1988

| Distribution: | White—————— Business office | Green—————— Placement |
|---|---|---|
| | Canary—————— Terminal operator | Pink—————— Foreman |

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | |
|---|---|
| **1** | 1. Type Of Report: |  UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | |
|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | |
|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 Z 0 6 0 | S I G G E R S  K E V I N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 5 | 4 | M C F T 1 | 6 | 5 6 3 8 2 0 1 0 | B O R I N G  M A C H.  O P E R. |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 5 | 3 | M C F T 1 | 6 | 5 6 3 8 2 0 1 0 | B O R I N G  M A C H.  O P E R. |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM   PM |
|---|---|---|
| 0 6  0 1  9 9 | 0 9 0 0 | X |

| | |
|---|---|
| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | |
|---|---|
| | 23. **Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. **Signatures:**

Recommended By _____ Foreman        Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Revised Form 96

Distribution:    White—————— Business office    Green—————— Placement
                Canary————— Terminal operator   Pink—————— Foreman

# Production Worker's Training Record

### (CHECKLIST)
for

Inmate Name  _Siggers, Kevin_          Reg. Number  _51627-060_

☑ 1.)  I have had a department orientation by my department supervisor.

☑ 2.)  I have read and understand the Factory Rules and Safety Regulations.

☑ 3.)  I have read and understand the department procedures for my assigned area.

☑ 4.)  I have participated in the 3 credit hrs., Industrial Familiarization Class.

☑ 5.)  I have had on the job training with an experienced production worker.

☑ 6.)  I have read and understand my Job Description.

☑ 7.)  I have been instructed on the MSDS center in the Unicor Factory.

☑ 8.)  I have familiarized  myself  with ISO-9001-2000 standards, Unicor McKeans Q.M.S.,
and the role I play in the system.

_[signature] 51627060_          _6-16-03_
Inmate Signature  &  Reg. Number                       Date

_[signature]_          _6-16-03_
Woodworking Supervisor Signature                       Date

| TITLE:       TRAINING RECORD | CONTROL NO.   1403 | DATE: 6/11/03 |
|---|---|---|
| Production -  UNICOR MCKEAN | REV:     Original Issue | SHEET   1 OF 1 |

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: ___Siggers, Kevin___     Register Number: ___51627-060___

Institution Code: _____231_____     Industry Code: _____MCFT_____

Job Description: __Wood Working Shophand__     Department: __Mill 1__

> **Duties:** *Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate ___Siggers, Kevin___ Reg. No. ___51627-060___ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____     ___9-20-00___
         Foreman                        Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____   ___51627060___   ___9-20-00___
  Signature of Inmate          Register Number          Date

PRODUCTION-1                                JOB CHANGE

**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **2** | 1. Type of Report | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| **2** | 2  If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change in Employment Status, Complete Items 4-21, and 26<br>Enter3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **2** | 3.  If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19<br>Enter 3 For Completion, Complete 4-6, 19<br>Enter 4 For Withdrawal, Complete 4-6, 19, 22 |

4. Registration Number    5.   Resident Name (Last, First, Middle)    6.  Institution Code

`5 1 6 2 7 - 0 6 0`     `S I G G E R S   K E V I N`     `2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 1` | `2` | `M C F T` | `1` | `6 6 7 6 8 0 2 2` | `P A N E L   S A W   O P E R A T` |

1= Hourly
2= G.P.W.        X = Apprentice
3= P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 4` | `2` | `M C F T` | `1` | `2 2 1 1 6 7 0 1 4` | `M A T E R I A L   C O O R D I N` |

19. Effective Date Month, Day, Year    20. Time of Action    21. Check One:    AM    PM

`0 4 - 0 7 - 0 5`     `0 7 1 0`     `X`  `☐`

| | |
|---|---|
| | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institution Needs |

| | |
|---|---|
| | **23. Continuation of Longevity Status** |
| | 1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole). |

| | | |
|---|---|---|
| ` -  - ` | | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| ` ` | 25. Total Inmate Hours Involved |

26.   Signatures:

Recommended By _____  Foreman    Date: _4-7-05_

Approved By _____  Plant Superintendent    Date: _____

Approved By _____  Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____  Timekeeper    Date: _4/7/05_

FPI Form 96 (9/98)
Distribution:    1. Business Office    2. Terminal Operator    3. Placement    4. Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__     Register Number: __51627-060__

Institution Code: __231__     Industry Code: __MCFT__

---

Job Description: __Woodworking Shophand__ *(LABOR)*     Department: __Mill 1__

> **Duties:** *Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quality and quantity of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate __Siggers, Kevin__ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____
Foreman

8/24/01
_____
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____
Signature of Inmate

51627-060
_____
Register Number

8/24/01
_____
Date

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate **Siggers, Kevin**          Reg. No. **51627-060**

in the proper operation of the: **PANEL SAW Z-32 (SCMI)**

including safety procedures, routine use, and standard maintenance.

_____
Foreman

Date: **1-31-02**

Dept: Mill 1

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment. In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

_____
Signature of Inmate

Reg. No. 51627060

1/31/02

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

_____
Factory Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: **Siggers, Kevin**          Register Number: 51627-060

Institution Code: 231          Industry Code: MCFT

---

**NUMBER 2**

Job Description: Saw Operator (Z-32 Panel Saw)          Department: Mill 1

*Duties: Responsible for the proper set-up and safe operation of the Panel Saw. Cuts laminated particleboard for the fabrication of work surfaces, drawer fronts, end panels and other parts. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate **Siggers, Kevin**          Reg. No. 51627-060          in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____          11-13-01
Foreman          Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____          51627060          11-13-01
Signature of Inmate          Register Number          Date

PRODUCTION-1                          JOB CHANGE

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **2** | 1. Type of Report | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **2** | 2 If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change in Employment Status, Complete Items 4-21, and 26<br>Enter3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19<br>Enter 3 For Completion, Complete Items 4-6, 19<br>Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Registration Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S  K E V I N    FILE COPY | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 1 | 2 | M C F T | 1 | 6 6 7 6 8 2 0 2 2 | P A N E L  S A W  O P E R A T |

```
1= Hourly
2= G.P.W.      X = Apprentice
3= P.W.
```

