```
BOPUK              *         PUBLIC INFORMATION              *     01-29-2007
PAGE 001           *             INMATE DATA                 *       15:13:35
                             AS OF 01-29-2007

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                   RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 513-684-2603   FAX: 513-684-2603
                                           RACE/SEX...: BLACK / MALE
FBI NUMBER.: 240532MA5                     DOB/AGE....: 08-22-1970 / 36
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 06-18-2007                    PAR HEAR DT:
-------------------------- ADMIT/RELEASE HISTORY ----------------------------
 FCL    ASSIGNMENT DESCRIPTION             START DATE/TIME STOP  DATE/TIME

 CCN    A-DES      DESIGNATED, AT ASSIGNED FACIL  01-02-2007 1603 CURRENT
 CCN    FURL MED   FURLOUGH-MEDICAL               01-02-2007 0540 01-02-2007 1603

 CCN    A-DES      DESIGNATED, AT ASSIGNED FACIL  12-21-2006 1150 01-02-2007 0540

 3-N    RELEASE    RELEASED FROM IN-TRANSIT FACL  12-21-2006 1150 12-21-2006 1150

 3-N    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-21-2006 0800 12-21-2006 1150

 MCK    FURL TRANS FURL W/UNESCORTED TRF TO A CCC 12-21-2006 0800 12-21-2006 0800

 MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  12-18-2006 1113 12-21-2006 0800

 3-N    RELEASE    RELEASED FROM IN-TRANSIT FACL  12-18-2006 1113 12-18-2006 1113

 3-N    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-07-2006 1255 12-18-2006 1113

 MCK    FED WRIT   RELEASE ON FEDERAL WRIT        12-07-2006 1255 12-18-2006 1113

 MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-21-1998 1015 12-07-2006 1255

 S13    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-21-1998 1015 10-21-1998 1015

 S13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-21-1998 0516 10-21-1998 1015

 LEW    HLD REMOVE HOLDOVER REMOVED               10-21-1998 0516 10-21-1998 0516

 LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED   10-13-1998 1921 10-21-1998 0516

 A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-13-1998 1921 10-13-1998 1921

 A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-13-1998 0930 10-13-1998 1921

 OKL    HLD REMOVE HOLDOVER REMOVED               10-13-1998 0830 10-13-1998 0830

 OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED   09-23-1998 1800 10-13-1998 0830

 0-U    RELEASE    RELEASED FROM IN-TRANSIT FACL  09-23-1998 1900 09-23-1998 1900

 0-U    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-18-1998 1359 09-23-1998 1900

 CCN    ADMIN REL  ADMINISTRATIVE RELEASE         08-18-1998 1359 08-18-1998 1359

 CCN    A-ADMIN    ADMINISTRATIVE ADMISSION       08-18-1998 1347 08-18-1998 1359

 I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  08-18-1998 1347 08-18-1998 1347

 I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-07-1998 0530 08-18-1998 1347
```

```
A01   RELEASE     RELEASED FROM IN-TRANSIT FACL  05-07-1998 0530 05-07-1998 0530

A01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-06-1998 0818 05-07-1998 0530

ATL   HLD REMOVE  HOLDOVER REMOVED               05-06-1998 0818 05-06-1998 0818

ATL   A-HLD       HOLDOVER, TEMPORARILY HOUSED   05-06-1998 0050 05-06-1998 0818

A01   RELEASE     RELEASED FROM IN-TRANSIT FACL  05-06-1998 0050 05-06-1998 0050

A01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-05-1998 0930 05-06-1998 0050

OKL   HLD REMOVE  HOLDOVER REMOVED               05-05-1998 0830 05-05-1998 0830

OKL   A-HLD       HOLDOVER, TEMPORARILY HOUSED   05-01-1998 1915 05-05-1998 0830

RCH   STDY CMPLT  STUDY AND OBS COMPLETED        05-01-1998 1508 05-01-1998 1915

RCH   A-PRE       PRE-SENT ADMIT, ADULT          03-26-1998 1851 05-01-1998 1508

A01   RELEASE     RELEASED FROM IN-TRANSIT FACL  03-26-1998 1951 03-26-1998 1951


G0002        MORE PAGES TO FOLLOW . . .




BOPUK           *        PUBLIC INFORMATION        *     01-29-2007
PAGE 002        *           INMATE DATA            *       15:13:35
                          AS OF 01-29-2007

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR
                  RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 513-684-2603   FAX: 513-684-2603
A01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-26-1998 1020 03-26-1998 1951

OKL   HLD REMOVE  HOLDOVER REMOVED               03-26-1998 0920 03-26-1998 0920

OKL   A-HLD       HOLDOVER, TEMPORARILY HOUSED   03-18-1998 1815 03-26-1998 0920

0-U   RELEASE     RELEASED FROM IN-TRANSIT FACL  03-18-1998 1915 03-18-1998 1915

0-U   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-04-1998 1110 03-18-1998 1915

CCN   ADMIN REL   ADMINISTRATIVE RELEASE         03-04-1998 1110 03-04-1998 1110

CCN   A-ADMIN     ADMINISTRATIVE ADMISSION       03-04-1998 1056 03-04-1998 1110

MXR   GCT REL     GOOD CONDUCT TIME REL (CCCA)   01-14-1995 1115 03-04-1998 1056

MXR   A-STCONCUR  STATE CONCURRENCY CASE         04-29-1992 1628 01-14-1995 1115
```


```
G0002         MORE PAGES TO FOLLOW . . .


