IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MYRON WARD,                        )
                                   )
         vs.                       )    C.A. NO. 04-11 ERIE
                                   )
JOHN LAMANNA, et al                )

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania

TO: Warden - FCI Petersburg
         Petersburg, VA

GREETINGS:

    WE COMMAND YOU, in the name and by the authority aforesaid that Myron Ward, Reg. No. 05967-084, under your custody detained by whatever name he may be charged, you have before this Court at Erie, Pennsylvania, on December 18, 2006 at 9:00 a.m. for a hearing before Susan Paradise Baxter, Chief United States Magistrate Judge, then and there to permit the said person, Myron Ward, Reg. No. 05967-084, as a very material and necessary witness in the trial of the above entitled case, on behalf of the United States, or show cause why the body of said person cannot be produced.

    When the said person, Myron Ward, Reg. No. 05967-084 is no longer needed as a witness before this Court, Myron Ward, Reg. No. 05967-084 shall be returned to FCI Petersburg.

    AND have you then and there this writ.

WITNESS, The Honorable Susan Paradise Baxter
Chief Magistrate Judge of the United States
District Court this 15th Day of November, 2006, at Erie,
Pennsylvania.

_____
Clerk of Court

By:_____
Deputy Clerk

CERTIFIED FROM THE RECORD
Date November 16, 2006
ROB__ BAR__ JR., CLERK
By _____
Deputy Clerk

EXECUTED THIS WRIT, IN (PART) / IN FULL (CIRCLE ONE) ON THE 29 DAY OF MARCH, 20 07 BY TAKING CUSTODY OF MYRON WARD AT ERIE COUNTY PRISON TRANSPORTING HIM/HER, AND COMMITTING HIM/HER TO ALLEGHENY CO. JAIL ON THE 29 DAY OF MARCH 20 07.

_Thomas Ragland_
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

_[signature]_
DEPUTY U.S. MARSHAL

\* CASE SETTLED BEFORE COURT APPEARANCE