## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYRON WARD, | ) | Docket No. 04-11 |
| | ) | (Judge Susan A. Paradise Baxter) |
| Plaintiff, | ) | |
| | ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) | |
| | ) | MOTION TO WITHDRAW AS COUNSEL |
| UNITED STATES OF AMERICA, | ) | |
| JOHN LAMANNA, | ) | Filed on behalf of: Plaintiff Myron Ward |
| DEBORAH FORSYTH, | ) | |
| MARTY SAPKO, | ) | Counsel of record for this party: |
| STEPHEN HOUSLER, | ) | Richard A. Lanzillo, Esq. |
| NED WATSON, | ) | Knox McLaughlin Gornall |
| | ) | & Sennett, P.C. |
| Defendants | ) | 120 West 10th Street |
| | ) | Erie, PA 16501 |
| | ) | Telephone (814) 459-2800 |
| | ) | Facsimile (814) 453-4530 |
| | ) | Email rlanzillo@kmgslaw.com |
| | ) | PA53811 |

### MOTION TO WITHDRAW AS COUNSEL

AND NOW COMES Plaintiff, Myron Ward, through his attorneys Knox McLaughlin Gornall & Sennett, PC, and submit the following:

1. On February 23, 2007, the Magistrate Judge issued the Report and Recommendation [Doc 74] relative to the above case.

2. On March 14, 2007, the District Court adopted the Opinion and Report and Recommendation [Doc 76] and granted the Motion for Summary Judgment in its entirety.

3. Plaintiff's counsel's appointment in this matter was limited to the representation of the interests of Plaintiff through the District Court proceedings.

4. Presently, the District Court proceedings are concluded.

5. Plaintiff's counsel has advised Plaintiff of his fulfillment of his appointment and that counsel would be filing this motion to withdraw his representation of Plaintiff. Additionally, counsel has advised Plaintiff of Plaintiff's appellate rights.

WHEREFORE, counsel respectfully requests that this Court issue an order granting this Motion to Withdraw as Counsel.

    Respectfully submitted,

    KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

    BY: /s/ Richard A. Lanzillo
    Richard A. Lanzillo, Esquire
    120 West Tenth Street
    Erie, Pennsylvania 16501
    (814) 459-2800

    Attorneys for Plaintiff,
    Myron Ward

# 720410