# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYRON WARD, | ) Docket No. 04-11 |
| | ) (Judge Susan A. Paradise Baxter) |
| Plaintiff, | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| JOHN LAMANNA, | ) |
| DEBORAH FORSYTH, | ) |
| MARTY SAPKO, | ) |
| STEPHEN HOUSLER, | ) |
| NED WATSON, | ) |
| | ) |
| Defendants | ) |
| | ) |

## PROPOSED ORDER

AND NOW, the _____ day of April, 2007, upon consideration of Plaintiffs' Motion to Withdraw as Counsel, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
Honorable Susan Paradise Baxter

# 720412