# UNITED STATES DISTRICT COURT;
## ERIE

WARD -vs- Lamanna et al.  Civil Action No. 04-011E

## Notice of Appeal

NOW COMES Plaintiff, Myron Ward, Pro Se. Hereby give Notice of Appeal from the Order entered on March 12, 2007 by District Judge Sean J. McLaughlin, granting Defendant's Motion for Summary Judgement and dismissing all claims by adopting the Report and Recommedation of Chief U.S. magistrate Judge, Susan Paridise Baxter, dated February 23, 2007. (Appeal to the U.S. Court of Appeals for the Third Circuit.).

3/31/07

Myron Ward
#05967-084
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

CLERK
U.S. DISTRICT COURT
'07 APR -4 AM 11:26
FILED

3-31-07

Dear Clerk of Court:

Please find enclosed (3) Three separate notices of Appeal. Each one has the Persons name case No. and Prison address. We are currently in transit and could only come across (1) one envelope. Thank you for your time

Sincerely,

_____        _____        _____
Leslie Kelly              Kenny Hill               Myron Ward