U.S. District Court, ERIE

Clerk of Court
Po Box 1820
Erie, PA 16507

RECEIVED

APR - 4 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

"LEGAL MAIL"

DEPARTMENT OF CORRECTIONS

ALLEGHENY COUNTY PRISON

Name: Leslie Kelly
I.D.# 131553

Allegheny County Jail
950 Second Ave. Pittsburgh, PA 15219