4/10/07

RE: WARD-vs-Lamanna
Civil Action No. 04-11E

Dear Clerk of Courts:

I filed a notice of appeal for the case mentioned above earlier this month. I am still in transit on my way back to Petersburg, VA (the address you have on file for me). I am temporarily in Federal Transfer Center P.O. Box 898801 Oklahoma City, OK 73189-8801. Thank You

Sincerely
Myron Ward
Myron Ward