CA 04-11 E  BC

**SCANNED**

Clerk of Court
U.S. District Court
Erie

Ward, Myron #05967-084
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

WARD -VS- United States of America
Case No. Unknown
, and
04-11E  Ward VS- Lamanna et al.

RE: Change of Address Notification

Dear Clerk of Courts:

I just recently returned from a writ and am now at my designated institution. The address is listed above. Please make this change in your files. Thank you

Sincerely,
Myron Ward
Myron Ward

'07 MAY -9 MD 1:17

WARD, MYRON #05967-084
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

RECEIVED
MAY 09 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk of Courts
U.S. District Court,
Erie
P.O. Box 1820
Erie, PA 16501