IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYRON WARD, | CIVIL ACTION NO. 04-11E |
| Plaintiff, | APPEAL NO. 07-2023 |
| V. | |
| JOHN J. LAMANNA, et al., | |
| Defendants, | |

REQUEST FOR TRANSCRIPTS BY INDIGENT PRISONER

Now come Plaintiff/Appellant, Myron Ward pro-se ask this Honorable to waive the fee for the requested transcripts.

I am the Plaintiff in the above captioned case. I was granted in forma pauparus status in the district court and now on the appeal court level also. I request to have the transripts from Docket entries #31, Case Management Conference held 4/14/05 at 10:05a.m. [Reporter: Janis Ferguson], sent to me without cost. It is necessary for my appeal.

WHEREFORE, Plaintiff/Appellant prays this Honorable Court to have these transcripts sent to him without cost.

Respectfully Submitted,

6/26/07

Myron Ward Pro-se
Myron Ward #05967-084
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

*Financial Mgmt*
*U-1*

FPS - 375                                                 DATE: May 25, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 07-2023

Ward v. Lamanna
(W. D. of PA No.04-cv-00011)

To: Clerk

1) Application to Proceed   In Forma Pauperis

---

The foregoing motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $455.00 fee in installments regardless of the outcome of the appeal. The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Western District of Pennsylvania. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Western District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal. The appeal will be submitted to a panel of this court for determination under 28 U.S.C. § 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: May 29, 2007
tmm/cc: Mr. Myron Ward
        Robert L. Eberhardt, Esq.
        Rebecca R. Haywood, Esq.