WARD, MARON 05907-084
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

U.S District Court, Erie
P.O. Box 1820
Erie, PA 16507

**RECEIVED**

JUL - 5 2007

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA