WARD, MASON 05907-084
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

16507+08820

RECEIVED

JUL - 5 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S District Court Erie
P.O. Box 1820
Erie, PA 16507

02 JUL 2007  PM 2 T

RICHMOND VA 232