IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYRON WARD,<br>    Plaintiff,<br><br>vs.<br><br>JOHN J. LAMANNA, et al.,<br>    Defendants. | Civil Action No. 04-11 ERIE |

## ORDER

AND NOW this 13th day of July, 2007, upon consideration of the Plaintiff's Request for Transcripts by Indigent Prisoner (Doc #86)

IT IS HEREBY ORDERED that said Motion is DENIED

                                      S/Sean J. McLaughlin
                                      Sean J. McLaughlin
                                      United States District Judge

cc: counsel/parties of record   NK