UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PA. 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

July 17, 2007

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
REGIONAL FINANCIAL CENTER
P.O. BOX 51318
PHILADELPHIA, PA 19115-6318

IN RE: CA 04-11 ERIE
       USCA 07-2023
       Myron Ward

DEAR SIR OR MADAM:

Enclosed is a check in the amount of $6.00 which is being returned to you because it is made payable to "R.V. BARTH, CLERK." This is incorrect. The check should be made payable to "Clerk, U.S. District Court" only. Please resubmit the check with this correction. Thank you.

Sincerely,


Susan D. Parmeter, Deputy Clerk

Enclosure: Check