UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PA. 16507
WWW.PAWD.USCOURTS.GOV

**SCANNED**

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

U.S. TREASURY
DEPARTMENT OF JUSTICE
BUREAU OF PRISONS
600 EAST ST. NW ROOM 4029
WASHINGTON, DC 20530

IN RE: CA 04-11 ERIE   MYRON WARD
       USCA NO. 07-2023

Dear Sir or Madam:

The enclosed check is being returned to you because it is made out incorrectly. Please resubmit the check with the payee as "Clerk, U.S. District Court" only. Thank you.

Sincerely,

ROBERT V. BARTH, JR., CLERK OF COURT

*Susan D Parmeter*

SUSAN D. PARMETER, DEPUTY CLERK

Enclosure

**United States Treasury**   15-51/000   6 030,112,838

08 13 07   03   AUSTIN, TEXAS   2221 81371196

2221 81371196 13100438 M2  JUSTICE LG 000G800810

Pay to the order of:
US DIST CT R. V. BARTH, CLERK
WESTERN DIST OF PA
ST & SOUTH PARK ROW RM 227
ERIE PA 16501

PER ENCLOSED MAILING NOTICE

⑆2221⑆  ⑈000000518⑈  81371196⑉  010807

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE   TFS FORM 3090(Rev.) | | |
|---|---|---|---|---|
| VENDOR NAME: | US DIST CT R. V. BARTH, CLERK | VENDOR I.D. NUMBER: | 105967084 | |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS | |
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 2221-81371196 | $*****87.81 | 08-13-07 |

G114A299PLRA - Payment
05967084, WARD, MYRON
NO 07-2023

FOR INFO CALL 202-307-3052

AGENCY SCHEDULE NUMBER
000GS00810

AGENCY TELEPHONE NUMBER
202-307-3052

*CA 04-11 Erie*

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE