~~1:04~~
1:04-CV-11
appeal filing fee
receipt # 07-548

```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

     # 07000548  -  DM
     September 17, 2007

  Code    Case #   Qty     Amount

  FIRSTAPP 04-11 E         36.15 CH


  TOTAL→              36.15


  FROM: DEPT OF TREASURY/BOP FOR:
        MYRON WARD
```