```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

      #  08000129  -  SP
        January 28, 2008


   Code    Case #    Qty      Amount

  FIRSTAPP 04-11E              61.85 Ch


   TOTAL→                      61.85



  FROM: MYRON WARD
```