UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000162 - DM
February 22, 2008

| Code | Case # | Qty | Amount |
|---|---|---|---|
| FIRSTAPP | 04-11 E | | 36.73 CH |

TOTAL→                36.73

FROM: DOJ/BOP FOR:
MYRON WARD