UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000183 - SP
March 10, 2008

| Code | Case # | Qty | Amount |
|---|---|---|---|
| FIRSTAPF | 04-11ERIE | | 15.27 CH |
| 2NDAPFEA | 04-11ERIE | | 49.00 CH |

TOTAL → 64.27

FROM: US TREASURY FOR MYFUN WGED