

# MATTHEW W. PSILLAS INVESTIGATIONS

1903 W. 8TH ST.
#175
ERIE, PA 16505

Phone (814)864-2038
Fax   (775) 310-9679
email:  matthewpsi@verizon.net
www.psillas.net

William Alston
07273-016
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA  23804

August 27, 2007

RE: Bevevino

Dear Mr. Alston,

   I received your payment today from the Treasury. I immediately called Mr. Bevevino. He has a new tel # and address. Unfortunately he will be having a third back surgery tomorrow, 8/28/07 and should be at the hospital for a few days. He did agree to meet with me next week after I call him Friday 8/31/07.  He is also interested in possibly joining any type of action you and others may be starting. Please let me know if I can pass any information on to him.

   I will write you again as I make progress. Please contact me with any questions.

Sincerely,

Matthew W. Psillas

Exhibit "C"