IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYRON WARD<br>  Petitioner | : <br> : <br> : | Case No. 04-CV-11<br>(District Judge McLaughlin)<br>(Magistrate Judge Baxter) |
| v. | : | |
| John LaManna, et.al.<br>  Defendants | : <br> : <br> : | |

PROPOSED ORDER

AND NOW, this _____ day of March, 2008, upon consideration of Petitioner's Motion to Vacate Judgment of the United States District Court for the Western District of Pennsylvania rendered on March 14, 2007, granting summary judgment.

It is HEREBY ORDERED that said motion to vacate judgment is GRANTED and Petitioner's Complaint is restored back to the point prior to its dismissal.

BY THE COURT:

_____ J.