```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

       # 08000237 - SP
         April 10, 2008


   Code    Case #    Qty      Amount

   INDAPPEA 04-11E            57.70 CR


   TOTAL→                     57.70


   FROM: U.S. TREASURY FOR BYRON WARD
```