IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MYRON WARD                        )
        Plaintiff,              )
                               )
        v.                     )          Civil Action No. 04-11 Erie
                               )
JOHN LAMANNA, et. al.,            )
        Defendants              )
                               )

**<u>ORDER</u>**

     AND NOW this   18th   day of April, 2008, upon consideration of the Plaintiff's

Motion for Relief from Judgment or Order Pursuant to Rule 60(b) (Document No. 96);

     IT IS HEREBY ORDERED that said Motion is DENIED

                                                    _____

                                                  Sean J. McLaughlin
                                                  United States District Judge

cc: Parties of record    NK