IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MYRON WARD
    Plaintiff

v.  :  Civil Action No. 04-11 Erie

JOHN LAMANNA, et. al.,
    Defendants

### NOTICE OF APPEAL

NOTICE IS HEREBY given that Myron ward hereby appeals to the United States Court of appeals for the Third Circuit from Order denying his Motion for Relief from Judgment or Order Pursuant to Rule 60(b) entered in this action on the 18th day of April 2008. (Please see Copy of Court's Order attached hereto as Exhibit "A").

Respectfully submitted,

*Myron Ward*
Myron Ward
FIN 05967-084
FCC-Petersburg, Low
Maryland Hall
P.O. Box 1000
Petersburg, VA 23804-1000

FILED
MAY 0 1 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dated:

CERTIFICATE OF SERVICE

I, Myron Ward, hereby certify that I have served a copy of the foregoing notice of appeal, First Class Mail, postage pre-paid and properly addressed to the following party[s]:

Michael C. Colville, AUSA
Office of the U.S. Attorney
100 State Street, Suite 302
Erie, PA 16507

Standard Declaration Form For Service Of Pleadings on the United States District Court For the Western district of Pennsylvania.

I, Myron Ward, an Inmate at FCC-Petersburg, Low, hereby declare that I placed an original copy of a notice of appeal in the Institution's Internal Mail System on the 25th day of April, 2008. The foregoing motion was addressed to the Clerk of the District Court for the Western District of Pennsylvania as well as the Office of the United States Attorney and was sent First Class Mail, postage pre-paid.

I declare under the penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. §1746 that the information is true to the best of my knowledge and belief.

Executed this 25th day of April, 2008.

Respectfully submitted,

Myron Ward
Myron Ward
FIN 05967-084
FCC-Petersburg, Low
Carolina Hall
P.O. Box 1000
Petersburg, VA 23804-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYRON WARD<br>    Plaintiff, | )<br>)<br>) |
| v. | )    Civil Action No. 04-11 Erie<br>) |
| JOHN LAMANNA, et. al.,<br>    Defendants | )<br>)<br>) |

### ORDER

AND NOW this __18th__ day of April, 2008, upon consideration of the Plaintiff's Motion for Relief from Judgment or Order Pursuant to Rule 60(b) (Document No. 96);

IT IS HEREBY ORDERED that said Motion is DENIED

Sean J. McLaughlin
Digitally signed by Sean J. McLaughlin
DN: cn=Sean J. McLaughlin, c=US
Date: 2008.04.18 10:26:48 -04'00'

_____
Sean J. McLaughlin
United States District Judge

cc: Parties of record    NK