Ward, Myron 05967-084
Lee Petersburg Low
U. Box 1000
Petersburg, VA 23804

"Legal Mail"

RECEIVED
MAY - 1 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RICHMOND VA 232
29 APR 2008 PM 2 T

Clerk of Court
U.S. District District, ERIE
P.O. Box 1820
Erie, PA 16501
17 eS. 9th Park Row

USPS
America
Journey
USA 41