```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        #  00000279 - DM
           May 15, 2008

     Code    Case #    Qty      Amount

     3RDAPPEA 04-11 E            61.00 CH


     TOTAL->                     61.00


     FROM: DOJ/BOP FOR:
           MYRON WARD
```