```
           UNITED STATES
           DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

        # 08000317 - DM
           June 9, 2008

   Cod-   Case #      Qty       Amount

  SHAFFER 04-11 E
                                79.40 CR


  TOTAL →
                                79.40


  FROM: DOJ/BOP - OH
        BYRON WARD
```