UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000356 - DM
July 21, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 3RDAPPEA | 04-11 E | | 48.48 CH |

TOTAL→

48.48

FROM: DOJ/BOP FOR:
MYRON WARD