UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000375 - DMcM
August 11, 2008

Line    Case #        Qty        Amount

GEORFE- 04-11 2                            4.39 CA

TOTAL →

                                          4.39

FROM: DOJ/BOP FOR:
       TYSON WARD