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 4 | 2 | M C F T | 1 | 2 2 1 1 6 7 0 1 4 | M A T E R I A L  C O O R D I N |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM PM |
|---|---|---|
| 0 4 - 0 7 - 0 5 | 0 7 1 0 | X ☐ |

| | |
|---|---|
| ☐ | **22. Reason For Termination Of Employment Or Withdrawal**<br>1 = Released  2 = Transferred  3 = Program Change  4 = Inmate Request |

| | |
|---|---|
| ☐ | **23. Continuation of Longevity Status**<br>1 = yes  0 = no  2 = no  (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| \| \| - \| \| \| - \| \| \| | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| \| \| \| \| \| | 25. Total Inmate Hours Involved |

26. **Signatures:**

| | | |
|---|---|---|
| Recommended By _____ Foreman | Date: 4-7-05 |
| Approved By _____ Plant Superintendent | Date: _____ |
| Approved By _____ Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records _____ Timekeeper | Date: 4/7/05 |

FPI Form 96 (9/98)

Distribution:     1. Business Office     2. Terminal Operator     3. Placement     4. Foreman

PRODUCTION-1
REHIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | | |
|---|---|---|---|
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| **1** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S  K E V I N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W. — X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 1 - 1 2 - 0 4 | M C F T | X |

| | |
|---|---|
| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | |
|---|---|
| | 23. **Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no   (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| \| \|-\| \|-\| \| | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| \| \| \| \| | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _____ Foreman        Date: 1-12-04

Approved By _____ Plant Superintendent        Date: 1/12/

Approved By _____ Ass't Supt. Or Business Mgr.        Date: 1/12/

Entered On Payroll Records _____ Timekeeper        Date: 1-12-04

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

MTEJ1                              TERMINATION.                3C DAYS N/W SHU

# UNICOR        Industrial Employment/IPRS Action Report
Federal Prison Industries, Inc.

| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|---|

| **3** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **3** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 9 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM    PM |
|---|---|---|
| 1 2 – 1 9 – 0 3 | 0 7 1 0 | X |

| **3** | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| **0** | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes  0 = no  2 = no     (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

| Recommended By | _Chehule_ | Foreman | Date: 12-19-03 |
|---|---|---|---|
| Approved By | | Plant Superintendent | Date: |
| Approved By | | Ass't Supt. Or Business Mgr. | Date: |
| Entered On Payroll Records | | Timekeeper | Date: 12/19/03 |

FPI Form 96 (9/98)

Distribution:          White (Business Office)          Canary (Terminal Operator)          Pink (Placement)          Goldenrod (Foreman)



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S , K E V I N | 3 3 3 |

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 3 | | N C F T | 2 | 7 6 9 6 8 6 0 5 4 | W D   W R K   S H O P   H A N D |

```
1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.
```

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P   H A N D |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|---|---|---|
| 0 4 - 1 1 - 9 2 | 0 7 1 0 | X |

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

| Recommended By _____ | Foreman | Date: 4-11-02 |
|---|---|---|
| Approved By _____ | Plant Superintendent | Date: 4/16/02 |
| Approved By _____ | Ass't Supt. Or Business Mgr. | Date: 4/16/02 |
| Entered On Payroll Records _____ | Timekeeper | Date: 4/15/02 |

FPI Revised Form 96

Distribution:   White ____ Business office   Green ____ Placement
                Canary ____ Terminal operator   Pink ____ Foreman



**UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **1** | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | | |
|---|---|---|---|
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | | |
|---|---|---|---|
| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19 22 |

**4. Register Number**
`5 1 6 2 7 - 0 6 0`

**5. Resident Name (Last, First, Middle)**
`S I G G E R S , K E V I N`

**6. Institution Code**
`2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `2` | `M C F T` | `1` | `7 5 9 6 8 7 0 5 4` | `WD WRK SHOPHAND` |

1 = Hourly
2 = G.P.W.  ← X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `3` | `M C F T` | `1` | `7 5 9 6 8 7 0 5 4` | `WD WRK SHOPHAND` |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|---|---|---|
| `0 3 - 1 1 - 0 2` | `0 7 1 0` | `X` |

**22. Reason For Termination Of Employment Or Withdrawal**
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

**26. Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | _(signature)_ | Foreman | Date: 3-21-02 |
| Approved By | Debora A. Forsyth | Plant Superintendent | Date: 3/22/02 |
| Approved By | _(signature)_ | Ass't Supt. Or Business Mgr. | Date: 3/21/02 |
| Entered On Payroll Records | CL Minneman | Timekeeper | Date: 3/21/02 |

MILL 1                              GRADE CHANGE

### UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1.** Type of Report: `1`   UNICOR Action = 1 IPRS Action = 2 Both = 3

**2.** If UNICOR Action `2`
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

**3.** If IPRS Action
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

**4.** Register Number: `5 1 6 2 7 - 0 6 0`
**5.** Resident Name (Last, First, Middle): `SIGGERS, KEVIN`
**6.** Institution Code: `2 3 1`

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | WD WRK SHOP HAND |

1 = Hourly
2 = G.P.W.  ⎤ X = Apprentice
3 = P.W.  ⎦

To:

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 2P | | | | |

**19.** Effective Date Month, Day, Year: `0 1 - 2 7 - 0 1`
**20.** Time of Action: `0 7 1 0`
**21.** Check One: AM `X` PM

**22.** Reason For Termination Of Employment Or Withdrawal
1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

**23.** Continuation of Longevity Status
1 = yes  0 = no  2 = no   (For use only when termination is for release (MR or parole).