    BOPUK          *          PUBLIC INFORMATION          *     01-29-2007
    PAGE 003       *              INMATE DATA             *     15:13:35
                              AS OF 01-29-2007
REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                  RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 513-684-2603    FAX: 513-684-2603
PRE-RELEASE PREPARATION DATE: 05-11-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-18-2007 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 040 ------------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
```

```
DOCKET NUMBER...................: 4:91CR0182
JUDGE...........................: WELLS
DATE SENTENCED/PROBATION IMPOSED: 01-24-1992
DATE SUPERVISION REVOKED........: 08-11-1998
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 10-21-1998
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $50.00          $00.00           $00.00       $00.00

RESTITUTION...:  PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....:  550
OFF/CHG: ** VIOLATION OF SUPERVISED RELEASE **
         18:2114  -  ASSAULT OF A MAIL CARRIER

 SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION
 SENTENCE IMPOSED/TIME TO SERVE.:    15 MONTHS
 CLASS OF OFFENSE................: CLASS C FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO 030 COMP
 DATE OF OFFENSE.................: 09-04-1990




G0002          MORE PAGES TO FOLLOW . . .




  BOPUK             *           PUBLIC INFORMATION       *     01-29-2007
  PAGE 004          *              INMATE DATA           *       15:13:35
                                 AS OF 01-29-2007

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                    RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 513-684-2603    FAX: 513-684-2603
-------------------------CURRENT COMPUTATION NO: 040 --------------------------

COMPUTATION 040 WAS LAST UPDATED ON 06-15-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-15-2006 BY DESIG/SENTENCE COMPUTATION CTR
```

```
THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 040 010

DATE COMPUTATION BEGAN..........: 05-17-2006
TOTAL TERM IN EFFECT............:    15 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS         3 MONTHS
EARLIEST DATE OF OFFENSE........: 09-04-1990

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 59
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 06-18-2007
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 08-16-2007


PROJECTED SATISFACTION DATE.....: 06-18-2007
PROJECTED SATISFACTION METHOD...: GCT REL




G0002        MORE PAGES TO FOLLOW . . .




   BOPUK           *         PUBLIC INFORMATION        *      01-29-2007
PAGE 005           *            INMATE DATA            *        15:13:35
                            AS OF 01-29-2007

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

              RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL

PRE-RELEASE PREPARATION DATE: 11-17-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-17-2006 VIA GCT REL
```

```
------------------------PRIOR JUDGMENT/WARRANT NO: 030 ------------------------

 COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
 DOCKET NUMBER...................: 4:97CR329
 JUDGE...........................: GAUGHAN
 DATE SENTENCED/PROBATION IMPOSED: 08-05-1998
 DATE COMMITTED..................: 10-21-1998
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
 NON-COMMITTED.:   $200.00        $00.00           $00.00        $00.00

 RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $1,268.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------

 OFFENSE CODE....:  554
 OFF/CHG: 18:2113(A)&(D) - ARMED BANK ROBBERY

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    57 MONTHS
  TERM OF SUPERVISION............:     5 YEARS
  CLASS OF OFFENSE...............: CLASS B FELONY
  DATE OF OFFENSE................: 10-08-1997

-------------------------PRIOR OBLIGATION NO: 020 -------------------------

 OFFENSE CODE....:  130
 OFF/CHG: 18:924(C)(1) - USE OF A FIREARM DURING A CRIME OF VIOLENCE

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
  TERM OF SUPERVISION............:     5 YEARS
  CLASS OF OFFENSE...............: CLASS C FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE




 G0002         MORE PAGES TO FOLLOW . . .





   BOPUK            *           PUBLIC INFORMATION          *    01-29-2007
   PAGE 006         *              INMATE DATA              *    15:13:35
                                AS OF 05-17-2006

 REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                    RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 513-684-2603   FAX: 513-684-2603
```

```
DATE OF OFFENSE.................: 10-08-1997

--------------------------PRIOR COMPUTATION NO: 030 ------------------------


COMPUTATION 030 WAS LAST UPDATED ON 10-27-1999 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   030 010, 030 020

DATE COMPUTATION BEGAN...........: 08-05-1998
AGGREGATED SENTENCE PROCEDURE....: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT.............:   117 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     9 YEARS       9 MONTHS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 10-08-1997

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     10-14-1997    08-04-1998

TOTAL PRIOR CREDIT TIME.........: 295
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 423
TOTAL GCT EARNED................: 423
STATUTORY RELEASE DATE PROJECTED: 05-17-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-14-2007


ACTUAL SATISFACTION DATE........: 05-17-2006
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: MCK
ACTUAL SATISFACTION KEYED BY....: PJL

DAYS REMAINING..................: 423
FINAL PUBLIC LAW DAYS...........: 0




G0002        MORE PAGES TO FOLLOW . . .