**24.** Date Of Enrollment Month, Day, Year

**25.** Total Inmate Hours Involved

**26. Signatures:**
Recommended By _____ Foreman   Date: 1-29-01
Approved By _____ Plant Superintendent   Date: 2/2/01
Approved By _____ Ass't Supt. Or Business Mgr.   Date:
Entered On Payroll Records _____ Timekeeper   Date: 1-29-01

FPI Form 96 (9/98)
Distribution:   White (Business Office)   Canary (Terminal Operator)   Pink (Placement)   Goldenrod (Foreman)

MILL 1                                    GRADE CHANGE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **1** | 1. Type of Report: | UNICOR Action = 1   IPRS Action = 2   Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

_From:_

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

_To:_

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 3 | 7 5 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 1 0 – 2 9 – 0 0 | 0 7 1 0 | X |

| | |
|---|---|
| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |
| | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no       (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| | 25. Total Inmate Hours Involved |

26. Signatures:

| | | |
|---|---|---|
| Recommended By  _[signature]_ | Foreman | Date: 10-13-00 |
| Approved By  _[signature] Debra A. Forsyth_ | Plant Superintendent | Date: 10/14/00 |
| Approved By  _T. Calahan_ | Ass't Supt. Or Business Mgr. | Date: 10/14/00 |
| Entered On Payroll Records  _[signature] Minaman_ | Timekeeper | Date: 10/16/00 |

NEW HIRE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 1 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 2 | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**     **5. Resident Name (Last, First, Middle)**     **6. Institution Code**

| 5 | 1 | 6 | 2 | 7 | – | 0 | 6 | 0 | | S | I | G | G | E | R | S | , | | X | E | V | I | N | | | | | | 2 | 3 | 1 |

**Action Recommended**

**From:**

7. Job Number   8. Grade 1 - 4   9. Industry Code   10. Wage Plan   11. Dot Code   12. Position Title

| 0 | 1 | 2 | | 4 | | M | C | F | T | | 1 | | 7 | 6 | 9 | 6 | 8 | 7 | 0 | 5 | 4 | | W | D | | W | R | K | | S | H | O | P | H | A | N | D |

1 = Hourly
2 = G.P.W.   ⎤
3 = P.W.   ⎦  X = Apprentice

**To:**

13. Job Number   14. Grade 1 - 4   15. Industry Code   16. Wage Plan   17. Dot Code   18. Position Title

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

19. Effective Date Month, Day, Year    20. Time of Action    21. Check One:   AM   PM

| 0 | 6 | – | 2 | 9 | – | 0 | 0 |    | 0 | 7 | 1 | 0 |    | X |   | |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| | | – | | | – | | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _Chuck ~ Nolen_ _____ Foreman    Date: 7-3-00

Approved By _Deboa O Forsyth_ _____ Plant Superintendent    Date: 7/5/00

Approved By _G. Halahim_ _____ Ass't Supt. Or Business Mgr.    Date: 7/5/00

Entered On Payroll Records _Chi Morman_ _____ Timekeeper    Date: 7/5/00

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|

**[3]**

| 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|
| | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

**[3]**

| 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|
| | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**[3]**

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 51627-060 | SIGGERS, KEVIN | 111 |

## Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 012 | 3 | NCFT | 1 | 666382010 | BORING MACH OPTR |

1 = Hourly
2 = G.P.W.   X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM   PM |
|---|---|---|
| 10-29-99 | 0710 | X |

| 22. Reason For Termination Of Employment Or Withdrawal |
|---|
| 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

**[3]**

| 23. Continuation of Longevity Status |
|---|
| 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

**[0]**

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

### 26. Signatures:

| | | Date: |
|---|---|---|
| Recommended By | _(signature)_   Foreman | 11-4-99 |
| Approved By | Debora A Forsyth   Plant Superintendent | 11/9/99 |
| Approved By | _(signature)_   Ass't Supt. Or Business Mgr. | 11/9/99 |
| Entered On Payroll Records | _(signature)_   Timekeeper | 11/3/99 |

FPI Revised Form 96
October 1, 1982

Distribution:  White —— Business office / Canary —— Terminal operator
Green —— Placement / Pink —— Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

**1**

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

**2**

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S   K E V I N | 2 3 1 |

**Action Recommended**
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 5 4 | | M C F T | 1 | 6 6 5 3 8 2 0 1 0 | B O R I N G   M A C H.  O P E R. |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 5 3 | | M C F T | 2 | 6 6 5 3 8 2 0 1 0 | B O R I N G   M A C H.  O P E R. |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 6 - 0 1 - 9 9 | 7/21/99  3:16  0 9 0 0 | X |

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

| Recommended By | Charles Mole | Foreman | Date: 6-24-99 |
|---|---|---|---|
| Approved By | | Plant Superintendent | Date: 6/28/9 |
| Approved By | Holahan | Ass't Supt. Or Business Mgr. | Date: 6/25/99 |
| Entered On Payroll Records | Chr Mweney | Timekeeper | Date: 6/25/99 |

FPI Revised Form 96
October 1, 1982

Distribution:    White ----------------- Business office    Green ----------------- Placement
Canary ----------------- Terminal operator    Pink ----------------- Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **1** | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 5 | M C E T | 1 | 7 6 9 6 8 7 0 5 4 | W D W R K S H O P H A N D |

```
1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.
```

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C E T | 1 | 7 6 9 6 8 7 0 5 4 | W D W R K S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: AM PM |
|---|---|---|
| 0 4 - 2 2 - 9 9 | 0 7 1 0 | X |

| | |
|---|---|
| | 22. Reason For Termination Of Employment Or Withdrawal |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | |
|---|---|
| | 23. **Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no   (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| | 25. Total Inmate Hours Involved |

26. **Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | _[signature]_ | Foreman | Date: 4-13-99 |
| Approved By | _Debora Forsyth_ | Plant Superintendent | Date: 4/16/99 |
| Approved By | _Tim Halahan_ | Ass't Supt. Or Business Mgr. | Date: 4/12/99 |
| Entered On Payroll Records | _Cir Muncamayor_ | Timekeeper | Date: 4/13/99 |

| Distribution: | White ———————— Business office | Green ———————— Placement |
|---|---|---|
| | Canary ———————— Terminal operator | Pink ———————— Foreman |