   BOPUK         *       PUBLIC INFORMATION     *   01-29-2007
   PAGE 007      *          INMATE DATA         *   15:13:35
                         AS OF 05-01-1998

   REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR
```

```
                   RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-01-1998 VIA STDY CMPLT

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------


  COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
  DOCKET NUMBER...................: 4:97CR329
  JUDGE...........................: GAUGHAN
  DATE SENTENCED/PROBATION IMPOSED: 02-26-1998
  DATE WARRANT ISSUED.............: N/A
  DATE WARRANT EXECUTED...........: N/A
  DATE COMMITTED..................: 03-26-1998
  HOW COMMITTED...................: 4241 THRU 4245 STUDY OR EXAM
  PROBATION IMPOSED...............: NO
  SPECIAL PAROLE TERM.............:


  RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------

 OFFENSE CODE....:  550
 OFF/CHG: 18:2114, ASSAULT ON A MAIL CARRIER.

  SENTENCE PROCEDURE.............: 4241 DETERM MENTAL COMPETENCY FOR TRIAL
  SENTENCE IMPOSED/TIME TO SERVE.: NOT APPLICABLE
  STUDY LENGTH...................:     60 DAYS
  DATE OF OFFENSE................: 10-15-1997




G0002        MORE PAGES TO FOLLOW . . .




   BOPUK        *           PUBLIC INFORMATION        *     01-29-2007
   PAGE 008     *               INMATE DATA           *     15:13:35
                             AS OF 05-01-1998
```

```
REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                    RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 513-684-2603    FAX: 513-684-2603
--------------------------PRIOR COMPUTATION NO: 020 --------------------------


COMPUTATION 020 WAS LAST UPDATED ON 03-27-1998 AT RCH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

DATE COMPUTATION BEGAN..........: 03-26-1998
TOTAL TERM IN EFFECT............:    60 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     1 MONTHS     29 DAYS
EARLIEST DATE OF OFFENSE........: 10-15-1997

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
PAROLE ELIGIBILITY..............: N/A
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-24-1998

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 05-01-1998
ACTUAL SATISFACTION METHOD......: STDY CMPLT
ACTUAL SATISFACTION FACILITY....: RCH
ACTUAL SATISFACTION KEYED BY....: SJS

DAYS REMAINING..................: 23
FINAL PUBLIC LAW DAYS...........: 0




G0002        MORE PAGES TO FOLLOW . . .




BOPUK              *           PUBLIC INFORMATION          *       01-29-2007
```

```
PAGE 009             *              INMATE DATA              *      15:13:35
                                AS OF 01-14-1995

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                 RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:   01-14-1995 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:91CR0182
JUDGE...........................: KRENZLER
DATE SENTENCED/PROBATION IMPOSED: 01-24-1992
DATE COMMITTED..................: 01-24-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

              FELONY ASSESS   MISDMNR ASSESS   FINES            COSTS
NON-COMMITTED.: $50.00         $00.00          $00.00           $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------

OFFENSE CODE....:  550
OFF/CHG: ASSAULT OF A MAIL CARRIER 18:2114

  SENTENCE PROCEDURE..............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    41 MONTHS
  TERM OF SUPERVISION.............:     3 YEARS
  DATE OF OFFENSE.................: 09-04-1990




G0002         MORE PAGES TO FOLLOW . . .
```

```
 BOPUK             *          PUBLIC INFORMATION           *      01-29-2007
PAGE 010 OF 010 *                INMATE DATA               *      15:13:35
                             AS OF 01-14-1995

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                  RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 513-684-2603    FAX: 513-684-2603
--------------------------PRIOR COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 01-17-1995 AT MXR AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 01-24-1992
TOTAL TERM IN EFFECT............:    41 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS       5 MONTHS
EARLIEST DATE OF OFFENSE........: 09-04-1990

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 160
TOTAL GCT EARNED................: 160
STATUTORY RELEASE DATE PROJECTED: 01-14-1995
SIX MONTH /10% DATE.............: 09-29-1994
EXPIRATION FULL TERM DATE.......: 06-23-1995


ACTUAL SATISFACTION DATE........: 01-14-1995
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: MXR
ACTUAL SATISFACTION KEYED BY....: SMG

DAYS REMAINING..................: 160
FINAL PUBLIC LAW DAYS...........: 0




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```