NEW HIRE

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | | |
|---|---|---|---|
| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | | |
|---|---|---|---|
| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S , K E V I N | 7 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 5 | | M C R T 1 | | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O R E H A N D |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|---|---|---|
| 0 5 2 3 9 9 | 0 7 1 0 | X |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request
5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no          (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. **Signatures:**

| | | |
|---|---|---|
| Recommended By | _[signature]_ Foreman | Date: 3-23-99 |
| Approved By | _[signature]_ Plant Superintendent | Date: 3/25/99 |
| Approved By | _[signature]_ Ass't Supt. Or Business Mgr. | Date: 3/25/99 |
| Entered On Payroll Records | _[signature]_ Timekeeper | Date: 3/23/99 |

Distribution:
White-------------------- Business office
Canary-------------------- Terminal operator

Green--------------------- Placement
Pink----------------------- Foreman

NOTE: THIS FORM MUST BE SU ~~TTED~~
2 WEEKS IN ADVANCE.



U.S. Department of Justice
**UNICOR**
Federal Prison Industries, Inc.

ENTERED 36:15
9/6
**September 6, 2005**
( DATE )

## REQUEST FOR INMATE VACATION

_____**Mill-1**_____
( DEPARTMENT )

NAME: **SIGGERS, KEVIN** _____     **51627-060** _____
　　　( LAST )　　　　( FIRST )　　　　　　　　( REGISTRATION NUMBER )

I REQUEST TO TAKE ___**2**___ DAY(S) OFF!　　　STARTING ON: **September 26, 2005**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　( DATE )

*FILE COPY*

| **AWARD DAYS ?   (NO)** |
|---|

I REQUEST TO CASH IN MY VACATION:　(O  YES )　(◉  NO )
(MUST BE ANNIVERSARY DATE)

INMATES SIGNATURE: _____

_____　APPROVED BY: _____
( WORK SUPERVISOR )　　　　　　　　　　　　　　　　　　　( DEPARTMENT HEAD )

---

## BUSINESS OFFICE USE ONLY! !

THE ABOVE NAMED INMATE STARTED UNICOR ON: ____**January 12, 2004**____ , AND HAS ACCUMULATED

____**36.15**____ HOURS VACATION.   AND ____**0.00**____ AWARD HOURS.

| | |
|---|---|
| **36.15** | BEGINNING HOURS. |
| **0.00** | AWARD HOURS USED. |
| **36.15** | ENDING HOURS. |

COMPUTED BY: __Glen Rencher__　　　　REVIEWED BY: _____
　　　　　　　　( TIMEKEEPER )　　　　　　　　　　　　　　　( ACCOUNTANT )

APPROVED: _____　　DISAPPROVED: _____

*  *  * PLEASE STATE REASONS WHY IF DISAPPROVED. *  *  *

_____

SIGNATURE: _____
　　　　　　( Superintendent of Industries )

CC:　INMATE (1)
　　　FACTORY OFFICE (1)　　　　　　　　　　　　　　　　　　　　　　F.P.I Form 39
　　　BUSINESS OFFICE (2)

NOTE: THIS FORM MUST BE SUBMITTED
2 WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.



43:30

REQUEST FOR INMATE VACATION

_____Mill-1_____
( DEPARTMENT )

_____July 18, 2005_____
( DATE )

NAME: **SIGGERS, KEVIN**
( LAST )          ( FIRST )

**51627-060**
( REGISTRATION NUMBER )

I REQUEST TO TAKE ___1___ DAY(S) OFF!        STARTING ON: **July 26, 2005**
( DATE )

**AWARD DAYS ?    (NO)**

I REQUEST TO CASH IN MY VACATION:  (O  YES)  (◉  NO)
(MUST BE ANNIVERSARY DATE)

INMATES SIGNATURE: _____    **FILE COPY**

APPROVED BY:

_____          _____
( WORK SUPERVISOR )                    ( DEPARTMENT HEAD )

## BUSINESS OFFICE USE ONLY! !

THE ABOVE NAMED INMATE STARTED UNICOR ON: ____**January 12, 2004**____, AND HAS ACCUMULATED

___43.30___ HOURS VACATION.  AND ____0.00____ AWARD HOURS.

| 43.30 | **BEGINNING HOURS.** |
| 0.00 | **AWARD HOURS USED.** |
| 43.30 | **ENDING HOURS.** |

COMPUTED BY: **Glen Rencher**        REVIEWED BY: _____
( TIMEKEEPER )                              ( ACCOUNTANT )

APPROVED: ____✓____    DISAPPROVED: _____

* * * PLEASE STATE REASONS WHY IF DISAPPROVED. * * *

SIGNATURE: _____
( Superintendent of Industries )

CC:  INMATE (1)
     FACTORY OFFICE (1)
     BUSINESS OFFICE (2)

F.P.I Form 39

**U.S. DEPARMENT OF JUSTICE**
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBE

DATE: 4-14-05

TO: Mr. COOK

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details

I would like to work in Mill I "NOTES DEPT." on the first Table. keeping my grade (2) two.

Thank you.

Name: SIGGERS, KEVIN                    No.: 51627060

Work assignment: A.M UNICORE             Unit: CB

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)     DATE:

MOVED FROM PROD.1 TO MILL1
5/5/05
OK Rlook 4-14-05

OK with me
Chenle 4-14-05

EFFECTIVE ~~~~ 4-14-05

Original - File
Copy - Inmate

Officer

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



**UNICOR**

Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_2D. I_                                        _10/18/06_      *10/27*  _pov 30:00_
**DEPARTMENT**                                  **DATE**

_Sikk15        Kevin_                          _8167060_
**NAME:**      **LAST**      **FIRST**          **REGISTRATION NUMBER**

I REQUEST VACATION FROM_____TO_____  C A C H   I N  ___
                                                          _pov 30:00_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_Kevin Sikki_
**INMATES SIGNATURE**

**APPROVED BY:**                               **APPROVED BY:**

_____                        _____
**WORK SUPERVISOR**                            **DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _1/12/ ~~06~~ 2004_ AND

HAS ACCUMULATED _30:00 HRS_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15 HRS_ DAY PER MONTH.

(½)  (1)

**COMPUTED BY:**          **REVIEWED BY:**              **FINAL APPROVED BY:**

_____          _____               _____
**TIMEKEEPER**           **ACCOUNTANT**                 **SUPERINTENDENT**

**UNIT TEAM ACTION:**          **APPROVED:_____**        **DISAPPROVED_____**

                                                            PLEASE STATE REASONS WHY IF
                                                            DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39       Business Office (White) • Unit (Green) • Timekeeper (Yellow) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE ⬭MITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

9/19
37.15

## REQUEST FOR INMATE VACATION

Pod I
DEPARTMENT

8/17/04
DATE

NAME:    SIGGERS    KEVIN
        LAST       FIRST

REGISTRATION NUMBER
5160 7060

I REQUEST VACATION FROM 9/24 TO 9/28

2 dAYS

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 1/12 19 2004, AND

HAS ACCUMULATED 37.15 HRS DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT 7.15 HRS DAY PER MONTH.

(½)    (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____
PLEASE STATE REASONS WHY IF
DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Unit (Green) • Timekeeper (Yellow) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.



**U.S. Department of Justice**

**UNICOR**

Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

*Mill I*
**DEPARTMENT**

*11/13/03*          *3 7:30*
**DATE**

*SIGGERS, KEVIN*

*51627-060*

**NAME:**          **LAST**          **FIRST**          **REGISTRATION NUMBER**

I REQUEST VACATION FROM _____ TO _____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF *CACH 37:30*
(MUST BE ANNIVERSARY DATE).

**INMATES SIGNATURE**

**APPROVED BY:** _____          **APPROVED BY:** _____

**WORK SUPERVISOR**          **DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19  2000* AND

HAS ACCUMULATED *37.30* DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7:30* ~~DAY~~ PER MONTH.

(½)   (1)

**COMPUTED BY:** _____          **REVIEWED BY:** _____          **FINAL APPROVED BY:** _____

**TIMEKEEPER**          **ACCOUNTANT**          **SUPERINTENDENT**

**UNIT TEAM ACTION:**          **APPROVED:** _____          **DISAPPROVED** _____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____
_____
_____
_____
_____

**SIGNATURE** _____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39          Business Office (White) - Timekeeper (Green) - Unit (Yellow) - Factory (Pink) - Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



UNICOR
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

DEPARTMENT _M_i_l_l_ _T_

DATE _6/2/63_

_6/16_
_52:30_

NAME: _SIGGERS, KEVIN_
LAST      FIRST

REGISTRATION NUMBER _51627-060_

I REQUEST VACATION FROM ____X____ TO ____Y____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _52:30 CASH_
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:
THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/25_ 19_2000_, AND
HAS ACCUMULATED _52:30_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED
AT _7:30_ DAYS PER MONTH.

(½)  (①)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:      APPROVED:_____      DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_____
**DEPARTMENT**

*6 /00*    oo
**DATE**      7:30 in July

_O'Crane      Kevin_    _11230 lo_
**NAME:**        **LAST**      **FIRST**      **REGISTRATION NUMBER**

I REQUEST VACATION FROM_7-5___TO_7-6____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

**APPROVED BY:**                                      **APPROVED BY:**

_____                              _____
**WORK SUPERVISOR**                              **DEPARTMENT HEAD**

_____

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/29  2000_, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

**COMPUTED BY:**              **REVIEWED BY:**              **FINAL APPROVED BY:**

_____              _____              _____
**TIMEKEEPER**              **ACCOUNTANT**              **SUPERINTENDENT**

_____

**UNIT TEAM ACTION:**          **APPROVED:_____**              **DISAPPROVED_____**
                                                          **PLEASE STATE REASONS WHY IF**
                                                          **DISAPPROVED.**

_____
_____
_____
_____
_____

**SIGNATURE_____**

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) - Timekeeper (Green) - Unit (Yellow) - Factory (Pink) - Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

*MILL I*
DEPARTMENT

*6-03-02*
DATE

*6/70*
*67:30*

*SIGGERS          KEVIN*

NAME:          LAST          FIRST

*S1627060*
REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF *X ALL*
  (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:                                    APPROVED BY:

WORK SUPERVISOR                                 DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE____*29*__19 *00*, AND

HAS ACCUMULATED *67:30* DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7.30* DAY PER MONTH.

(½)    (1)

COMPUTED BY:              REVIEWED BY:                    FINAL APPROVED BY:

TIMEKEEPER                ACCOUNTANT                      SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

                                                         PLEASE STATE REASONS WHY IF
                                                         DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SU___TTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

__M_ILL_ I__    _11-19-01_    _22:30_
**DEPARTMENT**    **DATE**

_____ _S_ENGENS_    _Kevin_    _51622060_
**NAME:**    **LAST**    **FIRST**    **REGISTRATION NUMBER**

I REQUEST VACATION FROM _1/23_ TO _1/24_  ( _1 DAY_ )

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

**APPROVED BY:**    **APPROVED BY:**

_____    _____
**WORK SUPERVISOR**    **DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)  (1)

**COMPUTED BY:**    **REVIEWED BY:**    **FINAL APPROVED BY:**

_____    _____    _____
**TIMEKEEPER**    **ACCOUNTANT**    **SUPERINTENDENT**

**UNIT TEAM ACTION:**    **APPROVED:**_____    **DISAPPROVED**_____
PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

**SIGNATURE**_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Green) • Unit (Yellow) • Factory (Pink) • Inmate (Golden Rod)



**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_TULT_                                         _9/19/01_    15:00.
DEPARTMENT                                      DATE

_SIGGNS - Kevin_                               _511 37060_
NAME:          LAST          FIRST            REGISTRATION NUMBER

I REQUEST VACATION FROM _9/1_ TO _9/31_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY: _____              APPROVED BY:

_____             _____
WORK SUPERVISOR                           DEPARTMENT HEAD

_____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/29_ 19_2001_, AND

HAS ACCUMULATED _15.00_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____ DAY PER MONTH.

(½)      (1)


COMPUTED BY:              REVIEWED BY:                 FINAL APPROVED BY:

_____          _____              _____
TIMEKEEPER               ACCOUNTANT                   SUPERINTENDENT


UNIT TEAM ACTION:          APPROVED:_____            DISAPPROVED_____
                                                        PLEASE STATE REASONS WHY IF
                                                        DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE                    INMATE REQUEST TO STAFF MEMBER
Federal Bureau of Prisons

DATE: _8-5-01_

TO: _Mr. ~~Xxxx~~ Parotti_

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to switch to
the Panel Saw position you have
open
                    Thanks !!!

**POSTED**

Name: _Siggers, Kevin_          No.: _51627060_

Work assignment: _R.M Unicor 4_          Unit: _CA_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE: _____

Ok
with or
Chalgren Mal
8-6-01
                                    PROD I
                                    -TC
                                    Mill !
                                    8/24/01

Original - File
Copy -  Inmate                                    Officer

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**

**UNICOR**

Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_Prod. I_
**DEPARTMENT**

_6-29-01_
**DATE**

_4/29/01_
_37:30_

NAME: _____ _Stacy_ _____ _Kevin_ _____    _____
**NAME:**        **LAST**        **FIRST**        **REGISTRATION NUMBER**

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _All_____
 (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

APPROVED BY:                          APPROVED BY:

_____                _____
**WORK SUPERVISOR**                   **DEPARTMENT HEAD**

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____ 19___, AND

HAS ACCUMULATED ____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

COMPUTED BY:              REVIEWED BY:                 FINAL APPROVED BY:

_____     _____       _____
**TIMEKEEPER**             **ACCOUNTANT**               **SUPERINTENDENT**

UNIT TEAM ACTION:         APPROVED:_____           DISAPPROVED_____

                                                       PLEASE STATE REASONS WHY IF
                                                       DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

DATE: 3-02-01

TO: Mr. Parrott (Mill I Supervisor)

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

Sir, I would like to change work Departments. I Have tried to get along with my co-worker, But things Just keep Flairing up Mr. Nolan said He can use me In His Department. Im just trying to Avoid a conflect with this guy. I thank you for your help with this matter.

Name: Kevin L. Siggers          No.: 51627060

Work assignment: AM Unicors      Unit: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE:

Mill I
TO
PROD I
3/6/01

ok with me
c. nolin
Charles Nolin

Original - File
Copy - Inmate

Officer

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_MIll I_                                    _9-20-00_        _3/20_
**DEPARTMENT**                                   **DATE**         _15:00_

_____ _SIggins_  _Kevin_ _____  _-16-7-060_

NAME:          LAST          FIRST          **REGISTRATION NUMBER**

I REQUEST VACATION FROM _9/25_ TO _9/29_ _(2 Days)_  _CASH IN_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY: _____          APPROVED BY:

_____                _____
WORK SUPERVISOR                          DEPARTMENT HEAD

_____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_ _6/25_ 19_2000_, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)      (1)

COMPUTED BY:              REVIEWED BY:                  FINAL APPROVED BY:

_____            _____                 _____
TIMEKEEPER               ACCOUNTANT                     SUPERINTENDENT

_____

UNIT TEAM ACTION:          APPROVED:_____              DISAPPROVED_____

                                                         PLEASE STATE REASONS WHY IF
                                                         DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARTMENT OF JUSTICE    **INMATE REQUEST TO STAFF MEMBER**
Federal Bureau of Prisons

DATE: ~~SEP~~ SEPT. 18 ~~SEP~~ 2000

TO: _Mr. PEROTTI (MILL I Supervisor)_
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done(Give Details).

_Sir I would like to change my Job, to work in Mill I Departmente. I have gotten the permission from Mr. Nalan to change Jobs._

Name: _Kevin. L. Siggens Sr._    No: _5162)060_

Work Assignment: _Unicore A.m_    Unit: _C A_

NOTE:    If you follow instructions in preparing your request, it can be disposes of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    Date:_____

ok
Check. Me
9-18-00

MOVE
FROM PROD I
TO
MILL I
Officer
9/20/00

Original-File
Canary-Inmate

FCI Mckean    Previously BP-Admin-70    BP-148(70)
July 1

**Employee Work History**

Name: Siggers, Kevin                           No.  #51627~060

Hire Date:  03/23/99                           Prior UNICOR Credit Accepted:  00        Months

Year: 1999

|       | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|-------|----------|------------|----------|-------------|---------|
| Jan   |          |            |          |             |         |
| Feb   |          |            |          |             |         |
| Mar   | 1        | 3:45       |          | 3:45        |         |
| Apr   | 2        | 3:45       |          | 7:30        |         |
| May   | 3        | 3:45       | POV 11:15 | 0:00       |         |
| Jun   | 4        | 3:45       |          | 3:45        |         |
| Jul   | 5        | 3:45       |          | 7:30        |         |
| Aug   | 6        | 3:45       |          | 11:15       |         |
| Sep   | 7        | 3:45       | 7:30     | 7:30        | VAC 9/27 |
| Oct   |          |            |          |             |         |
| Nov   |          |            |          |             |         |
| Dec   |          |            |          |             |         |

Year: 2000

|       | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|-------|----------|------------|----------|-------------|---------|
| Jan   |          |            |          |             |         |
| Feb   |          |            |          |             |         |
| Mar   |          |            |          |             |         |
| Apr   |          |            |          |             |         |
| May   |          |            |          |             |         |
| Jun   |          |            |          |             |         |
| Jul   |          |            |          |             |         |
| Aug   |          |            |          |             |         |
| Sep   |          |            |          |             |         |
| Oct   |          |            |          |             |         |
| Nov   |          |            |          |             |         |
| Dec   |          |            |          |             |         |

Year: 2001

|       | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|-------|----------|------------|----------|-------------|---------|
| Jan   |          |            |          |             |         |
| Feb   |          |            |          |             |         |
| Mar   |          |            |          |             |         |
| Apr   |          |            |          |             |         |
| May   |          |            |          |             |         |
| Jun   |          |            |          |             |         |
| Jul   |          |            |          |             |         |
| Aug   |          |            |          |             |         |
| Sep   |          |            |          |             |         |
| Oct   |          |            |          |             |         |
| Nov   |          |            |          |             |         |
| Dec   |          |            |          |             |         |

```
   MCK2G  531.01 *            INMATE HISTORY          *    03-22-1999
   PAGE 001 OF 001 *              WRK DETAIL          *    13:27:07
```

POSTED

```
   REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
   CATEGORY: WRK       FUNCTION: PRT        FORMAT:

   FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
   MCK    KITCHEN AM KITCHEN AM                  01-14-1999 0001 CURRENT
   MCK    IDLE       IDLE                        01-13-1999 0716 01-14-1999 0001
   MCK    KITCHEN AM KITCHEN AM                  12-02-1998 0001 01-13-1999 0716
   MCK    DIN RM AM  DINING ROOM AM              11-20-1998 1348 12-02-1998 0001
   MCK    FD SVC     FOOD SERVICE                11-19-1998 0001 11-20-1998 1348
   MCK    LAND IN 1  INSIDE LANDSCAPE FULL-TIME  11-05-1998 0001 11-19-1998 0001
   MCK    LAND IN 2  INSIDE LANDSCAPE FULL-TIME  11-04-1998 0001 11-05-1998 0001
   MCK    FACL       FACILITIES OFFICE           11-03-1998 0001 11-04-1998 0001
   MCK    UNASSG     UNASSIGNED                  10-28-1998 0001 11-03-1998 0001
   MCK    A&O        ADMISSION & ORIENTATION     10-21-1998 1015 10-28-1998 0001
   LEW    UNASSG     UNASSIGNED WORK DETAIL      10-13-1998 1921 10-21-1998 0516
   OKL    UNASSG     UNASSIGNED HOLDOVER         09-23-1998 1800 10-13-1998 0830
   ATL    UNASSG     UNASSIGNED WORK DETAIL      05-06-1998 0050 05-06-1998 0818
   OKL    UNASSG     UNASSIGNED HOLDOVER         05-01-1998 1915 05-05-1998 0830
   RCH    UNASSG     UNASSIGNED WORK DETAIL      03-26-1998 1851 05-01-1998 1508
   OKL    UNASSG     UNASSIGNED HOLDOVER         03-18-1998 1815 03-26-1998 0920
```

```
DATE: 10/28/99 07:23    INMATES NOT WORKING FOR 30 DAYS      PAGE:   1
INMATE PAYROLL                REPORT DATE: 10/30/99           USER ID: sa1cl

Name                   Reg-num     Fact  Group     Crew            Last Lbr LT
-----------------------------------------------------------------------------
SIGGERS, KEVIN         51627-060   FT    ft130     Assembly 1      09/29/99
```

NOTE: THIS FORM MUST BE SU~~~ITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

*(handwritten: Way 1)*

### REQUEST FOR INMATE VACATION

_____

**DEPARTMENT**

_____

**DATE**

*(handwritten: 7/14/7)*

_____

NAME:          LAST          FIRST          REGISTRATION NUMBER

*(handwritten: 7 30)*

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____

INMATES SIGNATURE

_____

APPROVED BY:                                          APPROVED BY:

*Charles Nolan*                                       _____
WORK SUPERVISOR                                       DEPARTMENT HEAD

_____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _____ 19 _99_, AND

HAS ACCUMULATED _7 30_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _ 45_ DAY PER MONTH.

(½)    (1)

COMPUTED BY:                      REVIEWED BY:                      FINAL APPROVED BY:

_____          _____          _____
TIMEKEEPER                        ACCOUNTANT                        SUPERINTENDENT

UNIT TEAM ACTION:                      APPROVED:_____          DISAPPROVED_____
                                                                   PLEASE STATE REASONS WHY IF
                                                                   DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER**  CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

DATE _May 19, 1999_

TO: _Mr. Pigrotti_

(Name and Title of Officer)

SUBJECT:   State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

_I would like my job changed to
the Vertical Boring Machine on the Assembly
line. I've spoke to Mr. Nolan and was told
to have you sign this inmate request form
Releasing me to work in the Assembly Dept. I thank
you for time concerning this matters._

_OK or Refused_

**POSTED**

(Use other side of page if more space is needed)

NAME: _Kevin L. Siggers Sr._        NO.: _51627-060_

WORK ASSIGNMENT: _Lay Up I_          UNIT: _3A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.   Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:    Do not write in this space)

DATE  _5-19-99_

_Lay up I
To
Assm I_

_ok with me_

_Charles Nolan_
Officer

_5/25/99_

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)   Replaces BP-148 of Oct 86

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__          Register Number: __51627-060__

Institution Code:_____231_____          Industry Code:_____MCFT_____

Job Description: __Woodworking Shophand__          Department: __Layup 1__

> **Duties: Responsible for stacking, cushioning and wrapping product. Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes. All other duties as assigned in UNICOR.**

I have instructed inmate __Kevin L. Siggers Sr.__ Reg. No. __51627.060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____          _____4-12-99_____
Foreman                                                    Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____          ___5/627.060___          ___4-12-99___
Signature of Inmate                      Register Number              Date

# Pre-Industrial Training Roster

Date:    April 23, 1999

| Name | Number | Department | SOI | Fact. | Safety | Prod. | Work | Q.A. | Bus Of |
|---|---|---|---|---|---|---|---|---|---|
| Davila-Bajana, Juan | 47580-053 | Prod 1 | | | | | | | |
| Luna-Navarro, Bernardo | 05659-032 | Laup 1 | | | | | | | |
| Hamilton, James | 09140-055 | Pack 1 | | | | | | | |
| Siggers, Kevin | 51627-060 | Laup 1 | | | | | | | |
| Kowalski, Paul | 08930-055 | Q.A. 1 | | | | | | | |
| Carter, Claude | 19735-039 | Main 1 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| ALTERNATES | | | | | | | | | |
| Gonzalez, William | 21331-038 | Mill 2 | | | | | | | |
| Wills, Eric | 52511-060 | Pack 1 | | | | | | | |

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER**  CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

DATE  _3-21-99_

TO: _Unicon Supervisor_
_____
(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

_I have the release By my_

_current supervisor to work in the_

_unicong factory_

_Kitchen Supervisor_

(Use other side of page if more space is needed)

NAME: _Kevin L. Siggens Sn_          NO.: _51627-060_

WORK ASSIGNMENT: _Veg. Prep_          UNIT: _3A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

_F/S_
_HENRY_

DATE  _3-22-99_

_M. Henry   Cook Supervisor_

_M. Henry_
_____
Officer

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)  Replaces BP-148 of Oct 86

PRODUCTION-1                          REHIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | | |
|---|---|---|---|
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26<br>Enter 2 For Change In Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| **1** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19<br>Enter 3 For Completion, Complete Items 4-6, 19<br>Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S   K E V I N | 2 3 1 |

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.         X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:    AM    PM |
|---|---|---|
| 0 1 – 1 2 – 0 4 | M C F T | X |

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request
5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|
| – – | |

| | 25. Total Inmate Hours Involved |
|---|---|
| | |

26. **Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | *[signature]* | Foreman | Date: 1-12-04 |
| Approved By | *[signature]* | Plant Superintendent | Date: 1/12/04 |
| Approved By | *[signature]* | Ass't Supt. Or Business Mgr. | Date: 1/12/04 |
| Entered On Payroll Records | *[signature]* | Timekeeper | Date: 1-12-04 |

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. Type of Report | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|
| **2** | | |

| | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change in Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |
|---|---|---|
| **2** | | |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19<br>Enter 3 For Completion, Complete 4-6, 19<br>Enter 4 For Withdrawal, Complete 4-6, 19, 22 |
|---|---|---|
| **2** | | |

4. Registration Number: 5 1 6 2 7 - 0 6 0
5. Resident Name (Last, First, Middle): S I G G E R S   K E V I N
6. Institution Code: 2 3 1

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 1 | 2 | M C F T | 1 | 6 6 7 6 8 2 0 2 2 | P A N E L   S A W   O P E R A T |

POSTED

1 = Hourly
2 = G.P.W.            X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 4 | 2 | M C F T | 1 | 2 2 1 1 6 7 0 1 4 | M A T E R I A L   C O O R D I N |

19. Effective Date Month, Day, Year: 0 4 - 0 7 - 0 5
20. Time of Action: 0 7 1 0
21. Check One:   AM [X]   PM [ ]

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institution Needs

23. **Continuation of Longevity Status**

1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. Signatures:

Recommended By _____ Foreman   Date: 4-7-05

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: 4/7/05

FPI Form 96 (9/98)

Distribution:   1. Business Office   2. Terminal Operator   3. Placement   4. Foreman

# UNICOR

## (FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: _Sigers Kevin_     Number: _51627-060_     Date: _3/11/02_
       (Name: Last, First)

UNICOR McKean start date: _____  Current Grade: _2_  Unit: _CA_
This is to advise you of your unsatisfactory work performance on: _3/4/02_

Specifically: _Inmate Sigers was observed on the production floor lighting matches. Inmate Sigers was attempting to melt the plastic tip of a cigar. This behavior is unsafe because of the flammable materials on the factory floor._

Supervisor's Recommendation:

　　　　1) Written Warning _____

　　　(2) Grade Reduction from _2_ to _3_ ; No. of days _90 30_

　　　　3) Job Change_____

　　　　4) Removal * _____

　　　　5) Other _____

*Third offenses, whether related acts, or not , automatically require the recommendation for "Removal." All recommendation for "Removal" must be approved by the Superintendent of Industries.

_____ Date    _____ Date
Inmate Signature                 Staff Signature          3/11/02

Final disposition: _____
_____
_____
_____
_____
_____

3/11 → 4/11

_____
Superintendent of Industries    Date

# UNICOR

## (FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: _Siggers, Kevin_   Number: _51622-060_   Date: _3/6/02_
         (Name: Last, First)

UNICOR McKean start date:_____   Current Grade:_____   Unit: _CA_
This is to advise you of your unsatisfactory work performance on:____

Specifically: _Inmate Siggers had in his possession, AVIATOR_
_playing cards in the Unicor Factory. Inmate Siggers had_
_signed a Rules & reg. letter paper when he started UNICOR stating_
_that Inmate Workers are prohibited from bringing personal property into_
_the factory (Rule # 12)_

Supervisor's Recommendation:

(1) Written Warning _____

2) Grade Reduction from ____ to ____; No. of days ____

3) Job Change_____

4) Removal *_____

5) Other _____

*Third offenses, whether related acts, or not , automatically require
the recommendation for "Removal." All recommendation for "Removal" must
be approved by the Superintendent of Industries.

_____   _____   _____   _3/6/02_
Inmate Signature         Date              Staff Signature            Date

Final disposition: _____
_____
_____
_____
_____
_____
_____
_____

_____
Superintendent of Industries   Date

*JOB EFFICIENCY TRAINING    ᵀSSION NUMBER -- [01]*

# FACTORY RULES AND REGULATIONS

NAME *Kevin L. Siggers*    UNIT *CA*    LOCKER#_____    CHIT#_____

1. INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2. ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3. SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4. HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5. INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6. INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPERVISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7. OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8. HORSEPLAY WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9. FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. DO NOT RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. DO NOT CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ~~ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF UNICOR.~~

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY NO SMOKING IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

*I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.*

Signature: _____    Register No: *5 1627060*    Date: *6-29-02*